UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ET AL.,<br><br>                Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>                Defendants. | Case No.: 1:25-cv-00286 |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL AND FOR PROTECTIVE ORDER**

        Plaintiffs, by and through their attorneys, hereby seek authorization to (1) partially seal the Complaint; and (2) enter a protective order that: (a) prohibits Defendants from disclosing Plaintiffs' identities to any third party unless such disclosure is necessary to defend against this action; and (b) requires all parties, including any third parties, that file a document identifying Plaintiffs to redact all personally identifying information, including but not limited to the following: (i) all information listed in Federal Rule of Civil Procedure 5.2, (ii) Plaintiffs' biographical details, including but not limited to their age, places of residence, current and former names, dates of birth, and school experiences, (iii) Plaintiffs' criminal histories, including the crimes they were convicted of, quotes from their sentencing judges, their terms of incarceration, disciplinary records, and rehabilitation activities, (iii) all details of Plaintiffs' medical history, records, treatments, and specific physical and mental health diagnoses, including those outside of their gender dysphoria, and (iv) any other information that could identify Plaintiffs to the public.

Dated: January 30, 2025

*[signature: Eve L. Hill]*

Eve L. Hill (Bar No. 424896)
ehill@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

Christopher Stoll (*pro hac vice* to be submitted)
Amy Whelan (*pro hac vice* to be submitted)
CStoll@nclrights.org
AWhelan@nclrights.org
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel: (415) 365-1338
Fax: (415) 392-8442

Ernest Galvan (*pro hac vice* to be submitted)
Kara J. Janssen (*pro hac vice* to be submitted)
Adrienne Spiegel (*pro hac vice* to be submitted)
Ben Hattem (*pro hac vice* to be submitted)
EGalvan@rbgg.com
KJanssen@rbgg.com
ASpiegel@rbgg.com
BHattem@rbgg.com
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830

Jennifer L. Levi
Sarah Austin
**GLBTQ Legal Advocates & Defenders**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

*Attorneys for Plaintiffs*

2