# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>            Defendants. | Case No.: 1:25-cv-00286 |

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL, AND FOR PROTECTIVE ORDER

THIS MATTER having been opened to the Court by Rosen Bien Galvan & Grunfeld, LLP, National Center for Lesbian Rights, GLBTQ Legal Advocates and Defendants, and Brown Goldstein & Levy, LLP, by way of motion for an order to partially seal the Complaint, including their addresses ("Plaintiff's Motion"), and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown:

IT IS on this ___ day of _____, 2025, ORDERED that:

1.      Plaintiffs' Motion is, GRANTED;

2.      Plaintiffs may partially seal the Complaint, including Plaintiffs' addresses;

3.      Defendants may not disclose Plaintiffs' identities to any third party unless such disclosure is necessary to defend against this action; and

2

    4.    Any party, including any third party, that files a document identifying Plaintiffs must redact all personal identifiers in accordance with Federal Rule of Civil Procedure 5.2 and must also redact:

    a.    Plaintiffs' biographical details, including but not limited to their ages, places of residence, current and former names, dates of birth, and school experiences;

    b.    Plaintiffs' criminal histories, including the crimes they were convicted of, quotes from their sentencing judges, their terms of incarceration, disciplinary records, and rehabilitation activities;

    c.    All details of Plaintiffs' medical histories, records, treatments, and specific physical and mental health diagnoses, including those outside of their gender dysphoria; and

    d.    Any other information that could identify Plaintiffs to the public.

IT IS SO ORDERED


Dated: _____, 2025

2