UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>                    Defendants. | Case No.: 1:25-cv-00286 |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL**

THIS MATTER having been opened to the Court by Rosen Bien Galvan & Grunfeld, LLP, National Center for Lesbian Rights, GLBTQ Legal Advocates and Defendants, and Brown Goldstein & Levy, LLP, by way of motion for an order to seal the Motion for Temporary Restraining Order and Preliminary Injunction and associated documents ("Plaintiff's Motion"), and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown:

      IT IS on this ____ day of _____, 2025, ORDERED that:

    1.    Plaintiffs' Motion is, GRANTED;

    2.    Plaintiffs may seal the Motion for Temporary Restraining Order and Preliminary Injunction and associated documents;

IT IS SO ORDERED

Dated: _____, 2025