UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ET. AL.,<br>        Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>        Defendants. | Civil Action No. _____ |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER L. LEVI

Pursuant to Local Rule 83.2(e) of the United States District Court for the District of Columbia, Eve Hill of Brown, Goldstein, & Levy LLP, on behalf of the Plaintiffs, hereby moves for admission of attorney Jennifer L. Levi *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of Jennifer L. Levi, filed herewith.

In support thereof, Eve Hill respectfully submits as follows:

1. I am an attorney in good standing with the Bar of the District of Columbia and am also duly admitted to practice in this Court;

2. Jennifer L. Levi is a member of the bar in good standing with the Massachusetts Bar and licensed to practice law in the District of Massachusetts;

3. Jennifer L. Levi is a member in good standing of every jurisdiction where she has been admitted to practice law;

4. Jennifer L. Levi has not previously had a *pro hac vice* admission (or other limited purpose admission) to this Court revoked for misconduct;

     5.     Jennifer L. Levi has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

     **WHEREFORE**, this Court should admit Jennifer L. Levi *pro hac vice* to the bar of this Court.

Dated: January 30, 2025                      Respectfully submitted,

                                                     */s/ Eve Hill*
                                       Eve Hill (Bar No. 424896)
                                       Brown, Goldstein & Levy, LLP
                                       120 E. Baltimore Street, Suite 2500
                                       Baltimore, MD 21202
                                       (410) 962-1030 ext. 1311
                                       ehill@browngold.com

## **CERTIFICATE OF SERVICE**

I, Eve Hill, hereby certify that this document is filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: January 30, 2025                             */s/ Eve Hill*
                                                                        Eve Hill