**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>       Defendants. | Case No.:  1:25-cv-00286 |

**SUPPLEMENTAL STATEMENT OF JENNIFER LEVI**
**IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

1.      I have never been sanctioned for professional misconduct or received any discipline from any court or bar. I am, however, a subject of a pending matter in the U.S. District Court for the Middle District of Alabama in which potential sanctions are at issue. This matter resulted from an investigation initiated by the Alabama federal courts in May 2022, focused on the conduct of 39 lawyers involved in the filing of cases challenging an Alabama law that criminalizes the provision of medical care for transgender adolescents. Three cases were filed by two non-overlapping groups of attorneys; two of those cases have since been dismissed. The remaining lawsuit challenging the law, in which I am one of the lead attorneys, is ongoing, and I am admitted *pro hac vice* in connection with that case. The sanctions-related proceedings center on the contention that I was allegedly involved in impermissible judge shopping. I have fully cooperated throughout the proceedings. I have consistently denied engaging in any wrongdoing or sanctionable misconduct and believe strenuously in my position. No final determination has been made that concludes that I engaged in any wrongdoing or sanctionable misconduct.

2.      In addition, while the investigation of the professional conduct matter was ongoing,

I sought admission to the United States Court of Appeals for the Eleventh Circuit to appear in an

appeal of the Middle District of Alabama's issuance of a preliminary injunction enjoining the en-

forcement of the law our team challenged. As I am doing here, I reported to the United States Court

of Appeals for the Eleventh Circuit that I was involved in an ongoing matter in the Middle District

of Alabama implicating my conduct as an attorney. In light of my disclosure of that matter, the

United States Court of Appeals for the Eleventh Circuit denied me admission to that court "at this

time" but granted me leave to appear pro hac vice in the appeal, which I did.

3.      As an officer of the court and a civil rights attorney for over 30 years, I have a deep

and abiding belief in justice and rule of law, including a respect for court rules and procedures, all

of which I commit to following in this Court. My pro hac vice status has never been denied or

revoked in any court.

I declare under penalty of perjury that the foregoing is true and correct.

01/29/2025
_____
Date

_____
Jennifer Levi (MA Bar No. 562298)
GLBTQ Legal Advocates & Defenders
18 Tremont St. Ste. 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org