UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ET AL.,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>        Defendants. | Civil Action No. _____ |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION OF ATTORNEY JENNIFER L. LEVI**

Upon consideration of the Motion to admit Jennifer L. Levi *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Jennifer L. Levi, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.


Dated: _____          _____
                                                        United States District Judge