UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, ET AL.,
        Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,

        Defendants.

Civil Action No. 25-cv-286

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JENNIFER L. LEVI

Upon consideration of the Motion to admit Jennifer L. Levi *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Jennifer L. Levi, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: 2-3-2025

                                                              United States District Judge