DECLARATION OF ████

I, ████, declare:

1. ████ is my daughter. She is incarcerated in the Bureau of Prisons. I am submitting this declaration in support of her request for relief.
2. ████ was born in ████.
3. ████ was feminine ████████████████████████
████████████████████████
4. ████████████████ It was difficult to accept at first as a mother as I knew how difficult her life would be, but I knew that she had to get acceptance from her family before the rest of the world would accept her.
5. ████████████ slowly began transitioning. She started wearing makeup, then earrings. She grew out her hair and then started ████████. When she told me she was transgender, I was not surprised.
6. ████████████████████████
7. ████ legal ID documents reflect that she is female.
8. ████████████ was incarcerated. ████████ she was housed with other women.
9. While she has been incarcerated, ████████ received ████████.
10. ████████████████████
11. ████████████████████
12. On ████████████ called me and said she was being put in isolation, her room was being cleaned out, and she was being transferred to a men's facility.
13. ████████████████
14. ████████████████████
15. I am terrified that ████ will be raped, sexually assaulted, or even killed if she is placed in a men's prison. She is also terrified.
16. I am also aware that the executive order requires the BOP to cut off hormone therapy and other medical treatments for transgender people.

17. I am worried for ███ physical and mental health if her hormone therapy is cut off. She has relied on this treatment ██████████. Without it, I believe she will suffer, and I fear for her safety.

Executed on this 29th day of January 29, 2025.

