# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>              Defendants. | Case No.: 1:25-cv-00286 |

## PROPOSED TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

THIS MATTER having been opened to the Court by Rosen Bien Galvan & Grunfeld, LLP, National Center for Lesbian Rights, GLBTQ Legal Advocates & Defenders, and Brown Goldstein & Levy, LLP, by way of motion for a temporary restraining order and preliminary injunction, as well as the memorandum of law filed with that motion ("Plaintiff's Motion"), and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, and having considered the arguments of counsel, if any, in connection with the Motion; and for good cause shown:

IT IS on this ___ day of _____, 2025, ORDERED that:

1. Plaintiffs' Motion for Emergency Temporary Restraining Order and Preliminary Injunction is GRANTED;

2. Defendants are temporarily enjoined and restrained from implementing sections 4(a) and 4(c) of Executive Order 14166, pending further Order of this Court; and

3. Pending further Order of this Court, Defendants shall maintain and continue Plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025.

IT IS SO ORDERED

Dated: _____, 2025                    _____
                                                                                                              JUDGE

3

## ATTORNEYS TO BE NOTIFIED OF ENTRY OF ORDER

Pursuant to Local Rule 7(k), the names and addresses of all attorneys entitled to be notified of entry of this Order, in addition to the attorneys identified above, are as follows:

>Edward R. Martin, Jr.
>U.S. Attorney for the District of Columbia
>USADC.ServiceCivil@usdoj.gov
>
>Jean Lin
>U.S. Department of Justice
>Email: Jean.Lin@usdoj.gov