UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants. | Case No.:  1:25-cv-00286 |

## **CERTIFICATION OF SARAH K. AUSTIN**

In accordance with Local Rule 83.2(c) and Local Rule 44.1(c)(2), I, Sarah K. Austin, hereby declare:

1. I am a Staff Attorney at GLBTQ Legal Advocates & Defenders (GLAD Law) which maintains an office at 18 Tremont, Suite 950 Boston, MA, 02108.

2. I am a member of good standing in every jurisdiction where I have been admitted to practice. I am admitted to practice in Maine (Bar No. 6375).

3. I am not the subject of disciplinary proceedings in any jurisdiction which I am a member of the bar.

4. I have not previously been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia.

6. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty and perjury that the foregoing is true and correct.

Dated: February 3, 2025

Respectfully submitted,

_____
Sarah K. Austin
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
saustin@glad.org