UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants. | Case No.: 1:25-cv-00286 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KARA J. JANSSEN

  Pursuant to Local Rule 83.2(e) of the United States District Court for the District of Columbia, Eve Hill of Brown, Goldstein, & Levy LLP, on behalf of the Plaintiffs, hereby moves for admission of attorney Kara J. Janssen *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of Kara J. Janssen, filed herewith.

  In support thereof, Eve Hill respectfully submits as follows:

  1. I am an attorney in good standing with the Bar of the District of Columbia and am also duly admitted to practice in this Court;

  2. Kara J. Janssen is a member of the bar in good standing with the California Bar and licensed to practice law in the Northern District of California;

  3. Kara J. Janssen is a member in good standing of every jurisdiction where she has been admitted to practice law;

  4. Kara J. Janssen has not previously had a *pro hac vice* admission (or other limited purpose admission) to this Court revoked for misconduct;

      5.      Kara J. Janssen has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

      **WHEREFORE**, this Court should admit Kara J. Janssen *pro hac vice* to the bar of this Court.

Dated: February 4, 2025                        Respectfully submitted,

                                                          */s/ Eve Hill*
Eve L. Hill (Bar No. 424896)
ehill@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

## CERTIFICATE OF SERIVCE

      I, Eve Hill, hereby certify that this document is filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  February 4, 2025                       */s/ Eve Hill*
                                                                         Eve Hill