**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons, <br><br> Defendants. | Case No.: 1:25-cv-00286 |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION OF ATTORNEY KARA J. JANSSEN**

Upon consideration of the Motion to admit Kara J. Janssen *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Kara J. Janssen, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____    _____
                                                                                                  United States District Judge