**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants. | Case No.: 1:25-cv-00286 |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION OF ATTORNEY ADRIENNE SPIEGEL**

  Upon consideration of the Motion to admit Adrienne Spiegel *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Adrienne Spiegel, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____      _____
                       United States District Judge