## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE; MARY DOE; SARA DOE,<br><br>              Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; and WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>              Defendants. | Case No.:  1:25-cv-00286 |

## **NOTICE OF ERRATA**

Plaintiffs Jane Doe, Mary Doe, and Sara Doe, herein correct the Memorandum of Points and Authorities in support of Motion for Emergency Temporary Restraining Order and Preliminary Injunction filed, as ECF 005, pursuant to LCvR.5.1(c) and attaches the corrected pages 2 and 4 of the Memorandum of Points and Authorities in Support of Motion for Emergency Restraining Order and Preliminary Injunction with the updated reference to Executive Order 14168 instead of Executive Order 14166.

Dated:  February 4, 2025                       Respectfully submitted,

                                                          */s/ Eve L. Hill*
                                                Eve L. Hill (Bar No. 424896)
                                                ehill@browngold.com
                                                BROWN GOLDSTEIN & LEVY, LLP
                                                120 E. Baltimore St., Suite 2500
                                                Baltimore, MD 21202
                                                Tel: (410) 962-1030
                                                Fax: (410) 385-0869

Christopher Stoll (*pro hac vice* to be submitted)
Amy Whelan (*pro hac vice* to be submitted)
CStoll@nclrights.org
AWhelan@nclrights.org
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel: (415) 365-1338
Fax: (415) 392-8442

Ernest Galvan (*pro hac vice* to be submitted)
Kara J. Janssen (*pro hac vice* to be submitted)
Adrienne Spiegel (*pro hac vice* to be submitted)
Ben Hattem (*pro hac vice* to be submitted)
EGalvan@rbgg.com
KJanssen@rbgg.com
ASpiegel@rbgg.com
BHattem@rbgg.com
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830

Jennifer L. Levi
Sarah Austin
**GLBTQ Legal Advocates & Defenders**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

*Attorneys for Plaintiffs*