UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; and WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>              Defendants. | Case No.: 1:25-cv-00286<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Ernest Galvan *
Kara J. Janssen *
Adrienne Spiegel *
Ben Hattem *
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738

Christopher Stoll *
Amy Whelan *
**NATIONAL CENTER FOR LESBIAN RIGHTS**
870 Market Street, Suite 370
San Francisco, California  94102

Eve L. Hill (Bar No. 424896)
**BROWN GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Jennifer L. Levi *
Sarah Austin *
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

*Pro Bono Counsel for Plaintiffs*
*\* Pro Hac Vice To Be Submitted*

## INTRODUCTION

On January ▮▮▮▮▮, 2025, Plaintiffs, who are incarcerated transgender woman, were removed from the general population of a women's Bureau of Prisons ("BOP") facility and placed into separate housing with other transgender women, pending transfer to men's facilities.

Plaintiffs have been housed in women's units for months or years until this abrupt transfer. Despite the BOP having recognized Plaintiffs as women during their incarceration, they face imminent transfer to men's facilities.

The sole reason for this imminent transfer is Plaintiffs' status as transgender women, pursuant to President Trump's issuance of Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20, 2025 ("the Order"). Based on the Order, the BOP has decided to transfer Plaintiffs to men's facilities and plans to do so in the coming days. If they are transferred, Plaintiffs fear for their safety. In addition, the Order instructs the BOP to terminate the administration of medications Plaintiffs have taken ▓▓▓▓ to treat their gender dysphoria. Without hormone therapy, Plaintiffs' bodies will undergo significant changes that will put them at risk of physical harms and exacerbate their gender dysphoria, causing the kind of disabling depression, anxiety, lack of self-esteem, and suicidality that characterize untreated gender dysphoria. They will lose the benefits of medications they have taken ▓▓▓▓, causing them severe and irreparable physical and psychological harm.

Plaintiffs seek emergency relief to enjoin Sections 4(a) and 4(c) of the Executive Order and Defendants' implementation thereof, which change BOP's housing and medical care policies, as violations of the Fifth Amendment's equal protection guarantee, the Eighth Amendment, and Administrative Procedure Act. The Order discriminates against transgender people and knowingly puts them at high risk of serious harm without constitutional justification. As a result of the Order, Plaintiffs will be exposed to a substantial risk of sexual assault in a men's prison and severe physical and psychological harm caused by terminating their hormone

### III. DAYS AFTER PRESIDENT TRUMP'S ISSUANCE OF EXECUTIVE ORDER 14168, PLAINTIFFS WERE REMOVED FROM GENERAL POPULATION AND PLACED IN A SEGREGATED UNIT PENDING TRANSFER TO MEN'S FACILITIES

On January 20, 2025, President Trump issued Executive Order 14168. In relevant part, the Order: (1) categorically bars transgender women from women's prisons, mandating their transfer to men's facilities regardless of individual safety considerations (EO 14168 ¶ 4(a)); and (2) categorically prohibits BOP from providing "any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex." (EO 14168 ¶ 4(c).)

On January ▮▮▮▮, 2025, as a result of the Order's issuance, BOP officials removed Plaintiffs from the general population of their women's facilities and placed them into segregated units. (Jane Doe Decl. ¶ 9; ▮▮ Decl. ¶ 12; Compl. ¶ 25.) BOP officials told Plaintiffs that the reason they were removed from general population was because of the Order, and that they would be imminently moved to men's facilities. (Jane Doe Decl. ¶¶ 9–10; ▮▮ Decl. ¶ 14; Compl. ¶¶ 26–27.) Plaintiffs Mary and Jane Doe were also told ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (Jane Doe Decl. ¶ 10; Compl. ¶ 27.) Plaintiffs will be imminently transferred to all-male facilities and will be housed there as females among all-male populations.

### IV. PLAINTIFFS FACE SERIOUS RISKS OF VIOLENCE AND IRREVERSIBLE PHYSICAL CHANGES IF THEY ARE TRANSFERRED TO MEN'S FACILITIES

Transferring Plaintiffs to men's facilities and terminating their hormone therapy will place them in immediate physical and psychological danger.

Courts, researchers, and corrections professionals recognize that transgender women housed in men's prisons face extremely high levels of violence and sexual assault, as well as