UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>         Defendants. | Case No.: 1:25-cv-00286 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF AMY WHELAN

Pursuant to Local Rule 83.2(e) of the United States District Court for the District of Columbia, Eve Hill of Brown, Goldstein, & Levy LLP, on behalf of the Plaintiffs, hereby moves for admission of attorney Amy Whelan *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of Amy Whelan, filed herewith.

In support thereof, Eve Hill respectfully submits as follows:

1. I am an attorney in good standing with the Bar of the District of Columbia and am also duly admitted to practice in this Court;

2. Amy Whelan is a member of the bar in good standing with the California Bar and licensed to practice law in the Northern, Eastern, Central, and Southern Districts of California;

3. Amy Whelan is a member in good standing of every jurisdiction where she has been admitted to practice law;

4. Amy Whelan has not previously had a *pro hac vice* admission (or other limited purpose admission) to this Court revoked for misconduct;

     5.     Amy Whelan has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

     **WHEREFORE**, this Court should admit Amy Whelan *pro hac vice* to the bar of this Court.

     I, Eve Hill, hereby certify that this document is filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 5, 2025          Respectfully submitted,

                                 */s/ Eve Hill*
                          Eve L. Hill (Bar No. 424896)
                          ehill@browngold.com
                          BROWN GOLDSTEIN & LEVY, LLP
                          120 E. Baltimore Street, Suite 2500
                          Baltimore, MD 21202
                          Tel: (410) 962-1030
                          Fax: (410) 385-0869

**CERTIFICATE OF SERIVCE**

I, Eve Hill, hereby certify that this document is filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: February 5, 2025                          /s/ Eve Hill
                                                 Eve Hill