# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants. | Case No.: 1:25-cv-00286 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERNEST J. GALVAN

Pursuant to Local Rule 83.2(e) of the United States District Court for the District of Columbia, Eve Hill of Brown, Goldstein, & Levy LLP, on behalf of the Plaintiffs, hereby moves for admission of attorney Ernest J. Galvan *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of Ernest J. Galvan, filed herewith.

In support thereof, Eve Hill respectfully submits as follows:

1. I am an attorney in good standing with the Bar of the District of Columbia and am also duly admitted to practice in this Court;

2. Ernest J. Galvan is a member of the bar in good standing with the California Bar and licensed to practice law in the Northern District of California;

3. Ernest J. Galvan is a member in good standing of every jurisdiction where he has been admitted to practice law;

4. Ernest J. Galvan has not previously had a *pro hac vice* admission (or other limited purpose admission) to this Court revoked for misconduct;

5.  Ernest J. Galvan has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

**WHEREFORE**, this Court should admit Ernest J. Galvan *pro hac vice* to the bar of this Court.

Dated:  February 6, 2025	Respectfully submitted,

			*/s/ Eve Hill*
			Eve L. Hill (Bar No. 424896)
			ehill@browngold.com
			BROWN GOLDSTEIN & LEVY, LLP
			120 E. Baltimore Street, Suite 2500
			Baltimore, MD 21202
			Tel: (410) 962-1030
			Fax: (410) 385-0869

## **CERTIFICATE OF SERVICE**

I, Eve Hill, hereby certify that this document is filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: February 6, 2025                                   */s/ Eve Hill*
                                                                            Eve Hill