UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

    *Plaintiffs*,

v.

JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,

    *Defendants*.

Case No.: 1:25-cv-00286

## ORDER GRANTING
## MOTION FOR ADMISSION OF ATTORNEY SARAH K. AUSTIN

Upon consideration of the Motion to admit Sarah K. Austin *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Sarah K. Austin, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: 6 February, 2025

                                              Royce C. Lamberth
                                              United States District Judge