UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, et al.,

    Plaintiffs,

v.

JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,

    Defendants.

Case No.: 1:25-cv-00286

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BEN HATTEM

Upon consideration of the Motion to admit Benjamin Hattem *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Benjamin Hattem, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: __2/6/25__    _____
                                                  United States District Judge