AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00286-RCL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edward R. Martin, Jr., U.S. Attorney for the District of Columbia was received by me on *(date)* Feb 3, 2025, 12:33 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Milton Pettus , who is designated by law to accept service of process on behalf of *(name of organization)* Edward R. Martin, Jr., U.S. Attorney for the District of Columbia on *(date)* Mon, Feb 03 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/03/25

*Server's signature*

Emily Sommer

*Printed name and title*

800 4th Street SW #N603, Washington, DC 20024

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 3, 2025, 4:12 pm EST at U.S Attorney's Office for D.C: 601 D Street Northwest, Washington, DC 20530 received by Milton Pettus. Age: 45; Ethnicity: African American; Gender: Male; Weight: 180; Height: 6'0"; Hair: Bald; Eyes: Relationship: Authorized agent;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFFS' MOTION TO FILE UNDER SEAL AND FOR PROTECTIVE ORDER; MEMORANDUM IN SUPPORT OF MOTION TO PARTIALLY SEAL COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION TO SEAL MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND ASSOCIATED DOCUMENTS; PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO PROCEED UNDER A PSEUDONYM; NOTICE OF ELECTRONIC FILING; PLAINTIFFS' MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF EVE HILL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION AND TO PROCEED UNDER PSEUDONYM, PARTIALLY SEAL THE RECORD, AND FOR A PROTECTIVE ORDER; DECLARATION OF LOREN SCHECHTER, MD,

IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; EXHIBITS; DECLARATION OF JANE DOE; DECLARATION OF FREDERIC M. ETTNER IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PROPOSED TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION