AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00286-RCL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Lothrop, Acting Director was received by me on *(date)* Feb 3, 2025, 11:40 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Marli Kerrigan , who is designated by law to accept service of process on behalf of *(name of organization)* William Lothrop, Acting Director on *(date)* Wed, Feb 05 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/05/2025

*Server's signature*

Andres Olaciregui

*Printed name and title*

3819 Chesterwood Drive, Silver Spring, MD 20906

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Feb 4, 2025, 1:20 pm EST at Federal Bureau of Prisons: 320 1st Street Northwest, Washington, DC 20534
Security told me the person who signs off on summons will be here tomorrow.
2) Successful Attempt: Feb 5, 2025, 1:47 pm EST at Federal Bureau of Prisons: 320 1st Street Northwest, Washington, DC 20534 received by Marli Kerrigan. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'5"; Hair: Blond; Eyes: Green; Relationship: Authorized agent;

Documents served: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFFS' MOTION TO FILE UNDER SEAL AND FOR PROTECTIVE ORDER; MEMORANDUM IN SUPPORT OF MOTION TO PARTIALLY SEAL COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION TO SEAL MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND ASSOCIATED DOCUMENTS; PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO PROCEED UNDER A PSEUDONYM; NOTICE OF ELECTRONIC FILING; PLAINTIFFS' MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF EVE HILL IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A

TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION AND TO PROCEED UNDER PSEUDONYM, PARTIALLY SEAL THE RECORD, AND FOR A PROTECTIVE ORDER; DECLARATION OF LOREN SCHECHTER, MD, IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; EXHIBITS; DECLARATION OF JANE DOE; DECLARATION OF FREDERIC M. ETTNER IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PROPOSED TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION