AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JANE DOE, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00286-RCL |
| JAMES R. MCHENRY III, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jane Doe, Mary Doe, and Sara Doe.

Date: 02/07/2025

*Attorney's signature*

Sarah K. Austin (Maine Bar # 6375)
*Printed name and bar number*

GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108

*Address*

saustin@glad.org
*E-mail address*

(617) 426-1350
*Telephone number*

(617) 426-3594
*FAX number*