AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JANE DOE, et al., <br> *Plaintiff* <br> v. <br> JAMES R. MCHENRY III, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-00286-RCL <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jane Doe, Mary Doe, and Sara Doe.

Date: 02/07/2025

*Attorney's signature*

Ernest Galvan (CA Bar # 196065)
*Printed name and bar number*

Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105
*Address*

egalvan@rbgg.com
*E-mail address*

(415) 433-6830
*Telephone number*

(415) 433-7104
*FAX number*