# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>          Defendants. | Case No.: 1:25-cv-00286 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER F. STOLL

Pursuant to Local Rule 83.2(e) of the United States District Court for the District of Columbia, Eve Hill of Brown, Goldstein, & Levy LLP, on behalf of the Plaintiffs, hereby moves for admission of attorney Christopher F. Stoll *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of Christopher F. Stoll, filed herewith.

In support thereof, Eve Hill respectfully submits as follows:

1. I am an attorney in good standing with the Bar of the District of Columbia and am also duly admitted to practice in this Court;

2. Christopher F. Stoll is a member of the bar in good standing with the California Bar and licensed to practice law in the Northern District of California, the Eastern District of California, the Southern District of California, the Northern District of Florida, the United States Court of Appeals for the Second Circuit, the United States United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the

United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit and the Supreme Court of the United States;

      3.      Christopher F. Stoll is a member in good standing of every jurisdiction where he has been admitted to practice law;

      4.      Christopher F. Stoll has not previously had a *pro hac vice* admission (or other limited purpose admission) to this Court revoked for misconduct;

      5.      Christopher F. Stoll has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

**WHEREFORE**, this Court should admit Christopher F. Stoll *pro hac vice* to the bar of this Court.

Dated: February 10, 2025                Respectfully submitted,

                                                    */s/ Eve Hill*
                                    Eve L. Hill (Bar No. 424896)
                                    ehill@browngold.com
                                    BROWN GOLDSTEIN & LEVY, LLP
                                    120 E. Baltimore Street, Suite 2500
                                    Baltimore, MD 21202
                                    Tel: (410) 962-1030
                                    Fax: (410) 385-0869

**CERTIFICATE OF SERIVCE**

    I, Eve Hill, hereby certify that this document is filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  February 6, 2025                  */s/ Eve Hill*
                                                      Eve Hill