# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>JAMES R. MCHENRY III, *in his official capacity as* Acting Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>           Defendants. | Case No.: 1:25-cv-00286 |

## [PROPOSED] ORDER GRANTING
## MOTION FOR ADMISSION OF ATTORNEY CHRISTOPHER F. STOLL

Upon consideration of the Motion to admit Christopher F. Stoll *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Christopher F. Stoll, and in compliance with Local Civil Rule 83.2(d), the Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____     _____
                                                            United States District Judge