AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00286-RCL |
| JAMES R. MCHENRY III, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jane Doe, Mary Doe, and Sara Doe                                               .

Date:     02/19/2025

*Attorney's signature*

Christopher F. Stoll (Cal. Bar #179046)
*Printed name and bar number*

870 Market St., Ste. 370
San Francisco, CA, 94102
*Address*

cstoll@nclrights.org
*E-mail address*

(415) 365-1320
*Telephone number*

(415) 392-8442
*FAX number*