AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-286

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James R. McHenry III, Acting Attorney General was received by me on *(date)* 02/03/2025.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons via USPS certified mail tracking number 70041350000429907632 on February 3, 2025. (See tracking information attached).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/21/2025

*Server's signature*

LaClaudia Dyson, Legal Assistant
*Printed name and title*

Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70041350000429907632

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:34 am on February 7, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 7, 2025, 5:34 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Feedback