UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, *in her official capacity as* Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,<br><br>    Defendants. | Case No.: 1:25-cv-00286-RCL |

**PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS**

  Plaintiffs, by and through their attorneys, hereby seek authorization to proceed under pseudonyms in the above-captioned matter. In light of their status as incarcerated transgender women, the importance of sensitive medical information in this case, and the salience of this issue in the news media, Plaintiffs are concerned about the social stigmatization, harassment, retaliation, discrimination, and potential violence they may experience from others, including those in and out of prison, that could cause them physical (including sexual) and/or mental harm if their identities are disclosed to the public. Plaintiffs thus respectfully request that this Court grant Plaintiffs' motion to proceed under a pseudonym.

Dated: February 21, 2025        */s/ Eve L. Hill*
                    Eve L. Hill (Bar No. 424896)
                    ehill@browngold.com
                    BROWN GOLDSTEIN & LEVY, LLP
                    120 E. Baltimore St., Suite 2500
                    Baltimore, MD 21202
                    Tel: (410) 962-1030
                    Fax: (410) 385-0869

Christopher Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
CStoll@nclrights.org
AWhelan@nclrights.org
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel: (415) 365-1338
Fax: (415) 392-8442

Ernest Galvan (*pro hac vice*)
Kara J. Janssen (*pro hac vice*)
Adrienne Spiegel (*pro hac vice*)
Ben Hattem (*pro hac vice*)
EGalvan@rbgg.com
KJanssen@rbgg.com
ASpiegel@rbgg.com
BHattem@rbgg.com
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830

Jennifer L. Levi (*pro hac vice*)
Sarah Austin (*pro hac vice*)
**GLBTQ Legal Advocates & Defenders**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

*Attorneys for Plaintiffs*