UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et. al.,<br><br>              Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, *in her official capacity* as Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity* as Acting Director of the Federal Bureau of Prisons,<br><br>              Defendants. | Case No.: 1:25-cv-00286-RCL |

**PROPOSED ORDER**
**GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS**

THIS MATTER having been opened to the Court by Rosen Bien Galvan & Grunfeld, National Center for Lesbian Rights, GLBT Legal Advocates & Defenders, and Brown Goldstein & Levy, by way of motion for an order granting authorization to proceed under a pseudonym in the above-captioned matter, and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown:

        IT IS on this ___ day of _____, 2025, ORDERED that:

1.     Plaintiffs' Motion is GRANTED;

2.     Plaintiffs are permitted to proceed under pseudonyms during the duration of the case.

2

IT IS SO ORDERED

Dated: _____, 2025

_____