IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-286 |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order, and the record herein, Plaintiffs' motion is DENIED.

DATED:_____                    By:_____
                                     Royce C. Lamberth
                                     United States District Judge