UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE et al,<br><br>      Plaintiffs<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>      Defendants. | Civil Action No. 1:25-cv-00286-RCL<br><br>**DECLARATION OF LAUREN MEADE, M.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPANDED PRELIMINARY INJUNCTION** |

I, Lauren Meade, of full age, do hereby declare as follows:

  1.  I respectfully submit this supplemental declaration in further support of Plaintiffs' Motion for a Temporary Restraining Order and Expanded Preliminary Injunction.

  2.  I am a board-certified internal medicine doctor 19 years of experience treating transgender patients. I am familiar with standard protocols for hormone therapy and its effects. A true and correct copy of my curriculum vitae is attached. I submit this declaration in order to respond to certain claims about the plaintiffs need for additional medical care and to elaborate on the potential harms to plaintiffs if they do not continue to receive treatment for her gender dysphoria. A copy of my curriculum vitae is attached as **Exhibit A**.

  3.  Gender dysphoria is a serious medical condition that, left untreated, can result in debilitating psychological harms, including anxiety, depression, suicidality, and other mental health issues. Gender dysphoria is a highly treatable condition. The standards of care for treating gender dysphoria are well-established and are endorsed by the major medical and mental health

associations in the United States, including but not limited to the American Medical Association, the American Psychiatric Association, the American Psychological Association, and the Endocrine Society.

4. Treatments include social transition, which enables a transgender person to live in a sex other than their birth sex, and hormone therapy to feminize or masculinize the body. It may also include various surgeries. For many transgender women, hormone therapy is an essential, medically indicated treatment to alleviate the distress of gender dysphoria.

5. Discontinuing hormone therapy for transgender women who have been on long term treatment poses serious medical risks, including both severe psychological distress and physical complications including: intensified gender dysphoria; increased risk of severe anxiety, depression, and suicidality due to intensified gender dysphoria; rapid hormonal changes that trigger severe mood swings, anxiety, and depression; loss of breast tissue and feminine fat distribution; loss of bone density and increased risk of osteoporosis. Over time, the negative mental and physical health impacts of being denied care are likely to worsen and to result in debilitating distress. Based on my professional experience, terminating hormone therapy for a transgender woman constitutes a serious medical risk that can severely impact physical and mental health.

6. Without treatment, many people with gender dysphoria are unable to adequately function in occupational, social or other areas of life. Other than socially transitioning, hormone therapy, and surgery, there are no alternative treatments for effectively managing gender dysphoria.

7. Allowing transgender people to transition and live in a different sex has also been proven effective in combatting the severe health consequences of gender dysphoria.

8. Forcing a transgender person to live in their birth sex, such as for example, forcing a transgender woman to reside in a men's facility and forcing her to present and live as a male will

predictably worsen gender dysphoria and cause severe psychological distress. This is especially true for a transgender individual who has lived in a sex different than their birth sex for a significant amount of time, including through use of medications and surgeries. The fact that it is harmful to make a transgender person live in their birth sex is true as well for someone who has not had medications or surgery.

9. In addition, it would be harmful for transgender women who have been diagnosed with gender dysphoria to cut off their access to female-designated commissary items such as undergarments, hair removal tools, and those items that allow a transgender woman to live as a woman.

10. Providing any kind of purported medical care or behavior health modalities to try to make a transgender person comfortable or even able to live in their birth sex and suppress who they are as a transgender person is a rejected as a harmful approach that is inconsistent with established medical care. Like conversion therapy targeting lesbian, gay, bisexual, and transgender individuals, these approaches have been widely discredited by medical professionals due to their documented harmful effects. Research shows they not only fail to achieve their intended outcomes but also inflict psychological trauma and substantially increase the risk of self-harm among those subjected to them.

11. For example, in a 2020 article titled "titled "Statement on Conversion Therapy," the Independent Forensic Expert Group explained that "[a]ll forms of conversion therapy, including talk or psychotherapy, can cause intense psychological pain and suffering," and "[i]n many studies, the rates of suicidal ideation and suicide attempt are several times higher than in other lesbian, gay, bisexual, trans, and gender diverse populations who have not been exposed to conversion therapy." The article further explains that "the likely harm of conversion therapy cannot be outweighed by

any clinical benefits, as there are none." A true and correct copy of the article is attached as **Exhibit B**.

12. By way of further example, a 2022 study of study of lesbian, gay, bisexual, transgender, queer, or questioning ("LGBTQ") youths in the United States found that when compared to LGBTQ individuals who experience conversion therapy, the conversion therapy recipients were more likely to experience serious psychological distress (47% vs 34%), depression (65% vs 27%), substance abuse (67% vs 50%), and attempted suicide (58% vs 39%). A true and correct copy of the study is attached as **Exhibit C**.

13. Cutting off a transgender woman's access to female hormones is also harmful because it is the hormones that affect her body in ways that enable her to live as a woman.

14. It is critically important that transgender individuals receive access to hormone therapy and other medical care in accordance with well-established and proven standards of care. However, for most individuals who have been on hormone therapy for an extended period of time, which includes the plaintiffs here, such care does not necessarily require specialized medical facilities or proximity to advanced care centers and can be managed as part of their routine care.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: February 23, 2025                             Respectfully submitted,

                                                     _____