AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JANE DOE, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-00286-RCL |
| JAMES R. MCHENRY III, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jane Doe, Mary Doe, and Sara Doe                                                                .

Date:     02/07/2025

*Attorney's signature*

Benjamin Hattem (CA Bar # 335232)
*Printed name and bar number*

Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA  94105

*Address*

bhattem@rbgg.com
*E-mail address*

(415) 433-6830
*Telephone number*

(415) 433-7104
*FAX number*