UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

    *Plaintiffs*,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,[1]

    *Defendants*.

Case No. 1:25-cv-286-RCL

## ORDER

On January 30, 2025, Plaintiffs filed a Motion for Protective Order as an attachment to the Complaint. Mot. for Protective Order, ECF No. 1-5. Before this case was assigned to this Court, the Plaintiffs' Motion to Seal and Motion to Proceed Under Pseudonyms was granted in part and denied in part, but the Motion for Protective Order was not resolved. *See* Order of January 31, 2025, ECF No. 7. No opposition from the Government has been filed regarding this outstanding Motion.

Therefore, in consideration of the plaintiffs' Motion [ECF No. 1-5] for Protective Order, with no opposition from the Government thereto, it is hereby

**ORDERED** that the plaintiffs' Motion for Protective Order is **GRANTED**; and it is further

**ORDERED** that the contours of the Protective Order contained in Plaintiffs' Proposed Order, ECF No. 1-7, are hereby adopted. The Court reproduces them below:

1. Defendants may not disclose Plaintiffs' identities to any third party unless such disclosure is necessary to defend against this action; and

---

[1] Under Fed. R. Civ. P. 25(d), Attorney General Pamela Bondi is "automatically substituted as a party" as the successor for Acting Attorney General James R. McHenry III.

2. Any party, including any third party, that files a document identifying Plaintiffs must redact all personal identifiers in accordance with Federal Rule of Civil Procedure 5.2 and must also redact:

   a. Plaintiffs' biographical details, including but not limited to their ages, places of residence, current and former names, dates of birth, and school experiences;

   b. Plaintiffs' criminal histories, including the crimes they were convicted of, quotes from their sentencing judges, their terms of incarceration, disciplinary records, and rehabilitation activities;

   c. All details of Plaintiffs' medical histories, records, treatments, and specific physical and mental health diagnoses, including those outside of their gender dysphoria; and

   d. Any other information that could identify Plaintiffs to the public.

**IT IS SO ORDERED.**

Date: February 27, 2025

Royce C. Lamberth
United States District Judge