UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, et al.,

            Plaintiffs,

v.

PAMELA BONDI, *in her official capacity as* Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,

            Defendants.

Case No.: 1:25-cv-00286-RCL

**DECLARATION OF KARA JANSSEN IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND TO PROCEED UNDER PSEUDONYM**

I, Kara Janssen, of full age, do hereby declare as follows:

1.      I am an senior counsel with Rosen Bien Galvan & Grunfeld LLP and admitted to practice law in the District of Washington, D.C on this matter *pro hac vice*.

2.      I make the following declaration based on personal knowledge and pursuant to F.R.C.P. 65(b).

3.      Plaintiffs Rachel Doe and Ellen Doe are transgender women incarcerated in Bureau of Prison's facilities.

4.      Plaintiffs Rachel Doe and Ellen Doe had been housed in women's units before the issuance of Executive Order 14168. Even though BOP has recognized Plaintiffs as women during their incarceration, they have now been transferred to men's prisons.

5.      Plaintiffs are transgender women who have been diagnosed with gender dysphoria and have maintained medically necessary hormone treatment for their gender dysphoria for years.

6.  Plaintiffs file this Emergency Motion for a Temporary Restraining Order, which seeks to preserve the status quo prior to their transfer to men's facilities pursuant to the Executive Order, while the parties litigate the lawfulness of certain provisions of the Executive Order. Plaintiffs, through counsel, notified Defendants' counsel of their intent to file an amended complaint and motion for temporary restraining order and preliminary injunction on March 13, 2025.

7.  In conjunction with the Second Amended Complaint and Motion, Plaintiffs' counsel also filed a Motion To Proceed Under a Pseudonym. This motion is based on the specific potential harms that would follow from revealing Plaintiffs' identities, including the potential risk to them of violence in the corrections system and the violation of their interests in maintaining privacy of their medical status, history, and records.

8.  Pursuant to the protective order in this case, Plaintiffs have also filed redacted versions of documents. All redactions proposed for the partially sealed documents stem from the necessity to protect Plaintiffs' identities, as set forth below.

9.  The locations and dates of the Plaintiffs' current and former correctional facilities are redacted because of the limited number of incarcerated transgender women at those facilities. If the facilities and time periods when Plaintiffs were there were identified, Plaintiffs' identities could be easily surmised from among a small number of transgender women at those facilities.

10. Specific biographical details concerning Plaintiffs are redacted, including their current and former names and dates of birth. Any one of these details would also provide an easy means of identification with minimal internet or public records research.

11. Details of Plaintiffs' medical records, medical treatment, and mental health issues outside of their gender dysphoria treatment are redacted because the confluence of these records

would serve to easily identify Plaintiffs to those that are aware of their other medical diagnosis/diagnoses.

12. Certain details about Plaintiffs' time in federal correctional facilities are redacted, including the period of their incarceration, any disciplinary record, harms they experienced, rehabilitation activities, and medical care they have received. Individuals within the correctional facility or those with whom they might communicate are likely aware of these details of Plaintiffs' time in federal custody and would be able to guess their identities if they were left unredacted.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 14, 2025                     /s/ Kara Janssen
                                          Kara Janssen