UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al., <br><br>　　　　　　Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, *in her official capacity as* Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons, <br><br>　　　　　　Defendants. | Case No.: 1:25-cv-00286-RCL |

**DECLARATION OF ELLEN DOE**

I, Ellen Doe, declare:

1.　　I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2.　　I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Ellen Doe to protect myself.

3.　　I am a transgender woman. I was born male, but I have felt female for a very long time.

4.　　I was diagnosed with gender dysphoria ███████████████████████████ ████████████████████████████████████████████████████████████████ ███████ I have taken prescribed hormone medication for years to treat my gender dysphoria. ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████

[4669472.1]

5.      I felt safe at ███████████████████████████████. After the President issued the Executive Order about transgender prisoners, staff told me that they were going to taper me off my hormone medication. So far, I am still receiving my hormone medication but I am very afraid that the BOP will stop providing it.

6.      On or about ███████, staff at ███████ told me that I was being shipped to a men's prison as soon as possible. This was terrifying to me. I have been in men's prisons before and they were not safe for me. I was constantly propositioned by other inmates when I was in men's facilities and I was very afraid that I might be attacked.

7.      Shortly after that I was put on a chartered plane and flown to the ███████ ███████████████. I was then flown to ██████████████████████ to be housed with men. When I arrived at ███████, two male officers, with no female officer present, did a visual strip search of me when I did not have any clothes on. While I was naked, they directed me to bend over, squat, cough, and lift my breasts in front of them. I have had a very hard time processing this transfer. I cry all the time and am having nightmares. I do not feel safe and am afraid I will be attacked.

8.      Men keep coming up to me to ask for sexual favors and to proposition me. I am afraid that one of them will sexually assault me. ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████ I am on edge all the time and feel like I can never let down my guard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on March 13 and due to time constraints that prevented me from signing by mail and my current inability to

receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed in San Francisco, California this 14th day of March, 2025.

>    */s/ Kara Janssen*  
>    Ellen Doe c/o Kara Janssen