UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, et al.,

        Plaintiffs,

v.

PAMELA BONDI, *in her official capacity as* Attorney General of the United States; WILLIAM LOTHROP, *in his official capacity as* Acting Director of the Federal Bureau of Prisons,

        Defendants.

Case No.: 1:25-cv-00286-RCL

**DECLARATION OF RACHEL DOE**

I, Rachel Doe, declare:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Rachel Doe to protect myself.

3. I am a transgender woman. I was born male, but I have always felt female.

4. I was diagnosed with gender dysphoria in ▇▇▇ and started receiving medical treatment around that same time.

5. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I am prescribed hormone medication to treat my gender dysphoria. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[4669483.2]

███████████████████████████████████████

7. I was housed with women in federal custody ██████████████████ ███. For most of that time, I was at ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

8. Then, about ████████ after arriving in ████████, BOP transferred me from the women's unit to the men's unit. ████████████████████ ██████████████████████████████████████

9. Being housed with men in ██████ was horrible. ████████████ ████████████████ I already faced a high propensity of violence as a transgender woman in a men's unit and knowing this information made me even more afraid. ████████ ████████████████, it became a whole different ballgame when it comes to safety. I have been frightened of being assaulted this entire time.

10. Because of the Executive Order, BOP then decided to send me from ██ ████████████████████. When I was leaving ████████, I had to dress out. Two male officers, with no female officer present, did the strip search. I had to bend over, squat, cough, and lift my breasts in front of them. It was humiliating and degrading. I was sick to stomach and felt like I might vomit when it was happening. I had never been strip searched by male officers before.

11. I was then transferred to ████████, which is a men's prison. Being housed with men is terrifying. When I walk to main line to go eat, the men stare, whistle, clap, and knock on

their windows.

12. In addition to the constant sexual innuendos and harassment, I have been repeatedly propositioned for sex. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████ These men are scaring me and I fear I will be attacked.

13. I reported these incidents to staff ███████████████████

█████████. This still does not make me feel safe.

14. Since arriving at ██████████, I have not received any of my medical treatment. I have not received my hormone medication ███████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████.

15. I also have been denied a bra and women's underwear. ███████████

████████████████████████ I feel like men stare at me even more because I do not have any support.

16. I am frightened that I will be sexually assaulted while being housed with men. I am also very concerned about what will happen to my body and my health without any hormone medication.

[4669483.2]                                                    3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on March 13 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed in San Francisco, California this 14 day of March, 2025.

*/s/ Kara Janssen*
Rachel Doe c/o Kara Janssen

[4669483.2]                                    4