AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JANE DOE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-286-RCL |
| PAMELA BONDI, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants  .

Date:  04/01/2025

/s/ Alexander J. Yun
*Attorney's signature*

Alexander J. Yun, DC 90028923
*Printed name and bar number*

1100 L. St. NW
Washington, DC 20005

*Address*

Alex.Yun@usdoj.gov
*E-mail address*

(202) 674-0255
*Telephone number*

(202) 616-8470
*FAX number*