IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil Docket No. 1:25-cv-286 |

DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiffs filed this suit against Defendants seeking declaratory and injunctive relief to prevent the Federal Bureau of Prisons from transferring them to men's facilities and from stopping their hormone medication for gender dysphoria. The Court has since issued preliminary injunctions to maintain the status quo. Defendants hereby move for an extension of time to answer or otherwise respond to the complaint from April 4, 2025 to April 25, 2025. The U.S. Attorney for the District of Columbia was served with the complaint on February 3, 2025, and the Amended Complaint was filed on February 21, 2025, making the Government's responsive pleading due on April 4, 2025. Fed. R. Civ. P. 12(a)(2); 15(a)(3). Defendants request an extension of 21 days to file a response, up to and including April 25, 2025.

Pursuant to Fed. R. Civ. P. 6(b), this Court has discretion to permit an extension of time for good cause. *McFadden v. Wash. Metro. Area Transit Auth.*, No. 14-1115, 2014 WL 12776122, at *2 (D.D.C. Sept. 9, 2014); *Smith v. D.C.*, 430 F.3d 450, 456 (D.C. Cir. 2005); *Lujan v. Nat'l Wildlife Fed'n* 497 U.S. 871, 896 (1990). Good cause exists because Defendants have been inundated with a large number of lawsuits as well as similar lawsuits challenging the legality of

Executive Order 14168 with associated motions for temporary restraining order and preliminary injunction such that the Department of Justice and Bureau of Prisons have been unable to confer and formulate a response to the Complaint. *See Kingdom, et al. v. Trump*, No. 1:25-cv-691 (D.D.C. filed Mar. 7, 2025); *Moe v. Trump*, 1:25-cv-653 (D.D.C. filed Jan. 26, 2025); *Jones v. Trump*, 1:25-cv-401 (D.D.C. filed Feb. 10, 2025). Additionally, lead counsel for the case, John Robinson, will be withdrawing his appearance imminently as he will be departing the Department of Justice. As such, undersigned counsel require additional time to acquaint themselves with the facts of the case. Finally, Plaintiffs will not be harmed by the extension as the preliminary injunction remains in effect.

The undersigned counsel have conferred with Plaintiffs by email pursuant to Local Rule 7(m). The Plaintiffs agree to the requested relief.

WHEREFORE, Defendants respectfully request an extension of time to answer or otherwise respond to the Complaint up to and including April 25, 2025.

Dated: April 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (DC 90028923)
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov
Counsel for Defendants