# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-286 |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order granting Plaintiffs' February 3, 2025, (publicly filed) Motion for Emergency Temporary Restraining Order and Preliminary Injunction (ECF No. 44), the Court's Order granting Plaintiffs' February 21, 2025, Motion for a Temporary Restraining Order and Expanded Preliminry Injunction (ECF No. 55), and the Court's Order granting Plaintiffs' Motion to Convert Pending Motion for Further Temporary Restraining Order to Motion for Further Preliminary Injunction or Temporary Restraining Order (ECF No. 68).

Dated: April 2, 2025               Respectfully submitted,

                                   YAAKOV M. ROTH
                                   Acting Assistant Attorney General

                                   ALEX HAAS
                                   Director, Federal Programs Branch

                                   JEAN LIN
                                   Special Litigation Counsel

                                   /s/ *Elizabeth B. Layendecker*
                                   ELIZABETH B. LAYENDECKER

ALEX YUN
JOHN ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-5046
Elizabeth.B.Layendecker@usdoj.gov

*Counsel for Defendants*