IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-286 |

## Notice of Withdrawal

To the Clerk of Court and all parties of record:

Please take notice that, as provided under Local Rule 83.6, John Robinson withdraws his appearance as counsel for Defendants. The basis for the withdrawal is that Mr. Robinson's employment with the Department of Justice will conclude on April 8, 2025. Defendants will continue to be represented by Jean Lin, Brooke Layendecker, and Alex Yun of the Department of Justice.

Dated: April 4, 2025              Respectfully submitted,

                                                   YAAKOV M. ROTH
                                                   Acting Assistant Attorney General

                                                   JEAN LIN
                                                   Special Litigation Counsel

                                                 */s/ John Robinson*
                                                 JOHN ROBINSON (Bar No. 1044072)
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch

1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov