## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Civil Docket No. 1:25-cv-286 |

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants' deadline to respond to Plaintiffs' complaint is extended to April 25, 2025.

DATED:____4/10/25____

By:____Royce C. Lamberth____
Royce. C. Lamberth
United States District Judge