IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

    Plaintiffs,

v.

JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States, *et al.*,

    Defendants.

Civil Docket No. 1:25-cv-286

[~~PROPOSED~~] ORDER

Upon consideration of Defendants' Consent Motion to Stay Proceedings and for good cause shown, the motion is hereby GRANTED. All proceedings in this case are stayed until August 23, 2025, except as to any motions to extend or renew the preliminary injunctions, any issue that may arise from compliance with those preliminary injunctions, the entry of any protective order, any motions to amend the complaint to add new plaintiffs and for preliminary injunctive relief regarding those plaintiffs, and other case management issues. Either Plaintiffs or Defendants may move to lift the stay at any time.

SO ORDERED.

DATED: 4-25-25

By: *[signature]*
Royce C. Lamberth
United States District Judge