# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as<br>Attorney General of the United States, *et al.*,<br><br>        Defendants. | Case No.: **1:25-cv-00286-RCL** |

## DECLARATION OF ZOE DOE

I, Zoe Doe, declare:

1.       I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Zoe Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.       I am a transgender woman.  I was born male, but ever since I was little I felt and knew that I was a girl.  I fought it for a long time and tried to live as a man, but I could not do it.

3.       I was first diagnosed with gender identity disorder by a psychiatrist in 1996.  I have been diagnosed with gender dysphoria multiple times since then by BOP medical staff.

4.       I came into BOP custody in ███.  It was very scary, and staff initially told me to not tell anyone that I am a transgender woman because I would not be safe.  I sought hormone medications for my gender dysphoria from the very beginning.  I filed administrative remedies and repeatedly asked medical staff.  At the time, I felt like if I was not able to take hormones, I might end up killing myself.

5.       After fighting for medical care for over a decade, BOP finally put me on hormones in ███.  That was a very important milestone for me, but I still needed additional

treatment to feel complete.  Once I was on hormones, I started to grow breasts, had emotional

changes, and my features became more feminine.  Around 2013, I was transferred to ███

███████, a different men's facility, where I experienced significant harassment by the male

prisoners.  My breasts had started to develop from hormones, which attracted attention.  I was

repeatedly stalked by another prisoner when I would go to the showers.  I had to request a

transfer for my safety, and they sent me back to ████████.  I continued to be harassed by male

prisoners there.

6.     I was finally transferred to a female facility, ██████████, in 2016.  I have been

here ever since.  ███████ has been much safer for me.  I no longer have to live in fear of sexual

assault.

7.     Throughout my time in BOP, I have had to request treatments to alleviate my

dysphoria and be able to live my life as female.  I requested psychotherapy, ████████████████

████████████████████████████.  I needed these things because while hormones were

lifesaving care for me, I still experience gender dysphoria.

8.     I was finally able to receive ████████████████.  I had a ████████████

██████████████.  I finally felt complete and validated as a woman.  My fears of being sent

back to live as a woman in a men's prison went away because at the time, I thought BOP would

never do that after having surgery.

9.     But on January 24, 2025, guards told me I was being transferred to a men's prison

and that the paperwork had already been processed.  They took me out of my housing unit and

put me in separate housing with other transgender women.  They told us we were being

segregated because of the President's Executive Order.  They said we would be transferred

within a week.  Up until that time, staff told me that I would not be transferred to a men's prison

because of my surgery.  When I heard I was being transferred, I was devastated.  I felt terrorized

and felt huge anxiety and panic.  I was afraid for my life and bodily sanctity.  It was my worst

nightmare come to life.  A few days later, around January 28, 2025, I was allowed to go back to

the general population, but guards told me I was still being transferred to a men's prison.  I did

not end up being transferred at that time because, as I understand it, a court order prevented my

transfer.

      10.    Later on in February, though, the same thing happened again.  Staff told me I was

going to be transferred because the court order did not cover me.  Again, I was devastated.  I've

been having recurring nightmares of being sent to a men's prison, and it feels like the sword of

Damocles hanging over me.

      11.    I also know the Executive Order requires BOP to cut off hormone therapy and

other medical treatments for transgender people.  I am required to dilate three times per week for

the rest of my life because of my ████████    If I were not allowed to dilate, I would develop

stenosis which could become life-threatening.  The symptoms of not taking hormones could also

become life-threatening: osteoporosis, menopause, being hypogonadal.  I have been taking

hormones for over a decade and no longer produce them myself.  BOP provided me with this

life-saving care and now they are trying to undo it.

/ / /

/ / /

/ / /

/ / /

/ / /

1        I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct to the best of my knowledge, and that this declaration

is executed at █████████████       this <u>12th</u> day of <u>May, 2025</u> .

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

[4201615.1]