# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>            Defendants. | Case No.: **1:25-cv-00286-RCL** |

### DECLARATION OF OLIVIA DOE

I, Olivia Doe, declare:

1. I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Olivia Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am a transgender woman, and have known this ever since I was a little girl. When I was four or five years old I told my mom that how I felt on the inside didn't match how I looked on the outside. I grew up in a rural community where it was practically unheard of to be transgender. Luckily, my family was supportive. I have had a female gender identity from as early as I can remember. In ▮▮▮▮ when I was sixteen years old, I was diagnosed with gender identity disorder and began receiving hormone treatment.

3. I entered the BOP in ▮▮▮▮ and was placed at ▮▮▮▮▮▮▮▮, a male facility. In ▮▮▮▮▮▮▮▮, I met with two psychologists and went through an extensive psychological evaluation and was again diagnosed with gender dysphoria. Although I had been deprived of hormone medication for a significant period of time after entering BOP custody, I was put back on hormone medication after being diagnosed while incarcerated.

[4697340.1]

4. When I was housed at ███████, I was brutally raped. It happened on ███████. The rape was extremely traumatic, and I remember feeling like I was being ripped open. I continue to suffer medical complications, including rectal bleeding, as a result. Since I never know when the bleeding will start, I have to wear a pad at all times. I also experienced worsening mental health symptoms. I reported the rape by filing a PREA report at ███████. After filing the report, I was placed in the SHU for seven months before I was transferred to ███████, another men's facility. I felt like the BOP was supposed to keep me safe and they failed to do that.

5. I had been fighting to be transferred to a female facility through the Transgender Executive Council since I was diagnosed with gender dysphoria by BOP in ███████. I jumped through every hoop and hurdle but continued receiving denials. After one of the denials, I became extremely depressed, and I attempted suicide by slitting my wrists. Being housed with men exacerbated my depression and despair.

6. Around ███████ transfer to a women's facility and seeking essential medical care to treat my gender dysphoria. I was transferred to the women's facility at ███████.

7. I felt extreme relief to be at a female facility. I was accepted by other women, and felt like they saw me as one of them. While incarcerated, I've never felt safer or more comfortable than I have here. I can finally be myself and not be looked at as a joke or a freak. I don't want to be treated differently than everyone around me. Here, I'm treated as just another woman who is trying to do her time and go home. I have been programming consistently since arriving at ███████, and I have had two jobs—as the law library clerk and then as the administrator's clerk. If I were transferred to a men's facility, I know that I would again feel

despair, anxiety, and depression.

8. Around January 24, 2025, I, and a number of the other transgender women at ▬▬▬ were called to Health Services. Staff told us that because of the President's Executive Order, we were being placed in special housing pending transfer to a male facility. When I heard that, I blacked out and fainted. The other transgender women were placed in the SHU, and I was placed on suicide watch, where I stayed for six days. I had an intense physical reaction to hearing about my transfer to a male facility. My blood pressure dropped and staff had to administer fluids to me. At that time, I remember feeling like I would rather die surrounded by people who supported and loved me, than return to a male facility. I was, and still am, terrified of returning to a male environment.

9. Around January 31, 2025, I was returned to general population housing. I was told that everything had been put on hold, and that my medical care will continue for now.

10. I continue to experience mental health symptoms as a result of the Executive Order. I feel like I have not been the same since I was on suicide watch. My mental health care level was raised from Level 2 to Level 3 after that happened, but I believe I have been moved back down to a Level 2 now that more time has passed and I am feeling more stable. I receive weekly appointments with a psychologist, which sometimes occur more frequently. The uncertainty around my placement and safety is taking an immense toll on my wellbeing.

11. I currently receive ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬ injection every two weeks. I have been on all three of these medications since ▬▬▬. I know the Executive Order may require the BOP to end my hormone medication, which terrifies me. Being taken off hormone medication would be devastating. My outside finally mostly matches how I feel on the inside. It's difficult to put into words, but taking my medication away

would take an immense toll on me physically and mentally.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge I spoke with counsel on May 12, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

*/s/ Kara J. Janssen*
Olivia Doe c/o Kara J. Janssen
