# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF SUSAN DOE**

I, Susan Doe, declare:

1. I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Susan Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am a transgender woman. I was born male, but ever since I was little I knew I was not a boy. Growing up in the Deep South in the ▮▮▮ was not easy, as homophobia was prevalent in my community, much more so than today. I suffered physical abuse from my father, and sexual abuse from my cousin, step-brother, and a family friend. I tried not to feel like a woman as hard as I could because I knew other people would not accept me, but it never worked.

3. I first entered BOP custody in the ▮▮▮ and was placed in a men's prison. While at a men's prison, I was harassed and assaulted several times because I'm a transgender woman. I had to defend myself or rely on other people to defend me.

4. I sought counseling and medical help from Psych Services, and I eventually received a diagnosis of gender dysphoria in ▮▮▮ from BOP medical staff. That same year, I started receiving hormone medications. I received Premarin, an estrogen pill. I was released

[4697339.1]

from BOP custody in ▮▮ and continued taking hormone medications outside of prison.

5. I returned to BOP custody in ▮▮▮▮ and was placed at ▮▮▮▮ in the men's facility. ▮▮▮▮ was very difficult for me because of the intense prison politics there. Based on the unspoken social rules, everyone was split into social groups depending on class, race, and other factors. Transgender women and sex offenders were grouped together, and as a result, I experienced intense bullying from other incarcerated people. One man punched me because I was transgender; he gave me a black eye. I did not report that incident to staff. But then, another man threatened to rape me. I reported the threatened rape to a staff member because I was afraid to be near that person and I needed protection. After I reported it, staff had me sign a form stating that that man could not be housed near me again.

6. My Unit Team at ▮▮▮▮ had been trying to help me get to a facility where I could be safe and could be housed with other women. They went to the Transgender Executive Council, which stated that I first needed to be at a low security institution for one year before I could transfer to a women's facility. So, around ▮▮, I was transferred to ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮. That transfer was part of my preparation to go to a women's facility.

7. Around ▮▮▮▮, I was finally transferred to ▮▮▮▮ at the women's facility. I felt and feel so much more relaxed being at a women's facility. It is a relief to feel physically safe and to finally be around other women.

8. Since I have been housed at ▮▮▮▮ I have been programming and taking classes that are available to me. I've received my GED here, and I'm currently on the wait list for "Serve Safe," a class about trauma, and other classes.

9. On or around January 24, 2025, guards took me out of my cell. They initially

took me to medical, and then to segregated housing with the other transgender women. They told me we were being segregated because of the President's Executive Order, and that we would all be transferred to a men's facility. I and others were shocked. I witnessed another transgender woman, who I know was brutally violated at a men's facility, become suicidal because of the news. We were housed in SHU for three days before being placed back in general population around January 28, 2025. A few weeks later, in late February, they called me and the other transgender women back to Psych Services, and again told us that we would be transferred because of the Executive Order.

10. I also know the Executive Order requires the BOP to cut off hormone medication and other medical treatments for transgender people. I currently take ▮▮▮▮▮▮▮▮ every day, and I receive an ▮▮▮▮ injection every two weeks. I am afraid of the possibility of my medication ending. I finally have the estrogen that my body needs and that is helping to control my gender dysphoria. If that was taken away, I would experience serious harm and my gender dysphoria would again become debilitating. I am afraid that without the right medication, I will not be able to function.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on May 8, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

*/s/ Kara J. Janssen*
Susan Doe c/o Kara J. Janssen
