# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>        Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF SALLY DOE**

I, Sally Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Sally Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am a transgender woman.  I was born male, but ever since I was little, I knew I was a girl.  I've felt a lot of anxiety over the years because I was expected to be a male.  When I hit puberty, I became very self-conscious and my body did not feel right.

3.      I tried very hard when I was younger to live as a man.  I married a woman; I had kids.  My dad was old school, so I felt pressure to do what society expected of me.  I hated myself and I hated my life.  I was anxious and stressed and short-tempered.

4.      In 2019, I got divorced and lost everything.  It was then that I decided to restart my life as my true self.   As soon as I started being my true self, the anxiety, stress, and PTSD all started to subside.  I became happier person, a positive person instead of a negative person.

5.      I sought counseling and medical help before I was in prison because I was suffering from symptoms of gender dysphoria.  I started taking hormone medication to treat

[4697338.1]

those symptoms, and I began to wear women's clothing and present as a woman.

6. BOP originally placed me in a men's prison. Because I am a transgender woman, I was threatened by other inmates. These male inmates threatened that if I didn't grab my stuff and go to the SHU, they would beat me up. I asked in public, "Does anyone have an issue with me being here?" Half of the men in the unit shouted, "Yes." Three months later I was transferred to a different male facility, ███████. When I got to ███████, a BOP doctor diagnosed me with gender dysphoria. When I was at ███████, I contacted the Transgender Executive Council to be transferred.

7. The TEC approved my transfer to a female facility. I arrived at ███████████████. ███████████ has been much safer for me. I have people that I can socialize with. I work as a GED tutor and am doing way better emotionally as a result.

8. On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women. They told me I was being segregated because of the President's Executive Order. The guards told me I was being transferred to a men's prison, and the paperwork was already processed. They said the transfer would happen by Thursday, January 30, 2025.

9. On January 28, 2025, I was allowed to go back to general population, but guards told me I was still being transferred to a men's prison.

10. I still have trauma from that. Every time I'm on the callout list or guards do a full recall, I start shaking and my mind gets flustered because I think they're going to transfer me to a male facility. Just thinking about it I want to cry.

11. I also know the Executive Order requires the BOP to cut off medical treatments for transgender people.

12. I have been taking hormone medications for ▇ years. I know for a fact that if I were taken off hormones, it would harm my mental state. It would completely start to cause a bunch of issues in my body. I have almost completely gotten rid of testosterone in my body. My life is much better on hormones. I can think more clearly, my anxiety is lower. It would feel like a complete and total breakdown to have testosterone in my system rising again. It would break me. Taking away my hormones could also cause blood clots and other medical issues. And being in a men's facility would deny who I am as a transgender woman, and would cause my gender dysphoria to recur and worsen.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   I declare under penalty of perjury under the laws of the United States of America
2   that the foregoing is true and correct to the best of my knowledge, and that this declaration
    is executed at ▮▮▮▮▮▮▮▮▮▮ this 12th day of May, 2025.

[4201615.1]