# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>                    Defendants. | Case No.: **1:25-cv-00286-RCL** |

### DECLARATION OF EMILY DOE

I, Emily Doe, declare:

1. I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Emily Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am a transgender woman. I was born male, but I've always felt like a girl, played with other girls, braided my hair, and painted my nails.

3. BOP originally placed me in a men's prison. When I was first in BOP custody, I put on a rough and gruff exterior to protect myself from being attacked or killed. During that time, I became suicidal and was on medications to try to control my anxiety and depression. My anxiety was through the roof because I was presenting in such a masculine way and could not live as a transgender woman.

4. When I was housed in a men's prison in ▪▪▪, I was raped by a male inmate. On a weekly basis, sometimes multiple times per week, male inmates would say things like, "hey do you wanna do something tonight," which were scary propositions for sex. I could not trust the men at all. My coping mechanism was to stay away from everyone.

[4697337.1]

5. After a period of time seeing mental health staff, BOP staff diagnosed me with gender dysphoria. I started taking hormone medications in about ▮▮▮▮▮. Ever since I started hormone medication, I haven't needed other drugs for anxiety or depression. I've been happy and felt like myself.

6. After trying for almost four years to get to a female facility, the Transgender Executive Council finally approved my transfer. I did all the interviews they wanted me to do and psychological assessments so I could get here.

7. I can't begin to express the elation I felt when I first got to a women's facility. It felt like, this is where I'm meant to be. These women accept me as a woman. I've been programming so much at ▮▮▮▮▮ because I finally feel comfortable enough to do it.

8. On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women. They told me I was being segregated because of the President's Executive Order.

9. The guards told me I was being transferred to a men's prison, and the paperwork was already processed. They said the transfer would happen by Thursday, January 30.

10. On January 28, I was allowed to go back to general population, but guards told me I was still being transferred to a men's prison.

11. I also know the Executive Order requires the BOP to cut off medical treatments for transgender people.

12. If I had to go back to living as a male I would probably kill myself. There is no way. I really could not do it. I tried. It did not work. I was miserable. I can't live in that misery again. I can't do it.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
3  is executed at ▌▌▌▌▌▌▌▌▌▌ this 12th day of May, 2025.

[4201615.1]