# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>            Defendants. | Case No.: **1:25-cv-00286-RCL** |

### DECLARATION OF LOIS DOE

I, Lois Doe, declare:

1.    I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Lois Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2.    I am a transgender woman. When I was young, I never liked anything that other people associated with being a boy; I loved art and coloring books even though people told me I should not like those things. For a long time, I tried to live as a man. I did the things I thought a man was supposed to do. I got married and had kids. But it never felt right, and I was not happy.

3.    When I was in my ███████, I started to sometimes wear makeup and women's clothes. After a time, it was apparent that I could not live as a man because I knew that I am a woman. I lost a lot of people in my life as a result.

4.    I decided to move to ███████ where I thought I would have support to change my name, start taking hormone medications, and living as a woman. I was prescribed estrogen pills and testosterone blockers.

[4697336.2]

5. I eventually moved back to ▮▮▮▮ where I continued to take hormone medications and live as a woman. I felt a lot freer being able to be myself. People were very accepting at the time.

6. I first entered BOP around ▮▮. I was placed in a men's prison in ▮▮▮▮▮. Because I am a woman, I was cat-called all the time. It was scary, especially because when I had been in a men's state facility before, I had been raped twice. When I was at ▮▮▮▮, the BOP diagnosed me with gender dysphoria and I started receiving hormone medication again. Since then, I have received ▮▮▮▮▮▮▮▮▮. In ▮▮, I was transferred from ▮▮▮▮ to another men's facility in ▮▮▮▮.

7. I was able to transfer to the women's facility at ▮▮▮▮ through the Transgender Executive Council. I completed the programming the TEC required and was transferred to ▮▮▮ in or around ▮▮▮▮.

8. Being at ▮▮▮▮ has been much safer for me. People have gotten to know me here, and they accept me. I'm learning about healthy relationships and communication. I'm in psychiatry groups twice per month and they are helpful. I'm learning about certain habits and things I was doing that I can change. I'm changing my way of thinking.

9. On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women. They said, "We don't want to alarm you, but according to the Executive Order, we have no choice but to take you off the compound and put you in SHU." They told me I could pick where I wanted to be transferred, but that I was going to be transferred to a men's prison soon.

10. On or around January 27, 2025, I was allowed to go back to my housing unit.

11. I fear going back to a men's prison. I am a woman and have the body of a

woman. I have ▮▮▮▮, and I am afraid the men will harass me or sexually assault me. The idea of going back brings up the idea of being sexually harassed and being raped, like I was before. That's a big fear of mine.

12. I also know the Executive Order requires BOP to cut off medical treatments for transgender people. I have been taking hormones for over a decade. If they ended my treatment, it would feel like a part of myself was being taken away. I am not sure I would be able to handle that.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge I spoke with counsel on April 16, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

/s/ Kara J. Janssen
Lois Doe c/o Kara J. Janssen

[4697336.2]