# Exhibit G

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>        Defendants. | Case No.: **1:25-cv-00286-RCL** |

### DECLARATION OF MARY DOE

I, Mary Doe, declare:

1. I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Mary Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am a transgender woman. I was born male, but from a young age I felt and knew I was a girl and thought of myself that way. When I was old enough to start dating, I had a boyfriend and I felt like a girl dating him.

3. I wanted to transition for a long time but I was scared. I grew up in the ▇▇▇ and being gay or transgender was frowned upon. People were assaulted or even killed for it. I feared that I could be assaulted or killed if I came out. I feared what my family would think, too, and whether they would disown me.

4. Once I was in the BOP, I sought counseling and medical help and eventually received a diagnosis of gender dysphoria in ▇▇▇.

5. In ▇▇▇, I also started hormone medication. I have been taking hormones consistently since then—except for a very brief period when I had to be off of them because I

[4697334.1]

1

had surgery for ▮. In addition to starting hormones, I grew my hair and nails out and told close friends I was transitioning. I also started using the name that I use now. The hormone medication makes me feel much better and I cannot imagine not having it.

6. I was raped multiple times when I was housed in men's facilities. The BOP was aware of at least two of those rapes. In 2021, I was almost raped again but was able to fight the other inmate off of me. Someone from the BOP came to talk with me and a few days later, I was transferred to ▮, a women's facility. I was extremely relieved to be out of a men's facility. I've been in women's facilities ever since.

7. Women's facilities have been much safer for me. I had such bad PTSD at the men's facility. I often slept during the day so I could stay up all night to make sure no one assaulted me. I've now been able to sleep. I'm not afraid and jumpy all the time anymore.

8. On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women. They told me I was being segregated because of the President's Executive Order.

9. The guards told me I was now listed as male in the BOP system, and they started calling me and the other transgender women "gentlemen" and "Mr. Doe." That caused me a lot of anxiety.

10. On January 27, 2025, I was allowed to go back to general population, but guards told me I was still being transferred to a men's prison. They said that the designation center at Grand Prairie was finalizing the paperwork that day so that we could be transferred by the end of the week. They also told us that our hormone medication would be stopping.

11. I was so afraid of being housed with men and of the strong possibility of being raped. I know that I would be a target and am not sure I could handle that again. If the BOP

transferred me, I know that my fear and jumpiness would come back at once.  I feel so much better being housed with women and I don't know if I could handle the fear I had in men's prisons.  It feels like a lamb being thrown back in the lion's den.  That's really what it feels like.  I also know the Executive Order requires the BOP to cut off medical treatments for transgender people.

12. I have been taking hormone medications for over a decade.  I feel so much better with estrogen in my body.  I start crying and get emotional just thinking about being forced to stop that treatment.  Being placed in a men's facility would also deny that I am a woman and that would also cause me anxiety and debilitating depression and self-doubt.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge, and that this declaration
   is executed at ▉▉▉▉▉▉▉▉▉▉▉▉▉ this 12th day of May, 2025                    .
3
4                                                              ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
5                                                              ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
6
7
8
9
10
11
12
13
14
15
16
17
18
19

[4201615.1]