# Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>　　　　　Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF WENDY DOE**

　　1.　　I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Wendy Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

　　2.　　I am currently incarcerated at a Federal ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I have been incarcerated with the Federal Bureau of Prisons ("BOP") since the end of ▇▇▇▇.

　　3.　　I was born on ▇▇▇▇▇▇▇. My sex at birth was identified as male and my parents gave me a male name.

　　4.　　I began hormone medication and began living as a woman in 2011.

　　5.　　In 2012, I received ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. In June of 2013, I received ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

　　6.　　In 2012, I legally changed my name and my sex marker to female on my driver's license as well as my birth certificate, social security card, and passport. Following my sentencing on ▇▇▇▇▇▇▇ and during pre-sentence custody, I have

[4697335.1]

1

always been housed with female offenders only. I have been provided with necessary female toiletries through commissary and have continued taking my hormone medication.

7. In ▓▓▓▓, I was transferred to ▓▓▓▓. Like in the previous facilities where I was housed, ▓▓▓▓ commissary provides all items that are needed by the women housed there. As I have done at all of the facilities where I have been housed since my arrest, I have been able to live as a woman in all respects at ▓▓▓▓.

8. At ▓▓▓▓ I have participated in all programs available to me. I am currently successfully participating in the Residential Drug and Alcohol Program (RDAP) and am a mentor in the program to others.

9. In all of the institutions in which I have been housed, I have been subjected to searches by female corrections officers only.

10. On or about January 27, 2025, BOP officials transferred me to a mixed sex facility at the ▓▓▓▓. I was told I was being transferred because of the executive order and that I could no longer be housed in a BOP women's facility.

11. They kept me in segregation for all five days I was there because they said they did not know what else to do with me.

12. In this Special Housing Unit ("SHU"), I was housed alone in a small cell with nothing to do all day where they normally house people on suicide watch.

13. On or about January 28, 2025, I arrived back to ▓▓▓▓ No one explained to me why I came back and no one could tell me if it would be permanent.

14. Despite my transfer back to the women's facility, I remain deeply concerned

for my safety.

16. 15. On about February 20, 2025, I was told that I would be transferred to a men's facility. I was told that I could either go to a men's camp, or to a men's medical center.

16. I am terrified that I would face violence and sexual assault if I am transferred to a men's facility.

17. When I was sent to ▮▮▮▮▮▮▮, I didn't know if at any time I would be put in general population with the men. I am scared of being the target of sexual violence and feel hopeless.

18. I have been living as a woman since 2011. I had ▮▮▮▮▮▮▮▮. If I get housed in a men's facility, I know I will be threatened, I will be subject to sexual violence, and I truly believe I will be killed.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on May 8, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

*/s/ Kara J. Janssen*
Wendy Doe c/o Kara J. Janssen