# Exhibit I

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>  Defendants. | Case No.: **1:25-cv-00286-RCL** |

### DECLARATION OF SARA DOE

I, Sara Doe, declare:

1.   I am currently incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Sara Doe to protect myself.

2.   I am a transgender woman. I have known I was a woman since I was young. I was always drawn to wearing girl's clothing, playing with girl's toys, and would often wear my older sister's hand me down clothing instead of my older brother's. I began transitioning in high school and started wearing makeup, earrings, growing out my hair and began hormone medication.

3.   Prior to coming into BOP custody, I had ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and present completely as female. All of my legal documents identify me as female. Because of this, when I entered BOP custody in ▓▓▓▓▓▓▓▓▓▓, I was immediately treated as female and BOP has always housed me in female facilities. No one mentioned transferring me until the President's Executive Order. I have also received ongoing hormone medication since I came into BOP and have been diagnosed with

[4697341.1]

gender dysphoria. Hormones are also particularly important for me because, ███ ███████████████████████████████████████. As a result, I need to get hormone shots every two weeks.

4. On January 24, 2025, guards removed other transgender women from my housing unit but did not remove me. The following day, January 25, they came for me and told me someone had found me "on a list" and I had to be transferred to a male prison because of the President's Executive Order. I was terrified.

5. On January 28, staff moved me back to general population. I was not told why I was moved back and did not know until I spoke with my lawyer who informed me about the court order. I am very afraid that if that order goes away BOP will immediately try to move me again.

6. After the order I received my hormone shots on approximately February 13 but the nurse told me that my next shot would be a lower dosage and they would taper me off. I was scared when I heard that because my body ██████████████████ and I have been on hormones since before I came to BOP.

7. A few days later, on February 18, I had a doctor's appointment via telehealth with a doctor at the BOP Regional Office, Dr. John Meade. He again told me they were going to reduce my dosage by half and then taper me off. The reason I was talking to a doctor at the Regional Office was because there was no doctor at the time at FCI ███████. When I told Dr. Meade that I need the hormones for medical reasons and there was a court order protecting me, he responded he did not know anything about that. I did ultimately get my hormone shots on February 20 and have been getting them ever since.

8. They used to let me use the laser hair removal device but they took that away so

we can no longer use it.

9. If I am transferred to a men's facility I am afraid I will be raped and will not be safe. When I was first moved out of the SHU after I was told I was being transferred staff told me, "you would not survive ▬▬▬ I know I will be at an extremely high risk of violence and sexual assault because I am a transgender woman. I will also be forced to be strip searched by men, pat searched by men, and will have to shower and change in front of men. Just thinking about what that would be like fills me with fear and dread.

10. I was sexually assaulted for an ongoing period when I was a child. Ever since I was first pulled from my cell in the middle of the night and told I would be transferred back in January, I have struggled with increasing anxiety, night terrors, and depression. I have nightmares at night that I am being raped by groups of men and am afraid when I hear keys coming down the hall that they are going to pull me out again to tell me I am being transferred. Because of the anxiety and stress, I had to seek psychiatric help and was started on ▬▬▬ on February 21, 2025. It helps but I still struggle to sleep and have nightmares.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on May 8, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

/s/ Kara J. Janssen
Sara Doe c/o Kara J. Janssen