UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>              Defendants. | Case No.: **1:25-cv-00286-RCL** |

### DECLARATION OF ADRIENNE SPIEGEL IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR A RENEWED PRELIMINARY INJUNCTION

I, Adrienne Spiegel, declare:

1. I am an attorney admitted to practice before the courts of the State of California and admitted *pro hac vice* in this matter as counsel of record for Plaintiffs. I am an associate in the law firm Rosen Bien Galvan & Grunfeld LLP. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Unopposed Motion for a Renewed Preliminary Injunction.

2. On July 24, 2025, Plaintiffs' counsel Amy Whelan e-mailed counsel of record for Defendants and counsel of record for Plaintiffs to request Defendants' position regarding Plaintiffs' planned motion to seek to extend preliminary injunctive relief in this matter. Later that day, Jared Littman, counsel for Defendants, responded, stating that Defendants "will not oppose your requests to renew the injunctions."

3. Attached hereto as **Exhibit A** is a true and correct copy of the email exchange between counsel for the parties.

[4741138.2]

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 15th day of August, 2025.

                                       */s/ Adrienne Spiegel*
                                       Adrienne Spiegel
                                       *Attorney for Plaintiffs*

# Exhibit A

| | |
|---|---|
| **From:** | Littman, Jared (CIV) |
| **To:** | Lin, Jean (CIV); Amy Whelan; Yun, Alex (CIV); Layendecker, Elizabeth B (CIV); Neumeister, McKaye L. (CIV) |
| **Cc:** | Shalom, Alexander; Fang, Wayne; Delgado, Jennifer Fiorica; Julceus, Markiana J.; Schor, Noemi; Kraner, Natalie J.; Sarah Austin; Shannon Minter; Kara Janssen; Adrienne Spiegel; Eve Hill; Ben Hattem; Jennifer Levi |
| **Subject:** | RE: Jone, Moe, and Doe -- response to Defendants" request to stay merits proceedings |
| **Date:** | Thursday, July 24, 2025 6:16:55 PM |
| **Attachments:** | image001.png image002.png image003.png image004.png image005.png image006.png image007.png image008.png image009.png image010.png image012.png |

[EXTERNAL MESSAGE NOTICE]

Hi Amy. Thanks for following up. We agree to your proposal—we will file additional consent motions to continue the stays in these matters (using the same language as before), and we will not oppose your requests to renew the injunctions.

-Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Thursday, July 24, 2025 6:44 PM
**To:** Amy Whelan <AWhelan@nclrights.org>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** RE: Jone, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Adding Jared Littman, who will be the lead for the government on these cases in the trial court.

**From:** Amy Whelan <AWhelan@nclrights.org>
**Sent:** Thursday, July 24, 2025 3:57 PM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>; gerard.j.sinzdak@usdoj.gov
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** [EXTERNAL] RE: Jone, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Hi all—just following up on my email from earlier this week. Please let us know Defendants' positions regarding extending the stay and Plaintiffs' motions to extend the preliminary injunctions in the three underlying matters.

Take care,



**Amy Whelan**, Senior Staff Attorney
she, her, hers

awhelan@nclrights.org  |  (415) 365-1338 Direct
nclrights.org

*Licensed to practice
law in California*

**FEMINIST FOUNDED. ADVOCATES FOR ALL.**

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your sender immediately and delete this message from your computer. Thank you.

**From:** Amy Whelan <AWhelan@nclrights.org>

**Sent:** Tuesday, July 22, 2025 12:27 PM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <mckaye.l.neumeister@usdoj.gov>; gerard.j.sinzdak@usdoj.gov
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** RE: Jone, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Jean, Alex, and Brooke,

Given that the district court's stay (Dkt. 77) and the preliminary injunctions expire on 8/23/25, several days before the oral argument in the D.C. Circuit, please let us know if Defendants plan to file another consent motion to partially stay the district court proceedings. I am attaching the prior consent motion and proposed order, both of which Plaintiffs would agree to in a renewed form assuming the language does not change. With respect to our renewals of the preliminary injunctions, can you also let us know if Defendants will agree not to oppose those renewals, as they did previously? We look forward to hearing from you.

Take care,



**Amy Whelan**, Senior Staff Attorney
she, her, hers
awhelan@nclrights.org  |  (415) 365-1338 Direct
nclrights.org

*Licensed to practice
law in California*

**FEMINIST FOUNDED. ADVOCATES FOR ALL.**

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this