UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: **1:25-cv-00286-RCL** |

## UNOPPOSED MOTION FOR NEW PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Jane Doe, Mary Doe, Sara Doe, Emily Doe, Zoe Doe, Olivia Doe, Susan Doe, Lois Doe, Sally Doe, Wendy Doe, Rachel Doe, and Ellen Doe respectfully file this unopposed motion for entry of a new preliminary injunction as to all Defendants.[1]

Plaintiffs rely on the concurrently filed memorandum of points and authorities, the Second Amended Complaint, and other documents filed in this action to support their requested relief. Pursuant to Local Civil Rule 7(m), undersigned counsel states that they have met and conferred with opposing counsel regarding this motion. Defendants have represented that they do not oppose this motion.

Because of Defendants' non-opposition and because the legal and factual issues are substantially similar to Plaintiffs' prior motions, Plaintiffs do not believe a hearing is necessary. If the Court desires one, Plaintiffs respectfully request that the Court schedule an expedited hearing before November 20, 2025.

---

[1] Plaintiff Tori Doe is no longer in BOP custody and accordingly does not seek relief through this motion.

[4777936.1]

                    Respectfully submitted,

Dated: November 13, 2025          */s/ Adrienne Spiegel*

                    Ernest Galvan (admitted *pro hac vice*)
                    Kara J. Janssen (admitted *pro hac vice*)
                    Adrienne Spiegel (admitted *pro hac vice*)
                    Ben Hattem (admitted *pro hac vice*)
                    EGalvan@rbgg.com
                    KJanssen@rbgg.com
                    ASpiegel@rbgg.com
                    BHattem@rbgg.com
                    ROSEN BIEN GALVAN & GRUNFELD LLP
                    101 Mission Street, Sixth Floor
                    San Francisco, California 94105-1738
                    (415) 433-6830

                    Eve L. Hill (Bar No. 424896)
                    ehill@browngold.com
                    BROWN GOLDSTEIN & LEVY, LLP
                    120 E. Baltimore St., Suite 2500
                    Baltimore, MD 21202
                    Tel: (410) 962-1030
                    Fax: (410) 385-0869

                    Christopher Stoll (admitted *pro hac vice*)
                    Amy Whelan (admitted *pro hac vice*)
                    CStoll@nclrights.org
                    AWhelan@nclrights.org
                    National Center for Lesbian Rights
                    870 Market Street, Suite 370
                    San Francisco, CA 94102
                    Tel: (415) 365-1338
                    Fax: (415) 392-8442

                    Jennifer L. Levi (admitted *pro hac vice*)
                    Sarah Austin (admitted *pro hac vice*)
                    GLBTQ Legal Advocates & Defenders
                    18 Tremont Street, Suite 950
                    Boston, MA 02108
                    (617) 426-1350
                    jlevi@glad.org
                    saustin@glad.org

                    *Attorneys for Plaintiffs-Appellees*