UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>            Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF ADRIENNE SPIEGEL IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR A NEW PRELIMINARY INJUNCTION**

I, Adrienne Spiegel, declare:

1.      I am an attorney admitted to practice before the courts of the State of California and admitted pro hac vice in this matter as counsel of record for Plaintiffs. I am an associate in the law firm Rosen Bien Galvan & Grunfeld LLP. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Unopposed Motion for a Renewed Preliminary Injunction.

2.      On October 17, 2025, Plaintiffs' counsel Amy Whelan e-mailed counsel of record for Defendants and counsel of record for Plaintiffs to request Defendants' position regarding Plaintiffs' planned motion to seek to extend preliminary injunctive relief in this matter. On October 23, 2025, Elizabeth Brooke Layendecker, counsel for Defendants, responded, stating that Defendants "will not oppose Plaintiffs' motions to renew the preliminary injunctions."

/ / /

/ / /

/ / /

[4777954.1]

3. Attached hereto as **Exhibit A** is a true and correct copy of the email exchange between counsel for the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 13th day of November, 2025.

*/s/ Adrienne Spiegel*
Adrienne Spiegel

# Exhibit A

| | |
|---|---|
| **From:** | Layendecker, Elizabeth B (CIV) |
| **To:** | Amy Whelan |
| **Cc:** | Shalom, Alexander; Fang, Wayne; Delgado, Jennifer Fiorica; Julceus, Markiana J.; Schor, Noemi; Kraner, Natalie J.; Sarah Austin; Shannon Minter; Kara Janssen; Adrienne Spiegel; Eve Hill; Ben Hattem; Jennifer Levi; Littman, Jared (CIV); Amy Whelan; Yun, Alex (CIV); Neumeister, McKaye L. (CIV) |
| **Subject:** | RE: Jones, Moe, and Doe -- response to Defendants" request to stay merits proceedings |
| **Date:** | Thursday, October 23, 2025 10:33:25 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png<br>image012.png |

**[EXTERNAL MESSAGE NOTICE]**

Hi Amy,

Defendants agree to your proposal. As we did before, we will file consent motions with the same language to continue the stays, and we will not oppose Plaintiffs' motions to renew the preliminary injunctions.

Kind regards,
Brooke

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Thursday, October 23, 2025 6:39 AM
**To:** Amy Whelan <AWhelan@nclrights.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** RE: Jones, Moe, and Doe -- response to Defendants' request to stay merits proceedings

I do not have a response. The entire BOP litigation branch is furloughed (as is Fed Programs) so this will take more time than usual. Correct me if I'm wrong, but my understanding is that the injunctions would not expire for another month, right?

Thanks,

Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Amy Whelan <AWhelan@nclrights.org>
**Sent:** Wednesday, October 22, 2025 7:21 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** [EXTERNAL] RE: Jones, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Hi Jared—just checking in again on this. Please let us know if you have a response from your client.

Take care,



**Amy Whelan**, Senior Staff Attorney
she, her, hers
awhelan@nclrights.org  |  (415) 365-1338 Direct
nclrights.org

*Licensed to practice
law in California*

**FEMINIST FOUNDED. ADVOCATES FOR ALL.**

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your sender immediately and delete this message from your computer. Thank you.

**From:** Amy Whelan <AWhelan@nclrights.org>
**Sent:** Monday, October 20, 2025 1:03 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** RE: Jones, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Thanks Jared—we look forward to hearing from you.

Take care,



**Amy Whelan**, Senior Staff Attorney
she, her, hers
awhelan@nclrights.org  |  (415) 365-1338 Direct
nclrights.org

*Licensed to practice law in California*

**FEMINIST FOUNDED. ADVOCATES FOR ALL.**

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your sender immediately and delete this message from your

computer. Thank you.

---

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Monday, October 20, 2025 6:25 AM
**To:** Amy Whelan <AWhelan@nclrights.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** RE: Jones, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Hi Amy.  Thanks for reaching out.  We will confer with our client and circle back.

-Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Amy Whelan <AWhelan@nclrights.org>
**Sent:** Friday, October 17, 2025 3:52 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>
**Subject:** [EXTERNAL] RE: Jones, Moe, and Doe -- response to Defendants' request to stay merits proceedings

Jared, Jean, Alex and Brooke,

As we approach the expiration of the current stays and preliminary injunctions on 11/21/25, please let us know if Defendants plan to file another consent motion to partially stay the district court proceedings in *Jones, Moe, and Doe*. Consistent with the last stay, Plaintiffs would agree to a stay in a renewed form assuming the language of the consent motions and proposed orders are the same. With respect to moving for renewed preliminary injunctions, can you also let us know if Defendants will agree not to oppose those motions, as they did previously? We look forward to hearing from you.

Take care,



**Amy Whelan**, Senior Staff Attorney
she, her, hers
awhelan@nclrights.org  |  (415) 365-1338 Direct
nclrights.org

*Licensed to practice
law in California*

**FEMINIST FOUNDED. ADVOCATES FOR ALL.**

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your sender immediately and delete this message from your computer. Thank you.

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Thursday, July 24, 2025 4:31 PM
**To:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Amy Whelan <AWhelan@nclrights.org>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Neumeister, McKaye L. (CIV) <McKaye.L.Neumeister@usdoj.gov>
**Cc:** Shalom, Alexander <AShalom@lowenstein.com>; Fang, Wayne <wfang@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Julceus, Markiana J. <MJulceus@lowenstein.com>; Schor, Noemi <NSchor@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Sarah Austin <SAustin@glad.org>; Shannon Minter <SMinter@nclrights.org>; Kara Janssen <KJanssen@rbgg.com>; Adrienne Spiegel <ASpiegel@rbgg.com>; Eve Hill <ehill@browngold.com>; Ben Hattem <BHattem@rbgg.com>; Jennifer Levi <jlevi@gladlaw.org>