UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No.: **1:25-cv-00286-RCL** |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF ELLEN DOE**

Ellen Doe, by and through her undersigned attorneys, hereby notices dismissal of her claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has served an answer or motion for summary judgment. Accordingly, Plaintiff Ellen Doe hereby voluntarily dismisses her claims in this action without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 23, 2026　　　　　　*/s/ Adrienne Spiegel*
　　　　　　　　　　　　　　　　　Ernest Galvan (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Kara J. Janssen (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Adrienne Spiegel (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Ben Hattem (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　EGalvan@rbgg.com
　　　　　　　　　　　　　　　　　KJanssen@rbgg.com
　　　　　　　　　　　　　　　　　ASpiegel@rbgg.com
　　　　　　　　　　　　　　　　　BHattem@rbgg.com
　　　　　　　　　　　　　　　　　ROSEN BIEN GALVAN & GRUNFELD LLP
　　　　　　　　　　　　　　　　　101 Mission Street, Sixth Floor
　　　　　　　　　　　　　　　　　San Francisco, California 94105-1738
　　　　　　　　　　　　　　　　　(415) 433-6830

[4815927.2]

Eve L. Hill (Bar No. 424896)
ehill@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

Christopher Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
CStoll@nclrights.org
AWhelan@nclrights.org
National Center for LGBTQ Rights
1401 21st Street #11548
Sacramento, CA 95811
Tel: (415) 392-6257
Fax: (415) 392-8442

Jennifer L. Levi (admitted *pro hac vice*)
Sarah Austin (admitted *pro hac vice*)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

*Attorneys for Plaintiffs-Appellees*