UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>          Defendants. | Case No.: **1:25-cv-00286-RCL** |

**UNOPPOSED MOTION FOR NEW PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Jane Doe, Mary Doe, Sara Doe, Emily Doe, Zoe Doe, Olivia Doe, Susan Doe, Lois Doe, Sally Doe, Wendy Doe, and Rachel Doe respectfully file this unopposed motion for entry of a new preliminary injunction as to all Defendants.[1]

Plaintiffs rely on the concurrently filed memorandum of points and authorities, the Second Amended Complaint, and other documents filed in this action to support their requested relief. Pursuant to Local Civil Rule 7(m), undersigned counsel states that they have met and conferred with opposing counsel regarding this motion. Defendants have represented that they do not oppose this motion.

Because of Defendants' non-opposition and because the legal and factual issues are substantially similar to Plaintiffs' prior motions, Plaintiffs do not believe a hearing is necessary. If the Court desires one, Plaintiffs respectfully request that the Court schedule an expedited hearing before February 18, 2026.

---

[1] Plaintiff Tori Doe is no longer in BOP custody and accordingly does not seek relief through this motion.

                Respectfully submitted,

Dated: February 2, 2026

*/s/ Ben Hattem*

Ernest Galvan (admitted *pro hac vice*)
Kara J. Janssen (admitted *pro hac vice*)
Adrienne Spiegel (admitted *pro hac vice*)
Ben Hattem (admitted *pro hac vice*)
EGalvan@rbgg.com
KJanssen@rbgg.com
ASpiegel@rbgg.com
BHattem@rbgg.com
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830

Eve L. Hill (Bar No. 424896)
ehill@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

Christopher Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
CStoll@nclrights.org
AWhelan@nclrights.org
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel: (415) 365-1338
Fax: (415) 392-8442

Jennifer L. Levi (admitted *pro hac vice*)
Sarah Austin (admitted *pro hac vice*)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

*Attorneys for Plaintiffs-Appellees*