## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANE DOE**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No.: **1:25-cv-00286-RCL** |

### WITHDRAWAL OF APPEARANCE FOR PLAINTIFFS JANE DOE, OLIVIA DOE, RACHEL DOE, SARA DOE, WENDY DOE AND ZOE DOE

Pursuant to Local Rule 83.6(b), Ernest Galvan, Kara J. Janssen, Adrienne Spiegel and Ben Hattem of Rosen Bien Galvan & Grunfeld LLP file this withdrawal of appearance as counsel for Plaintiffs Jane Doe, Olivia Doe, Rachel Doe, Sara Doe, Wendy Doe and Zoe Doe in the above-captioned matter.[1]  Plaintiffs Jane Doe, Olivia Doe, Rachel Doe, Sara Doe, Wendy Doe and Zoe Doe will continue to be represented by Eve L. Hill of Brown Goldstein & Levy, LLP; Christopher Stoll and Amy Whelan of National Center for LGBTQ Rights; and Jennifer L. Levi and Sarah Austin of GLBTQ Legal Advocates & Defenders.

---

[1] The undersigned plan to file withdrawals of appearance for the remaining Plaintiffs in the case once their signatures have been obtained.

[4861485.2]

Respectfully submitted,

Dated: April 22, 2026

/s/ Ernest Galvan

Ernest Galvan (admitted *pro hac vice*)
Kara J. Janssen (admitted *pro hac vice*)
Adrienne Spiegel (admitted *pro hac vice*)
Ben Hattem (admitted *pro hac vice*)
EGalvan@rbgg.com
KJanssen@rbgg.com
ASpiegel@rbgg.com
BHattem@rbgg.com
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830