# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as<br>Attorney General of the United States, *et al.*,<br><br>      Defendants. | Case No.: **1:25-cv-00286-RCL** |

## WITHDRAWAL OF APPEARANCE FOR PLAINTIFFS MARY DOE, EMILY DOE, LOIS DOE, SALLY DOE, AND TORI DOE

Pursuant to Local Rule 83.6(c), Ernest Galvan, Kara J. Janssen, Adrienne Spiegel and Ben Hattem of Rosen Bien Galvan & Grunfeld LLP hereby move to withdraw as counsel for Plaintiffs Mary Doe, Emily Doe, Lois Doe, Sally Doe, and Tori Doe.  The undersigned counsel have communicated this withdrawal to each of the Plaintiffs, and have obtained confirmation from each Plaintiff that they consent to the withdrawal.[1]  Plaintiffs Mary Doe, Emily Doe, Lois Doe, Sally Doe, and Tori Doe will continue to be represented by Eve L. Hill of Brown Goldstein & Levy, LLP; Christopher Stoll and Amy Whelan of the National Center for LGBTQ Rights; Jennifer L. Levi and Sarah Austin of GLBTQ Legal Advocates & Defenders; and Alexander Shalom, Natalie Kraner, and Jennifer Delgado of Lowenstein Sandler LLP.

---

[1] Undersigned counsel previously noticed their withdrawal of appearance as to Plaintiffs Jane Doe, Olivia Doe, Rachel Doe, Sara Doe, Wendy Doe and Zoe Doe pursuant to Local Rule 83.6(b) with notices signed by the Plaintiffs.  *See* Withdrawal of Appearance, Dkts. 107 & 107-1 (Apr. 22, 2026).  Plaintiffs Mary Doe, Emily Doe, Lois Doe, Sally Doe, and Tori Doe did not return signed notices, but did confirm their consent.

[6000183.3]

Respectfully submitted,

Dated: May 12, 2026

/s/ Ernest Galvan

Ernest Galvan (admitted *pro hac vice*)
Kara J. Janssen (admitted *pro hac vice*)
Ben Hattem (admitted *pro hac vice*)
EGalvan@rbgg.com
KJanssen@rbgg.com
BHattem@rbgg.com
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830