# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al., | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv-00286-RCL |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv-00401-RCL |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv-00653-RCL |
| DONALD TRUMP, *in his official capacity* as President of the United States, *et al.*, | |
| Defendants. | |

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES**

Before the Court is Plaintiffs' Unopposed Motion to Consolidate Cases. Defendants do not oppose the relief sought in the Motion. Having considered the Motion and the record in the above-captioned actions, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that *Doe, et al. v. Blanche, et al.*, No. 1:25-cv-00286-RCL; *Jones, et al. v. Blanche, et al.*, No. 1:25-cv-00401-RCL; and *Moe, et al. v. Trump, et al.*, No. 1:25-cv-00653-RCL are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

**IT IS FURTHER ORDERED** that *Jones, et al. v. Bondi, et al.*, No. 1:25-cv-00401-RCL and *Moe, et al. v. Trump*, et al., No. 1:25-cv-00653-RCL are consolidated under *Doe, et al. v. Blanche*, et al., No. 1:25-cv-00286-RCL, the earliest-numbered action, and all future filings and papers related to the consolidated cases shall be filed only in *Doe, et al. v. Blanche, et al.*, No. 1:25-cv-00286-RCL.

**ORDERED** this 1st day of May , 2026.

Hon. Royce Lamberth
United States District Judge

2