**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

On May 13, 2026, or as soon as counsel may be heard, the undersigned attorneys for Plaintiffs, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1(a) and (c), shall move before the United States District Court for the District of Columbia, at 333 Constitution Avenue N.W., Washington, D.C. 20001, on an emergency basis for a temporary restraining order and a preliminary injunction in each of the above-captioned matters.

Plaintiffs seek an order enjoining Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Sections 4(a) and 4(c) of Executive Order 14168 as to Plaintiffs, and requiring Defendants to maintain Plaintiffs' housing status in women's facilities and medical care consistent with the status quo before January 20, 2025 while this litigation proceeds.

In support of this motion, Plaintiffs rely upon their Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the declarations of Plaintiffs, expert declarations, the Declaration of Jennifer Fiorica Delgado, and such other argument and evidence as may be presented to the Court. A proposed form of order is submitted herewith.

On April 20, April 24, May 1, and May 11, 2026, counsel for Plaintiffs provided notice via email and phone to Defendants' counsel, Jared Littman, that Plaintiffs would be making this emergency motion. Copies of all pleadings and papers filed in the above-captioned actions to date have been provided to Defendants via electronic filing. All papers filed concurrently with this motion, and all papers to be presented to the Court at any hearing, will be provided to Defendants simultaneously via electronic filing and by email to counsel of record.

WHEREFORE, Plaintiffs respectfully request that the Court enter a temporary restraining order and preliminary injunction prohibiting Defendants and their officers, employees, servants,

agents, appointees, and successors from enforcing Sections 4(a) and 4(c) of Executive Order 14168 against any Plaintiff in this action for the period from May 21, 2026 to August 19, 2026; and requiring Defendants to maintain Plaintiffs' housing status in women's facilities and to continue providing Plaintiffs medical treatment for gender dysphoria and any medically necessary post-surgical care consistent with the policies in place immediately before January 20, 2025.

Dated: May 13, 2026

Jennifer L. Levi (Bar. No. MA0056)
Sarah Austin (admitted *pro hac vice*)
**GLBTQ LEGAL ADVOCATES &
DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Christopher F. Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
**NATIONAL CENTER FOR LGBTQ
RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org

Respectfully submitted,

/s/ *Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado (Bar. No. NY296)
Alexander Shalom (Bar No. 66195)
Natalie J. Kraner (Bar No. 66202)
Wayne Fang (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com

Eve L. Hill (Bar No. 424896)
**BROWN GOLDSTEIN & LEVY, LLP**
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030
(410) 385-0869
ehill@browngold.com

*Pro Bono Counsel for Plaintiffs*