# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

## DECLARATION OF JENNIFER FIORICA DELGADO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jennifer Fiorica Delgado, Esq., of full age, do hereby declare as follows:

1.      I am an attorney in good standing with the United States District Court for the District of Columbia Bar and licensed to practice law in this Court, as well as in New York and New Jersey.

2.      I make this declaration based on personal knowledge and pursuant to Federal Rule of Civil Procedure 65(b).

3.      Plaintiffs are fifteen transgender women who are currently housed in women's prisons or women's halfway houses and who face the risk of imminent transfer to men's facilities and the deprivation of medically necessary treatment for gender dysphoria pursuant to Sections 4(a) and 4(c) of Executive Order 14168 and BOP policies implementing those provisions of the Executive Order.

4.      Plaintiffs are filing an emergency motion for a temporary restraining order and a preliminary injunction, which seeks to preserve the status quo prior to January 20, 2025, while the parties litigate the constitutionality and lawfulness of Sections 4(a) and 4(c) of Executive Order 14168 as applied to Plaintiffs (the "Emergency Motion").

5.      The Emergency Motion is supported by Plaintiffs' memorandum of law, declarations from Plaintiffs, declarations by expert witnesses, and other materials submitted concurrently with the Emergency Motion and in the record of these consolidated actions.

6.      On April 20, April 24, May 1, and May 11, 2026, counsel for Plaintiffs provided notice via email and phone to Jared Littman, counsel for Defendants, that Plaintiffs would be making this Emergency Motion.

7.      Copies of all pleadings and papers filed in the above-captioned actions to date have been provided to Defendants via electronic filing. All papers filed concurrently with the

Emergency Motion, and all papers to be presented to the Court at any hearing, will be provided to Defendants simultaneously via electronic filing and by email to counsel of record.

8.      In conjunction with the Emergency Motion, Plaintiffs are also filing a Motion to File Documents Under Seal, based on the specific risks and harms that would follow from revealing Plaintiffs' identities, locations, personal histories, and medical information.

9.      The requested temporary restraining order is necessary to prevent imminent harm to Plaintiffs while the Court considers the Plaintiffs' request for preliminary injunction and any response from Defendants.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: May 13, 2026

Respectfully submitted,

/s/ *Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com