**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF AMY JONES** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Amy Jones, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.      I am incarcerated in the Bureau of Prisons.  I am using the pseudonym Amy Jones to protect myself.  I am submitting this declaration in support of my request for relief.

2.      My inmate number is ███████.  I have been incarcerated since ███████ I was sentenced to ██ years in the Bureau of Prisons in ███.

3.      I am a transgender woman.  I was born on ██████████.  Since I was about 5 or 6 years old, I have always known I was a girl.  The disconnect between who I was and my birth sex caused me significant distress.  I have attempted many times ██████████.

4.      Sometime in early ████, I remember reading an article about a person who had come out as transgender.  After reading this article I came to the realization that I was a transgender woman.  I always knew I was a woman, but I then understood there was something I could do to alleviate my pain.

5.      At the time I was housed at a ██████████ male facility, ██████████.

6.      During my time at ██████████ I was participating in therapy.  After reading the article, I began talking to my psychologist about being a woman.  Later, she diagnosed me with gender dysphoria.

7.      I was then transferred to ██████████ a low-security male facility.

8.      In ████, at ██████████, I was prescribed and began taking hormone medication. The BOP has prescribed hormones for me since that time.

9.      Although I tried to keep my transition quiet to maintain my safety, while I was at ██████████, staff members outed me to other incarcerated people.  Those were very dark times.



10.    In ███████████, ████████████████████████ assaulted and raped me in a ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████

11.    I went to the local emergency room to be treated for ███████████ that occurred during my attack.

12.    I initially reported my injuries as ███████████ because I was fearful and did not want to end up in the SHU (Special Housing Unit).

13.    When I revealed the real reason behind my injuries, I was sent back to the emergency room for a SANE (Sexual Assault Nurse Examiner) assessment.

14.    The following day, BOP gave me a PREA evaluation.

15.    As I initially feared, because of my attack, I spent ███████████ in the SHU. Investigators suggested that the assault was my fault because I was transgender. That made my experience in the SHU even more traumatizing and difficult.

16.    I was then transferred to ███████████, another ███████████ male facility.

17.    At ███████████, I saw psychologists and received therapy and medication. I began to more publicly socially transition at that time. But, despite the more supportive environment, I was still sexually harassed, assaulted, and targeted for being transgender. By then, I had been diagnosed with ████████████████████████. In ███████████, I attempted suicide ████████████████████████████████████████. I was hospitalized and then returned to the facility, where I was placed on suicide watch.

18.    I was then transferred to another ███████████ male facility in ███████████.

19. During my time at ▮▮▮, still I was continuously harassed and threatened. For a period of more than six months, another incarcerated person continuously sexually assaulted me, verbally and physically harassed me, and flashed me.

20. I suffered immensely as a result and was placed on suicide watch in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

21. I was on suicide watch for approximately ▮▮▮▮. ▮▮▮▮▮▮, I cut myself again, resulting in a ▮▮▮▮▮▮▮▮▮▮. The harassment and abuse I experienced in men's facilities triggered my existing ▮▮▮.

22. I was then transferred to a ▮▮▮▮▮▮ at ▮▮▮▮▮▮▮. This was a program to address my ▮▮▮▮▮▮▮▮ resulting from the sexual assaults and harassment I experienced at previous facilities. However, I continued to experience symptoms and self-harmed again while there.

23. In ▮▮▮, I legally changed my name and shortly thereafter I changed my sex marker to female on my birth certificate.

24. Later in ▮▮▮, I was transferred to a women's facility at ▮▮▮▮▮ but was then sent to ▮▮▮▮▮, a men's facility.

25. In ▮▮▮▮ I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ because of the distress caused by a medical examination. I also ▮▮▮▮▮▮▮▮. I was sent to the emergency room where the ▮▮▮▮ were repaired. But my mental health symptoms were still severe, and I inflicted injuries on myself again. I ▮▮▮▮▮▮▮▮ was placed on suicide watch.

26. In ▮▮, I was finally transferred to a women's prison at ▮▮▮▮▮. Since then, I have been housed exclusively in women's facilities.

27.     When I was in men's facilities, BOP took steps to comply with the Prison Rape Elimination Act but could not protect me from sexual assault.  I was in danger every day.  I have been sexually assaulted in every men's facility I've been in, including ▮▮▮▮▮▮ facilities. The only place where I can be safe is a women's facility.

28.     Even though hormone therapy improved my gender dysphoria symptoms significantly, I still had severe gender dysphoria, and my overall mental health was terrible when I was forced to live in a men's facility.  I experienced intense nightmares about past sexual traumas, worsening startle reactions, and hypervigilance.  I frequently considered and engaged in self-harm.

29.     When I finally got transferred to a women's facility, my gender dysphoria symptoms and overall mental health improved.  I was immediately less depressed, less anxious, and had fewer thoughts of self-harm.

30.     Since then, I have finally been able to blossom and to begin to find peace and happiness.

31.     On ▮▮▮▮▮▮, I was transferred to the all-female section of ▮▮▮▮▮▮ ▮▮▮▮▮▮.

32.     On ▮▮▮▮▮▮ I was transferred back to ▮▮▮▮▮▮ on a ▮▮▮▮▮▮.

33.     In ▮▮▮▮, I was transferred to ▮▮▮▮▮▮, where I am currently housed. I am being told I will be transferred again soon.

34.     In my time at women's facilities, I have received ongoing mental health treatment and hormone therapy.  I have been able to access female commissary items and be treated like the woman I am.

35.     I have not been sexually abused or sexually assaulted by incarcerated people in a women's facility.

36.     Since being housed at women's facilities, I have not had any PREA incidents involving physical trauma or sexual assault.  My mental health has improved significantly.

37.     Before I left ███████ to come to ███████████████, I was told by staff that the federal administration was going to be placing transgender women in men's facilities.

38.     Although I was not transferred as a result of the Executive Order, I am terrified that I will be transferred to a male facility. I am also terrified that I will lose my medical care and that all of my mental health symptoms will come back in full force.  If I go back to a men's prison, I know I will be the target of sexual violence again and feel hopeless.

39.     I have been receiving hormone therapy continuously for ████ years and have lived fully as female for ████ years.  Hormones have feminized my body so that I now have breasts, my hips and thighs have become bigger, and I have lost muscle mass. I also had ████ ███████████ in ███████ and ██████████████ in ██████████.  I will be an easy target for harassment, abuse, and violence, including sexual assault, if the BOP moves me back to a men's prison.

40.     The women I am incarcerated with often tell me that they would confuse me for a non-transgender woman.

41.     In addition to my gender dysphoria diagnosis, I have other mental health diagnoses for which I take medication, including PTSD. None of these medications, alone or in combination, have substituted for hormone therapy in treating my gender dysphoria.

42.     No mental health care provider has ever told me that mental health medications or therapy serve as a replacement for hormone treatments, or that they could treat my gender dysphoria.

43.     This declaration was prepared by my attorney, Alexander Shalom, based on the facts I provided, and it was read to me by Alexander Shalom on May 7, 2026, on a telephone call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.


Executed in Roseland, NJ on this 13th day of May, 2026.


/s/ Alexander Shalom
Amy Jones c/o Alexander Shalom