**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | **DECLARATION OF BARBARA JONES** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Barbara Jones, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am submitting this declaration in support of my request for relief. I am using the pseudonym Barbara Jones to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am currently ███████████████. I expect ███████████████ ████████████

3. I was born on ███████████. My birth sex was male, and my parents gave me a male name.

4. Since I was a child, I have always known I was a girl. The disconnect between who I was and how I presented to the world was confusing and made me feel like I was hiding my authentic self. It caused me significant pain, frustration, and anxiety. I have attempted to cut myself and attempted suicide on several occasions. I also have had thoughts of castrating myself. The anxiety caused by my gender dysphoria has led to sleeplessness, hypervigilance, and panic attacks. Before I was incarcerated, I dressed as a woman, I went by my female name, and my friends and family knew and accepted me as a woman.

5. When I began my incarceration in ████, I was housed in men's prisons. My depression and self-harm continued.

6. I began openly identifying as a transgender woman in ████ Although I did not have access to female commissary items then, I presented as a female in all ways I could at that time.

7. In ▮▮▮, I was formally diagnosed with gender dysphoria by a psychiatrist. A month later, I began receiving prescription hormone medication. I have continued receiving hormone therapy since then.

8. As a result of the hormone therapy, I developed breasts, I have less facial and body hair, my skin softened, my fat is distributed differently, with more fat around my hips and thighs. In addition, my mental health got significantly better, and I no longer had thoughts of self-castration.

9. In ▮▮▮ I requested to be evaluated for vaginoplasty. At the time, I was housed at ▮▮▮▮▮▮▮ male facility, ▮▮▮▮▮. Since then, I have made numerous additional requests for surgery, but I have been repeatedly denied. Although I am happy with the progress I have made due to the hormone therapy, the inability to receive this necessary treatment has been frustrating and painful.

10. In ▮▮▮ I was transferred to a ▮▮▮▮ all-women's facility, ▮▮▮▮▮.

11. In ▮▮▮ I was transferred to another ▮▮▮▮ all-women's facility, ▮▮▮▮.

12. In ▮▮▮▮▮, I was moved to the Special Housing Unit and told by staff that I should prepare for a transfer to a men's prison. After about a week, I was returned to general population.

13. In ▮▮▮▮▮, I was transferred to ▮▮▮▮▮. I have been housed ▮▮▮ ▮▮▮▮▮▮▮ and in both I was exclusively housed with other women. I feel safe and comfortable in the women's facility I am now in.

14. Since ▮▮▮ I have been housed exclusively in women's facilities.

15. Since then, my self-esteem and mental well-being have peaked. I have not had any incidents of self-harm while incarcerated with women.

16. I am very concerned that I will be transferred to a male ████████. I am concerned about losing access to medical treatments I need for my health and safety. I am terrified at what could happen to me. The prospect of being transferred has left me feeling hopeless; I am a strong person, but I am worried that I would not be able to handle that. All of the progress that I have made with my mental health in the last several years would be ruined.

17. My treatment for gender dysphoria has also included monthly counseling sessions. However, psychotherapy and counseling to treat depression and anxiety are not enough to treat my gender dysphoria. I also need hormone therapy.

18. No mental health care provider has ever informed me that the psychiatric treatments I received could serve as a replacement for hormone treatments, nor that they could fully treat my gender dysphoria without further hormone treatment.

19. I have lived as a woman for approximately ████ years. I have undergone significant physical changes as a result of hormone therapy, including breast development. I fear that I will be an easy target for harassment, abuse, and violence, including sexual assault, if I am transferred to a ████████████.

20. Being placed in a men's facility would also deny that I am a woman, and that would cause me anxiety and depression.

21. This declaration was prepared by my attorney, Alexander Shalom, based on the facts I provided, and I reviewed it on May 11, 2026, during a phone call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 13th day of May, 2026.

/s/ Alexander Shalom
Barbara Jones, c/o Alexander Shalom