**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | **DECLARATION OF CARLA JONES** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Carla Jones, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am incarcerated in the Bureau of Prisons. I am using the pseudonym Carla Jones to protect myself. I am submitting this declaration in support of my request for relief.

2.     I am a transgender woman. I was born on ██████████████████ ██. I knew since early childhood that I was a girl. One of the first memories I have is wanting a baby doll for Christmas. Beginning as a child and through my adult life, I wore women's clothing as often as I could and tried to minimize masculine traits and make myself as feminine as possible in my appearance. My parents were aware that I was not a "regular boy," and my father physically abused me for that reason.

3.     As a teenager, ████████████████████████████████. During my time there, I presented myself as a woman and used a female name. I did this again during a period of incarceration in the mid-████

4.     After I was released from incarceration in ████, I attempted to live my life outwardly as a man, to conform to what I believed were my family's and society's expectations of me. All this was extremely difficult for me and was very challenging to my mental health.

5.     At the age of 45, I began to more openly dress like a woman and to present myself as female in public. At the time, I was married and told my wife that I identified as a woman and was going to be true to myself and live my life as a woman. My wife could not accept this, and we divorced.

6.      During this time, I regularly obtained hormones on the black market, and self-medicated with estrogen daily. I noticed my physical appearance becoming more feminine, including the partial development of female breasts.

7.      I entered BOP custody in ▮▮▮. For most of my time in BOP custody, I was placed in men's facilities. These included ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I was harassed by many incarcerated men over the years because of my feminine appearance and presentation, which increased my vulnerability significantly. When I complained about being harassed and targeted, BOP staff often ignored me. This was especially true in the early years of my incarceration before the PREA (Prison Rape Elimination Act) standards were published.

8.      It took years for me to tell people inside the prison that I was a transgender woman. In ▮▮▮, I began openly identifying as a woman, which made me a target. I started using a female nickname, had begun wearing my hair long and my facial appearance became more feminine due to grooming habits, all of which made me even more vulnerable in a men's facility.

9.      In ▮▮▮▮ I was attacked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I believe I was targeted because of my feminine presentation. I suffered multiple wounds on my ▮▮▮▮▮ ▮▮▮▮▮ After this physical assault, I was placed in a two-person cell in protective custody.  However, there was nothing safe about this placement. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ and begged them not to house me there, but they would did not listen. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I finally had an opportunity to go to the recreation yard alone and found a BOP staff member who was willing to help me, and they

moved me to another protective custody unit. This was not the first or only time I was sexually assaulted in BOP custody. I did not report everything that happened to me because I was scared of being locked up and targeted further.

10.     I also experienced sexual harassment and threats of harm at various BOP male facilities over the course of more than ████████. At ████████████████, the BOP staff told me not to remove my shirt in front of incarcerated men due to my partially developed breasts, but that did not stop the harassment. Everyone knew that I was transgender and that placed me in constant danger.  By ██████ I was reporting to BOP staff that sexual harassment was a daily occurrence, and I had to consistently remain hypervigilant and alert in order to evade men who were exposing their genitals to me and propositioning me for sexual favors. I made PREA reports of some of these incidents, but the abuse would follow me to every male facility. I felt like I was in constant survival mode in the men's facilities and that I would never be safe.

11.     Though I was presenting as a woman since ██████, I did not approach BOP clinicians to tell them that I was transgender and to seek treatment until about ██████.  I didn't realize until around that time that treatment was even available.

12.     At that time, I was experiencing high levels of distress, anxiety, and depression relating to my transgender identity, and I immediately sought medical help and began requesting hormone treatments. BOP providers were resistant to my requests for hormone treatments at first. Officers and staff reacted very negatively towards the idea for a long time.

13.     Though I consistently requested hormone therapy starting in ██████, it took until ████████████ for BOP clinicians to officially diagnose me with gender dysphoria. BOP first prescribed me hormone medication in ████████████. While my treatment regimen has been

adjusted over the years, I have taken hormone medication continually in the ▇▇▇▇▇ years since that time

14.     After beginning hormone treatment, I noticed substantial changes to my physical appearance. My partially developed female breasts developed fully, my body shape redistributed so that my figure appears more feminine, I have significantly less body hair, and my muscle mass decreased.

15.     This treatment was a godsend, and I finally felt like I was starting to become the real me. My gender dysphoria symptoms immediately lessened. I was less sad and anxious and more clear-headed and positive about the future.

16.     While my distress and symptoms lessened, they persisted. I continued to experience harmful thoughts and feelings about my body and my gender identity. I notified BOP staff of my ongoing struggle many times. I want to visually see my body reflect who I know I am inside, and I have for years sought approval for a vaginoplasty and facial hair removal.

17.     Despite my best efforts to get BOP to provide me surgical care or explain why they would not, I never received straight answers from any BOP officials.

18.     After many attempts over many years of trying to get more care, I became so desperate that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

19.     I have engaged in self-harm and been placed on suicide watch at different points while in BOP custody. Whenever BOP has stalled progress or dragged its feet in getting me answers relating to the surgical care I vitally need, my gender dysphoria symptoms re-emerge stronger than ever, and I experience and anguish over whether I will ever get that care. Sometimes those intense emotions have led me to harm myself out of despair, ███████████ ███████████████████████████████████████████

20.     I lived as a woman in men's facilities in the BOP for many years, but in ███████ ██████ I was transferred to ████████████ after the Transgender Executive Council (TEC) approved my transfer request. I have been housed in women's facilities ever since.

21.     When I was transferred to ████████████ my sex designation was changed to "female" in BOP records. I was told by the TEC that I would be at ████████████████████ and then would be considered for gender-affirming surgery. I was then transferred to ████████████ ████████████, which is a women's medical facility.

22.     I felt incredible relief when I was finally transferred to a women's facility. As a result of my experiences in men's facilities, I felt like I was in constant danger there and that I would never be safe. My housing with women has alleviated the fears and terror I felt living in men's prisons.

23.     My gender dysphoria symptoms also improved when I was transferred. I was immediately less distressed and anxious. I have not been sexually abused or sexually assaulted since entering women's facilities.

24.     During my time in women's facilities, most of the other incarcerated people there have acknowledged me as a woman. Most people use my chosen, female name rather than my former male-oriented name. I can live and present myself as a woman here without fear of being

targeted as I had been in men's facilities. Female commissary items such as undergarments and hair dye have been available to me in these facilities.

25.    The BOP's utilization review committee interviewed me in ▮▮▮▮▮ to determine whether I would be able to get surgery to treat my gender dysphoria. As part of the process, the BOP performed pre-operation medical exams on me to make sure I was healthy enough for surgery, and I was seen by a social worker for a psychological evaluation. It was my understanding that my surgery would be approved as long as I passed these medical exams.

26.    On ▮▮▮▮▮ I had an appointment with ▮▮▮▮▮ ▮▮▮▮▮ which I believed was one of the last steps to ensure I was healthy enough for surgery. However, the doctor informed me that she would not be performing ▮▮▮▮▮ tests on me as planned. Instead, she told me that my pre-surgery medical exams were over, and that my surgery had been "cancelled." I asked her who canceled it and whether it was the Medical Director of the BOP. She told me it was someone "higher up" but did not say anything else.

27.    As a result of all the uncertainty regarding my medical care and housing status due to the Executive Order, my mental health has been up and down since ▮▮▮▮▮ including experiencing depression.

28.    On ▮▮▮▮▮, guards removed all of the transgender women in ▮▮▮▮▮ from their housing units and housed us together. They told us we were being segregated because of the President's Executive Order.

29.    I was told by staff that I would be transferred to a men's prison and the paperwork was already processed. They said the transfer would happen by ▮▮▮▮▮

30.    On ▮▮▮▮▮, I was allowed to go back to general population, but staff told me I was still being transferred to a men's prison.

7

31.    In ████████, BOP staff told me again that they were moving ahead with my transfer and that my medical care would stop after the transfer. I understand that the injunction in this case is what prevented them from doing that. I am terrified of moving back to men's facilities. I am not safe in those facilities, and I fear that I will be targeted again for sexual and physical violence and harassment.

32.    I have been diagnosed with recurrent ████████████████████ and have had ████████████████████████. I still have that ████████████████████████ ████████████████████.

33.    As part of my treatment for ████████ I was prescribed ████.

34.    The ████ is intended to treat ████████, not my gender dysphoria. The only medication that treats my gender dysphoria is hormone therapy.

35.    I currently receive weekly mental health counseling for my ████████. My clinician and I do not discuss my gender dysphoria during those counseling sessions.

36.    No mental health care provider has ever informed me that the ████ and mental health counseling I receive for ████████ could serve as a replacement for hormone treatments, nor that it could fully treat my gender dysphoria without hormone treatment.

37.    I understand that the Executive Order and the BOP want to take me off my hormone treatments. I am afraid that without medication, I will go back to how things were before I received treatment, when I was at my lowest and questioning whether I wanted to live like this. I fear that I will again become as desperate for care as I was ████████████████ ████████ I would not be able to survive without hormone treatment for my gender dysphoria.

38.    I have lived as a woman and taken hormones for the better part of ████████ If I was forced to transfer back to men's facilities, I know that I would become a victim of

8

violence, sexual assault, harassment, ridicule, innuendo, and abuse. I never want to live like that

again. I do not think I can handle that kind of distress and mental anguish.

Executed on the ___28th___ day of ___April___ in the year 2026.

Signature: ███████████████████          Date: __4/28/2026__