**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF DONNA JONES** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, , make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.    I am incarcerated in the Bureau of Prisons at ▓▓▓▓▓. My BOP register number is ▓▓▓▓. I am using the pseudonym Donna Jones to protect myself. I am submitting this declaration in support of my request for relief.

2.    I was born on ▓▓▓▓, in ▓▓▓▓. I am a transgender woman. I go by a female name and use she/her/hers pronouns. I identify as a woman.

3.    I knew from a very young age that I was different. I first began to notice a difference between my internal sense of myself as female and my birth sex as early as age five. When I was eight years old, I expressed my desire to be a girl to my adoptive father.

4.    In ▓▓, while incarcerated at ▓▓▓▓, I was formally diagnosed with gender dysphoria. Prior to this, I had struggled with these feelings my entire life. I first openly expressed my desire to live as a woman in approximately ▓▓▓▓ while completing a psychology course called ▓▓▓▓ with other incarcerated people.

5.    I began hormone therapy in ▓▓▓▓. I was started on Estradiol and Spironolactone. I have continued receiving hormone therapy consistently ever since through weekly Estradiol injections and daily oral medications including Finasteride.

6.    Hormone therapy has allowed my body to undergo physical changes, including the development of breasts and a more feminine distribution of body fat. The hormones have also alleviated the ▓▓▓▓ and distress I experienced and allowed me to express my more feminine emotions.

7.    I sought but have not yet received vaginoplasty and facial feminization surgery.

2



8.    I was previously married to a woman. We divorced in ▮▮. ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

9.    I have an extensive history of childhood trauma. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮This

abuse began after I expressed my desire to be a girl. My adoptive father passed away from a

heart attack in ▮▮. Following his death, I struggled immensely and made my first suicide

attempt at age thirteen by ▮▮▮▮▮▮▮▮▮▮. I have attempted suicide six times

since then.

10.    I was initially incarcerated at ▮▮▮▮▮▮▮ a men's facility in ▮▮▮,

beginning in approximately ▮▮. I remained at ▮▮▮ for approximately ▮▮ years

until ▮▮.

11.    While housed at ▮▮▮▮▮, even before I transitioned, I was in danger.

In ▮▮, I was raped by an incarcerated man ▮▮▮. ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮. I blacked out from the event. It felt like a part of me died. I was

▮▮▮▮▮▮ following the assault, but I did not tell anyone about the incident at the time

because I was afraid.

12.    At ▮▮▮, I had to align myself with another incarcerated person who I

thought could protect me. This was the only way I felt I could survive as a transgender woman in

a men's facility.

13.    The constant fear and harassment I experienced there contributed to my

▮▮▮▮▮▮▮▮▮▮▮▮ and other mental health issues. For

example, ██████████████████████████████████████████████

████████████████████████████████████

14.    While at ████████, I was diagnosed with gender dysphoria and began hormone therapy in ████████. Even so, I was limited in accessing female hygiene and clothing items.

15.    I have been diagnosed with ████████████████████████ in addition to gender dysphoria. These conditions are documented in my BOP medical records. The trauma I experienced in men's facilities, including being raped in ████, contributed significantly to these mental health conditions. When I was housed at ████████, I reported increased frequency of nightmares, difficulty sleeping, and symptoms of ████████ that worsened over time. I was prescribed ████████████ to treat my ████████████.

16.    BOP did not take specific—or anything close to sufficient—steps to protect me from sexual assault in men's facilities. I was in danger every day. I was a target even before I was diagnosed with gender dysphoria because of my gender nonconformity and before I began hormones, and I would be an even bigger target now. In a women's facility I am not at ongoing risk of sexual assault.

17.    Even after I started hormone therapy, I had terrible gender dysphoria symptoms when I was forced to live in a men's facility. I frequently considered self-harm and suicide. I felt like a blind, deaf mute, in a world where there was singing sound and music all around you. When I finally got transferred to a women's facility, my gender dysphoria improved. I was less ████████, less anxious, and had fewer thoughts of self-harm. Before I started taking hormones, my mind was screaming "female" while my body screamed "male." After I started taking hormones, but while I was still housed with all men, my body and mind both screamed "female" but the world around me was screaming "male."

18.     Conditions for a transgender woman in men's prisons were terrible. Communal showers only had low curtains that covered genitals, but not my breasts. Later in my incarceration there were slightly higher curtains, but I still did not have privacy. Pat searches and strip searches were conducted mostly by men. There were many portions of the prison that did not have cameras and where I was especially vulnerable to sexual assault, and where, had I reported assaults, there would have been no way to verify my account. In addition to being raped, sexual assault and harassment were constant fixtures in my experience in men's prisons. I was frequently groped and received dozens of threatening notes. Often times people would say things along the lines of "if you want to be a woman, you can be a woman with me."

19.     My transfer to a women's facility came about in ███, when I told a PREA coordinator who was visiting ███████ that I had been raped by an incarcerated man because I was a transgender woman.

20.     As a result, in ████████, I was transferred to ████████, a women's facility in ████████. I have lived there continuously other than ████████████████ ███████████████████████████████████████████████ ████████████.

21.     Since being transferred to ████████ in ████████, I have lived my daily life as a woman. I dress in female clothes, keep my fingernails polished, use other cosmetics, use female pronouns, and am addressed by my female name by staff and other incarcerated women. I have access to female commissary items. My BOP records list my sex as "F" for female.

22.     My gender dysphoria symptoms have improved significantly. I am less ████████, less anxious, and feel more at peace with myself. The difference between living in a women's

facility versus a men's facility is profound. I no longer fear for my safety every day as I did at

.

23.    I no longer ███████ which my physician has attributed to the stress I experienced being housed at a male facility and the constant need I felt to escape the environment.

24.    I have not been sexually abused or sexually assaulted in a women's facility.

25.    On ███████████, BOP officials took me out of my cell and put me in separate housing with other transgender women. They informed me that I was being segregated because of the President's Executive Order.

26.    They also stated that I was being transferred to a men's prison, and the paperwork was being processed. The warden said they were ordered to do the transfers, and the transfers were complete, but they were waiting for a designation of which facility.

27.    My fear of how the Executive Order would impact me caused me significant distress. My stress was so severe that I was placed on suicide watch.

28.    I was then transferred to a segregated suicide watch location, where I was required to be under constant watch by prison staff. I was housed alone in a small cell with nothing to do all day. I had no one to talk to and was not allowed to go outside or engage in any recreation whatsoever.

29.    My mental health got worse and worse while I was waiting. I felt completely hopeless, fearful, and extremely anxious.

30.    On ███████████, I was allowed to go back to the general population, but guards told me I was still being transferred to a men's prison and that my medical care would stop after transfer.

6

31.     I remain very scared of being transferred to a men's facility.

32.     I also know the Executive Order requires the BOP to cut off hormone medications and other medical treatments for transgender people.

33.     I have lived as a woman for ████ years. Hormone therapy has made substantial changes to my physical appearance. My appearance is feminine and I am recognized as female by others. If transferred to a men's prison, I will be an easy target for harassment, abuse, and violence, including sexual assault, because of my feminine appearance.

34.     I was so distressed by the fear of transfer and the fear that I would lose access to medical care that had helped me so much. My performance at ████████████████████ ████████ suffered because I could not maintain focus. I became more socially reclusive and had fewer social interactions.

35.     I have been receiving hormone therapy as part of my gender dysphoria treatment since ████████. I currently receive Estradiol Cypionate injections weekly, along with Finasteride taken orally each day. My hormone levels are regularly monitored through blood tests to ensure my Estradiol levels remain between 100–200 pg/mL, which is typical female range, and my Testosterone levels are appropriately suppressed. BOP medical staff have adjusted my dosages over time based on these lab results.

36.     After beginning hormone treatments, I developed female breasts. I wear a ████ bra.

37.     I also noticed marked changes in the way my body fat was distributed. My body now has curves and a more feminine shape. My skin is softer.

38.     My muscle mass decreased dramatically as well.

39.    I also have other mental health diagnoses for which I receive treatment, including ████████████████████. When my gender dysphoria is untreated, my symptoms are more severe.

40.    My untreated gender dysphoria resulted in severe ████████, anxiety, and feelings of disconnection from my body. Before I began hormone treatment, I struggled constantly with the fact that my external appearance did not match my internal sense of self.

41.    During that time, I felt confused, alone, and in constant distress. I would avoid looking at my body and felt "icky" whenever I had to see or touch my male genitalia. My facial hair was a daily reminder of my "male" past that required me to shave twice a day.

42.    Before I began treatment, I made multiple suicide attempts. I first attempted suicide at age thirteen following the death of my adoptive father. I have made approximately seven suicide attempts throughout my life. I also experienced suicidal ideation nearly every day when my mental health symptoms were at their worst.

43.    Once I began hormone therapy, my ████████ and distress significantly improved. The hormones allowed me to feel more comfortable in my own body and reduced the anger I felt towards myself. I no longer felt as disconnected from who I truly am.

44.    The difference between my emotional and mental states before and after treatment was substantial. After treatment I began to feel a sense of peace and comfort that I had never experienced before.

45.    When I was informed that the President's Executive Order would result in me being transferred to a men's facility and that my treatment would be stopped, I felt a sharp decrease in mental clarity. It felt like I was going from standing still to 100 miles an hour in just a few seconds.

46. The prospect of having my hormone treatment tapered and abruptly ended has resulted in increased anxiety, ███████, and fear.  For years, my brain was telling me that I was female, but my body presented as male; the medicine has helped bridge the imbalance between my brain and body.

47. I received mental health counseling before and after my diagnosis and treatment for gender dysphoria.

48. Psychotherapy and counseling alone are not enough to treat my gender dysphoria. I also need hormone therapy. I have tried to treat my ███████ with psychiatric medications like ███████, but these medications do not address my gender dysphoria. No mental health care provider has ever told me that counseling or psychiatric medications alone could fully treat my gender dysphoria without hormone treatment.

49. No mental health care provider has ever informed me that the treatments I received could serve as a replacement for hormone treatments, or that they could fully treat my gender dysphoria without further hormone treatment.

50. I am deeply afraid of what will happen if the preliminary injunction is no longer in place. I know from my own experience what it is like to be a transgender woman in a men's facility—I was sexually assaulted and suffered terrible symptoms of gender dysphoria.  I lived in constant fear, and my mental health deteriorated severely.  I cannot go through that again.  I am also terrified of losing my hormone treatment, which is the only medication that has effectively treated my gender dysphoria.  Without it, I know my ███████, anxiety, and thoughts of self-harm will return.

51. If I am forced to return to a men's facility, I am afraid that the people who work there and are incarcerated there will learn that I came from a women's facility, which would

place me at even greater risk than before.  It is common in prisons to ask where people

transferred from.  If people learn that I have been in women's prisons, there will be an even

larger target on my back than there was before. If I do not answer the question about where I was

transferred from, I will be targeted for violence. I also present as more female now than I did

when I was housed with men; that will also place a target on my back and make me vulnerable to

sexual violence.

Executed on the __28__ day of __April__ in the year 2026.

Signature: ███████████████████████     Date: __4·28-26__