**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| | **DECLARATION OF EMILY DOE** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Emily Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.    I am incarcerated in the Bureau of Prisons.  I am using the pseudonym Emily Doe to protect myself.  I am submitting this declaration in support of my request for relief.

2.    I am a transgender woman.  I was born on █████████████, in █████████ ███████.

3.    I have always known I was different from others.  Ever since I can remember I have felt like I was in the wrong body.

4.    Between ages 4 to 12 years old, I was sexually abused ███████████████ █████████████.

5.    I was physically, emotionally, and verbally abused by my father my entire childhood and into adulthood.

6.    When I was incarcerated in ████████ in █████, I was sexually assaulted by an incarcerated man. I had stayed in my cell when incarcerated people were provided with out-of-cell time. A man who was far larger and stronger than me came into my cell. At first we just talked, but he later pinned me down and tried to rape me. I did not feel comfortable reporting the incident until I transferred to another institution.

7.    When I first entered BOP custody at ██████████ on ██████████, I was originally placed in a men's facility. I had also been placed in men's facilities when I was housed in ██████████████████████████. In the ████████████████, I had roommates and had to shower with men. On more than one occasion when housed with men – including ██████ ██████ facilities – I had to fight off sexual assaults in showers. I had to deal with harassment on

a daily basis.  I had thoughts of suicide around this time too.  I began thinking about hanging myself in a supply closet because I hated not being recognized as a woman or able to live as a woman.

8.      I have a long history of mental health issues that I now understand are related to my gender dysphoria and the trauma and abuse that I experienced.

9.      When I was 14 or 15 years old, I thought about jumping in front of a train. I felt like I did not fit in anywhere; I had no connection to anyone or anything. The abuse I suffered from my father left me feeling worthless. I stood waiting for a train to come, planning to jump in front of it; only an unexpected conversation with a stranger prevented me from doing so. I still think about suicide and self-harm frequently.

10.     When I first began my incarceration in ▮▮▮▮▮▮ in ▮▮▮▮▮▮▮▮, I tried to kill myself by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I spent significant time on suicide watch.

11.     I used to have a diagnosis of ▮▮▮▮▮▮▮▮ for which I took ▮▮▮▮ medication. I later tried other medications, but BOP doctors later determined that I ▮▮▮▮▮▮▮▮ ▮▮▮▮ and I had been suffering from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and gender dysphoria. My ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮.

12.     BOP staff diagnosed me with gender dysphoria in ▮▮▮.

13.     In ▮▮▮, the BOP prescribed me hormone medication to treat my gender dysphoria.

14. Over the years, clinicians have done blood work to monitor my hormones and adjusted my medications. I have now taken hormone medication continuously for almost ██ ██.

15. Hormone therapy helped alleviate my gender dysphoria and made substantial changes to my physical appearance. After beginning hormone treatments, I developed large female breasts, which require a ██ bra. I also noticed changes in the way my body fat was distributed, with less fat in my stomach and more fat in my hips and thighs. I also have more fat in my neck. My muscle mass decreased significantly as well. My skin is far softer and I have less hair on my face and body.

16. Even after beginning hormone therapy, I still suffered from severe ██ from being forced to live in a men's facility and not being treated as a woman.

17. On ██, I requested gender transition surgery and a transfer to a women's facility due to the mental health issues I experience from my strong hatred of being identified and treated as a male.

18. Being housed in a men's facility triggered ██ due to the history of abuse I have suffered at the hands of men my entire life. I have talked with counselors about my fear of men many times. Being forced to live in a men's facility where I was not recognized as a woman compounded this trauma. I have always known I am a woman.

19. The BOP moved me to a women's facility in ██ I have remained in women's facilities since then.

20. Since transferring to a women's facility in ██, my mental health has vastly improved and I am starting to actively engage in the available programming.

21.  At the women's facility, my gender dysphoria and mental health have improved. I was immediately ████████████████████████, and it has been much easier to manage thoughts of self-harm. I was again comfortable to engage in programing.

22.  At men's facilities I was typically pat- and strip-searched by male officers. They frequently groped my breasts and made demeaning comments about my body.  At women's facilities, I am searched by female officers and treated with more respect.

23.  At men's prisons, I could barely access any female commissary items (though I understand that now men's federal prisons provide even fewer options then they did when I was housed there). There was no access to good make-up, perfume, bras other than sports bras, or any variety of underwear. In a women's prison, I have access to all of those items.

24.  Although BOP took steps to try to protect me from sexual assault in men's facilities, those steps were not enough. I was still in danger every day.  The only place where I am safe is a women's facility.

25.  I have not been sexually abused or sexually assaulted in a women's facility.

26.  On ████████████, I was removed from general population and placed in a segregation unit following the issuance of the executive order.

27.  When I was placed in segregation, my mental health declined and suicidal thoughts became more acute and harder to deal with constructively. I ████████████████ ████████████ because I was so deeply distressed at being removed from general population and terrified at the possibility of returning to a men's facility. I felt hopeless. I was crushed.

28.  Only after meeting with a licensed clinical psychologist, and after the preliminary injunction was entered in my case, was I returned to general population.

29.    When I was housed in a men's facility, BOP staff identified me as being at risk of victimization given my prior sexual assault in prison and because I am a transgender woman.

30.    On a weekly basis when I had been housed in men's facilities, sometimes multiple times per week, male inmates made coercive sexual propositions that felt threatening.

31.    I am deeply concerned about returning to a men's facility and re-experiencing sexual victimization or being "pimped" by other inmates.

32.    I have lived as a female for ▇ years though I have known I was a woman my entire life.  I face a severe and immediate risk of harassment, abuse, and sexual violence, including sexual assault, if BOP transfers me to a men's prison.

33.    I know that the BOP has a policy to taper people off hormones. The only medication that helps my gender dysphoria is hormone therapy. Psychiatric medications that treat ▇▇▇ are not enough.  I have tried to treat my gender dysphoria with ▇▇▇ medications in the past.  They did not work.  I still experienced severe ▇▇▇ and thoughts of self-harm and suicide related to my gender dysphoria while taking these medications.  These symptoms did not improve until I was able to get hormone therapy. Without hormone therapy I am afraid that I will literally go insane.

34.    If I am forced to return to a men's facility, I am afraid that the people who work there and are incarcerated there will learn that I came from a women's facility, which would place me at even greater risk than before.  It is common in prisons to ask where people transferred from.  If people learn that I have been in women's prisons, there will be an even larger target on my back than there was before. If I do not answer the question about where I was transferred from, I will be targeted for violence.

Executed on the ___28___ day of ___April___ in the year 2026.

Signature [REDACTED]

Date: ___28 APR 2026___