**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF JANE JONES** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, JANE JONES, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.      I am in the custody of the Bureau of Prisons and am currently in ▮▮▮▮▮▮ ▮▮▮▮▮▮▮. I am using the pseudonym Jane Jones to protect myself. I am submitting this declaration in support of my request for relief.

2.      I was born on ▮▮▮▮▮▮▮. I am a transgender woman. From a young age, I gravitated toward traditionally feminine activities, including playing with dolls. I recall my earliest memories as being shaped by tendencies that I recognized as intrinsically female.  As I grew older, my sense of being a woman intensified.  When I closed my eyes and pictured myself, the vision was female.

3.      Initially, I did not want to transition because I feared the societal stigma associated with it. There were a few times during and after college that I tried using a medication to lower my testosterone in an attempt to treat my gender dysphoria symptoms and reduce my self-loathing without an official diagnosis. This helped, but only to a certain extent.

4.      I attended ▮▮▮▮▮▮ and became an ▮▮▮▮▮▮▮. I eventually owned and operated ▮▮▮▮▮▮ in ▮▮▮▮▮▮▮.

5.      I began seeing a therapist in approximately ▮▮▮. I was diagnosed with gender dysphoria.

6.      In ▮▮▮, I began hormone therapy and in ▮▮▮ I began living as a woman.

7.      After beginning hormone treatment, I developed female breasts, lost a significant amount of weight and muscle mass, had a redistribution of body fat, and developed a more feminine shape and appearance. My body hair also thinned out and my skin got softer.

8.      The hormone therapy made my gender dysphoria symptoms immediately subside. I experienced a significant reduction in self-loathing and improved mental health. For the first time in my life, I felt like my mental self-image was starting to match what I was seeing in the mirror. This was a revelation and I finally felt content with who I was.

9.      ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ████████████████████████████████.

10.     Around ██████████ I legally changed my name and my sex marker to female on my driver's license, my ████████████, with ████████, and with the social security office.

11.     I met my wife and we began a relationship in ████. On ████████████ I was convicted of a non-violent crime ████████████ and was sentenced to ████████████████████. My wife and I had been planning to marry for a long time and married in ████████ in ████ ████ shortly before I began my sentence.

12.     In ████████, I was placed in a women's facility: ████████████████ ████████████████████ I was placed in general population and had multiple cellmates.   BOP clinicians prescribed me the same hormone therapy I had been taking before my incarceration.  I was also permitted to ████████████████████████████████████████ ████████. I continued living as a woman in all respects.

13.     In ████████ I was transferred to a ████████████████████████ ████████████████████████████ in ████████████████████████████ also a women's facility.

14.     At ████████████, I became involved with a program where incarcerated women ████████████████████████████████

15.    In both female prisons in which I have been housed, I have been subjected to searches by female corrections officers only.

16.    In or around ▮▮▮▮, I learned that a bill was introduced in Congress to require federal prisons to house incarcerated individuals based on their birth sex. I grew concerned about the possibility of being transferred to men's facilities, so I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮.

17.    On ▮▮▮▮▮▮▮▮▮▮, I learned that President Trump signed the executive order at issue in this case. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮.

18.    In the evening, on ▮▮▮▮▮▮▮▮▮▮, BOP officials informed me that I would be transferred to a men's facility.  They handcuffed me, made me change into an orange jumpsuit and shoes, gave me men's boxer shorts, and transferred me to the men's prison, which is a ▮▮▮▮▮▮▮▮▮▮ facility at ▮▮▮▮▮▮▮▮.  I was shocked by this news given ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and terrified for my safety. I was also shocked to be handcuffed because no one at the ▮▮▮▮▮▮▮▮ is handcuffed or shackled, even when we leave ▮▮▮▮.

19.    I asked why I was being transferred, and the corrections officers said that they had been told to bring me to the men's unit.  I asked if I could bring my possessions and I was denied that request, except that the corrections officers allowed me to bring what remained of my hormone therapy medications (a less than 30-day supply).  They advised, however, that I may not be permitted to obtain another prescription from the prison once these medications run out.

20. While at the men's prison, I was housed in the Special Housing Unit ("SHU"). I was in solitary confinement in a tiny cell with nothing to do all day. I had no one to talk to and was not allowed to go outside or engage in any recreation whatsoever. While I was able to call my wife once a day, I had no access to email, and my access to calls were limited and cut short. I was only provided with men's toiletries.

21. While in the SHU, I was under 24/7 video surveillance. There was both a toilet and shower in my cell. This meant that I was observed by male corrections officers when I used the restroom. I was provided with a towel no bigger than a letter-sized piece of paper. Because male corrections officers would have been able to observe ███████████████████ while showering and drying off, I was not comfortable using the shower while I was in the SHU.

22. I asked various guards, medical staff, and prison officials why I had been transferred, who had ordered the transfer, and whether I could speak with the warden or another prison administrator. No one would answer these questions; instead, the guards walked by the small window in my cell and looked at me as if I was a zoo animal.

23. On one occasion, a prison official told me he was surprised that I had been transferred to the SHU in a male facility. He believed that I was going to be transferred to the SHU in a different women's facility. I asked why I would be housed in the SHU. He told me that it was because of President Trump's executive order.

24. My mental health began to suffer while I was in the SHU. I felt completely hopeless, fearful, and extremely anxious. Isolation is very triggering for me given the isolation from family and friends I experienced when I transitioned. It felt as if I was being forcefully de-transitioned. I also had no idea how long I would be there, which made me feel completely out of control and depressed.

25.     Being transferred to the male facility was dehumanizing, and made me feel like I was being punished for who I am.

26.     On ███████████, a high-ranking prison official informed me that I would be transferred to another men's prison and released to the general population.  Later, a prison psychologist came to ask me which men's facility I would prefer to be transferred to.  I explained that there was no men's prison that was safe for me.

27.     On ███████████, I was transferred back to the women's ███████████.

28.     On ███████████, I was transferred to ███████████ that houses only women. Since entering ███████████████████████████████████. I also began getting my hormone treatment ███████████ and have been able to continue on my hormones without interruption.

29.     Despite my transfer back to the women's facility and placement in a female ███████████, I remain deeply concerned for my safety.  I live in fear that I may, at any time, be transferred to a men's facility.  Every time I heard the intercom at the ███████████, I had a physical reaction out of fear of being transferred.  On one occasion, my name was called over the intercom and I began crying uncontrollably.  And, any time the intercom was turned on, as I waited to see if my name would be called, I broke out in sweats, my heart rate went up, and I got nauseous.  This is very unlike me; I had never had these symptoms before.

30.     I am female ███████████.  This is how I have lived for ██████ years. I will be an easy target for harassment, abuse, and violence, including sexual assault, if I am transferred to a men's facility.  ███████████████████████████████████.

31.     I am also concerned that BOP will deny my access to hormone therapy medications.  I have been taking hormones for ██████ years without interruption.  If I stop

6

taking hormones, the physical and psychological impact will be devastating.  This will cause extreme emotional distress and could cause physical harm. This is the only medication that treats my gender dysphoria and no BOP clinician has ever told me I do not need it. ███████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████ .

32.    Before the Executive Order, I had only ever been housed in women's facilities. There is no reason to transfer me to a men's facility. If I am forced to live in a men's facility, I will experience significant physical and emotional harm. I am terrified even thinking about this.

33.    This declaration was prepared by my attorneys, Jennifer Fiorica Delgado and Jillian Friedmann, based on the facts I provided, and it was read to me by Ms. Friedmann on May 8, 2026, on a telephone call.  I approve of the contents of this declaration.  If given the opportunity, I will add my signature to this declaration.


Executed in New York, NY on this 13th day of May, 2026.

/s/ Jillian Friedmann
Jane Jones c/o Jillian Friedmann

7