**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | **DECLARATION OF LOIS DOE** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Lois Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am using the pseudonym Lois Doe to protect myself. I am submitting this declaration in support of my request for relief.

2. I am a transgender woman. I was born on ▮▮▮▮▮▮▮▮, in ▮▮▮▮▮▮ ▮▮▮▮▮▮ I have known I was a woman since I was 18 years old, though I hid this from the world for a long time.

3. I have always felt more comfortable around girls and enjoyed playing with dolls and other traditionally feminine activities as a child. In my teenage years, I began wearing female clothes, which felt much more comfortable to me.

4. I grew up ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I was physically and emotionally abused, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ I was also neglected ▮▮▮▮▮▮.



5. When I was 19 years old, I was raped ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

6. I tried to live as a man and to do things I thought a man was supposed to do. I got married ▮▮▮▮▮▮. But it never felt right, and I could no longer live as a man because I knew that I am a woman.

7. I began transitioning in ▮▮ (I was ▮▮▮▮▮▮ at the time) and living as a woman. I changed my legal name and began taking hormones. My mental health improved a lot when I transitioned. I suddenly felt optimistic and like the whole world was open to me.

2

8.    I was incarcerated in a state prison in ███ and was raped ████████ ████████████████████████ I reported these assaults, which had a profound impact on me. After that, I was always fearful, hypervigilant, and checking my surroundings for any dangers. I felt isolated and started to close myself off from everyone. The men in the prison knew that I was transgender and would often harass me by whistling at me or making suggestive comments. I never felt safe and experienced feelings of deep sadness and helplessness.

9.    I entered BOP custody ████. I told staff that I was transgender and said I needed hormone medication. A BOP doctor diagnosed me with gender dysphoria in ███ and prescribed hormone medication in about ████ of that year, which I have taken since that time.

10.    I feel much better on my hormones—I finally feel like the person I was always meant to be. Since being on hormone therapy, I have developed breasts, my skin has become softer, my hair has grown, I have lost muscle mass and noticed a different distribution of body fat. I feel more comfortable in my body and generally feel more hopeful and less anxious.

11.    I have experienced ████████████ for most of my life and was officially diagnosed with both in ████████. BOP doctors also diagnosed me with ████████████ when I entered custody in ████ I take medications to treat my ████████████.

12.    In addition to my ████████████ I have also been diagnosed with ███ ████████████ stemming from my sexual assaults.

13.    The first BOP facility I was housed at was ████████ in ████████, and I was transferred to ████████ the next month. Both were ████████████. Because they were male prisons, I continued to be fearful and on constant alert of my surroundings given my prior sexual assaults.

3

14.    I was sexually harassed by a male incarcerated person at ██████████ in ██. This individual said sexual things to me and called me derogatory names for transgender people. I reported this harassment to staff, but as long as I was in a men's prison, they could not keep me safe from it.  At men's facilities, I was routinely "catcalled" and threatened with violence.  For example, some of the men would proposition me and ████████████████████████ ████████████████████████████.  While I reported some things, I didn't report every incident because I was afraid of being treated like a "snitch."

15.    In ████ when I was still housed in a men's facility, I felt anxious and afraid all the time.  I could never let my guard down and it was exhausting living like that every day.  I was always scared that I might get raped again and afraid someone was going to attack me for being transgender.  I told a BOP psychologist that I was anxious all the time.

16.    I started asking to go to a women's prison in about ████.  I was sent to ██ ████, a men's facility, in ██████████ and I felt the same fear and anxiety as I did in all the other men's prisons.

17.    In ██████████, BOP finally moved me to ██████████, a women's facility, and I have been there ever since. I get along with people at ██████ and most people treat and accept me as a woman.  I'm focusing on my mental health and learning about healthy relationships and communication.  I participate in ██████████ twice per month and they are helpful.

18.    At ██████████, I am more open and more comfortable being myself.  While I remain vigilant and am always in survivor mode, my day-to-day is much better. I am less fearful and have not experienced any sexual assaults or harassment.

19.     When the Executive Order came down in January of 2025, and we were told that we would lose our medical care and be moved to a men's prison, I panicked and became extremely upset.  Staff took me out of general population and put me in the Special Housing Unit ("SHU") for a weekend.  They said, "We don't want to alarm you, but according to the Executive Order, we have no choice but to take you off the compound and put you in SHU." They told me I would stay there until I was moved to a men's facility.  I paced the entire weekend in fear of going back to a men's facility and then was allowed to go back to my housing unit.

20.     I fear going back to a men's prison. I am a woman and have the body of a woman. I am extremely afraid that if I was moved back to a men's facility, I would be sexually assaulted especially since I have developed breasts and incarcerated people at the men's facility might see me as a plaything.  The idea of going back brings up the memories of being sexually harassed and being raped, like I was before. That's a big fear of mine.

21.     I was also referred for a suicide risk evaluation on ▮▮▮▮▮▮▮▮.  I told BOP staff how upset I was about potentially being transferred back to a men's facility. I understand that BOP staff then increased my mental health care level ▮▮▮▮▮ and put me on a psychology watch list related to that.

22.     When I am pushed past my breaking point and become overwhelmed, I think about hurting myself.  If I lose my hormones and go to a men's prison, I'm afraid that will push me far beyond that point.

23.     I need my hormone medications, which I have now taken in the BOP consistently since ▮▮▮ and previously before that.  This medication has helped me to feel much better and has changed my body and mood.  I am not sure I could live without these medications, and I definitely do not want to try that.  If they ended my treatment, it would feel like a part of myself

was being taken away. I have serious ██████████████, and I am afraid these conditions will become overwhelming if I lose my hormone treatment.

24. While I have medications that I take for my ██████████████, they only treat those illnesses. The only medication that helps my gender dysphoria is hormone therapy.

25. I am concerned that if my hormone therapy is abruptly stopped, my male characteristics will return, my mood will change, and it will impact the positive relationships I have built since starting hormone therapy because I am much more comfortable being my true self when I have the right treatment.

26. If I am transferred to a men's facility, I know I will not be safe. I will be a target for sexual harassment because I am a transgender woman. I have already been raped ████ in men's prison and am afraid it will happen again if I am transferred. I have also been sexually harassed because of my transgender identity.

27. When I was housed with men, I was always in survival mode and felt anxious in the housing unit and scared that someone will attack me. I always felt like I had eyes on me when I was in the men's facilities because I am transgender. I am terrified about my physical safety if I am forced into a men's facility.

28. I am deeply afraid of what will happen if the preliminary injunction is no longer in place. The recent policy changes have already caused me so much stress and anxiety.

29. This declaration was prepared by my attorney, Natalie Kraner, based on the facts I provided, and I reviewed it on May 11, 2026 during a phone call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration. Executed in Roseland, NJ on this 13th day of May, 2026.

/s/ Natalie Kraner
Lois Jones, c/o Natalie Kraner