**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | **DECLARATION OF MARIA MOE** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Maria Moe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.    I am incarcerated in the Bureau of Prisons at ██████████. My BOP register number is ████████. I am using the pseudonym Maria Moe to protect myself. I am submitting this declaration in support of my request for relief.

2.    I was born on ██████████, in ██████████████. I am a transgender woman.

3.    Although I was born male, I knew from a very young age that I was different. As early as age seven, I began to notice a difference between my birth sex and my internal sense of who I am. At age ten or eleven, I saw a transgender woman on television, and that sparked my understanding of who I was and my desire to live as a female.

4.    When I was twelve years old, I came out to my mother and my aunt. They were both very supportive and helped answer my questions.  A year later, at age thirteen, I began working with a therapist who specialized in gender dysphoria and began discussing hormone therapy.

5.    I was formally diagnosed with gender dysphoria by my primary care physician in ████ when I was fourteen years old. I was also diagnosed with ██████████████████ by a psychiatrist in ████. I experienced depressive symptoms including sadness, insomnia, fatigue, lack of appetite, and intermittent suicidal ideation stemming from my gender dysphoria.

6.    I began hormone therapy in the summer of ████, at age ██████ under the care of ████████████████████████████████████████████. I have been on

hormone therapy continuously since that time—for ███ years. Hormone therapy has helped me feel much better and more like myself.

7. The same doctor who provided my transgender healthcare also treated me for a ███████ that I have had since childhood. He ensured that the prescribed hormones worked in conjunction with my ██████ medication.

8. I have a history of serious depression and self-harm. I attempted suicide █ ████████████, while I struggled with my gender dysphoria. In ████, I ████████ ████████. In ███, I ███████████████████████████. I graduated from ███████████ in ██████████. After graduation, I worked for a nonprofit organization until my arrest in ████. This is my first incarceration.

9. I have a history of being sexually abused. ████████████████ ████████████████████

10. ████████████████████████ ████████████████████████████████ ████████████████████████████ ████████████████████████ ████████████

11. After my arrest, I was initially housed at the █████████████ in ██████, where I continued to receive hormone therapy and was housed with women. I entered BOP custody in approximately ██████ and was processed through ██████ before being transferred to ██████ a women's facility.

12. At my BOP intake in ██████, my health screening documented my status as a transgender female who had been on hormone therapy since age ██. BOP continued my estradiol

and spironolactone. I was also continued on ████████████████████████████ for my

███████████.

13.     In my time at ██████████ a women's prison, I continued to receive the hormones I was prescribed to treat my gender dysphoria as well as ██████████ medication. I was housed exclusively with women.

14.     In ██████, while at ██████████ my providers and I began exploring next steps for gender transition surgery including vaginoplasty.

15.     In ██████, I was transferred to ██████████, in ██████████, another women's prison.

16.     At ██████████, I was involved in the ████████████████████████████ ██████████████████████████████████. Because ██████████ is a women's prison, the commissary provided things like makeup, female undergarments, and other female items.

17.     In ██████ I was in the process of getting approval for vaginoplasty based on multiple medical and multidisciplinary assessments. My surgery never happened.

18.     On ██████████████, I was told by BOP staff that because of an Executive Order signed by the President, I was being transferred to a men's prison. I and another transgender woman at ██████████ were segregated from the rest of the prison and placed in the Special Housing Unit ("SHU"). I was told that I would be held in the SHU until my transfer, and that I did not have the ability to challenge my transfer because it was required by Executive Order. I was not given any ability to contest my placement in the SHU before being sent there.

19.     When I learned I was being transferred, I was frantic and in tears. Because people held in the SHU do not have access to the telephone, I was unable to speak with my mother. I did not know when, exactly, I would be transferred.

4

20. As I understand it, a court order prevented my transfer at that time and so I was allowed to remain at ▮▮▮▮▮▮.

21. In ▮▮▮▮▮▮, I sought to transfer to a prison where I was able to participate in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ program. I was transferred to ▮▮▮▮▮▮▮. I have remained in general population there.

22. I have continued to receive hormone therapy. There have been times where the BOP has not provided me with medication when it was supposed to, but my lawyers have been able to reach out to officials and my therapy has been restored.

23. I also know the Executive Order requires the BOP to cut off hormone therapy and other medical treatments for transgender people. I am terrified of what it would mean to be cut off from my hormone therapy. I have been taking hormones since I was ▮▮ years old; they have shaped me and my body for over half my life ▮▮▮▮▮▮▮▮. Hormone therapy is the only treatment that has effectively treated my gender dysphoria. Without it, my ▮▮▮▮▮ and distress would return. No clinician has ever informed me that mental health counseling or psychotherapy could replace my hormone treatments or fully treat my gender dysphoria. I also wear female underclothing, use female products, and do my hair and makeup almost daily. My BOP records have always listed my sex as "F" for female. I have the same characteristics as other women: breasts, lower muscle mass and strength, soft skin and a feminine voice. I appear female and am recognized as a woman by others.

24. For the entirety of my ▮▮▮▮▮ in BOP custody, I have been housed exclusively with women. I have never been sexually abused or assaulted in a women's facility. If the BOP moved me to a men's prison, I would be an easy target for harassment, abuse, and violence, including sexual assault. The prospect of being forced into a men's prison—where I would be

surrounded by men who would see me as a target—terrifies me. Given my history of sexual abuse as a child and my prior suicide attempts, I am deeply afraid that an assault or even the threat of assault would cause me to harm myself.

25.    I am deeply afraid of what will happen if the preliminary injunction is no longer in place. I know that being transferred to a men's facility would devastate my mental health, put my physical safety at severe risk, and deny everything I am. I cannot imagine facing that while also being cut off from the hormone therapy that has been part of my body ███████

███████

26.    This declaration was prepared by my attorney, Alexander Shalom, based on the facts I provided, and I reviewed it on May 6, 2026, during a legal call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 13th day of May, 2026.

/s/ Alexander Shalom
Maria Moe c/o Alexander Shalom

6