**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF MARY DOE** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Mary Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request for relief. I am using the pseudonym Mary Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am a transgender woman. I was born on ████████████████ in ████████████████.

3. I knew I was different from others when I was approximately eight years old and tended to play with traditionally feminine toys such as dolls. Most of my friends were girls. I have a vivid memory of entering my kindergarten classroom for the first time and being told that students were placing their backpacks on different color-coded sides of the room – blue for boys and pink for girls. I was reprimanded for placing my bag on the pink side, where I knew I belonged.

4. Between the ages of approximately eleven and fourteen, I began feeling like I was in the wrong body and developed a strong desire to be rid of my male characteristics. I also began having resentment toward my penis and experienced urges to castrate myself.

5. When I was thirteen years old, I had my first romantic relationship with a non-transgender male, and I felt like a girl dating him.

6. I wanted to express my femininity for a long time but I was scared. I grew up in the ████████████, and being gay or transgender was frowned upon. People were assaulted or even killed for it. I feared that I could be assaulted or killed if I came out. I feared what my family would think, too, and whether they would disown me.

7. Moreover, my father took issue with my femininity and always pushed me to be more masculine. My father was physically and emotionally abusive, and he often called me names such as "sissy" and made fun of me for wanting to be a girl.

8. When I was eighteen years old, I ███████████████, in part to get away from my father, and in part in an attempt to force away my thoughts of being a woman and to conform to social norms regarding gender roles. I ██████████████████ and then, after leaving ███████████ for a year, I ███████████████████. During my ███████████, I continued to try to force myself to be someone I was not by dating women; however, it felt unnatural and confusing. I began spending time with openly gay ███████ and started to think of myself as transgender though I didn't have the language for it yet. I tried to keep my identity secret because of the potential consequences from the ███████

9. When I was twenty-one, I married a woman.

10. When I was twenty-three, I began dressing as a woman when I could. Because I was still in the ██████ at the time, I felt that I could not express myself fully.

11. After I left the ███████, I became estranged from my wife and began buying female clothing and wearing it in the privacy of my home. However, I would then feel ashamed of myself for doing so and throw that clothing out, and then I would buy new female clothing and repeat the cycle. I also began painting my toenails around this time.

12. I began officially considering myself a female when I was approximately twenty-eight years old.

13. I have a long-standing history of █████████████████, dating back to my childhood. I attribute a lot of that to the rejection I experienced from my family and others relating to my gender identity.

14. I first attended counseling sessions while in the ▮▮▮ for marital difficulties, ▮▮▮▮▮▮▮▮.

15. When I was twenty-eight, I attempted suicide for the first time. I had been feeling sad and hopeless about never being able to express my true self.

16. I was arrested at age twenty-nine and initially incarcerated in ▮▮▮▮▮ in men's housing at ▮▮▮▮▮, where I served the first five years of my sentence. Out of fear of the potential consequences from the ▮▮▮▮▮, I did not express my identity as a female in prison. I felt extremely depressed over having to hide my identity.

17. While in ▮▮▮▮▮, I made four more attempts at suicide because I was feeling the same sense of sadness and hopelessness about my inability to be my true self.

18. After I transferred from ▮▮▮▮▮ to BOP custody in ▮▮, I was housed at a number of men's facilities over the years, including ▮▮▮▮▮ ▮▮▮▮▮, and ▮▮▮▮▮.

19. Being housed in these facilities with men had a substantial negative impact on my mental health and the gender dysphoria symptoms I experienced.

20. I started taking antidepressants in or around ▮▮▮ and was formally diagnosed with ▮▮▮▮▮ in ▮▮. The antidepressants helped my mood to a certain extent, but they did not alleviate the symptoms associated with my gender dysphoria (which was not yet diagnosed) and the resentment that I had towards my masculine appearance and male body parts.

21. Between ▮▮▮▮▮, I made several attempts to ▮▮▮▮▮

22. Shortly after being transferred into BOP custody, at age thirty-five, I started to identify as transgender to a small group of people around me. A year or two later, I began identifying as a woman and started to grow my nails and hair long.

23.     When I was thirty-nine, I was transferred to a ████████████ facility where I told more people, including Psychology Services, about my gender identity. It was at this time that I officially came out as transgender.

24.     In ████, I was formally diagnosed with gender dysphoria. Shortly thereafter, I started hormone medication and began using the name that I use now. I have been taking hormones consistently since then – except for a brief period when I had to be off of them because I had surgery for ██████. During that time, I remained on testosterone blockers, but temporarily stopped taking estrogen.

25.     Living in a men's facility exacerbated the gender dysphoria I experienced even after I started hormone therapy.  I considered self-harm and suicide.  When I finally got transferred to a women's facility, my gender dysphoria symptoms improved dramatically. I was less ████████, less ██████ and had fewer thoughts of self-harm.

26.     While housed in men's facilities, I was sexually assaulted and twice raped.  I also was groped or fought off attempted rapes many more times, including when I was housed in ████ ██████ men's facilities. Although BOP took steps to try to protect me from sexual assault in men's facilities, the efforts were not enough, and I was in danger every day.

27.     BOP's own psychology staff repeatedly assessed me as being at an elevated risk for sexual victimization in men's facilities due to my history of prior sexual assaults, my identification as transgender, and my mental health conditions. BOP psychologists recommended that I not be housed with males identified as being at increased risk for sexual abusiveness and that I receive a greater level of supervision regarding my work and education assignments. Despite these assessments and precautions, the assaults continued.

28.    In ▮▮▮, while I was at ▮▮▮▮▮▮▮, an incarcerated man forced me to ▮▮▮▮▮ ▮▮▮▮▮▮▮. I was moved to a different cell within a few days of that. In ▮▮▮, just before I was transferred out of that institution, I was raped by a different incarcerated man.

29.    In ▮▮▮▮▮▮, I requested protective custody after hearing incarcerated men making threatening comments about my transgender status. The BOP determined that substantial evidence existed for protective custody, and I was placed in a double-celled Restricted Housing Unit ("RHU") pursuant to the BOP's recommendation that I be placed with a compatible cellmate.

30.    In ▮▮▮▮▮▮, my cellmate in the RHU forced me to engage in non-consensual ▮▮▮▮▮▮▮.

31.    In ▮▮▮▮▮▮ I was woken from my sleep by an incarcerated man who was ▮▮▮▮▮▮▮▮▮▮▮▮▮. He then forced me to ▮▮▮▮▮▮▮▮.

32.    In ▮▮▮▮▮▮ I was woken from my sleep by an incarcerated man attempting ▮▮▮▮▮. He then proceeded to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ without my consent. I was able to push him away before it escalated any further, though on his way out of my cell, he ▮▮▮▮▮▮▮▮▮.

33.    In ▮▮▮▮▮, an incarcerated man woke me from my sleep by ▮▮▮▮▮▮▮ ▮▮▮▮▮ without my consent.

34.    I reported each of these incidents to BOP officials.

35.    I was also sexually harassed regularly in men's facilities. This included instances in which other incarcerated people would follow me around, make lewd or inappropriate comments to me, proposition me for sex, leave sexual notes in my cell, expose themselves to me, and masturbate in front of me – all without my consent.

36. I had bad ▉ at the men's facilities. I became hypervigilant, paranoid, and avoidant of others. I did not feel safe at night and often got little sleep and/or had recurring nightmares in which I relived the assaults. I also started arranging the furniture in my room in a manner that would alert me if someone attempted to enter my room while I was sleeping.

37. I also had terrible gender dysphoria symptoms when I was forced to live in a men's facility, even after I started hormone therapy. This – along with the sexual assaults and harassment – contributed to my ▉, and overall negative emotional state.

38. In ▉ I was finally transferred to a female facility. I had previously requested a transfer, but that had been denied. I was subjected to another attempted sexual assault in the men's facility. I was afraid of retaliation, so I did not report it; but other incarcerated people who witnessed it did report it. I met with a psychologist who recommended that I be transferred to a female facility. I have been housed in female facilities ever since.

39. In BOP records, my sex was listed as female, and notations were made indicating my pronouns and name

40. Women's facilities have been much safer for me. My ▉ symptoms became less severe and less frequent. I have been able to sleep better, am less jumpy and afraid, and have fewer nightmares.

41. I have never been sexually abused or sexually assaulted in a women's facility, and I do not feel at risk of being assaulted. I no longer feel the ▉ associated with the constant harassment and assault. And I am not being retraumatized by being made to live with men who assaulted me and men who threaten my safety.

42. On ██████████, guards took me out of my cell and put me in separate housing with other transgender women. They told me I was being segregated because of the President's Executive Order.

43. The guards told me I was now listed as male in the BOP system, and they started calling me and the other transgender women "gentlemen" and "Mr." Doe. That caused me a lot of distress and anxiety.

44. On ██████████, I was allowed to go back to general population, but guards told me I was still being transferred to a men's prison. They said that the designation center at ██████████ was finalizing the paperwork that day so that we could be transferred by the end of the week. They also told us that our hormone medication would be stopped.

45. I was so afraid of being housed with men and of the strong possibility of being raped or assaulted again. I know that I would be a target and am not sure I could handle that again. If the BOP transferred me, I know that my fear and jumpiness would come back at once. I feel so much safer being housed with women and I do not know if I could handle the fear I had in men's prisons. It feels like a lamb being thrown back into the lion's den. That is really what it feels like.

46. Being placed in a men's facility would also deny that I am a woman, and that would also cause me ██████, ██████████████, and self-doubt.

47. I also know the Executive Order requires the BOP to cut off medical treatments for transgender people.

48. I have lived as a female for many years. The female hormones I take have resulted in my significant breast development (I wear a C-cup bra), fat redistribution to my hips, increased hair growth on top of my head, decreased body and facial hair, decreased muscle mass, and softer

facial features. I will again become an easy target for harassment, abuse, and violence, including sexual assault, if I am transferred to a men's prison.

49.     As noted above, I have been on hormone therapy since ▮▮▮ More specifically, in ▮▮▮▮▮, I began spironolactone. The hormone therapy caused a significant reduction in my ▮▮▮▮▮▮▮▮ and thoughts of self-harm. I was able to look in the mirror for the first time in my life and feel acceptance of myself. When I was housed at ▮▮▮▮▮, I used to cover mirrors so I did not have to see a "male." My urge to castrate myself significantly decreased once I started hormone therapy.

50.     Due to various medical concerns, I have gone on and off estrogen several times. Initially, I was not prescribed estrogen due to medical concerns arising from my history of ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮. In ▮▮▮▮▮, however, I started on the estrogen patch and my gender dysphoria significantly subsided. Later, because of concerns about ▮▮▮, I was taken off estrogen. At around the same time, my spironolactone dose was reduced. These decreases had a substantial negative impact on my mood, and I began exhibiting numbness, sadness, isolative behaviors, decreased concentration and appetite, and an overall hopelessness regarding my ability to maintain my feminine characteristics.

51.     As part of my gender dysphoria treatment, I also have received mental health treatment, including individual therapy, psychiatric medication ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮, and clinical contacts with psychologists. I have maintained a ▮▮▮▮ mental health classification since ▮▮▮, which provides for monthly psychology contacts. However, psychotherapy and counseling to treat ▮▮▮▮▮ ▮▮▮ are not enough to treat my gender dysphoria. I also need hormone therapy. I still experienced severe ▮▮▮▮▮▮, and thoughts of self-harm and suicide related to my gender

dysphoria while receiving counseling alone. These symptoms did not improve until I was able to get hormone therapy.

52.    No mental health care provider has ever informed me that the psychiatric treatments I received could serve as a replacement for hormone treatments, nor that they could fully treat my gender dysphoria without further hormone treatment.

53.    After the Court issued the preliminary injunction, I was allowed to remain at ██████ ████████ in the women's facility with no disruptions to my hormone treatment (I have had some unrelated medical issues, which have caused slight variations in hormone therapy, but have not led to the discontinuation of my treatment). I was relieved and grateful. My ███████ decreased, and I was able to resume my daily routine and focus on my programming and treatment.

54.    I am deeply afraid of what will happen if the preliminary injunction is no longer in place. I know from my own experience what it is like to be a transgender woman in a men's facility – I was sexually assaulted and raped multiple times, I lived in constant fear, and my mental health deteriorated severely. I cannot go through that again. I am also terrified of losing my hormone treatment, which is the only medication that has effectively treated my gender dysphoria. Without it, I know my ████████████ and thoughts of self-harm will return and intensify.

55.    Being in a women's facility has made me feel so much better. There have been some hard times when I felt the other women did not fully accept me. Those times were frustrating for me. But I know that despite any difficulties, I am far safer in women's prisons, which is why I have tried to stay in women's facilities. If I am forced to return to a men's facility, I am afraid that the people who work there and the men who are incarcerated there will learn that I came from a women's facility, which would place me at even greater risk than before. It is common in prisons to ask where people transferred from. I won't be able to answer. If I tell people that I have been in

women's prisons, I will be an enormous sexual assault target. If I don't answer, I will also be a sexual assault target because people will think I am hiding something and will victimize me for that. In any case, I have been housed in many prisons over the years; many people know me. Men in whatever men's facility in which I land will know I am being transferred from a women's facility.

Executed on the __28th__ day of __April__ in the year 2026.

Signature: ███████████  Date: __4-28-26__