**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | **DECLARATION OF OLIVIA DOE** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Olivia Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.    I am incarcerated in the Bureau of Prisons at ███████ and have a release date of ███████████. I am using the pseudonym Olivia Doe to protect myself. I am submitting this declaration in support of my request for relief.

2.    I was born on ██████████, in ████████████.

3.    I am a transgender woman and have known this ever since I was a little girl. When I was four or five years old, I told my mom that how I felt on the inside didn't match how I looked on the outside.

4.    I grew up in a ████████████ where it was practically unheard of to be transgender. I have had a female gender identity from as early as I can remember.

5.    I experienced severe abuse as a child. From birth until approximately age thirteen, I lived with my mother and her boyfriend, ██████████████████████ ████████████████████████████████████████ ███████████████████. As a result of my childhood trauma, I received mental health treatment and was diagnosed with ██████████████████████████ ███████.

6.    In ████, when I was ██████ years old, I was diagnosed with gender identity disorder and began receiving hormone treatment. However, I was not able to continue that treatment consistently due to financial constraints my grandparents' declining health, and their opposition to me taking them.

7.      Once I left my family's home as an adult, I moved to ████████████████, and lived openly as a woman for five years.  I dressed as a woman, used female pronouns, and felt like I could finally be myself.  After losing my job, I had to return to ████████ to live with my grandmother since I no longer had a salary.  I had to hide my female identity during that time because my grandmother did not accept me.  This made me feel deeply anxious and depressed.

8.      In ██████, while I was incarcerated in a state facility, I was severely assaulted



██████. I lost consciousness and was rushed to ████████████████████ ████████████████████████████████████████████████. As a result of the assault, ██████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████. Approximately three to four months after the assault, ████████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████████ ████████

9.      I entered the BOP in ██████ and was placed at ████████████, a male facility.  In ████████████, I met with two psychologists and went through an extensive psychological evaluation and was again diagnosed with gender dysphoria.  The BOP started me on hormone medication in ██████.  I was very relieved to finally receive treatment again.

10.     After beginning hormone treatments, I noticed physical changes, including increased breast growth and softer skin.

11.     In ██████, I legally changed my name.



12.     Though hormone therapy improved my overall well-being, it was very difficult for me to be housed in men's facilities.  In ▮▮▮▮▮▮▮, I wrote a suicide note and ▮▮▮▮ ▮▮▮.  Afterwards, I was placed on suicide watch for two days.

13.     While I was housed at ▮▮▮▮▮▮▮, I was brutally raped by another inmate on ▮▮▮▮▮▮▮▮.  The same inmate attempted to rape me again the next day.  The rape was extremely traumatic, and I remember feeling like I was being ripped open.  I continue to suffer medical complications, including nightmares, ▮▮▮▮▮▮▮, and rectal bleeding, as a result.  Since I never know when the bleeding will start, I have to wear a pad at all times.  I also experienced worsening mental health symptoms.

14.     I reported the rape by filing a PREA report at ▮▮▮▮▮▮▮.  After filing the report, I was placed in the SHU for several months before I was transferred to ▮▮▮▮▮▮, another men's facility.  Being in the SHU was isolating and worsened my mental health.  I felt like the BOP was supposed to keep me safe and they failed to do that.  In ▮▮▮▮▮▮, I was placed on suicide watch again.

15.     In ▮▮▮▮▮, I was transferred to ▮▮▮▮▮▮, another men's facility.  At ▮▮▮ ▮▮▮▮ I was bullied and harassed by other inmates because I am transgender.  During one incident in ▮▮▮▮▮▮, I was assessed and again placed on suicide watch for approximately two days because of the hopelessness and helplessness that I felt.

16.     In ▮▮▮▮▮▮▮, I was transferred to ▮▮▮▮▮, another men's facility.  At ▮▮▮▮▮▮, I continued to experience significant mental health difficulties.  I did not feel safe or comfortable in men's facilities given my prior rape.  I continued to request placement at a women's facility.

17. In ████████████, I was placed on suicide watch at ████████ for approximately two days because I was targeted for harassment again for being transgender.

18. I had been fighting to be transferred to a female facility through the Transgender Executive Council since I was diagnosed with gender dysphoria by BOP in ███. I jumped through every hoop and hurdle but continued receiving denials. After one of the denials in ███, I became extremely depressed, and I attempted suicide by ███████████. I was placed on suicide watch. Each of my suicide watches occurred while I was housed in men's facilities. Being housed with men exacerbated my depression and despair.

19. Around ███████████████████████████████ transfer to a women's facility and seeking essential medical care to treat my gender dysphoria. I was transferred to the women's facility at ██████████ in ████████████.

20. I felt extreme relief to be at a female facility. I was accepted by other women, and felt like they saw me as one of them. While incarcerated, I've never felt safer or more comfortable than I have here. I can finally be myself. I don't want to be treated differently than everyone around me. Here, I'm treated as just another woman who is trying to do her time and go home.

21. I have been involved in programming consistently since arriving at ████████. If I were transferred to a men's facility, I know that I would again feel despair, anxiety, and depression.

22. I have not been sexually assaulted in a women's facility and feel safe here. On arrival at ███████, I was rated at low risk of victimization, and no housing or programming modifications were recommended. This is in stark contrast to my experience in men's facilities.

23. On , I learned that the President had signed an executive order related to transgender individuals. I immediately experienced increased stress and anxiety.

24. On , I and a number of the other transgender women at ▮▮▮ were called to Health Services. Staff told us that because of the President's Executive Order, we were being placed in special housing pending transfer to a male facility. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At that time, I remember feeling like I would rather die surrounded by people who supported and loved me, than return to a male facility. I also had an intense physical reaction to hearing about my transfer to a male facility. ▮▮▮▮▮▮▮▮▮▮▮▮

▮ I was, and still am, terrified of returning to a male environment.

25. As I understand it, a court order prevented my transfer at that time, and I was allowed to remain at ▮▮▮.

26. Around ▮▮▮▮, I was returned to general population housing. I was told that everything had been put on hold, and that my medical care will continue for now.

27. I continue to experience mental health symptoms as a result of the Executive Order. I feel like I have not been the same since I was on suicide watch. My mental health care level was raised from ▮▮▮▮ after that happened, but I believe I have been moved back down to a ▮▮▮ now that more time has passed and I am feeling more stable. I receive weekly appointments with a psychologist, which sometimes occur more frequently. The uncertainty around my placement and safety is taking an immense toll on my wellbeing.

28. I have been receiving hormone therapy consistently since ▮▮▮, for approximately ▮▮▮. Hormone therapy has been the most important treatment for my gender dysphoria.

29.     I have never been told by a mental health care provider that psychotherapy or counseling alone could replace my hormone treatments or fully treat my gender dysphoria without further hormone therapy.

30.     Over the years, hormone therapy has produced physical changes.  I have developed breasts, softer skin, and increased hair growth on my head.  I have also experienced decreased muscle mass and changes in my body fat distribution.

31.     I know the Executive Order may require the BOP to end my hormone medication, which terrifies me.  Being taken off hormone medication would be devastating.  My outside finally mostly matches how I feel on the inside.  It's difficult to put into words, but taking my medication away would take an immense toll on me physically and mentally.

32.     For almost ███ years I have been housed in a women's facility, having never been sexually assaulted.  But my appearance, developed over years of hormone therapy, means that I will be an easy target for harassment, abuse, and violence, including sexual assault, if I am transferred to a men's prison.

33.     I am ██████ years old. ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████ all of which make me particularly vulnerable.  Given my history of childhood sexual abuse, the sexual assault I experienced at ████████████, my serious medical conditions, and my prior suicide attempts, I do not believe I would survive being returned to a men's facility.

34.     I am deeply afraid of what will happen if the preliminary injunction is no longer in place.  I know that being transferred to a men's facility would devastate my mental health, put

my physical safety at severe risk, and deny everything that I am.  I cannot imagine facing that while also being cut off from the hormone therapy that has become essential to who I am.

35.    This declaration was prepared by my attorney, Jennifer Delgado, based on the facts I provided, and I reviewed it on May 12, 2026, during a legal call.  I approve of the contents of this declaration.  If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 13th day of May, 2026.

/s/ Jennifer Fiorica Delgado

Olivia Doe c/o Jennifer Fiorica Delgado