**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF RACHEL DOE** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Rachel Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am submitting this declaration in support of my request for relief. I am using the pseudonym Rachel Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I am currently in the custody of the Bureau of Prisons, ███████████████

████████

3. I was born on ████████. I am a transgender woman.

4. I first started dressing and appearing more feminine while I was in middle school.

5. I began experiencing symptoms of ████████████ around the age of 17 or 18. These symptoms were brought on and heightened in part by my untreated gender dysphoria.

6. I began seeing a therapist in ████ and was formally diagnosed with gender dysphoria. I started receiving hormone treatment around that same time. I finally felt like I was able to be who I was meant to be. Hormone therapy started to help my ████████████ subside, though it did not solve everything.

7. I was prescribed ████████████ and have ████████████ ████████ since then. ████████████ help my mood to a certain extent, but they do not alleviate the symptoms of my gender dysphoria.

8. In ████, I started using a female name.

9. In ████████████████████████████████████

████████████████████████████████████

████████████ I take prescribed hormone medication to treat my gender dysphoria.

10. I got married in ████, and I love my husband dearly. ███████████████

████████

11. ████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████

12. In ████████ BOP transferred me to ████████████████ where I was housed initially with women. About a week and a half after arriving in ████████ BOP transferred me from the women's unit to the men's unit. I was terrified. BOP psychology staff assessed me as being at elevated risk for sexual victimization because of ████████████ ████████████████ and because I am transgender. They also increased my mental health care level from ████████████████ which required weekly psychology contacts.

13. Being housed with men in ████████ was horrible. I felt extremely anxious and like I had to be constantly alert and aware of my surroundings.

14. BOP staff put me in a space ████████████████████ ████████████████████ I think they did this because they thought I would be safer, but I did not feel safe and this placement did not stop men from sexually harassing me.

3

15.     One of the guards told an incarcerated male that ████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████ Those comments terrified me and made me acutely aware of the risk I was facing.

16.     On ██████████, BOP decided to send me from ██████████ to ████ ████████. When I was leaving ██████████, two male officers, with no female officer present, strip searched me. I had to bend over, squat, cough, and lift my breasts in front of them. It was humiliating and degrading. I was sick to my stomach and felt like I might vomit when it was happening. I had never been strip searched by male officers before.

17.     I was then transferred to ██████████, which is a men's prison. Again, BOP psychology staff assessed me as being at elevated risk for sexual victimization.

18.     Like in ██████████, I was terrified. When I walked to main line to go eat, the men would stare, whistle, clap, and knock on their windows. In addition to the constant sexual innuendos and harassment, I was propositioned for sex at ██████████ One man threw a note into my lap when I was sitting in the recreation area. It told me ██████████████. The men terrified me and I constantly felt like I would be attacked.

19.     I reported these incidents to staff and an officer from SIS interviewed me. BOP staff took steps to try to protect me from sexual harassment and assault in men's facilities, but my feminine appearance ██████████████ made me a constant target and I never felt safe. The only place where I can avoid this is a women's facility.

20.     I was also denied a bra at the men's facilities. I have very large breasts ▇▇▇▇ ▇▇▇▇▇▇ so not having a bra is a major problem. I felt like men stared at me even more because I did not have any support.

21.     Being held in men's facilities amped up my ▇▇▇▇▇▇▇▇. I was never sure when the tide would turn and things would get especially dangerous. Some incarcerated people, staff, and vendors were kind and helped me without judgment or bias. But others laughed at my struggles and kept me in a state of constant fear. Being on high alert all the time really took a toll on me. I was unable to sleep and had trouble eating. I was determined to get through whatever was thrown at me – I didn't have another choice – but my time in a men's facility was among the most difficult of my life.

22.     My attorneys in this case added me as a Plaintiff on ▇▇▇▇▇▇, and asked the Court on ▇▇▇▇▇ to order the BOP to give me medical care for my gender dysphoria and move me back to a women's prison. After the Court granted that motion, the BOP transferred me to ▇▇▇▇ on ▇▇▇▇▇, where I was able to live my daily life as a woman again. This was life-changing for me. I was not afraid anymore and my nervous system could finally relax. I felt safe and had my medications again, which made me feel much better. I have only lived with women since that time.

23.     In ▇▇▇▇, the BOP sent me to ▇▇▇▇▇▇.

24.     I was then transferred to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I have been in BOP custody ▇▇▇▇▇▇ ▇▇▇▇▇▇, and I currently have a release date scheduled for ▇▇▇▇▇ though credits could allow me to be released even sooner.

25.    Hormone medication ████████████ are the only things that have treated my gender dysphoria. I have also taken mental health medication throughout my life, but this did not treat my gender dysphoria.

26.    No clinician has ever told me that mental health medication or counseling could replace my hormone treatments or fully treat my gender dysphoria.

27.    I have lived as a woman for over ████ years and have received extensive hormone treatment ██████████. I know from my experience at men's facilities before the court order protecting me that I will be constantly sexually harassed and propositioned in men's prisons. BOP staff know this and have already recorded my elevated risk for sexual victimization at men's prisons. I am terrified that if the BOP moves me to a men's prison or halfway house, I will be an easy target for harassment, abuse, and violence, including sexual assault.

28.    Being placed in a men's facility would also be terrible for my gender dysphoria. Living as a woman and being seen and treated as one by others is extremely important to me and to my mental health. I am afraid that if BOP moves me, I will experience serious anxiety and depression.

29.    This declaration was prepared by my attorney, Alexander Shalom, based on the facts I provided, and I reviewed it on May 11, 2026, during a legal call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 13th day of May, 2026.

/s/ Alexander Shalom
Rachel Doe c/o Alexander Shalom