**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF SALLY DOE** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Sally Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1.      I am currently in ██████████████ I am using the pseudonym Sally Doe to protect myself.  I am submitting this declaration in support of my request for relief.

2.      I am a transgender woman.  I was born on ██████████, in ████████████ ████

3.      I have always known I was different, but I did not fully understand I am transgender until later in life.  I began my transition when I was in ███████ and that made a huge difference in my life.

4.      ████████████████████████████████████████████████

5.      ██████████████████████████████████████████████████ ██████████████████ This traumatic experience has stayed with me throughout my life.

6.      I have a history of thoughts of suicide, dating back to ████.  In ████, I had a nervous breakdown and was hospitalized.  I felt hopeless and did not see any reason to continue living.

7.      In ████ I tried to kill myself.  I was hospitalized for about two days.  By that time, I had struggled with a lot of mental health issues and tried several medications to help me.  Looking back, I think most of my mental health issues were actually because of my undiagnosed gender dysphoria.

8.      When I entered BOP custody in ████, I was housed at ████████████, a men's facility.  I was not aware of any other transgender women at this facility other than me.  At the time, I did not present myself as transgender because I feared for my safety.

9.     I later transferred to another men's facility, ▮▮▮▮▮▮ I began hormone therapy in the BOP in ▮▮ which treats my gender dysphoria. I have received ongoing hormone medication since then. In ▮▮, the BOP formally diagnosed me with gender dysphoria. The BOP also specified that I should only be searched by female staff unless there was an emergency.

10.     My time at ▮▮▮▮▮ was really hard and I often felt targeted and harassed for being transgender. Other incarcerated people wouldn't let me sit in certain areas of the common room, for example, and didn't want me to enter even my own housing unit. BOP staff would frequently misgender me, including in front of other incarcerated people.

11.     I have now taken hormone medication for nearly ▮▮ years in the BOP. Because of this medical care, I have breasts and my body looks more like a woman's body. My hormone medication has really helped my gender dysphoria and my mood and overall functioning.

12.     The BOP moved me to a women's facility in ▮▮▮▮▮▮.

13.     Moving to a women's facility really helped me. I have built friendships and began participating in programming. I feel comfortable for the first time.

14.     Before I started treatment for my gender dysphoria, I felt like I was stuck in a man's body. Since I transitioned and especially since moving into a women's prison, I now feel like myself and my ▮▮▮▮▮▮▮ have gotten much better. I used to be negative, but I am now happy and positive. It felt like a switch that just flipped and from then on, I have been a much happier person.

15.     In ▮▮▮▮▮▮, I was informed that I would be transferred to a men's facility and was removed from general population and placed in segregation with other transgender

women.  Following this news, my mental health care level was increased and I was placed on a
████████████████████.  I was in segregation for one week.

16.    Between that time and my transfer to ██████████████████████ ████ I lived in constant fear and stress thinking I would be transferred to a men's facility.  Every time I was called by BOP staff, for any reason, I was overcome with severe anxiety and distress that it would be the day I would be transferred to a men's facility.

17.    BOP psychologists have specifically noted that my mental health destabilizers include being targeted for discrimination.  I was harassed in men's facilities for being transgender and because of this, I know firsthand what awaits me if I return to a men's facility.

18.    The other women at ████████████ accept me as a woman and treat me that way.  This has really helped my gender dysphoria.

19.    If I am transferred to a men's facility, I am afraid I will be targeted, mistreated, and harassed just as I was before.  I know that returning to a men's facility will mean enduring that same hostility again, but this time with a feminized body that will make me an even bigger target.

20.    If the BOP moved me to a men's facility and stopped my hormone medication, or even placed back in segregation, I would be devastated.  Hormones and moving to a women's prison have been the only effective treatment for my gender dysphoria.  I finally feel like myself.

21.    I am afraid if these things are taken away that I will become incredibly depressed and anxious. Before my treatment, I had thoughts of suicide, panic attacks and felt hopeless.  I do not want to return to that time.

22.     No mental health care provider has ever informed me that other treatments could serve as a replacement for hormone treatments, or that they could fully treat my gender dysphoria without further hormone treatment.

23.     I am deeply afraid of what will happen if the preliminary injunction is no longer in place.  The recent policy changes have already been devasting and stressful.

24.     If I am forced into a male facility, I am terrified for my physical safety and mental health.   After nearly ▮ years of hormone therapy in the BOP and physical feminization, I would be an even bigger target than I was before. I cannot go back to that environment.

25.     This declaration was prepared by my attorney, Jennifer Delgado, based on the facts I provided, and I reviewed it on May 8 and 11, 2026, during legal calls. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.


Executed in New York, NY on this 13th day of May, 2026.

/s/ Jennifer Delgado
Sally Doe, c/o Jennifer Delgado