**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF SARA DOE** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Sara Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am using the pseudonym Sara Doe to protect myself. I am submitting this declaration in support of my request for relief.

2. I am a transgender woman. I was born on ▮▮▮▮▮▮▮▮

3. I have known I was a woman since I was young. I was always drawn to wearing girls' clothing, playing with girls' toys, and would often wear my older sister's hand-me-down clothing instead of my older brother's clothes.

4. I had a terrible childhood and was repeatedly abused. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ When I was 15 years old, I became suicidal because I was so distraught about not being able to live as a woman and was trying to deal with so much trauma. I was involuntarily committed in a hospital in ▮▮▮▮▮

5. The therapist I saw as a result of that hospitalization tried to "convert" me to a heterosexual male. He told me that I was hurting my family by being transgender. That made me feel like a broken person.

6. When I was in high school, I began to transition and live as a woman. I began dressing as a woman, wearing makeup, wearing earrings, and growing out my hair.

7. I was formally diagnosed with gender dysphoria when I was 18. When I was 19 years old, my doctor prescribed me hormone therapy.

8.  I have also █████████████████████████████████████████████

████████████████████████████████████████ Those all happened outside of prison.

9.  Because of my long-term hormone therapy and████████████████████

████████████████████████████████████████████████████████████

███████████████

10.  All my legal documents identify me as female.

11.  When I was first arrested in ████ and when I entered BOP custody in ████, I was immediately treated as female.  Before and after my sentencing, I have always been housed in women's facilities.

12.  On ██████████████, guards removed other transgender women from my housing unit but did not remove me.  The following day, in the middle of the night, they came for me and told me someone had found me "on a list" and I had to be transferred to a male prison because of the Executive Order.  I was placed in the Special Housing Unit. I was terrified.  I was frightened that I would be physically assaulted, raped, and even killed, especially because ████████████.  BOP records acknowledged that "[p]lacement in restrictive housing results in increased risk for death by suicide and can contribute to decompensation in overall mental health."

13.  On ██████████████, staff moved me back to general population.  I am very afraid that BOP will try to move me again.

14.   If I am transferred to a men's facility, I will not be safe.  When I was first moved out of the Special Housing Unit after I was told I was being transferred, staff told me that I ████

██████████  They were right. I know I will be at an extremely high risk of violence and sexual assault because I am a transgender woman.  I will also be forced to be strip searched by men, pat searched by men, and will have to shower and change in front of men.  Just thinking about what

3

that would be like fills me with fear and dread, particularly given my history of sexual abuse by men.

15. Ever since I was first pulled from my cell in the middle of the night and told I would be transferred back in ███████, I have struggled with increasing anxiety, night terrors, and depression. I have nightmares at night that I am being raped by groups of men and am afraid when I hear keys coming down the hall that they are going to pull me out again to tell me I am being transferred.

16. Because of the anxiety and stress, I had to seek psychiatric help and was started on ████████████████. It helps but I still struggle to sleep and have nightmares about the prospect of going to a men's facility.

17. I began hormone therapy before my incarceration. I have received ongoing hormone medication since I came into BOP custody.

18. Around the same time I was told I would be transferred, a nurse and doctor from the BOP regional office told me that the dosage of the hormones I have received for years would be lowered and they would soon taper me off. I was so scared when I heard this. Not only have I been on hormones since before I came to BOP, ████████████████████████

████████████████████████████

19. I also need hormones to treat my gender dysphoria. Throughout my time in the BOP, doctors prescribed estradiol valerate injections and daily oral medroxyprogesterone. In ███████, BOP medical staff initiated a taper to discontinue my estradiol. They said this was because of a change in policy. My provider wrote orders to reduce my dosage and then to discontinue the medication entirely. My daily medroxyprogesterone was also discontinued at that time. This reduction was not based on any medical indication or adverse reaction.

4

20.    About five days later, on ███████████, BOP staff told me the taper of my hormone medications was put on hold and that I was being placed back on my most recent dosage of hormones. Although my hormones were restored at that time, the experience caused me significant emotional distress. During the period when the taper was in effect, I was already experiencing severe emotional stress from the changes in the medical policy.

21.

22.

23.

The only medication that helps my gender dysphoria is hormone therapy. No mental health care provider has ever informed me that other treatments could serve as a replacement for hormone treatments, nor that they could fully treat my gender dysphoria without further hormone treatment.

24.    I fear that the physical changes from losing access to hormones, combined with the threat of being housed in a male facility, would be devastating to both my mental health and my physical safety.

25.    I am deeply afraid of what will happen if the preliminary injunction is no longer in place. I have already experienced what it is like to be suddenly removed from general population and placed in the Special Housing Unit solely because of my transgender status. I was so upset and scared. I told BOP staff that I feared I would be raped and killed if transferred to a male

facility.  The recent policy changes have already caused me so much emotional distress that I needed to be placed on psychiatric medication.

26.    This declaration was prepared by my attorney, Alexander Shalom, based on the facts I provided, and I reviewed it on May 8, 2026, during a legal call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.


Executed in Roseland, NJ on this 13th day of May, 2026.


/s/ Alexander Shalom
Sara Doe c/o Alexander Shalom