## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | **DECLARATION OF WENDY DOE** |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Wendy Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am submitting this declaration in support of my request for relief. I am using the pseudonym Wendy Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I have been serving my sentence in the Federal Bureau of Prisons ("BOP") since the end of ███ and have only ever been housed in women's facilities. I am currently living in ████████████████████████.

3. I was born on ████████.

4. I am a transgender woman.

5. Since around the age of four, I began realizing I was female and feeling like I was in the wrong body.

6. When I was around ██ years old, I was told I had ████ and ██████. Around this time, I also began engaging in ████ self-harm behavior. I attribute these symptoms and my self-harm to my then-undiagnosed gender dysphoria. In addition, I was physically, sexually, and emotionally abused throughout my childhood and was diagnosed much later in life with ████ ████████████.

7. I started living as a woman in ████, at the age of nineteen, and began hormone therapy in or around ████. I received a formal diagnosis of gender dysphoria in or around ████

8. My mother did not approve of my transition and refused to continue our relationship after that.

2

9.    In ███, I legally changed my name and my sex marker to female on my driver's license as well as my birth certificate, social security card, and passport.

10.    ████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████

11.    While incarcerated prior to my sentencing, I was housed in a female facility and in ██████████████████████. During that time, there was a six-month period where I was not given hormone medication.

12.    In ████████████, I was placed in BOP custody and housed in ████████████, a women's facility. During the first four months there, I was not given my hormone medication. I had to repeatedly complain and advocate for the medication that I so desperately needed. ████

███████████████████████████████████████████

███████████████    I was, however, provided with necessary female toiletries through commissary.

13.    When I didn't have my hormone medication in pre-sentence custody and at ████ ████████, my physical and mental health suffered. I felt tired and achy all the time and had intense bone pain. My moods and emotions were all over the place. I could not think clearly and I felt detached. I was still on mental health medications during those periods, but they were not helping me regulate my emotions or managing my symptoms or mental distress. When I had previously been on my hormone medication, my ████████████████ significantly abated. Without hormones, my ████████████████ got worse. Those were really bad times when I did not feel like myself.

3

14. During my first year and a half at ██████████, the other women housed there did not know I was a transgender woman.

15. In ██████████, I was transferred to ██████████ another women's prison. ██████ provided all the commissary items I needed to live fully as a woman. I was also able to continue on my hormone therapy ██████████ without significant interruption.

16. At ██████████, I participated in all programs available to me. I successfully completed the ██████████ program, which is designed to provide treatment to those with ██████████ ██████████. I also participated in the ██████████████████████ – which I still participate in while ██████████ – and I served as an ██████mentor, ██████████ ██████████, and ██████████████████ to other women housed at ██████████. These programs have had a profoundly positive impact on my mental health.

17. In all of the institutions in which I have been housed, I have been subjected to searches by female corrections officers only.

18. On or about ██████████, BOP officials transferred me to a mixed sex facility at the ██████████████████████. I was told I was being transferred because of the executive order and that I could no longer be housed in a BOP women's facility.

19. They kept me in segregation for all five days I was there because they said they did not know what else to do with me.

20. In this Special Housing Unit ("SHU"), I was housed alone in a small cell with nothing to do all day. I was also placed on suicide watch after BOP clinicians determined that the transfer to a men's facility and disruption of my hormone treatment could be a significant source of distress.

4

21.  The prospect of being housed with men was terrifying.  It also did not help that I was unable to participate in ▮▮▮ during these five days.

22.  On or about ▮▮▮▮▮▮, I was sent back to ▮▮▮▮▮. No one explained to me why I came back and no one could tell me if it would be permanent. I later learned that this was because of the injunction in this case.

23.  Even after I was back in the women's facility, I was extremely anxious and upset that I might still be housed with men or taken off my hormone medication. I know I cannot be housed safely with men and that I need my hormone medication.

24.  On or about ▮▮▮▮▮▮, BOP staff told me again that I would be transferred to a men's facility.

25.  The prospect of this – and the associated looming risk of physical and sexual abuse – further increased my anxiety. I became hypervigilant, my startle response increased, and every time I heard keys coming towards my cell, it brought flashbacks to the night I was transferred to ▮▮▮▮▮. I had developed good relationships with several staff members and other women at ▮▮▮▮▮ and I was scared of losing this support system.

26.  On ▮▮▮▮▮, BOP upgraded my mental health care level ▮▮▮▮▮ ▮▮▮▮▮, which provides for monthly psychology contacts.

27.  But counseling is not enough to treat my gender dysphoria. I also need hormone therapy.  I know exactly how it feels to lose my hormone treatment and what it does to my body and mental health, and I never want to experience that again.

28.  No mental health care provider has ever informed me that mental health medications or counseling could serve as a replacement for hormone treatments, or that they could fully treat my gender dysphoria.

5

29.    In late ███, the BOP moved me to ████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

██████████████████

30.    I feel safe in women's facilities. I have not been sexually abused or sexually assaulted in a women's facility, and I do not feel at risk of being assaulted.

31.    I am terrified that I would face violence and sexual assault if I am transferred to a men's facility. When I was sent to ████████, I did not know if at any time I would be put in general population with the men. I am scared of being the target of sexual violence. I have been living as a woman since ████ and have undergone significant feminization through hormone therapy ████████. If I get housed in a men's facility, I truly believe I will be threatened, harassed, assaulted, or even killed.

32.    Being placed in a men's facility would also be horrible for my gender dysphoria. I did not have any symptoms of gender dysphoria when I was in a women's prison and had my hormone medication. I am terrified my gender dysphoria would get much worse if the BOP moves me to a men's facility where I will be surrounded by and forced to live with men, and my existence as a female will not be recognized.

33.    I am also terrified about losing access to my hormone therapy. As I know from past experience, this would have a horrible effect on my physical and mental wellbeing. I have lived as a woman for ████████ and there is no way I could handle losing that.

6

34.     This declaration was prepared by my attorney, Natalie Kraner, based on the facts I provided, and I reviewed it on May 8, 2026, during a phone call. I approve of the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 13th day of May, 2026.

/s/ Natalie Kraner
Wendy Doe, c/o Natalie Kraner