UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

     *Plaintiffs,*

v.

TODD BLANCHE, in his official capacity
as Acting Attorney General of the United
States, *et al.*,

     *Defendants.*

Case No. 1:25-cv-286-RCL

## ORDER

Upon consideration of the parties' May 18, 2026, Joint Status Report, ECF No. 121, the

Court will set an Emergency Status Hearing for May 20, 2026, at 11:00 AM in Courtroom 15 – in

person. The parties are ORDERED to come prepared to address this Court's jurisdiction, if any,

to act with regard to the existing preliminary injunction, ECF No. 101, and Plaintiffs' requested

TRO and preliminary injunction, ECF No. 117, during the period from now until the D.C. Circuit's

mandate issues on June 8, 2026.

**IT IS SO ORDERED.**

Date: _____May 18, 2026_____
       6:10 pm

_____
Royce C. Lamberth
United States District Judge

1