**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, *et al.*, <br><br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*, <br><br><br> Defendants. | Civ. A. No. 25-286 (RCL) <br><br> *Jones v. Blanche*, Civ. A. No. 25-401 (RCL) <br> (consolidated) <br><br> *Moe v. Trump*, Civ. A. No. 25-653 (RCL) <br> (consolidated) |

**EMERGENCY MOTION TO CONTINUE
<u>TOMORROW'S EMERGENCY STATUS HEARING BY FOUR HOURS</u>**

Defendants respectfully move on an emergency basis to continue the emergency status hearing, currently scheduled for May 20, 2026, at 11:00 a.m., by four hours, *i.e.*, until 3:00 p.m. Undersigned counsel has a conflict because of a previously-scheduled, urgent medical appointment for his son that he must attend.  In the alternative, Defendants propose to reschedule the hearing for tomorrow at 9:30 a.m.  Undersigned counsel is lead counsel in this litigation, researched and drafted all relevant pleadings, and is in the best position to answer the Court's questions.

Defendants conferred with Plaintiffs' counsel pursuant to Local Rule 7(m).  Counsel stated that they opposed both proposed times.  In particular, they believe 3:00 p.m. is too late for them to seek appellate relief if necessary, and they may have a travel conflict with the 9:30 a.m. time.

A proposed order is attached.

Dated: May 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,<br><br>     Defendants. | Civ. A. No. 25-286 (RCL)<br><br>*Jones v. Blanche*, Civ. A. No. 25-401 (RCL)<br>(consolidated)<br><br>*Moe v. Trump*, Civ. A. No. 25-653 (RCL)<br>(consolidated) |

**[PROPOSED] ORDER**

It is hereby **ORDERED** that Defendants' motion is granted. The in-person emergency status hearing will be continued from May 20, 2026, at 11:00 a.m., to May 20, 2026, at 3:00 p.m.

DATED:_____                    _____

             Royce C. Lamberth
             United States District Judge