**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00286-RCL |
| TODD BLANCHE, *in his official capacity as* Acting Attorney General of the United States, *et al.*, | |
| *Defendants*. | |
| | |
| JANE JONES, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00401-RCL |
| TODD BLANCHE, *in his official capacity as* Acting Attorney General of the United States, *et al.*, | |
| *Defendants*. | |
| | |
| MARIA MOE, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00653-RCL |
| DONALD TRUMP, *in his official capacity as* President of the United States, *et al.*, | |
| *Defendants*. | |

**OPPOSITION TO DEPARTMENT OF JUSTICE'S**
**EMERGENCY MOTION TO CONTINUE**

Plaintiffs respectfully oppose Defendants' Emergency Motion to Continue. Plaintiffs are genuinely sympathetic to defense counsel's family circumstances and made every effort to identify a mutually workable time and approach. They cannot agree to either proposed alternative, however, because both prejudice Plaintiffs by diminishing the Court's reasonable opportunity to act on May 20 and what happens to Plaintiffs if this Court cannot act on May 20, 2026, is not abstract. Plaintiffs' counsel offered to move the hearing if Defendants would agree not to transfer Plaintiffs while the Motion for TRO/PI is pending. Defendants refused to provide any such assurance.

Plaintiffs are transgender women in federal custody facing imminent transfer to men's prisons upon expiration of the current preliminary injunction. If this Court does not have time to act on May 20, 2026, Plaintiffs will have no meaningful opportunity to seek relief before transfers occur and the harm the record documents becomes real again.

The 9:30 a.m. alternative prejudices Plaintiffs for reasons beyond their control. Plaintiffs' counsel are traveling from out of town — one by plane from Massachusetts, one by train from Northern New Jersey. Both are making every effort to arrive well before the scheduled 11:00 a.m. hearing. A 9:30 a.m. start creates a real and uncontrollable risk that counsel will not be present when proceedings begin, depriving Plaintiffs of the opportunity to be heard. A 10:00 a.m. start is possible but carries meaningful uncertainty for the same reasons.

The 3:00 p.m. alternative prejudices Plaintiffs for different but equally serious reasons. Even on the most favorable jurisdictional ruling, meaningful work must occur before relief can issue: argument on jurisdiction and the merits, the individualized factual findings the PLRA requires before a TRO may enter, and issuance of the order itself. A 3:00 p.m. start makes completing that work and providing same-day relief extremely difficult.

2

In the event this Court were to conclude that it lacks jurisdiction to act before the D.C. Circuit's mandate issues on June 8, a conclusion Plaintiffs believe would be error, Plaintiffs intend to immediately seek emergency relief from the D.C. Circuit requesting early issuance of the mandate under FRAP 41(b). That motion would be filed and potentially acted upon on May 20, 2026, and would clear any remaining question on the Court's jurisdiction. A hearing beginning at 3:00 p.m., followed by argument and a ruling, drastically reduces the window for emergency appellate action the same day.

Plaintiffs are not asking defense counsel to forgo his son's medical appointment. They are explaining why neither proposed alternative is compatible with Plaintiffs ability to secure needed relief on May 20, 2026.

Plaintiffs respectfully request that the Court maintain the 11:00 a.m. hearing time.

Respectfully submitted,

_/s/ Eve L. Hill_

Eve L. Hill (Bar No. 424896)
ehill@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

Jennifer L. Levi (*admitted pro hac vice*)
Sarah Austin (*admitted pro hac vice*)
**GLBTQ Legal Advocates & Defenders**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Christopher Stoll (*admitted pro hac vice*)
Amy Whelan (*admitted pro hac vice*)
CStoll@nclrights.org
AWhelan@nclrights.org
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel: (415) 365-1338
Fax: (415) 392-8442

Jennifer Fiorica Delgado (Bar. No. NY296)
Alexander Shalom (Bar No. 66195)
Natalie J. Kraner (Bar No. 66202)
Wayne Fang (*admitted pro hac vice*)
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com