## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,<br><br>　　　　　　Defendants. | Civ. A. No. 25-286 (RCL)<br><br>*Jones v. Blanche*, Civ. A. No. 25-401 (RCL)<br>(consolidated)<br><br>*Moe v. Trump*, Civ. A. No. 25-653 (RCL)<br>(consolidated) |

## [PROPOSED] ORDER

It is hereby **ORDERED** that Defendants' opposition to Plaintiffs' motion for preliminary injunction is due May 29, 2026, 12:00pm EST (up to 65 pages), and Plaintiffs' reply is due June 5, 2026 (up to 20 pages). If the parties believe they need supplemental filings in addition to a response and reply, the parties will attempt to resolve any issues regarding such supplemental filings through a meet and confer process before bringing that issue to the Court.


DATED:___May 19, 2024___
　　　　　5:15pm.

Royce C. Lamberth
United States District Judge