**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*, <br><br>     *Plaintiffs,* <br><br> **v.** <br><br> **TODD BLANCHE**, in his official capacity as Acting Attorney General of the United States, *et al.*, <br><br>     *Defendants.* | **Case No. 1:25-cv-286-RCL** <br> **Case No. 1:25-cv-401-RCL (consolidated)** <br> **Case No. 1:25-cv-653-RCL (consolidated)** |

## ORDER ENTERING STAY

Plaintiffs in this matter are transgender women incarcerated in BOP facilities who seek to challenge enforcement of Sections 4(a) and 4(c) of Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." *See Doe* Am. Compl., ECF No. 47; *Jones* Compl., No. 25-cv-401, ECF No. 1; *Moe* Compl., No. 25-cv-653, ECF No. 1. Plaintiffs sought and received preliminary injunctions enjoining enforcement of both sections of the EO. ECF Nos. 44; 68; 83; 89; 94; 101; 125.

Section 4(c) of the EO directs BOP to ensure that "no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex." Exec. Order No. 14168, 90 Fed. Reg. 8615 (Jan. 20, 2025). BOP's implementation of section 4(c) is the subject of ongoing litigation in a class action pending before this Court. *See Kingdom v. Trump*, No. 25-cv-691 (D.D.C.). This Court enjoined BOP's implementation of section 4(c) and certified the following class in that case on June 3, 2025:

> [A] class consisting of all persons who are currently or will be incarcerated in BOP facilities with a current diagnosis of gender dysphoria or who receive such a diagnosis in the future.

1

*Kingdom*, No. 25-cv-691, ECF No. 67.

The *Doe* plaintiffs' status as transgender women in the custody of BOP places them squarely within the *Kingdom* class. For this reason, the *Doe* plaintiffs' challenge to section 4(c) of the EO is stayed, pending final adjudication of the *Kingdom* class claims. *See Rogers v. District of Columbia*, 880 F. Supp. 2d 163, 166–67 (D.D.C. 2012) (staying absent class member's claim while class action was also pending before the court). The plaintiffs' challenge to section 4(a) of the EO may proceed.

**IT IS SO ORDERED.**

Date: ___5/21/26___

Royce C. Lamberth
United States District Judge