## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,<br><br>    Defendants. | Civ. A. No. 25-286 (RCL)<br><br>Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

## DECLARATION OF RICK STOVER,
## SPECIAL ASSISTANT TO THE DIRECTOR

I, Rick Stover, declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons (Bureau) as Special Assistant to the Director. I have been in this position since August 2025.

2. Prior to becoming Special Assistant to the Director, I worked in positions of increasing responsibility within the Bureau, most recently as Senior Deputy Assistant Director of the Designation and Sentence Computation and the Warden at the Federal Correctional Institution in Danbury, Connecticut.

3. I am familiar with the Bureau's general policies and practices on housing for inmates who identify with the opposite biological sex, including the rationales for those policies. As part of my official duties, I have access to records maintained in the ordinary course of business by the Bureau, including inmate medical and mental health records.

4. The information below is based upon personal knowledge and upon information made available to me in the course of my official duties.

5.      There are approximately 1,022 inmates in BOP custody that have a diagnosis of gender dysphoria. About 600 of these inmates are on cross-sex hormones. Of the 1,022 inmates diagnosed with gender dysphoria, 13 are currently housed with inmates of the opposite sex (all are biological males). These 13 inmates were housed in female facilities for several reasons, none of which was because the Bureau found that it could not successfully keep the inmates safe if housed with male inmates.

6.      BOP's prior Transgender Executive Council (TEC) had compiled information regarding the medical and psychological care provided to this population, as well as appropriate housing for this population, during the TEC's existence.

7.      The Bureau of Prisons designates facilities into five categories, Minimum, Low, Medium, High, and Administrative.  In general, non-violent offenders are housed in lower security prisons and the more violent offenders are housed in higher security prisons.

8.      Plaintiffs Carla Jones, Emily Doe, Mary Doe, and Zoe Doe are biological males currently housed at the ███████████████████████████████████████ ██████████ is a female administrative security federal medical center.

9.      Plaintiff Sara Doe is a biological male currently housed at the ███████████ ██████████████████████████████████████████████ is a low security federal correctional institution that houses women.

10.      Plaintiffs Lois and Olivia Doe are biological male inmates currently housed at the ███████████████████████████████████████████████████████████████ is a low security federal correctional institution that houses women.

11.      Plaintiff Amy Jones is a biological male currently housed at the ██████████ ██████████████████████████████████████████ is an administrative

security federal correctional facility that houses a low security female cadre. Jones is housed with the women.

12.     Plaintiff Maria Moe is a biological male currently housed at the ███████ ████████████████████████████████████████████████████████████████ is a low security federal correctional institution that houses both men and women. Moe is housed with the women.

13.     Several Plaintiffs are currently housed in Residential Reentry Management field offices, also known as Halfway Houses or RRCs. To qualify for a halfway house, the inmate must be near the end of his or her sentence and be approved for halfway house placement. BOP considers the nature and circumstances of their offense and the history and characteristics of the offender, among other considerations.

14.     Plaintiff Sally Doe is a biological male that is currently housed with females at the ██████████████████████████████ field office.

15.     Plaintiff Wendy Doe is a biological male currently housed with females at the ████ ██████████████████████████ field office.

16.     Plaintiff Jane Jones is a biological male currently housed with females at the ████ ██████████████████████████ field office.

17.     Plaintiff Barbara Jones is a biological male currently housed with females at the ██████████████████████████████ field office.

18.     Plaintiff Rachel Doe is a biological male currently in Home Confinement. Rachel Doe's expected release date is ██████████████. BOP currently has no plans to place Rachel Doe in a BOP facility. Rachel Doe would only be placed in a BOP facility if he violates the terms of home confinement.

19.     Plaintiff Ellen Doe was housed with female inmates at ███████████, but requested to be transferred to a male facility where he is currently housed.  He is currently housed in the ████████████████████████████████████████████████████████. Ellen Doe's records do not reflect that he has been sexually assaulted at ██████████████.

20.     Plaintiff Sophia Doe was housed with female inmates at ████████████ but requested to be transferred to a male facility. He is currently housed at █████████████, a male facility.  Sophia Doe's records do not reflect that he has been sexually assaulted at his current facility, █████████████

21.     BOP's Designation and Sentence Computation Center in 2026 (and previously the Transgender Executive Council in 2024 and 2025) performed individual assessments to determine the appropriate housing for each plaintiff.  The assessments included an evaluation of each inmate's unique medical record, psychology record, disciplinary record, and security level. In determining the appropriate housing placement for each Plaintiff now, the BOP considers on a case-by-case basis whether a placement would ensure the inmate's health and safety, and whether the placement would present management or security problems.

22.     Based on these factors, the Bureau found that placement at the Federal Medical Center located in Rochester, Minnesota (FMC Rochester) or the United States Medical Center for Federal Prisoners in Springfield, Missouri (MCFP Springfield) would serve as appropriate locations for the plaintiffs. The Bureau found that placing the plaintiffs at these medical centers would be appropriate because the inmate population at these medical centers are largely non-violent and tend to have only minor infractions in their disciplinary history with the Bureau. Additionally, as Dr. Weidow stated in his declaration, these Medical Centers are appropriate facilities because they are able to provide appropriate treatment to these inmates.  FMC Rochester

is a medical center for inmates requiring specialized or long-term medical or mental health care, while MCFP Springfield houses inmates requiring comprehensive medical or mental health care. Plaintiffs  Maria Moe, Emily Doe, Mary Doe, Lois Doe, Sara Doe, and Olivia Doe will be housed in either of these two medical centers.  The specific designation for the other Plaintiffs will be discussed below, but they too will be placed in either medical center.

23.    It is BOP's correctional judgment that housing inmates according to their biological sex ensures bodily privacy and safety for all inmates and limits the risk of sexual abuse, disciplinary problems, and illicit intimate relationships.

24.    FMC Rochester has a population size of approximately 834 total inmates. In 2025, FMC Rochester had a total of 12 guilty findings of assaults on inmates (0.014%) and zero substantiated allegations of sexual assault.

25.    FMC Rochester currently houses four other inmates who are diagnosed with Gender Dysphoria.

26.    MCFP Springfield has a population size of approximately 1,120 inmates. In 2025, MCFP Springfield had a total of 28 guilty findings of assaults on inmates (0.025%) and one substantiated allegation of sexual assault.

27.    MCFP Springfield currently houses four other inmates who are diagnosed with Gender Dysphoria and at least one of them is receiving cross-sex hormones

**Zoe Doe**

28.    Zoe Doe is currently serving a life sentence in the BOP.  Zoe Doe is currently housed at ██████████████████████ has a population size of approximately 1,187 inmates. In 2025, ████████████ had a total of 31 guilty findings of assaults on inmates (0.025%), more than 2.5 times the assaults at FMC Rochester, and one substantiated allegation of sexual assault.

29.     The TEC had been tracking Zoe Doe's progress since 2016.  Zoe Doe sought to have the BOP provide him with cross sex surgery and was subsequently placed in a female facility as part of the Bureau's previous policy—the now rescinded Transgender Offender Manual—which required that an inmate seeking cross sex surgery be housed with women for at least one year prior to being eligible for cross sex surgery.  This requirement afforded both the inmate and the BOP the opportunity to observe whether the inmate would be able to adjust to living with women prior to receiving cross sex surgery.  Zoe Doe's placement in a female facility was also the result of a lawsuit that Zoe Doe filed to have the Bureau provide him with cross sex surgery.  Zoe Doe underwent cross sex surgery in ███████████████████████████████     Accordingly, the Bureau's reason for placing Zoe Doe in a female facility is unrelated to any concern about keeping him safe in a male facility.

30.     BOP performed an individualized assessment of Zoe Doe and determined after reviewing his security level and mental health needs that FMC Rochester would be an appropriate placement.  FMC Rochester is a Medical Referral Center that serves inmates with medical and/or mental health treatment needs.  BOP staff in the Designation and Sentence Computation Center consulted with staff in BOP's Psychology Services Branch and with BOP Psychiatrists and determined that FMC Rochester will provide appropriate care to address Zoe Doe's mental and medical needs, including providing Zoe Doe with any post-surgical care that Zoe Doe requires.  To the extent that Zoe Doe needs to engage in routine medical maintenance to ensure his surgical vagina remains open, the medical staff at FMC Rochester will be able to provide Zoe Doe with a private setting to do so.

31.    I have reviewed Zoe Doe's records.  After Zoe Doe entered BOP custody in ███, Zoe Doe was housed in men's prisons until ███.  During the time he was in the men's prison, Zoe Doe made no reports of rapes or assaults that were substantiated.

32.    Zoe Doe also states that he is small in stature and elderly.  BOP houses many small, elderly men in their facilities, including Medical Referral Centers like FMC Rochester, and is equipped to keep them safe.

**Carla Jones**

33.    Carla Jones is currently serving a life sentence in the BOP and housed at ███ ███  BOP has been tracking Carla Jones' progress since 2019.  Carla Jones sought to have the BOP provide him with cross sex surgery and was subsequently placed in a female facility as part of the Bureau's previous policy requiring spending at least one year in a female facility to be eligible for such surgery.  Carla Jones also filed a lawsuit against the BOP to have the Bureau provide him with cross sex surgery.  Similar to Zoe Doe, BOP's reason for placing Carla Jones in a female facility was unrelated to any concern about keeping Carla Jones safe in a male facility; and in fact, there was no such concern.

34.    After BOP transferred Carla Jones to a female facility ███ in 2023, his TEC records show that he stopped eating his meals, refused his medication, and was put on suicide watch for about five months following the transfer (and then again in September 2024).  Carla Jones' mental health care level, which classifies inmates based on their need for mental health services, increased to ███ (requiring residential or enhanced outpatient mental health care) because of increased suicidal thoughts after moving to a women's facility.

35.    BOP performed an individualized assessment of Carla Jones and determined after reviewing his security level and mental health needs that FMC Rochester would be an appropriate

placement. FMC Rochester is a suitable placement given Jones' Mental Health Care level and previous mental health history and because it is a Medical Referral Center that provides enhanced medical and/or mental health treatment for inmates. BOP staff in the Designation and Sentence Computation Center consulted with staff in BOP's Psychology Services Branch and with BOP psychiatrists and determined that FMC Rochester will provide appropriate care to address Carla Jones' mental and medical needs.

36.     I have reviewed Carla Jones' records. He was housed in a men's prison from ███ ███████. The last time that Carla Jones alleged being assaulted in a men's prison was 16 years ago. The record search reveals that he reported to Health Services that he was "forced" to perform oral sex in 2010 but there is no record substantiating this allegation or any indication that it was because of his trans-identifying status.

37.     BOP understands that Carla Jones is ████████ BOP is able to keep men in this age group safe in men's prison.

## Amy Jones

38.     Amy Jones has a projected release date in ████ and is currently housed at ████ ████████. The TEC had been tracking Amy Jones' progress since 2022. Amy Jones sought to have the BOP provide him with cross sex surgery and was subsequently placed in a female facility as part of the Bureau's previous policy under the now rescinded Transgender Offender Manual. Amy Jones also brought suit to be placed in a female facility and be provided with cross sex surgery. Similar to Zoe Doe and Carla Jones, the Bureau's reason for placing Amy Jones in a female facility is unrelated to any concern about keeping him safe in a male facility. The placement in a female facility was one part of the process required for inmates seeking cross sex surgery.

39.    ▮▮▮▮▮▮▮▮ has a population size of approximately 855 inmates. In 2025, ▮▮▮▮▮▮▮▮ had a total of 7 guilty findings of assaults on inmates.    In 2025, ▮▮ ▮▮▮▮▮▮ had zero substantiated sexual assault allegations.

40.    BOP performed an individualized assessment of Amy Jones and determined after reviewing his security level and mental health needs that FMC Rochester would be an appropriate placement.  FMC Rochester is a suitable placement given his previous mental health history.  BOP staff in the Designation and Sentence Computation Center consulted with staff in BOP's Psychology Services Branch and with BOP psychiatrists and determined that FMC Rochester will provide appropriate care to address Amy Jones' mental and medical needs.

41.    Amy Jones states that he was raped in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮.  I have reviewed the relevant records.  The sexual assault allegation was unsubstantiated. It was determined that Jones was punched after Jones struck the inmate with a ▮▮▮ but there was insufficient evidence of sexual assault.

42.    Amy Jones has required at least 20 sexual abuse interventions claiming to be a victim of sexual assaults with several claims made against medical staff.  These allegations are unsubstantiated.  There are two prior sexual abuse interventions as a perpetrator including one while at ▮▮▮▮▮▮▮ a women's prison.

**Maria Moe**

43.    Maria Moe has a projected release date in ▮▮▮.  Maria Moe is currently housed at ▮▮▮▮▮▮▮▮ which has a population size of approximately 1,145 inmates, with a total of 17 guilty findings of assaults on inmates and zero substantiated sexual assault allegations.  The TEC had been tracking Maria Moe's progress since 2021.  Maria Moe was placed in a female facility due to the BOP's previous practice of placing individuals in facilities consistent with their housing

prior to coming into BOP custody.  Maria Moe had been housed with females while in custody prior to entering the BOP.

44.    While in female prison, there have been two sexual abuse interventions with Maria Moe as the perpetrator in both – the most recent in 2023.  Moreover, in 2022, Maria Moe, while in a women's prison, was found to have engaged in ███████████████████████  The charge was substantiated.

45.    BOP performed an individualized assessment of Maria Moe and determined after reviewing his security level and mental health needs that both FMC Rochester or MCFP Springfield are appropriate locations for Maria Doe.  BOP staff in the Designation and Computation Center had consulted with BOP staff in the Psychology Services Branch, and with BOP psychiatrists in making that determination.

### Emily Doe

46.    Emily Doe has a projected release date in ██████  Emily Doe is currently housed at ██████████████  The TEC had been tracking Emily Doe's progress since 2022.  Similar to plaintiffs Zoe Doe, Carla Jones, and Amy Jones, Emily Doe sought to have the BOP provide him with cross sex surgery and was subsequently placed in a female facility as part of the Bureau's previous policy for inmates seeking such surgery.  The Bureau's reason for placing Emily Doe in a female facility is unrelated to any concern about keep him safe in a male facility.

47.    I have reviewed the records of Emily Doe.  He was incarcerated in a men's prison from ██████████████ both before and after he began hormones in 2016—and there were no records of allegations of sexual harassments or assault against him, let alone substantiated reports of him being victimized.  While in women's prison at ██████████ there have been two sexual abuse interventions – once as a reported victim and once as a reported perpetrator.

48.    BOP performed an individualized assessment of Emily Doe and based on Emily Doe's security level, medical and mental health needs, FMC Rochester and MCFP Springfield are both deemed as appropriate locations to house Emily Doe.

**Mary Doe**

49.    Mary Doe is currently serving a life sentence with the BOP.  Mary Doe is currently incarcerated at ▓▓▓▓▓▓▓▓▓    The TEC had been tracking Mary Doe's progress since 2023. Similar to plaintiffs Zoe Doe, Carla Jones, Amy Jones, and Emily Doe, Mary Doe sought to have the BOP provide him with cross sex surgery and was subsequently placed in a female facility as part of the Bureau's previous policy requiring at least one year of housing in a female facility to see if he could live among women successfully prior to receiving cross sex surgery.  The Bureau's reason for placing Mary Doe in a female facility is thus unrelated to any concern about keeping him safe in a male facility.

50.    Mary Doe alleges, between ▓▓▓▓▓▓▓▓▓ being sexually assaulted in men's prisons and raped twice.  According to BOP records, these allegations were determined to be unsubstantiated following an investigation.

51.    Mary Doe has also been the subject of seven sexual abuse interventions as a perpetrator and all seven occurred while he was housed at female facilities, with the most recent one being in August 2025.

52.    BOP performed an individualized assessment of Mary Doe and based on Mary Doe's security level, medical and mental health needs, FMC Rochester and MCFP Springfield are deemed as appropriate locations.  BOP made this determination after consulting with BOP staff in the Psychology Services Branch, and with BOP psychiatrists.

53.     Given that there have been multiple allegations of sexual aggressiveness from the inmate while housed at a female facility, BOP is also concerned about the continued safety of females housed with the inmate.

**Lois Doe**

54.     Lois Doe has a projected release date in ██████████    Lois Doe is currently housed at ████████████████████ has a total population of approximately 516 inmates.  In 2025, ████████ had 9 guilty findings of assaults on inmates and zero substantiated sexual assault allegations.

55.      The TEC had been tracking Lois Doe's progress since 2019.  Similar to plaintiffs Zoe Doe, Carla Jones, Amy Jones, Emily Doe, and Mary Doe, Lois Doe sought to have the BOP provide him with cross sex surgery and was subsequently placed in a female facility under the Bureau's previous policy to determine stability and safety in that environment.  Accordingly, the Bureau's reason for placing Lois Doe in a female facility is unrelated to any concern about keeping him safe in a male facility.

56.     I have reviewed Lois Doe's records.  He was an inmate in BOP's men's prisons from ████████ His records do not reflect any substantiated sexual assaults on him while in a men's prison.

57.     BOP performed an individualized assessment of Lois Doe, and based on Lois Doe's security level, medical and mental health needs, both FMC Rochester MCFP Springfield are deemed appropriate locations. In making that determination, BOP staff in the Designation and Computation Center had consulted with BOP staff in the Psychology Services Branch and with BOP psychiatrists.

**Sara Doe**

58.     Sara Doe has a projected release date in ▮▮▮▮ Sara Doe is currently housed at ▮▮▮ ▮▮▮▮▮▮ (approximately 1,033 inmates, 43 guilty findings of assaults on inmates, and zero substantiated sexual assault allegations).  Sara Doe was placed in a female facility upon entering BOP's custody due to the BOP's previous practice of placing individuals in facilities consistent with their housing prior to coming into BOP custody.  The Bureau's reason for placing Sara Doe in a female facility is thus unrelated to any concern about keeping him safe in a male facility.

59.     BOP performed an individualized assessment of Sara Doe's security level, medical, and mental health needs, and deemed FMC Rochester and MCFP Springfield as appropriate locations.

**Olivia Doe**

60.     Olivia Doe has a projected release date in ▮▮▮▮ Olivia Doe is currently housed at ▮▮▮▮▮▮▮▮ As noted above, ▮▮▮▮▮▮▮ has approximately 516 inmates, and in 2025, ▮▮▮ ▮▮▮▮ had 9 guilty findings of assaults on inmates and zero substantiated sexual assault allegations.

61.     The TEC had been tracking Olivia Doe's progress since 2019.  Olivia Doe was originally housed in a male facility while housed with the BOP.  In 2023 Olivia Doe's request to be housed in a female facility for gender affirming reasons was approved.  The Bureau's reason for placing Olivia Doe in a female facility is unrelated to any concern about keep him safe in a male facility.

62.     Olivia Doe states that he was raped in ▮▮▮▮▮▮▮ while housed at ▮▮▮ ▮▮▮▮ a men's facility.  Those allegations were determined to be unfounded.

63.     BOP performed an individualized assessment of Olivia Doe's security level, medical, and mental health needs, and deemed both FMC Rochester and MCFP Springfield to be appropriate locations.   In making that determination, BOP staff in the Designation and Computation Center had consulted with BOP staff in the Psychology Services Branch and with BOP psychiatrists.

**Halfway House Transfers**

64.     Sally Doe is currently housed at the ███████████████████████████ field office.  Sally Doe has a projected release date in ████    The BOP will have Sally Doe transferred to the male side of the Halfway House.  This facility reported zero guilty findings for assaults on inmates in 2024 and 2025.

65.     Sally Doe was placed in a female facility as part of the progression towards surgical intervention, per the now rescinded Transgender Offender Manual.   The Bureau's reason for placing Sally Doe in a female facility is thus unrelated to any concern about keeping him safe in a male facility.

66.     Wendy Doe is currently housed at the ███████████████████████ ████████ field office.  Wendy Doe entered BOP custody after already having a vaginoplasty and was placed in a women's facility pursuant to BOP's prior policy that such inmates be processed as women.  In 2025, the ████████████████████████ field office reported zero substantiated sexual assault allegations, and in the last three years, a total of two guilty findings for assaults on inmates.  Wendy Doe has a projected release date in ████   BOP will have Wendy Doe transferred to the male side of the Halfway House.

67.     Jane Jones is currently housed at the ██████████████████████ field office.  Like Wendy Doe, Jane Jones entered BOP custody after already having a vaginoplasty

and was placed in a women's facility pursuant to BOP's prior policy that such inmates be processed as women.    In 2025, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ field office reported one substantiated sexual assault allegation and no guilty findings for assaults on inmates in either 2024 or 2025.  Jane Jones has a projected release date in ▮▮▮ BOP will have Jane Jones transferred to the male side of the Halfway House.

68.    Barbara Jones is currently housed at the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ field office.  In 2025, this facility reported two guilty findings for assaults on inmates. Barbara Jones  has a projected release date in ▮▮▮ The BOP will have Barbara Jones transferred to the male side of the Halfway House.

69.    Barbara Jones was placed in a female facility as part of the progression towards cross sex surgical intervention, per the now rescinded Transgender Offender Manual.    The Bureau's reason for placing Barbara Jones in a female facility is thus unrelated to any concern about keeping him safe in a male facility.

70.    During Barbara's time in women's prisons, he has six sexual abuse interventions. Two were from FCI ▮▮▮▮▮▮▮ in ▮▮▮▮▮▮▮ when he alleges being sexually propositioned by another inmate, and in ▮▮▮▮▮▮▮ when he reported having been sexually harassed by staff. The other four sexual abuse interventions were as a perpetrator – two from ▮▮▮▮▮▮ and two from ▮▮▮▮▮▮ (both women's prisons). Given that this inmate has been accused on four occasions of sexual predation, there are significant concerns for continuing to house him with females.

71.    Donna Jones was released from BOP custody on ▮▮▮▮▮▮

72.    Attached to this declaration are true and correct copies of BOP's most recent photos of Plaintiffs. Doe Zoe – page 1; Sally Doe – page 2; Emily Doe – page 3; Wendy Doe – page 4; Mary Doe – page 5; Rachel Doe – page 6; Sara Doe – page 7; Lois Doe – page 8; Carla Jones –

page 9; Amy Jones – page 10; Maria Moe – page 11; Olivia Doe – page 12; Jane Jones – page 13;

Barbara Jones – page 14.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge.

RICHARD STOVER

Digitally signed by
RICHARD STOVER
Date: 2026.05.28
14:37:04 -05'00'

Dated: May 28, 2026

_____

RICK STOVER