**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANE DOE, *et al.*, <br><br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*, <br><br><br> Defendants. | Civ. A. No. 25-286 (RCL) <br><br> Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

**DECLARATION OF JOEL ROMAN**

I, Joel Roman, do hereby declare as follows:

1.      I am employed by the Federal Bureau of Prisons (BOP) as the Section Chief over Designations, at Designation & Sentence Computation Center (DSCC) since June 18, 2023.  As the Section Chief over Designations, I oversee the designations of individuals into BOP facilities.

2.      Prior to becoming the Section Chief over Designations at DSCC, I worked as an Operation Manager at DSCC, from August 2020 to June 2023.  Prior to working at DSCC, I was a Unit Manager at the Federal Correctional Institution at Terminal Island, California from July 2015 to August 2020.  Prior to working at Terminal Island, I worked as a Unit Manager at the Federal Correctional Complex (FCC) in Victorville, California, from March 2013 to July 2015. Prior to being a Unit Manager at FCC Victorville, I worked as a Case Manager from October 2006 to March 2013.  Prior to becoming a Case Manager, I worked as a Correctional Officer from April 2005 to October 2006, at FCC Victorville.  I started my career as a Correctional Officer at the Metropolitan Detention Center, Los Angeles (MDCLA).  I worked as a Correctional Officer at MDCLA from October 2003 to April 2005.

3.      The BOP makes individualized determinations when making placement decisions to reduce the risk of assaults. Some of the factors taken into consideration are an inmate's vulnerability to sexual victimization, prior victimization history, physical stature or presentation, and other factors that make an inmate a target for abuse.

4.      If a male inmate who trans-identifies as a woman such as Plaintiffs were to file an administrative grievance about their transfer to a men's prison because of concerns about assault or harassment, BOP would have many options available to provide relief to reduce their risk of harm in the men's prison.

5.    If an inmate is having difficulty adjusting to a new facility, BOP has discretion to transfer the inmate to a different facility. If an inmate is having issues being housed with a specific cellmate, BOP has the ability to change the inmate's cell assignment. BOP also has the option of placing an inmate in a separate housing unit to keep potential threats away from the potential victim.

6.    Also, if that trans-identifying inmate nevertheless experienced unwanted sexual advances or threats made to the inmate's safety and filed a grievance reporting the conduct, BOP has several options at its disposal to assist in mitigating potential threats to the inmate's safety.

7.    For complaints regarding sexual assault and harassment, there are numerous ways for inmates to report incidents.  An inmate can write directly to the Warden, Regional Director or Director of BOP; file a Request for Administrative Remedy; or contact the U.S. Department of Justice Office of Inspector General directly.

8.    BOP has a zero tolerance policy toward sexual abuse and sexual harassment, and provides routine training to all staff to help detect incidents, perpetrators, and inmate victims of sexually abusive behavior as well as instruction on how to properly and timely intervene.

9.    At the institutional level, once staff are notified of the threat, they can begin monitoring predatory inmates and issuing separation orders that notify staff to keep certain inmates away from one another, including not placing them in the same programs.  BOP Correctional Officers are trained to identify predatory behavior indicators, and act swiftly to minimize the risk of harm to other inmates.

10.    There are BOP staff members that have received PREA compliance training and training regarding the management of vulnerable populations.

11.    The Bureau utilizes both protective custody and restrictive housing when a credible threat is identified but understands how to use these tools in manner that does not create a punitive condition for the potential victim.

12.    Mental health treatment is also available to inmates that may need to speak with a mental health professional. Inmates that experience elevated anxiety, depression, suicidal ideations, and other stressors can have regular visits to a psychologist or utilize crisis intervention services, and other counseling services.

13.    Staff at each institution also regularly review the files of certain inmates, including those who present a threat to staff or institutional security, or pose a significant threat to inmate safety.  Staff review the file for the purpose of determining inmates with a history of assaultive behavior or a history of sexual offenses to keep the institution safe and secure.

14.    Utilizing the administrative remedy process allows BOP to address inmate concerns regarding unwanted sexual advances or threats in an efficient and effective manner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of May 2026.


Joel Roman
Section Chief, Designations
Designations & Sentence Computation Center
Grand Prairie, Texas
Federal Bureau of Prisons