## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

               Plaintiffs,

    v.

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States,
*et al.*,

               Defendants.

Civ. A. No. 25-286 (RCL)

Consolidated with *Jones v. Blanche*, Civ. A.
No. 25-401 (RCL); *Moe v. Trump*, Civ. A.
No. 25-653 (RCL)

## DECLARATION OF DR. EDWARD WEIDOW

I, Edward Weidow, do hereby declare as follows:

1.    I am employed by the Federal Bureau of Prisons ("BOP") as the Chief of Psychiatry. I have been employed with the BOP since July 24, 2016.

2.    I began my career with the BOP as a staff psychiatrist at the Coleman Federal Correctional Complex in Sumterville, Florida. I became the National Telepsychiatry Coordinator on June 7, 2020. I have served as the Chief of Psychiatry since April 5, 2026.

3.    I've been involved with transgender clinical care as a physician since 2002, primarily providing treatment for co-morbid psychiatric and psychological conditions. While working for the BOP, I was named to the Transitional Clinical Care Team in 2023 providing assessments, education, and treatment recommendations for patients referred by BOP clinical staff. I was named to the Transgender Utilization Review Advisory Group in 2023 reviewing cases and assessing patients referred for gender affirming surgeries by the Transgender Executive Council (TEC).

4.    I have reviewed the medical and psychology files of the plaintiffs in these consolidated cases and I believe that the Bureau can provide the appropriate medical and mental health care to these individuals if they were transferred to either the Federal Medical Center in Rochester, Minnesota (FMC Rochester) or the Medical Center for Federal Prisoners in Springfield, Missouri (MCFP Springfield). FMC Rochester is an appropriate facility for several reasons. FMC Rochester has the most available beds in less restrictive settings and would be able to accommodate more psychological treatment options. MCFP Springfield is also able to provide appropriate psychological treatment to these inmates.

**Carla Jones**

5.      Carla Jones is a ▮▮▮▮▮▮ biologically male inmate serving a life sentence. Carla Jones was noted to engage cross-dressing behavior beginning in 2012, however the psychology assessment at the time did not report any psychiatric or psychological symptoms and the inmate openly identified as being homosexual.

6.      Carla Jones was seen by a BOP psychologist in May 2016, and Carla Jones declared being transgender. It is important to note that transgender is not a diagnosis and is based solely on self-report.

7.      Carla Jones requested an evaluation by a psychologist in August 2016 specifically for the diagnosis of gender dysphoria (GD). However, the psychologist noted that Carla Jones did not meet the criteria for GD at that time given the lack of either history or evidence of affective dysfunction.

8.      In January 2017, Carla Jones was seen for a Suicide Risk Assessment (SRA) due to reported frustrations with medical staff. Carla Jones reported to psychology staff that he wrote a letter to get information on self-castration that he planned to send BOP if BOP did not treat him for GD.

9.      A Diagnostic and Care Level Formulation (DCLF) was performed in March 2017 when diagnosis of GD was given. In that assessment the psychologist noted that the patient's reported distress was a function of not having received the desired treatment from medical – not specifically from gender incongruence. The note specifically states that Carla Jones reported more feminine than homosexual but does not comment on whether the inmate actually identified as female at that time.

10.     The first SRA documented on Carla Jones occurred in January 2017 and was precipitated by the inmate not receiving the desired care from medical.

11.     Carla Jones began hormones in 2017 and since that time, Carla Jones has had at least one SRA every year. Below are the number of SRAs in each of the identified year:

    2017 – 1,
    2018 – 2,
    2019 – 1,
    2020 – 4,
    2021 – 2,
    2022 – 2,
    2023 – 6,
    2024 – 4,
    2025 – 5,
    2026 – 3.

12.     Carla Jones' initiation of hormones led to an increase in suicidal threats.  It is also noted that since being at a female facility beginning in ███████, the inmate has had approximately 18 suicide risk assessments.  This indicates that neither hormones nor transfer to a female facility has resulted in any resolution of mental health complaints, which have instead increased during that time as measured by the number of suicide risk assessments.

13.     Carla Jones did begin treatment for depression with fluoxetine in 2021.  Diagnosis of major depressive disorder (MDD) was given; however, this appears to have been specifically caused by lockdowns associated with the COVID pandemic at that time.

14.     ███████ has continued since 2021 with no improvement in the inmate's depression as measured by the number of SRAs.  The most recent, available DCLF (there is one dated ███████ listed as being "in progress" and is not currently available) from October 2025 no longer lists MDD as a diagnosis but instead lists unspecified depressive disorder although the number of suicidal threats has not decreased.  Changes in mood symptoms could appropriately be addressed similarly at either FMC Rochester or MCFP Springfield by increasing psychological interventions and/or medical assessment and adjusting or changing current psychotropic regimen.

### Barbara Jones

15.     Barbara Jones is a ███████ biologically male inmate incarcerated in the BOP since ███.  There is a psychology intake screening from 2008 that noted no history of mental illness.  Transgender or other concerns were not mentioned.  In April 2017, inmate Barbara Jones reported that he recently (i.e., earlier this month) determined that he wished to begin telling others (i.e., Psychology Services staff, other institution staff, inmates) about his "lifelong" desire to be identified as a woman and his identity as a transgender female.

16.     None of Barbara Jones' prior records indicate that he has notified other Psychology Services staff of his status as a transgender inmate. No other significant history or assessment was provided, but the diagnosis of gender dysphoria was made.  Hormones were started in July 2017.  Barbara Jones was housed in male institutions until ███████ when he was moved to ███ ███████ a female facility. He remained at ███████ until August 2024 when he was moved to yet another female facility, ███████ He has only two SRAs – one in 2017 and one in 2025.

17.     The documentation of the assessment providing the diagnosis of gender dysphoria is insufficient to support that diagnosis.  It is possible that subsequent documentation might be more supportive, however it is noted that hormones began following that initial evaluation.  Barbara Jones has no other history of psychiatric disorders and has taken no psychotropic medications documented in the medical records.

18. Any gender dysphoria symptoms appear to be stable from available documentation.  Should an increase in dysphoric symptoms be noted following a transfer to the men's side of the halfway house where he currently resides, psychological interventions including increased psychotherapeutic contacts could be made and medical interventions such as assessment for and initiation of psychiatric medications would be available to appropriately address them.

### Zoe Doe

19.     Zoe Doe, a biologically male inmate, entered BOP custody in ███ and is serving a life sentence.  Records from ███ indicate that he entered BOP custody with a diagnosis of Gender Identity Disorder, a DSM IV diagnosis that was later changed to Gender Dysphoria with the publication of DSM V.  Hormones appear to have been started in ███  Zoe Doe was in male facilities from ███ when he was transferred to ███  He does have a history of reported depression, anxiety symptoms, but these were ultimately attributed to gender dysphoria, and no psychiatric medications are currently prescribed.

20.     Zoe Doe has lived as a female on hormones for at least the past 14 years and underwent cross sex surgery in ███ .  It's unclear that the diagnosis of gender dysphoria should still apply given that there is no reported dysphoria, and any mood symptoms would not be related to the incongruence of the perceived gender.  So, while it is possible that this patient's mood might worsen if moved to a male facility, it would not be from gender dysphoria but rather from the possible fear of having female anatomy in a male facility. There are no differences in the available psychological or medical treatments for a worsening of mood symptoms as both male and female facilities would be able to provide increased contact and treatment as needed. Zoe Doe can be properly cared for at FMC Rochester or MCFP Springfield.

### Sally Doe

21.     Sally Doe is a ███ biologically male inmate who entered BOP custody in ███ Initial psychological and medical assessments noted a history of various psychiatric and psychological diagnoses including both mood and personality disorders.  It appears that Sally Doe either came to BOP with a prescription for ███ or had one started at intake. In ███ he began taking ███ and declared himself transgender. In ███ he was evaluated by a psychologist and diagnosed with GD and hormones were started in that same month.

22.     The history supporting GD diagnosis is not documented clearly.  He had one SRA while at ███ in February 2025 after being told that a transfer to a male facility would be necessary. However, a SRA note indicates that this was precautionary. Sally Doe denied suicidality and indicated that although worried about a potential move, he was motivated to continue pursuing his personal goals.

23.     It appears that Sally Doe is psychiatrically stable.  However, should an increase in mood symptoms occur following a transfer to the men's side of the halfway house where he currently resides, psychological and medical interventions and treatments are available at the halfway house to appropriately address them.

### Lois Doe

24.     Lois Doe is a ███ biologically male inmate in BOP custody since ███ . He arrived with the diagnosis of gender dysphoria and reported having been on cross-sex hormones since 2008. He also arrived with a reported diagnosis of unspecified depression for which

██████ has been prescribed since 2019 with reported good effect. He has two previous SRAs, however, during the first one in 2021, he reported that his suicidal thoughts had occurred prior to incarceration and denied suicidality while in BOP custody. The second, in 2025, was reportedly precautionary following the issuing of the executive order mandating biologically male inmates be moved to male facilities, and Lois Doe denied suicidality at that time. He appears to be psychiatrically stable, and any worsening of dysphoric symptoms would be able to be addressed by psychological interventions and/or medical interventions. These interventions are available at FMC Rochester and MCFP Springfield.

## Wendy Doe

25.     Wendy Doe is a ██████ biologically male inmate who has been in BOP custody since December 2021. He arrived having already undergone cross sex surgery and on hormones. Records indicate transition began in 2012. He has always been housed in a female institution. He has a diagnosis of PTSD but left for a halfway house on no psychotropic medications and he is considered to be psychologically stable.

26.     Given that he has had cross sex surgery and expressed no dysphoria at the time of his release to a halfway house, gender dysphoria does not seem to be an accurate diagnosis for this patient. While in BOP custody, he demonstrated no self-harming behaviors nor did he make threats of same. There may be legitimate concerns regarding moving an individual with female genitalia into a male facility, but changes in mood may appropriately be addressed through increased psychological and medical interventions which would be available at any institution, including the halfway house where Jones currently resides.

## Olivia Doe

27.     Olivia Doe is a ██████ biologically male inmate who has been in BOP custody since ████. The initial psychological assessment in ██████ made diagnoses of persistent depression and unspecified trauma and stressor-related disorder. In March of 2018, Olivia Doe reported being transgender, and DCLF completed two weeks later made diagnosis of gender dysphoria. Hormones appear to have been started later that year. He has lived in various male facilities since 2016 until the end of ██████ when he was moved to ██████ a female facility.

28.     Olivia Doe has a history of 14 previous SRAs between 2019 and February 2025, all occurring after he began receiving cross-sex hormones, including two while at SFF Hazelton. He also received the diagnosis of borderline personality disorder in April 2022 following assessment by a psychologist. His current psychiatric management consists of ██████ ██████ for the diagnosis of PTSD.

29.     It is noted that Olivia Doe has had no SRAs now in more than a year and appears to be stable. Changes in mood symptoms could appropriately be addressed similarly at either male or female institutions by increasing psychological interventions and/or medical assessment and adjusting or changing current psychotropic regimen. This treatment is available at FMC Rochester and MCFP Springfield.

### Emily Doe

30.     Emily Doe is a ███████ biologically male inmate who entered BOP custody in ████████ He has a reported history of bipolar disorder and was taking ████████ at intake. Records appear to demonstrate psychological and psychiatric stability. In April 2016, his diagnosis was changed to PTSD following assessment by a psychologist, and in June 2016, he reported being transgender and was subsequently diagnosed with gender dysphoria.  Hormones appear to have started in December of that year. He continued to be housed in various male facilities until September 2024 when he was transferred to ████████ a female facility.  He has had three SRAs – one at ███████, a male facility, and two at ████████ which occurred in less than two years.  Although the inmate appears to voice suicidal thoughts at times, no self-harming behaviors were noted.

31.     To address any worsening of mood symptoms should transfer to a male facility occur, psychological interventions in the form of increased therapeutic contacts could be made and medical interventions in the form of assessment for and initiation of new psychiatric medications or changing of current medications could be made to appropriately address these symptoms. This treatment is available at FMC Rochester and MCFP Springfield.

### Amy Jones

32.     Amy Jones is a ████████ biologically male inmate who has been in BOP custody since 2██. He has had multiple medical and psychology encounters between ████████ with multiple different diagnoses given.  The most recent psychiatric diagnoses include multiple substance use disorders, PTSD, borderline personality disorder, and other specified personality disorders with narcissistic and antisocial traits.  There was no mention of transgender status or gender dysphoria until 2019 when the diagnosis was given based on the following assessment: "Inmate [Amy Jones] reported feelings of distress related to his current gender. He stated he has been struggling with feelings of anxiety, depression, anger, frustration, and confusion because although he is biologically male he has felt as if he is female from as early 'as I can remember.' He stated he has been struggling with this issue for most of his life and that he believes it has led to many of his behavioral and psychological issues, including eventually his criminal behaviors. Inmate [Amy Jones] stated he has now decided he would like to begin the transition process to become the gender in which he identifies himself as being, a female." There is no other history or assessment given.

33.     Hormones appear to have begun in December of 2019. The inmate was moved to ████████████ Amy Jones is noted to have at least 61 SRAs, 59 of which occurred after he was diagnosed with GD and prescribed cross-sex hormones. 10 SRAs occurred during a 5-month period while housed at ████████ (a female facility).

34.     Amy Jones has been housed at male institutions for most of his incarceration. Although he was moved to ███████ in April 2022, records indicate that in September of that year the Transgender Executive Council (TEC) ordered redesignation to a male facility. No transfer to a male facility occurred however.

35. The diagnosis of GD as originally given is not supported by the history or assessment documented. In any event, the treatment and accommodations made to address the diagnosis have shown no benefit.

36. The inmate's primary pathology appears to be a primary severe personality disorder, and not addressing this as the primary concern has likely reinforced this patient's behaviors and dysfunction. I would not have recommended moving this patient into a female facility, and it is my opinion that the mood instability and suicidal thinking and threats will continue regardless of patient's housing. Also, the same psychological and medical interventions will be available at both male or female facilities to appropriately address the inmate's conditions. All necessary treatments are available at FMC Rochester and MCFP Springfield.

### Maria Moe

37. Maria Moe is a ▮▮▮▮▮▮▮ biologically male inmate who has been in BOP custody since ▮▮▮▮▮▮ Maria Moe presented to the BOP with the diagnosis of gender dysphoria reportedly made in 2014 by an outside physician. Maria Moe also presented already on hormones. Maria Moe was housed in male facilities until ▮▮▮▮▮▮▮▮ when he was moved to a female facility in ▮▮▮▮▮▮ Although there was a reported history of depression symptoms and treatment with an antidepressant medication, records indicate that his major depressive disorder is in full remission, and no psychotropics are currently prescribed. Maria Moe has no SRAs while in BOP custody.

38. Maria Moe has apparently lived as a female outside the institutional setting for several years. The records indicate that Maria Moe is psychiatrically stable and is not currently on psychotropic medications. Should Maria Moe experience worsening symptoms once transferred to FMC Rochester or MCFP Springfield, both psychological and medical interventions will be available to appropriately treat his symptoms.

### Jane Jones

39. Jane Jones is a ▮▮▮▮▮▮ biologically male inmate who has been in BOP custody since ▮▮▮▮▮ He arrived with a previous diagnosis of gender dysphoria. He was on cross-sex hormones therapy and underwent cross-sex surgery in 2015. He has no other history of psychiatric disorders or history of having taken psychotropic medications. Initially designated to ▮▮▮▮ ▮▮▮▮▮▮▮▮ inmate moved to ▮▮▮▮▮▮▮ (female side) in ▮▮▮▮▮▮ Throughout the inmate's stay at ▮▮▮▮▮▮ there is no record of psychological instability. It is unclear that gender dysphoria should remain a valid diagnosis given that the inmate is not dysphoric and has undergone gender affirming surgery. The inmate appears to be psychologically stable. Should worsening mood symptoms occur following a transfer to the men's side of the halfway house where he currently resides, both psychological and medical interventions will be available to appropriately address the symptoms.

**Sara Doe**

40.     Sara Doe is a ███████ biologically male inmate who has been in BOP custody since 2023 and is housed at ███████ Sara Doe reported to BOP with a previous diagnosis of gender dysphoria. He was on hormones and underwent cross-sex surgery in 2019. Sara Doe has been housed at various female facilities since incarceration. He reportedly has prior psychiatric diagnoses of bipolar disorder and Obsessive-Compulsive Disorder, for which he is currently prescribed low-doses of ███████████████ however these were reportedly "in remission." Since incarceration, Sara Doe has had no suicidal threats or behaviors, only mild expressions of mood instability. Sara Doe appears to be generally psychologically stable. Should a worsening of symptoms occur once he is transferred to either FMC Rochester or MCFP Springfield, such a facility can provide both psychological and medical assessment and interventions at least equal to those at FCI Aliceville.

**Mary Doe**

41.     Mary Doe is a ███████ biologically male inmate who has been in BOP custody since 2007. Mary Doe presented to BOP with a psychiatric diagnosis of major depressive disorder and was prescribed ██████ with reportedly good control of symptoms.  Reports of his multiple encounters with medical staff and with psychology staff did not note any transgender status or gender dysphoria until ███████ when he began discussing this with psychologists.  A diagnosis of gender dysphoria was given in ███████ Hormones appear to have begun in 2017. Mary Doe was housed in various male facilities until ███████ when he was moved to ██ ███████ a female facility.  Mary Doe has reported various psychiatric symptoms throughout his BOP incarceration, but these often appear to be responses to various stressors and not indicative of some undiagnosed condition.

42.     Mary Doe has had 14 SRAs while in BOP custody, all except for one occurred after he started hormones.  It is noted that seven of those occurred while at female facilities, and the last occurred in June 2025.

43.     Assuming the diagnosis of Gender Dysphoria is correct, there has been a worsening of suicidal thoughts/threats with the initiation of treatment and accommodations for the diagnosis. Although he has a diagnosis of major depressive disorder, the likelihood of significant personality traits affecting his emotional lability and suicidal thinking/threats is high.  These will remain regardless of medical interventions. Both psychological and medical resources are available at FMC Rochester and MCFP Springfield, that will address any changes in mood warranting intervention.

**Rachel Doe**

44.     Rachel Doe is a ███████ biologically male inmate that entered BOP custody in ███████ having had cross-sex surgery in 2018 and a history of gender dysphoria and hormones.  The records indicate that Rachel Doe denied having had a history of psychiatric diagnoses or treatment, but it is noted that buspirone was started soon after his arrival, and subsequent psychological assessment in June 2025 made diagnosis of MDD with anxious distress.

45.    Rachel Doe initially was housed in a male institution briefly. He was transferred to a female institution in ███████ and remained there until ████████ when he was released to home confinement.

46.    Although two SRAs were performed, both were performed primarily as precautionary measures on the inmate's presentation to a male unit/facility.  The inmate denied suicidality in those assessments, and there's no documentation to indicate problems with behavior, suicidal thinking, or similar concerns.  Inmate was considered psychologically stable and able to access appropriate resources as needed.

Executed this 28th day of May 2026.

EDWARD WEIDOW Digitally signed by EDWARD WEIDOW
Date: 2026.05.28 13:31:28 -05'00'

Dr. Edward Weidow
Chief of Psychiatry
Federal Bureau of Prisons