**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | Civ. A. No. 25-286 (RCL)<br><br>Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

NOTICE OF PRELIMINARY INJUNCTION ISSUED IN *FLEMING v. RULE* (N.D. TEX.)

As Defendants discussed in their opposition to Plaintiffs' preliminary injunction motion, in *Fleming v. Rule*, Civ. A. No. 25-157 (N.D. Tex.), several women inmates at FMC Carswell sued the United States, the Attorney General, and Federal Bureau of Prisons ("BOP") officials alleging that being housed with biologically male, trans-identifying inmates violates their bodily integrity and subjects them to cruel and unusual punishment. ECF No. 129, at 34-35. On June 2, 2026, the *Fleming* court granted a preliminary injunction at the request of plaintiffs intervenors in that case and ordered that Defendants "shall house male inmates in a secure, segregated area at FMC Carswell, and shall use such separate movement, routing, scheduling, or other measures as necessary to prevent overlap between male inmates and female inmates in housing and shared spaces." *Fleming*, Civ. A. No. 25-157, ECF No. 199 (attached). Four of the biologically male inmates housed at FMC Carswell that are subject to the preliminary injunction are Plaintiffs in *Doe v. Blanche* (Carla Jones, Zoe Doe, Emily Doe, and Mary Doe). On June 2, 2026, in compliance with the court's injunction, these inmates along with others were moved to their own housing unit at FMC Carswell.

Dated: June 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov