

**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

**Revised December 12, 2025.**

December 2025, NCJ 310544

# Sexual Victimization in Prisons Reported by Inmates, 2023–24

Michael B. Field and Amy D. Lauger, *BJS Statisticians,* and Shelby Kottke–Weaver, PhD, *Former BJS Statistician*

Bulletin

In 2023–24, an estimated 4.1% of adult prison inmates reported being sexually victimized during the prior 12 months (or since admission to the facility if the date of admission was less than 12 months prior), which was similar to 2011–12 (4.0%) **(figure 1)**. The National Inmate Survey (NIS) defines sexual victimization as any forced or coerced sexual activity with another inmate or any sexual activity with facility staff. From the NIS-3 (2011–12) to the NIS-4 (2023–24), the percentage of adult prison inmates reporting sexual victimization by another inmate did not change significantly (from 2.0% to 2.3%), nor did the percentage reporting sexual victimization by facility staff (from 2.4% to 2.2%).[1]

This report presents findings from the fourth NIS (NIS-4) in state and federal prisons, conducted from March 2023 to March 2024. The NIS is part of the Bureau of Justice Statistics' (BJS) National Prison Rape Statistics Program, which collects allegations of sexual victimization directly from victims—through surveys of

---

[1]See *Methodology* for discussion of significance testing and standard errors.



**FIGURE 1**

**Prison inmates reporting sexual victimization, by type of incident, 2011–12 and 2023–24**

Note: Details may not sum to totals because inmates could report multiple types of victimization. See table 1 for percentages and appendix table 3 for standard errors.
*Comparison group.
[a]Called "staff sexual misconduct" in prior reports.
Source: Bureau of Justice Statistics, National Inmate Survey, 2011–12 and 2023–24.

inmates in prisons and jails and youth held in juvenile facilities—and information on reported sexual victimization from administrative records.

## HIGHLIGHTS

- The overall rate of sexual victimization reported by adult prison inmates in 2023–24 was 4.1%.

- In 2023–24, 2.3% of adult inmates reported sexual victimization by another inmate and 2.2% reported sexual victimization by facility staff.

- Seventeen prisons were identified as high-rate facilities based on their rates of overall sexual victimization in 2023–24.

- In 2023–24, nine prisons were identified as high-rate facilities for inmate-on-inmate sexual victimization, seven were identified as high-rate facilities for staff-on-inmate sexual victimization, and two were identified as high-rate facilities for both types of sexual victimization.

- Eight prisons were identified as low-rate facilities based on the prevalence of sexual victimization by inmates or staff in 2023–24.



The NIS has collected reports of sexual victimization from inmates since 2007, while the Survey of Sexual Victimization has collected administrative records annually since 2004.

The Prison Rape Elimination Act of 2003 (PREA; P.L. 108–79) requires BJS to carry out a comprehensive statistical review and analysis of the incidence and effects of prison rape. This report fulfills the requirement under PREA to provide a list of prisons according to their prevalence of sexual victimization. This report will be followed by additional reports using NIS-4 data on victim, perpetrator, and incident characteristics of sexual victimization in prisons and characteristics of prisons related to inmate-reported sexual victimization.

NIS-4 data from local jails were collected separately from this data and will be reported separately.

As in earlier rounds of the NIS, the NIS-4 collected only allegations of sexual victimization. Because participation in the survey is anonymous and reports are confidential, the survey does not permit any follow-up investigation or substantiation of reported incidents through review. Despite efforts of survey staff to assure inmates that their responses would be kept confidential, some inmates may not have reported sexual victimization experienced in the facility. At the same time, some allegations reported in the NIS-4 may be false. Although the effects may be offsetting, the relative extent of underreporting and false reporting in the NIS-4 is unknown.

---

## Terms and definitions

The Bureau of Justice Statistics' National Prison Rape Statistics Program uses uniform definitions for each sexual act or activity. Each sexual act or activity is classified by the alleged perpetrator(s) who carried out the incident (i.e., inmate or staff) and the type of act or activity.

**Sexual victimization** reported by inmates involves any forced or coerced sexual acts or activity with another inmate and any sexual acts or activity with facility staff.[2]

- ***Inmate-on-inmate*** sexual victimization involving force or coercion includes:

  - *Forced or coerced sexual acts*—unwanted contacts with another inmate that involved anal or vaginal penetration, oral sex, handjobs, or other sexual acts.

  - *Other forced or coerced sexual activity*—unwanted contacts with another inmate that involved touching of the buttocks, thigh, penis, breasts, or vagina in a sexual way that does not meet the description of forced or coerced sexual acts.

- ***Staff-on-inmate*** sexual victimization includes:

  - *Sexual acts*—any contacts with staff that involved anal or vaginal penetration, oral sex, handjobs, or other sexual acts.

  - *Other sexual activity*—any contacts with staff that involved touching of the buttocks, thigh, penis, breasts, or vagina in a sexual way that does not meet the description of sexual acts.

---

[2]The National Inmate Survey does not distinguish between completed and attempted sexual victimization, and it does not measure sexual harassment by either inmates or staff.

## Reports of sexual victimization

Among the 27,541 adult state and federal prison inmates who completed the NIS-4 sexual victimization survey (see *Methodology* and appendix table 1), 1,259 reported experiencing one or more incidents of sexual victimization in the past 12 months or since admission to the facility if the date of admission was less than 12 months prior (not shown in tables). Because the NIS-4 is a sample survey, weights were applied for sampled facilities and inmates within facilities to produce national-level and facility-level estimates. The estimated number of adult prison inmates experiencing sexual victimization in 2023–24 totaled 49,300 (or 4.1% of all state and federal prison inmates nationwide) **(table 1)**.

About 2.3% (28,100) of adult prison inmates reported an incident of sexual victimization by another inmate, and 2.2% (26,600) reported an incident involving staff. Approximately 0.5% of prison inmates (5,400) reported being sexually victimized by both another inmate and staff (not shown in tables).

The NIS-4 screened for specific sexual activities in which inmates may have been involved during the past 12 months or since admission to the facility if the date of admission was less than 12 months prior. Inmates were then asked if they were forced or pressured to engage in these activities by another inmate or staff. Reports of inmate-on-inmate sexual victimization were classified as either forced or coerced sexual acts or other forced or coerced sexual activity. (See *Terms and definitions*.)

In 2023–24, approximately 1.3% of prison inmates reported being forced or coerced into sexual acts with another inmate, including handjobs, oral sex, and anal or vaginal penetration. An additional 1.1% of prison inmates exclusively reported being forced or coerced into other sexual activity with another inmate. An estimated 1.7% of prison inmates reported participating in sexual acts with facility staff and 0.5% exclusively reported other sexual activity with staff. Any sexual contact between inmates and staff is illegal because inmates are unable to consent to sexual activity with staff.

The NIS-4 recorded similar rates of sexual victimization in prisons as the NIS-3 across all measures of victimization. Overall, the rate of sexual victimization reported by inmates in state and federal prisons was 4.0% in 2011–12 and 4.1% in 2023–24. These percentages are not statistically different.

## TABLE 1
**Prison inmates reporting sexual victimization, by type of incident, 2007, 2008–09, 2011–12, and 2023–24**

| Type of incident | Percent of prison inmates | | | | Number of victims in NIS-4 2023–24[a] |
|---|---|---|---|---|---|
| | NIS-1 2007 | NIS-2 2008–09 | NIS-3 2011–12 | NIS-4 2023–24* | |
| Total | 4.5% | 4.4% | 4.0% | 4.1% | 49,300 |
| Inmate-on-inmate | 2.1% | 2.1% | 2.0% | 2.3% | 28,100 |
| Forced or coerced sexual acts[b] | 1.3 | 1.0 | 1.1 | 1.3 | 15,400 |
| Other forced or coerced sexual activity[c] | 0.8 † | 1.0 | 1.0 | 1.1 | 12,700 |
| Staff-on-inmate[d] | 2.9% † | 2.8% † | 2.4% | 2.2% | 26,600 |
| Sexual acts[e] | 2.3 † | 2.2 † | 1.8 | 1.7 | 20,800 |
| Other sexual activity[f] | 0.6 | 0.6 | 0.5 | 0.5 | 5,800 |

Note: NIS stands for National Inmate Survey. See *Terms and definitions* for information about the type of incident. Details may not sum to totals due to rounding and because inmates could report multiple types of victimization. See appendix table 3 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level.
[a]Estimates of the number of victims nationwide are based on weighted data and rounded to the nearest 100.
[b]Called "nonconsensual sexual acts" in prior reports.
[c]Called "abusive sexual contacts only" in prior reports.
[d]Called "staff sexual misconduct" in prior reports.
[e]Called "unwilling or willing activity excluding touching" in prior reports.
[f]Called "unwilling or willing activity touching only" in prior reports.
Source: Bureau of Justice Statistics, National Inmate Survey, 2007, 2008–09, 2011–12, and 2023–24.

In prisons in 2023–24, a larger portion of female inmates (5.7%) than male inmates (4.0%) reported any sexual victimization (table 2). This difference was due to a larger percentage of female inmates (4.1%) than male inmates (2.2%) reporting inmate-on-inmate sexual victimization.

No statistically significant difference was found in the percentage of male (2.2%) and female inmates (2.3%) who reported being victimized by facility staff. For both male and female inmates, the majority of reported staff-on-inmate sexual victimization involved sexual acts. (See *Terms and definitions.*)

**TABLE 2**
**Prison inmates reporting sexual victimization, by type of incident and sex of inmate, 2023–24**

| Type of incident | Percent of prison inmates | | |
|---|---|---|---|
| | Total | Male inmates* | Female inmates |
| Total | 4.1% | 4.0% | 5.7% † |
| Inmate-on-inmate | 2.3% | 2.2% | 4.1% † |
| Forced or coerced sexual acts[a] | 1.3 | 1.3 | 1.5 |
| Other forced or coerced sexual activity[b] | 1.1 | 0.9 | 2.6 † |
| Staff-on-inmate[c] | 2.2% | 2.2% | 2.3% |
| Sexual acts[d] | 1.7 | 1.7 | 1.8 |
| Other sexual activity[e] | 0.5 | 0.5 | 0.5 |

Note: See *Terms and definitions* for information about the type of incident. Details may not sum to totals due to rounding and because inmates could report multiple types of victimization. See appendix table 4 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level.
[a]Called "nonconsensual sexual acts" in prior reports.
[b]Called "abusive sexual contacts only" in prior reports.
[c]Called "staff sexual misconduct" in prior reports.
[d]Called "unwilling or willing activity excluding touching" in prior reports.
[e]Called "unwilling or willing activity touching only" in prior reports.
Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

Revised December 12, 2025.

## Facility-level rates

BJS was able to calculate reliable facility-level estimates for 176 of the 177 facilities on which the sexual victimization estimates were based. (See *Methodology.*) Based on all reports of both inmate-on-inmate and staff-on-inmate sexual victimization, 17 prisons had sexual victimization rates that were identified as high compared to other facilities **(figure 2)**.[3]

[3]For ease of presentation, the figures and tables in this report use state abbreviations standardized by the United States Postal Service and the following abbreviations for facility names: Corr.=Corrections or Correctional; Ctr.=Center; Fac.=Facility; Inst.=Institute or Institution; Med.=Medium; Min.=Minimum.

### FIGURE 2

**Confidence intervals at 95% level for prison facilities with high rates of sexual victimization, by sex of inmates housed, 2023–24**



High-rate male prisons



High-rate female prisons

Note: For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*. See table 3 for estimates and confidence intervals.
*Privately operated facility.
Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

As required under PREA, the NIS-4 provides facility-level estimates of sexual victimization. Because these estimates are based on a sample of inmates rather than a complete enumeration, they are subject to sampling error. Although the NIS-4 provides facility-level estimates and measures of precision, it cannot provide an exact ranking for all facilities as required under PREA or determine the highest- or lowest-rated facilities because, while rates of sexual victimization differ across facilities, the observed differences are not always statistically significant. To address PREA requirements, facilities have been categorized as having high rates or low rates based on criteria applied to the lower and upper bounds of the 95% confidence interval for each facility. (See *Methodology*.)

To better identify variations among prisons in rates of sexual victimization, prisons are compared separately by the sex of inmates housed. The NIS-4 sample was designed to ensure a sufficient number of female-only prison facilities (46 participated) and female respondents (7,632 completed the survey) to allow for valid comparisons among female prisons.[4]

---

[4]Rates of sexual victimization in jails could not be compared separately by sex of inmates housed due to the small number of majority-female and female-only jail facilities.

As with the NIS-2 and NIS-3, state and federal prison facilities were identified as having high rates of sexual victimization (i.e., high-rate facilities) if the lower bound of the 95% confidence interval was at least 55% higher than the average rate among comparable facilities.

In the NIS-4, nine male prisons and eight female prisons were identified as high-rate facilities based on combined reports of inmate-on-inmate and staff-on-inmate sexual victimization (table 3). Each of these facilities had a rate of sexual victimization that was a least twice the national rate, which was 4.0% for male prisons and 5.4% for female prisons. Each had a 95% confidence interval with a lower bound that was more than 1.55 times the average rate among facilities housing that sex.

Although the NIS-4 cannot uniquely identify the facility with the highest sexual victimization rate, one male facility had a rate of 15.9%: Pontiac Correctional Center (Illinois), and one female facility had a rate of 18.6%: Bedford Hills Correctional Facility (New York). Some facilities not classified as having high rates of sexual victimization were not statistically different from the high-rate facilities due to sampling error.

## TABLE 3
**Prison facilities with high rates of sexual victimization, by sex of inmates housed, 2023–24**

| Facility name | Prison inmates reporting any sexual victimization | | | Number of completed sexual victimization surveys[a] | Response rate[b] |
| | Percent | 95% confidence interval | | | |
| | | Lower bound | Upper bound | | |
|---|---|---|---|---|---|
| **All prisons** | 4.1% | 3.6% | 4.6% | 27,541 | 55.8% |
| **Male prisons** | 4.0% | 3.5% | 4.6% | 19,909 | 53.2% |
| Pontiac Corr. Ctr. (IL) | 15.9 | 8.0 | 29.2 | 63 | 25.0 |
| Montana State Prison (MT) | 13.4 | 9.1 | 19.1 | 195 | 64.4 |
| William E. Donaldson Corr. Fac. (AL) | 13.3 | 8.7 | 19.7 | 174 | 60.0 |
| Augusta State Medical Prison (GA) | 12.0 | 7.3 | 19.1 | 119 | 42.6 |
| Apalachee Corr. Inst., East Unit (FL) | 11.3 | 7.2 | 17.5 | 144 | 50.6 |
| Dade Corr. Inst. (FL) | 11.0 | 7.1 | 16.5 | 182 | 63.6 |
| Lawton Corr. Fac. (OK)[c] | 10.1 | 6.6 | 15.0 | 238 | 71.4 |
| Santa Rosa Corr. Inst. (FL) | 10.0 | 6.4 | 15.4 | 179 | 63.0 |
| Chippewa Corr. Fac. (MI) | 10.0 | 6.4 | 15.3 | 184 | 60.0 |
| **Female prisons** | 5.4% | 4.6% | 6.3% | 7,632 | 64.0% |
| Bedford Hills Corr. Fac. (NY) | 18.6 | 12.6 | 26.6 | 108 | 43.5 |
| Albion Corr. Fac. (NY) | 15.6 | 9.7 | 24.0 | 108 | 44.6 |
| Logan Corr. Ctr. (IL) | 15.5 | 11.7 | 20.3 | 223 | 66.5 |
| California Inst. For Women (CA) | 14.7 | 9.8 | 21.5 | 147 | 53.8 |
| Central California Women's Fac. (CA) | 14.1 | 9.2 | 21.1 | 147 | 48.1 |
| York Corr. Inst. (CT) | 14.0 | 9.4 | 20.5 | 141 | 51.9 |
| Denver Women's Corr. Fac. (CO) | 13.8 | 8.5 | 21.6 | 124 | 50.0 |
| Women's Huron Valley Corr. Fac. (MI) | 13.5 | 9.6 | 18.7 | 223 | 69.4 |

Note: High-rate prisons are those in which the lower bound of the 95% confidence interval is larger than 1.55 times the average among prisons by sex of inmates housed. These 17 facilities are designated as having high rates of any sexual victimization because their lower bound estimate is greater than 4.0% times 1.55 (or 6.20%) for male prisons or 5.4% times 1.55 (or 8.37%) for female prisons. For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*.

[a]Based on responses to the sexual victimization survey by adult inmates, except where interviews from the survey were excluded because of extreme or inconsistent response patterns. See *Methodology*.

[b]Response rate is equal to the number of interviews conducted divided by the number of eligible inmates sampled times 100.

[c]Privately operated facility.

Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

In the NIS-4, 11 prisons were designated as high-rate facilities based on reports of inmate-on-inmate sexual victimization—6 male prisons and 5 female prisons **(figure 3)**. Each had a confidence interval with a lower bound that was at least 1.55 times the national rate, which was 2.2% for male prisons and 3.8% for female prisons **(table 4)**.

One male facility, the Apalachee Correctional Institution, East Unit (Florida), recorded an inmate-on-inmate victimization rate of 9.6%, and two female facilities recorded rates of 12.6%: Albion Correctional Facility (New York) and York Correctional Institution (Connecticut).

### FIGURE 3

**Confidence intervals at 95% level for prison facilities with high rates of inmate-on-inmate sexual victimization, by sex of inmates housed, 2023–24**





Note: For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*. See table 4 for estimates and confidence intervals.
*Privately operated facility.
Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

**TABLE 4**
**Prison facilities with high rates of inmate-on-inmate sexual victimization, by sex of inmates housed, 2023–24**

| Facility name | Percent | 95% confidence interval | | Number of completed sexual victimization surveys[a] | Response rate[b] |
|---|---|---|---|---|---|
| | | Lower bound | Upper bound | | |
| **All prisons** | 2.3% | 2.0% | 2.7% | 27,541 | 55.8% |
| **Male prisons** | 2.2% | 1.9% | 2.6% | 19,909 | 53.2% |
| Apalachee Corr. Inst., East Unit (FL) | 9.6 | 5.7 | 15.8 | 144 | 50.6 |
| William E. Donaldson Corr. Fac. (AL) | 9.1 | 5.3 | 15.2 | 174 | 60.0 |
| Augusta State Medical Prison (GA) | 9.0 | 5.0 | 15.8 | 119 | 42.6 |
| Dade Corr. Inst. (FL) | 8.8 | 5.7 | 13.5 | 182 | 63.6 |
| Montana State Prison (MT) | 8.1 | 4.7 | 13.7 | 195 | 64.4 |
| Lawton Corr. Fac. (OK)[c] | 7.5 | 4.6 | 12.0 | 238 | 71.4 |
| **Female prisons** | 3.8% | 3.2% | 4.6% | 7,632 | 64.0% |
| Albion Corr. Fac. (NY) | 12.6 | 7.4 | 20.6 | 108 | 44.6 |
| York Corr. Inst. (CT) | 12.6 | 8.1 | 19.0 | 141 | 51.9 |
| Central California Women's Fac. (CA) | 11.5 | 7.2 | 17.9 | 147 | 48.1 |
| Logan Corr. Ctr. (IL) | 11.0 | 7.8 | 15.3 | 223 | 66.5 |
| Women's Huron Valley Corr. Fac. (MI) | 10.7 | 7.4 | 15.3 | 223 | 69.4 |

Note: High-rate prisons are those in which the lower bound of the 95% confidence interval is larger than 1.55 times the average among prisons by sex of inmates housed. These 11 facilities are designated as having high rates of inmate-on-inmate sexual victimization because their lower bound estimate is greater than 2.2% times 1.55 (or 3.41%) for male prisons or 3.8% times 1.55 (or 5.89%) for female prisons. For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*.

[a]Based on responses to the sexual victimization survey by adult inmates, except where interviews from the survey were excluded because of extreme or inconsistent response patterns. See *Methodology*.

[b]Response rate is equal to the number of interviews conducted divided by the number of eligible inmates sampled times 100.

[c]Privately operated facility.

Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

Nine prisons in the NIS-4 were identified as high-rate facilities based on reports of staff-on-inmate sexual victimization—five male prisons and four female prisons (figure 4). Each of these facilities had a rate of staff-on-inmate sexual victimization that was at least three times the national rate, which was 2.2% for both male and female prisons. Each had a 95% confidence interval with a lower bound that was at least 1.55 times higher than the average rate among facilities housing that sex (table 5).

One female prison—Bedford Hills Correctional Facility (New York)—had a rate of 13.5%, and one male prison—Pontiac Correctional Center (Illinois)—had a rate of 9.9%. All four female prisons with high rates of staff-on-inmate sexual victimization had rates greater than 7.5%.

## FIGURE 4

**Confidence intervals at 95% level for prison facilities with high rates of staff-on-inmate sexual victimization, by sex of inmates housed, 2023–24**





Note: Staff-on-inmate sexual victimization is called "staff sexual misconduct" in prior reports. For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*. See table 5 for estimates and confidence intervals.
Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

**TABLE 5**
**Prison facilities with high rates of staff-on-inmate sexual victimization, by sex of inmates housed, 2023–24**

| Facility name | Percent | Lower bound | Upper bound | Number of completed sexual victimization surveys[a] | Response rate[b] |
|---|---|---|---|---|---|
| | | Prison inmates reporting staff-on-inmate sexual victimization | | | |
| | | 95% confidence interval | | | |
| **All prisons** | 2.2% | 1.9% | 2.6% | 27,541 | 55.8% |
| **Male prisons** | 2.2% | 1.9% | 2.6% | 19,909 | 53.2% |
| Pontiac Corr. Ctr. (IL) | 9.9 | 4.7 | 19.7 | 63 | 25.0 |
| Montana State Prison (MT) | 7.5 | 4.6 | 11.8 | 195 | 64.4 |
| Gouverneur Corr. Fac. (NY) | 7.0 | 3.9 | 12.3 | 138 | 53.1 |
| Santa Rosa Corr. Inst. (FL) | 6.8 | 3.9 | 11.8 | 179 | 63.0 |
| Chippewa Corr. Fac. (MI) | 6.8 | 4.1 | 11.0 | 184 | 60.0 |
| **Female prisons** | 2.2% | 1.9% | 2.7% | 7,632 | 64.0% |
| Bedford Hills Corr. Fac. (NY) | 13.5 | 8.0 | 21.8 | 108 | 43.5 |
| California Inst. For Women (CA) | 9.6 | 5.7 | 15.6 | 147 | 53.8 |
| Logan Corr. Ctr. (IL) | 9.3 | 6.3 | 13.5 | 223 | 66.5 |
| Denver Women's Corr. Fac. (CO) | 7.9 | 4.4 | 13.7 | 124 | 50.0 |

Note: Staff-on-inmate sexual victimization is called "staff sexual misconduct" in prior reports. High-rate prisons are those in which the lower bound of the 95% confidence interval is larger than 1.55 times the average among prisons by sex of inmates housed. These nine facilities are designated as having high rates of staff-on-inmate sexual victimization because their lower bound estimate is greater than 2.2% times 1.55 (or 3.41%) for both male and female prisons. For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*.

[a]Based on responses to the sexual victimization survey by adult inmates, except where interviews from the survey were excluded because of extreme or inconsistent response patterns. See *Methodology*.

[b]Response rate is equal to the number of interviews conducted divided by the number of eligible inmates sampled times 100.

Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

The NIS-4 cannot provide an exact identification of the facilities with the lowest rates of sexual victimization. Seven of the sampled facilities had no reported incidents of sexual victimization. (See appendix table 2.) Estimates of the number of inmates who experienced sexual victimization in each of these facilities were also subject to sampling error and could vary if a different group of inmates had been interviewed. (See *Methodology.*) Although the lower bound of the 95% confidence interval in each of these facilities was 0%, the upper bound varied depending on the number of completed interviews in each facility.

Eight prisons were designated as low-rate facilities based on combined reports of inmate-on-inmate and staff-on-inmate sexual victimization (table 6). Six male prisons and two female prisons had a 95% confidence interval with an upper bound lower than 0.65 times the average rate among facilities housing that sex. Three of the low-rate male prisons—SCI Smithfield (Pennsylvania), Coffeewood Correctional Center (Virginia), and Travis County State Jail (Texas)—had no reported incidents of sexual victimization.

**TABLE 6**
**Prison facilities with low rates of sexual victimization, by sex of inmates housed, 2023–24**

| Facility name | Prison inmates reporting any sexual victimization | | | Number of completed sexual victimization surveys[a] | Response rate[b] |
| | Percent | 95% confidence interval | | | |
| | | Lower bound | Upper bound | | |
|---|---|---|---|---|---|
| All prisons | 4.1% | 3.6% | 4.6% | 27,541 | 55.8% |
| Male prisons | 4.0% | 3.5% | 4.6% | 19,909 | 53.2% |
|   SCI Smithfield (PA) | 0.0 | 0.0 | 2.1 | 162 | 52.0 |
|   Coffeewood Corr. Ctr. (VA) | 0.0 | 0.0 | 2.3 | 156 | 56.9 |
|   Travis County State Jail (TX) | 0.0 | 0.0 | 2.6 | 140 | 47.5 |
|   Wakulla Corr. Inst. (FL) | 0.4 | 0.1 | 2.0 | 214 | 71.2 |
|   FCI Yazoo City Med. (FBOP) | 0.5 | 0.1 | 2.4 | 224 | 61.8 |
|   Central Arizona Corr. and Rehabilitation Fac. (AZ)[c] | 0.6 | 0.2 | 2.5 | 229 | 77.3 |
| Female prisons | 5.4% | 4.6% | 6.3% | 7,632 | 64.0% |
|   Gadsden Corr. Fac. (FL)[c] | 0.4 | 0.1 | 2.4 | 228 | 75.9 |
|   Gregory S. Coleman Unit (TX)[c] | 1.0 | 0.3 | 3.3 | 196 | 68.3 |

Note: Low-rate prisons are those in which the upper bound of the 95% confidence interval is smaller than 0.65 times the average among prisons by sex of inmates housed. These eight facilities are designated as having low rates of any sexual victimization because their upper bound estimate is smaller than 4.0% times 0.65 (or 2.60%) or 5.4% times 0.65 (or 3.51%) for female prisons. For more information on confidence intervals, see *Facility-level estimates* in the *Methodology*.
[a]Based on responses to the sexual victimization survey by adult inmates, except where interviews from the survey were excluded because of extreme or inconsistent response patterns. See *Methodology*.
[b]Response rate is equal to the number of interviews conducted divided by the number of eligible inmates sampled times 100.
[c]Privately operated facility.
Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

# Methodology

The National Inmate Survey, 2023–24 (NIS-4) was conducted in 177 state and federal prisons from March 2023 to March 2024.[5] The data were collected by RTI International under a cooperative agreement with the Bureau of Justice Statistics (BJS).

The NIS administered two questionnaires to inmates: (1) 95% of inmates received the main survey about sexual victimization in prisons and (2) 5% received an alternative survey that included questions about activities within the facility, visitors and outside contact, facility climate, and childhood experiences. To protect the confidentiality of all participating inmates, the questionnaires were randomly assigned so that, at the time of the interview, the content of the survey remained unknown to facility staff, survey interviewers, and other inmates.

The interviews, which averaged 35 minutes in length, used computer-assisted personal interviewing (CAPI) and audio computer-assisted self-interviewing (ACASI) data collection methods. For about the first 2 minutes, survey interviewers conducted a personal interview using CAPI to obtain background information and date of admission to the facility. For the remainder of the interview, respondents interacted with a computer-administered questionnaire using a touchscreen and synchronized audio instructions delivered via headphones. Respondents completed the ACASI portion of the interview privately. ACASI administration helped elicit more candid responses on sensitive subjects and behaviors, reduced literacy issues, and protected respondents' privacy. While underreporting of behaviors may exist, the relative extent of it is unknown.

A shorter, paper questionnaire was made available for inmates who were unable to come to the private interviewing room or interact with the computer. Completed paper forms were collected from 241 prison inmates (0.9% of survey respondents). Most of these inmates were housed in administrative or disciplinary segregation or were considered by the facility too violent to be interviewed.

[5]For more information about the NIS, see https://bjs.ojp.gov/data-collection/national-inmate-survey-nis.

Before the interview, inmates were informed verbally and in writing that participation was voluntary and that all information provided would be held in confidence. Interviews were conducted in either English (97.9%) or Spanish (2.1%).

## Sampling of facilities

The frame of prison facilities for the NIS-4 was based on the BJS 2016 Survey of Prison Inmates (SPI) and supplemented with additional research and outreach to state departments of corrections (DOCs) and the Federal Bureau of Prisons (FBOP) to (1) confirm the list of facilities and (2) provide basic population information (number of male inmates and number of female inmates). The NIS-4 was restricted to confinement facilities—institutions in which fewer than 50% of the inmates were regularly permitted to leave, unaccompanied by staff, for work, study, or treatment. Such facilities included prisons, penitentiaries, prison hospitals, prison farms, boot camps, and centers for reception, classification, or alcohol and drug treatment. The NIS-4 excluded community-based facilities, such as halfway houses, group homes, and work release centers. The final eligible universe consisted of 1,138 state prisons containing 1,182,587 inmates and 202 federal prisons containing 168,016 inmates.

State and federal prisons were sequentially sampled with probabilities of selection proportionate to size (as measured by the number of inmates held based on DOC and FBOP responses during the frame construction process). Facilities on the sampling frame were stratified by sex of inmates housed and whether the facility was operated by a state DOC or the FBOP:

- Among facilities that housed males, the measure of size for facilities was set at the estimated total population enumerated on the frame.

- Among facilities with an inmate population that was greater than 50% female, the measure of size was set to five times their estimated total population on the frame.

The sample was allocated to each stratum proportionally to the total measure of size within each stratum. Within each stratum, facilities in the sampling frame were first sorted by region, state, and public or private operation. Facilities were sampled to ensure that at least one facility in each state was selected. Federal facilities were grouped together and treated like a state for sampling purposes. The remaining facilities were selected from each region with probabilities proportionate to size. This led to an initial sample of 240 prisons: 160 male, state-operated facilities; 59 female, state-operated facilities; 16 male, FBOP-operated facilities; and 5 female, FBOP-operated facilities.[6]

The sample was further split into a main and reserve sample. The reserve sample was selected through a systematic sample from within each stratum (states with only one facility selected were included in the main sample with certainty; all other states had at least one facility selected through the systematic sample). The main sample consisted of 170 facilities and the reserve sample consisted of 70 facilities.

Of the 240 prisons selected for the NIS-4, 12 were determined to be ineligible (9 had closed, 1 facility was sampled as a female facility but only housed males by the time of data collection, 1 exclusively housed inmates for U.S. Immigration and Customs Enforcement, and 1 housed mostly inmates unable to consent to interviews due to severe mental illness). Because of resource constraints, 39 facilities in the reserve sample were excluded from data collection and considered ineligible.

The four sampled facilities in Tennessee were not surveyed because the Tennessee Department of Correction refused to participate in the NIS-4: Bledsoe Co. Corr. Complex, Hardeman Co. Corr. Fac., Northwest Corr. Complex, and West Tennessee State Penitentiary.

Due to the California Department of Corrections and Rehabilitation's concerns around burden, eight California prisons were also excluded from data collection: California Institution for Men; Delano Modified Community Corr. Fac.; High Desert State Prison;

Ironwood State Prison; North Kern State Prison; Pelican Bay State Prison; Substance Abuse Treatment Fac. and State Prison, Corcoran; and Valley State Prison.

The remaining 177 prison facilities all participated fully in the NIS-4. The final facility-level response rate was 93.7% (177 participating facilities of the 189 eligible).

## Sampling of inmates

Within each sampled prison, the universe for inmate sampling consisted of all inmates age 16 or older held in the facility during the assigned week of data collection for the facility. A roster of inmates was obtained just prior to the start of data collection at each facility. Inmates age 15 or younger were considered ineligible for the NIS-4 and deleted from the roster.

The inmate sampling rate in each facility was based on six criteria:

- an expected sexual victimization prevalence rate of 4%
- a desired level of precision based on a standard error of 1.75%
- a projected 70% response rate among selected inmates
- a 5% chance among participating inmates of not receiving the sexual victimization questionnaire
- an adjustment factor of 1.9 to account for the complex survey design
- the size of the facility.

Each eligible inmate was assigned a random number and sorted in ascending order. Inmates were selected from the list up to the expected number of inmates determined by the sampling criteria. No special consideration was made for inmates age 16 or 17. If present, inmates age 16 or 17 had the same probability of selection as inmates age 18 or older.

A total of 55,494 prison inmates were selected. After selection, 2,563 ineligible inmates were excluded: 1,876 (3.4%) were released or transferred to another facility before interviewing began, 534 (1.0%) were mentally or physically unable to be interviewed, 45 (0.1%) were on unsupervised work release, 6 (<0.1%) were selected in error (i.e., an inmate was incorrectly listed on the facility roster), 5 (<0.1%) were age 15 or younger or their age could not be obtained during the interview process, and 97 (0.2%) were ineligible for other reasons. Of all sampled inmates, 52,931 were eligible for the survey.

---

[6]In this report, facilities that house both females and males are identified as a female or male facility based on whichever sex makes up the majority of inmates housed (i.e., if the percentage of inmates housed is 50% or greater male, then the facility is designated a male facility, while if more than 50% of the inmates are female, then the facility is designated a female facility). For prior iterations of the NIS, the sex of the facility was defined as female if all inmates housed at the facility were female and male if the population housed was mixed or all male.

## Inmate response rate

Of the 52,931 eligible sampled inmates, 39.6% refused to participate in the survey, 2.4% were not interviewed due to survey logistics (e.g., language barriers, releases, and transfers to another facility after interviewing began), 1.9% were not available to be interviewed (e.g., in court, in medical segregation, determined by the facility to be too violent to be interviewed, or restricted from participation by another legal jurisdiction), and 0.3% were nonrespondents for any other reason.

The final inmate-level response rate was 55.8% (29,536 participating inmates). Separate response rates were calculated for each participating facility. (See appendix table 1.) An initial response rate for each facility was calculated by dividing the number of inmates who participated in the NIS-4 by the number of eligible inmates sampled at the facility. The final response rate was then multiplied by 100.

### Checking of interviews for inconsistent response patterns

Once data collection was completed, individual response patterns were assessed to identify incomplete interviews. In 321 interviews, the inmate failed to complete enough questions for the interview to be considered completed. These interviews were excluded from the calculations of sexual victimization. The amount of time the interview took was also reviewed. Inmates whose average time for the sexual victimization items was less than 3 seconds per item and inmates who reported victimization but had an overall interview length of less than 12 minutes for English respondents and less than 15 minutes for Spanish respondents had their data removed. The average interview length was 35 minutes for English respondents and 48 minutes for Spanish respondents.[7]

Interviews were also examined for inconsistent response patterns in questions about inmate characteristics (e.g., education, age, ever served in armed forces) and items related to victimization (e.g., reporting of victimization, response to interview debriefing questions). Comparisons were made between responses to initial questions and detailed follow-up questions. Inconsistencies were identified as unlikely, highly unlikely, or extremely unlikely to be accurate.

[7]Sixty-four interviews (0.2% of respondents) had interview times exceeding 8 hours, indicating the timer did not function as intended. These interviews were excluded from this calculation.

For the ACASI questionnaire, 16 inconsistencies were flagged: 9 were deemed unlikely, 6 were deemed highly unlikely, and 1 was deemed extremely unlikely. An example of an unlikely flag is when a 16- to 17-year-old reported having served in the U.S. Armed Forces. An example of a highly unlikely flag is when a respondent indicated that the first time a victimization occurred was before admission to the facility. The extremely unlikely flag is that the inmate responded yes to 15 of the 17 sex-specific staff-on-inmate and inmate-on-inmate victimization items. The inmate's data were removed if the extremely unlikely flag and at least one highly unlikely flag were triggered or if the extremely unlikely flag and four or more unlikely flags were triggered. In addition, if the extremely unlikely flag was triggered and the inmate reported that the responses provided in the interview were not very accurate, the inmate's data were removed.

Overall, the results revealed very high levels of consistency in survey responses. Of 27,615 respondents to the sexual victimization survey, 60 inmates were removed because they failed at least one of the quality control criteria. Altogether, 98.7% (29,155) of participating inmates provided usable sexual victimization (27,555) or alternative survey data (1,600).

### Surveys included in analysis

As noted above, 16- and 17-year-olds were eligible for the survey. In participating facilities, there were 86 16- to 17-year-olds rostered and 18 sampled in facilities providing date of birth. Additional 16- to 17-year-olds may have been rostered and sampled in facilities that did not provide date of birth on the facility roster. Data collection resulted in 14 completed sexual victimization surveys by 16- to 17-year-olds. No alternative surveys were completed by 16- to 17-year-olds. Due to concerns about the representativeness of the facilities that housed 16- to 17-year-olds, completeness of the rosters, and small sample size, these cases were removed from analyses in this report. Therefore, all analyses are based on completed sexual victimization surveys among adult participants (27,541).

## Weighting and non-response adjustments

Responses from interviewed inmates were weighted to provide facility-level and national-level estimates. Because the NIS relies on a sample, weights are designed to adjust to known population totals and to compensate for survey nonresponse and other aspects of the complex sample design.

*Facility-level weighting*

The base weight for each sampled inmate was the probability of selection of the inmate, conditional on the facility being sampled. Replicate weights were created using the jackknife method (JK1). JK1 involves deleting a 1/R portion of the inmate sample systematically and reweighting the remaining sampled inmates by R/(R – 1). The number of replicates created for each facility equals the number of sexual victimization survey respondents in that facility, up to a maximum of 80.

Facility-level inmate nonresponse adjustments were conducted separately for each facility in a single step, using calibration adjustments. These adjustments were made according to a raking process, which raked the stand-alone facility base weights (and the corresponding replicate weights) to facility-level control totals in different cells across several dimensions. The facility-level inmate rosters were used to provide these control totals. The within-facility inmate base weights were raked to facility inmate totals within raking cells. Raking was conducted separately for females and males. The raking cells (within sex, if appropriate) were defined by age group, length of time in prison, length of sentence, and race or ethnicity.[8] Raking cells each had a minimum size of 10 responding inmates.

After raking, the weights were checked to see whether the raking process created extreme weights. Any weight, within sex, that was larger than 3.5 times the median weight or smaller than 1/3.5 times the median weight was trimmed back to those levels and then re-raked to the control totals. The replicate weights were also raked in a similar manner using the same control totals.

*National-level weighting*

The national-level base weight was equal to the simple inverse of the facility's first-stage probability of selection. Twenty-four facilities were selected with certainty. First-stage ratio adjustments accounting for facility subsampling and nonresponse were performed within sampling strata.[9] The subsample-adjusted first-stage weight is the product of the facility base weight and the subsampling adjustment. The nonresponse adjustment was computed (within weighting classes) as the sum of the subsample-adjusted weights for the subsampled units divided by the sum of the subsample-adjusted weights for all responding units. The final first-stage weights for

each sampled facility were the product of the subsample-adjusted weight and this ratio.

Replicates for national estimates were created using the paired jackknife (JK2) method. Cooperating noncertainty facilities were paired (or a set of three was created if necessary) separately within each sampling stratum. Within each pair or set of three (triplets), one prison was randomly assigned to be given a weight of 0, and the other prison had its weight set to twice the base weight (for pairs) or 1.5 times the base weight (for triplets). One set of replicate weights was created for each pair or set of three prisons. Facility-level nonresponse adjustments were then performed for the full-sample and replicate weights, using stratum as the nonresponse cell.

In the second stage of weighting, the nonresponse-adjusted first-stage national weight was first applied to each inmate in a facility. Before creating the national second-stage base weight, the replicates were further adjusted to account for the 24 certainty facilities, where inmate selection was their first stage of sample selection. For these facilities, the first 74 facility-level replicate weights were equal to the full-sample weight. To account for the sampling that occurred in each facility, an additional 24 replicates were created, one for each of the certainty prisons, using the JK2 method. For each of the additional 24 replicate weights, a random half of the inmates in a certainty facility had their weight set to 0 for this replicate, and the other half's replicate weight was set to equal twice the base weight. For the noncertainty facilities, where replication was done earlier, their 75th to 98th replicates were set equal to the full-sample weight to account for the additional replicates. The national second-stage weight was then created. This weight was computed and is equal to the first-stage weights (full and replicates) divided by an inmate's selection probability.

The inmate-level weighting adjustment accounted for both selection into the sexual victimization survey and survey nonresponse. This adjustment was performed by adjusting the weights of the inmates sampled into the core survey by a factor of 1/.95, to account for the 5% subsample into the alternative survey. Next, an inmate-level nonresponse adjustment was performed. Nonresponse adjustment cells were created using facility type (state or federal), region, respondent age, length of sentence, and length of time since admission. These cells were used to produce the inmate-level nonresponse-adjusted weights. The final step in the creation of the core survey weights was a calibration adjustment made to national control totals. These adjustments were done according to a raking process that raked the inmate to prison-frame control totals.

---

[8]Hot deck imputation was used to fill in missing item-level data used for raking.

[9]Except in California, which had its own subsampling adjustment equal to the number of sampled prisons divided by the number of subsampled prisons.

Raking was performed separately for females and males. All raking dimensions were done within sex and consisted of cells determined by Census region, length of sentence, and facility type. Each raking cell also had a minimum sample size of 30. The raked weights were checked to see whether the raking process created extreme weights. Any weights larger than 5 times the median weight or smaller than 1/3.5 times the median weight within each trimming cell were trimmed back to those levels using a raking and trimming algorithm (the weights are trimmed back, and then re-raked to the control totals). Trimming cells were based on prison size, whether it was a majority-female prison or not, and sex. The minimum trimming cell size was 10. The replicate weights were also raked to their control totals in the same manner.

### Facility-level estimates

To ensure minimum reliability and prevent disclosure of confidential response information, facility-level estimates were suppressed in this report if they met one of the following exclusion criteria:

1. The total number of completed sexual victimization surveys in the facility was less than six.

2. Exactly one or two inmates in the facility reported sexual victimization, and fewer than two inmates in the facility completed the alternative questionnaire.

Based on these criteria, facility-level estimates are reported for 176 of the 177 participating facilities. (See appendix table 2.) These facilities accounted for approximately 99.8% of the adjudicated inmates covered in the NIS-4.

Within each facility, the estimated sampling error varies by the size of the estimate, the number of completed interviews, and the size of the facility. A common way to express this sampling variability is to construct a 95% confidence interval around each survey estimate. Typically, multiplying the standard error by 1.96 and then adding or subtracting the result from the estimate produces the confidence interval. This interval expresses the range of values that could result among 95% of the different samples that could be drawn.

For small samples and estimates close to 0%, as is the case with sexual victimization in most prisons, the use of the standard error to construct the 95% confidence interval may not be reliable. BJS used an alternative method developed by E.B. Wilson that has been shown to perform better than the traditional method.[10,11] This method produces an asymmetrical confidence interval around the facility estimates in which the lower bound is constrained to be greater than or equal to 0%. It also provides confidence intervals for facilities in which the survey estimates are zero (but other similarly conducted surveys could yield non-zero estimates). When applied to large samples, the traditional and the Wilson confidence intervals are virtually identical.

To identify high- and low-rate facilities, the 176 facilities with facility-level estimates were compared to the estimated national victimization rate among prisons by sex of inmates housed for each type of incident. Facilities were placed in the high-rate group when the lower bound of the 95% confidence interval was at least 55% higher than the national victimization rate among prisons by sex of inmates for a type of incident. Facilities were placed in the low-rate group when the upper bound of the 95% confidence interval was 35% lower than the national victimization rate among prisons by sex of inmates.

### Testing statistical significance

When estimates are derived from a sample, caution must be used when comparing one estimate to another or when comparing estimates over time. Although one estimate may be larger than another, estimates based on a sample have some degree of sampling error. The sampling error of an estimate depends on several factors, including response rates, the amount of variation in the responses, and the size of the sample. Other, non-measured factors may introduce errors unrelated to sampling and not be accounted for in the estimates, for example: changes in the sampling frame, changes in the composition of prison populations, restrictions on inmate movement within a facility, and the effects of the Prison Rape Elimination Act Standards on facilities.

[10]Brown, L.D., Cai, T., & DasGupta, A. (2001). Interval Estimation for a Binomial Proportion. *Statistical Science,* 16(2), pp. 101–117. https://doi.org/10.1214/ss/1009213286

[11]Wilson, E.B. (1927). Probable Inference, the Law of Succession, and Statistical Inference. *Journal of the American Statistical Association,* 22(158), pp. 209–212. https://doi.org/10.1080/01621459.1927.10502953

One measure of the sampling error associated with an estimate is the standard error. Standard errors for selected measures of sexual victimization are presented in appendix tables 3 and 4. Generally, an estimate with a smaller standard error provides a more reliable approximation of the true value than an estimate with a larger standard error. Standard errors can be used to construct confidence intervals around the survey estimates (e.g., numbers, percentages, and rates) and to test for significant differences between estimates.

For example, the 95% confidence interval around the percentage of inmates who reported sexual victimization by another inmate was approximately 2.3% ± 1.96 × 0.17% (or 2.0% to 2.6%). In other words, if BJS used the same sampling method to select different samples and computed an interval estimate for each sample, it would expect the true (but unknown) percentage to fall within the interval estimates 95% of the time.

BJS conducted tests to determine whether differences in estimated percentages in this report were statistically significant once sampling error was considered. The primary test procedure was the Student's t-statistic, which tests the difference between two sample estimates. All differences discussed in this report are statistically significant at the 95% confidence level, unless noted otherwise. Caution is required when comparing estimates not explicitly discussed in this report.

### Exposure period

To calculate comparative rates of sexual victimization, respondents were asked to provide their most recent date of admission to the current facility. If the date of admission was at least 12 months prior to the date of the interview, inmates were asked questions related to their experiences during the past 12 months. If the admission date was less than 12 months prior to the interview, inmates were asked about their experiences since they arrived at the facility.

The average period of time measured by the sexual victimization survey was 8.9 months for federal prisoners and 8.6 months for state prisoners.

### Measuring sexual victimization

The NIS-4 sexual victimization survey relied on inmates reporting their own experiences rather than third-party reporting. Questions related to inmate-on-inmate sexual activity were asked separately from questions related to staff-on-inmate sexual activity.

The ACASI survey began with a series of questions that screened for specific sexual activities without restriction, including both wanted and unwanted sex and sexual contacts with other inmates. To fully measure all sexual activities, questions related to the touching of body parts in a sexual way were followed by questions related to manual stimulation and questions related to acts involving oral, anal, and vaginal sex. The nature of coercion (including use of physical force, pressure, and other forms of coercion) was measured for each type of reported sexual activity.

ACASI survey items related to staff-on-inmate sexual victimization were asked in a different order. Inmates were first asked about being pressured or being made to feel they had to have sex or sexual contact with the staff and then asked about being physically forced. In addition, inmates were asked if any facility staff had offered favors or special privileges in exchange for sex. Finally, inmates were asked if they willingly had sex or sexual contact with staff. All reports of sex or sexual contact between an inmate and facility staff, regardless of the level of coercion, were classified as staff-on-inmate sexual victimization.

The ACASI survey included additional questions related to both inmate-on-inmate and staff-on-inmate sexual victimization. These questions, known as latent class measures, were included to assess the reliability of the survey questionnaire. After being asked detailed questions, all inmates were asked a series of general questions to determine if they had experienced any type of unwanted sex or sexual contact with another inmate or had any sex or sexual contact with staff.

The entire ACASI questionnaire and the shorter PAPI form are available under Questionnaires on the NIS data collection page of the BJS website.

**APPENDIX TABLE 1**
**National Inmate Survey sample and response information for prison facilities that participated in the survey, by facility, 2023–24**

| Facility name | Number of inmates in custody[a] | Number of inmates sampled | Number of ineligible inmates[b] | Number of interviews conducted[c] | Number of completed sexual victimization surveys[d] | Response rate[e] |
|---|---|---|---|---|---|---|
| All facilities | 234,919 | 55,494 | 2,563 | 29,536 | 27,555 | 55.8% |
| **Alabama** | | | | | | |
| William E. Donaldson Corr. Fac. | 1,328 | 328 | 3 | 195 | 174 | 60.0% |
| **Alaska** | | | | | | |
| Hiland Mountain Corr. Ctr.[f] | 351 | 292 | 34 | 198 | 184 | 76.7% |
| Spring Creek Corr. Ctr. | 415 | 246 | 3 | 70 | 64 | 28.8 |
| **Arizona** | | | | | | |
| ASPC - Eyman | 4,546 | 367 | 14 | 198 | 186 | 56.1% |
| ASPC - Lewis[g] | 3,199 | 360 | 15 | 203 | 188 | 58.8 |
| ASPC - Perryville[f] | 3,138 | 359 | 8 | 246 | 226 | 70.1 |
| Central Arizona Corr. and Rehabilitation Fac.[h] | 1,266 | 325 | 3 | 249 | 229 | 77.3 |
| La Palma Corr. Ctr.[h] | 2,319 | 350 | 12 | 108 | 103 | 32.0 |
| **Arkansas** | | | | | | |
| Cummins Unit[h] | 2,008 | 345 | 4 | 116 | 102 | 34.0% |
| Ouachita River Corr. Unit | 1,918 | 344 | 43 | 162 | 143 | 53.8 |
| Pine Bluff Unit | 520 | 265 | 8 | 130 | 119 | 50.6 |
| **California** | | | | | | |
| California Health Care Fac., Stockton | 2,159 | 379 | 34 | 116 | 107 | 33.6% |
| California Inst. For Women[f] | 1,161 | 321 | 18 | 163 | 147 | 53.8 |
| Central California Women's Fac.[f] | 2,209 | 340 | 3 | 162 | 147 | 48.1 |
| Corr. Training Fac. | 4,070 | 340 | 3 | 118 | 109 | 35.0 |
| Wasco State Prison - Reception Ctr. | 3,601 | 350 | 39 | 117 | 102 | 37.6 |
| **Colorado** | | | | | | |
| Arkansas Valley Corr. Fac. | 1,064 | 316 | 6 | 146 | 138 | 47.1% |
| Denver Women's Corr. Fac.[f] | 686 | 287 | 11 | 138 | 124 | 50.0 |
| Sterling Corr. Fac. | 1,940 | 344 | 20 | 175 | 165 | 54.0 |
| **Connecticut** | | | | | | |
| Osborn Corr. Inst. | 1,128 | 319 | 8 | 144 | 131 | 46.3% |
| York Corr. Inst.[f] | 838 | 301 | 10 | 151 | 141 | 51.9 |
| **Delaware** | | | | | | |
| James T. Vaughn Corr. Ctr. | 1,575 | 336 | 10 | 144 | 134 | 44.2% |
| **Florida** | | | | | | |
| Apalachee Corr. Inst., East Unit | 1,069 | 316 | 6 | 157 | 144 | 50.6% |
| Dade Corr. Inst. | 1,233 | 360 | 58 | 192 | 182 | 63.6 |
| Everglades Re-Entry Ctr. | 416 | 246 | 11 | 124 | 118 | 52.8 |
| Florida Women's Reception Ctr.[f] | 1,188 | 322 | 40 | 163 | 149 | 57.8 |
| Gadsden Corr. Fac.[f,h] | 1,245 | 324 | 9 | 239 | 228 | 75.9 |
| Hamilton Corr. Inst. | 433 | 249 | 19 | 96 | 90 | 41.7 |
| Homestead Corr. Inst.[f] | 536 | 268 | 11 | 193 | 181 | 75.1 |
| Jefferson Corr. Inst. | 1,184 | 322 | 7 | 188 | 177 | 59.7 |
| Lowell Annex[f] | 1,250 | 325 | 14 | 214 | 197 | 68.8 |
| Santa Rosa Corr. Inst. | 1,263 | 325 | 17 | 194 | 179 | 63.0 |
| Wakulla Corr. Inst. | 1,603 | 336 | 10 | 232 | 214 | 71.2 |
| Walton Corr. Inst. | 1,292 | 326 | 36 | 213 | 199 | 73.4 |
| **Georgia** | | | | | | |
| Arrendale Transitional Ctr.[f] | 949 | 309 | 35 | 208 | 197 | 75.9% |
| Augusta State Medical Prison | 1,150 | 320 | 24 | 126 | 119 | 42.6 |
| Lee State Prison | 733 | 292 | 5 | 239 | 219 | 83.3 |
| Pulaski State Prison[f] | 1,151 | 320 | 11 | 167 | 155 | 54.0 |
| Wilcox State Prison | 1,822 | 342 | 8 | 134 | 118 | 40.1 |

*(Continued on next page)*

**APPENDIX TABLE 1 (continued)**
**National Inmate Survey sample and response information for prison facilities that participated in the survey, by facility, 2023–24**

| Facility name | Number of inmates in custody[a] | Number of inmates sampled | Number of ineligible inmates[b] | Number of interviews conducted[c] | Number of completed sexual victimization surveys[d] | Response rate[e] |
|---|---|---|---|---|---|---|
| **Hawaii** | | | | | | |
| Saguaro Corr. Ctr.[h] | 1,298 | 326 | 5 | 141 | 128 | 43.9% |
| Women's Community Corr. Ctr.[f] | 208 | 180 | 7 | 122 | 114 | 70.5 |
| **Idaho** | | | | | | |
| South Idaho Corr. Inst.[i] | 1,190 | 422 | 110 | 154 | 141 | 49.4% |
| **Illinois** | | | | | | |
| Illinois River Corr. Ctr. | 1,670 | 338 | 10 | 261 | 246 | 79.6% |
| Logan Corr. Ctr.[f] | 884 | 376 | 27 | 232 | 223 | 66.5 |
| Pontiac Corr. Ctr. | 603 | 277 | 9 | 67 | 63 | 25.0 |
| Shawnee Corr. Ctr. | 1,494 | 355 | 7 | 207 | 199 | 59.5 |
| Western Illinois Corr. Ctr. | 1,673 | 338 | 10 | 240 | 222 | 73.2 |
| **Indiana** | | | | | | |
| Indiana State Prison | 2,205 | 349 | 5 | 201 | 187 | 58.4% |
| Indiana Women's Prison[f] | 604 | 277 | 13 | 147 | 137 | 55.7 |
| Miami Corr. Fac. | 1,514 | 384 | 4 | 89 | 80 | 23.4 |
| New Castle Corr. Fac.[h] | 2,952 | 357 | 17 | 195 | 186 | 57.4 |
| Pendleton Corr. Fac. | 1,471 | 333 | 6 | 159 | 150 | 48.6 |
| Reception Diagnostic Ctr. | 785 | 296 | 54 | 151 | 141 | 62.4 |
| Rockville Corr. Fac.[f] | 961 | 310 | 10 | 219 | 202 | 73.0 |
| **Iowa** | | | | | | |
| Iowa Medical and Classification Ctr. | 954 | 309 | 67 | 86 | 80 | 35.5% |
| **Kansas** | | | | | | |
| Lansing Corr. Fac. | 1,561 | 335 | 6 | 199 | 191 | 60.5% |
| Topeka Corr. Fac.[f] | 754 | 294 | 33 | 175 | 156 | 67.0 |
| **Kentucky** | | | | | | |
| Roederer Corr. Complex | 984 | 311 | 25 | 194 | 185 | 67.8% |
| **Louisiana** | | | | | | |
| Elayn Hunt Corr. Ctr. | 1,565 | 335 | 25 | 196 | 174 | 63.2% |
| Raymond Laborde Corr. Ctr. | 1,726 | 340 | 10 | 140 | 132 | 42.4 |
| **Maine** | | | | | | |
| Maine Corr. Ctr.[i] | 477 | 258 | 24 | 132 | 118 | 56.4% |
| **Maryland** | | | | | | |
| North Branch Corr. Inst. | 1,056 | 315 | 7 | 132 | 126 | 42.9% |
| Roxbury Corr. Inst. | 1,530 | 334 | 13 | 174 | 162 | 54.2 |
| **Massachusetts** | | | | | | |
| MCI - Framingham[f] | 215 | 184 | 15 | 68 | 62 | 40.2% |
| **Michigan** | | | | | | |
| Central Michigan Corr. Fac. | 2,519 | 340 | 9 | 154 | 145 | 46.5% |
| Charles E. Egeler Reception & Guidance Ctr. | 1,390 | 330 | 104 | 142 | 130 | 62.8 |
| Chippewa Corr. Fac. | 1,694 | 339 | 9 | 198 | 184 | 60.0 |
| Cooper Street Corr. Fac. | 1,400 | 330 | 7 | 145 | 139 | 44.9 |
| Macomb Corr. Fac. | 1,292 | 326 | 10 | 186 | 166 | 58.9 |
| Marquette Branch Prison | 768 | 295 | 9 | 82 | 80 | 28.7 |
| Women's Huron Valley Corr. Fac.[f] | 1,726 | 340 | 3 | 234 | 223 | 69.4 |
| **Minnesota** | | | | | | |
| MCF - Faribault | 1,970 | 345 | 8 | 196 | 190 | 58.2% |

*(Continued on next page)*

## APPENDIX TABLE 1 (continued)
**National Inmate Survey sample and response information for prison facilities that participated in the survey, by facility, 2023–24**

| Facility name | Number of inmates in custody[a] | Number of inmates sampled | Number of ineligible inmates[b] | Number of interviews conducted[c] | Number of completed sexual victimization surveys[d] | Response rate[e] |
|---|---|---|---|---|---|---|
| **Mississippi** | | | | | | |
| Central Mississippi Corr. Fac.[i] | 3,684 | 363 | 20 | 257 | 235 | 74.9% |
| Flowood Community Work Ctr.[f] | 189 | 171 | 10 | 103 | 97 | 64.0 |
| Mississippi State Penitentiary | 2,474 | 352 | 19 | 228 | 206 | 68.5 |
| Noxubee Co. Community Work Ctr. | 39 | 39 | 3 | 23 | 23 | 63.9 |
| **Missouri** | | | | | | |
| Boonville Corr. Ctr. | 805 | 298 | 16 | 134 | 127 | 47.5% |
| Chillicothe Corr. Ctr.[f] | 1,387 | 330 | 4 | 257 | 248 | 78.8 |
| Moberly Corr. Ctr. | 1,307 | 327 | 6 | 196 | 187 | 61.1 |
| Women's Eastern Reception, Diagnostic and Corr. Ctr.[f] | 737 | 292 | 23 | 207 | 190 | 77.0 |
| **Montana** | | | | | | |
| Montana State Prison | 1,377 | 329 | 9 | 206 | 195 | 64.4% |
| **Nebraska** | | | | | | |
| Reception and Treatment Ctr. | 1,315 | 348 | 38 | 132 | 125 | 42.6% |
| **Nevada** | | | | | | |
| Florence McClure Women's Corr. Ctr.[f] | 648 | 283 | 3 | 225 | 214 | 80.4% |
| **New Hampshire** | | | | | | |
| New Hampshire State Prison for Men | 1,041 | 314 | 11 | 171 | 158 | 56.4% |
| **New Jersey** | | | | | | |
| South Woods State Prison | 3,333 | 350 | 5 | 115 | 106 | 33.3% |
| **New Mexico** | | | | | | |
| Penitentiary of New Mexico | 713 | 290 | 5 | 151 | 140 | 53.0% |
| **New York** | | | | | | |
| Albion Corr. Fac.[f] | 516 | 264 | 4 | 116 | 108 | 44.6% |
| Attica Corr. Fac. | 1,675 | 356 | 12 | 168 | 149 | 48.8 |
| Bedford Hills Corr. Fac.[f] | 529 | 267 | 7 | 113 | 108 | 43.5 |
| Cape Vincent Corr. Fac. | 495 | 261 | 7 | 95 | 94 | 37.4 |
| Elmira Corr. Fac. | 1,380 | 330 | 38 | 94 | 82 | 32.2 |
| Gouverneur Corr. Fac. | 727 | 291 | 16 | 146 | 138 | 53.1 |
| Shawangunk Corr. Fac. | 457 | 254 | 12 | 65 | 62 | 26.9 |
| **North Carolina** | | | | | | |
| Avery-Mitchell Corr. Inst. | 702 | 289 | 6 | 159 | 147 | 56.2% |
| Foothills Corr. Inst.[j] | 886 | 305 | 15 | 157 | 152 | 54.1 |
| Neuse Corr. Inst. | 623 | 280 | 19 | 148 | 141 | 56.7 |
| North Carolina Corr. Inst. for Women[f] | 1,120 | 319 | 11 | 178 | 165 | 57.8 |
| **North Dakota** | | | | | | |
| North Dakota State Penitentiary | 785 | 296 | 10 | 214 | 196 | 74.8% |
| **Ohio** | | | | | | |
| Belmont Corr. Inst. | 2,488 | 353 | 7 | 191 | 179 | 55.2% |
| Lake Erie Corr. Inst.[h] | 1,768 | 340 | 6 | 153 | 140 | 45.8 |
| Ohio Reformatory for Women[f] | 2,253 | 349 | 5 | 206 | 193 | 59.9 |
| Richland Corr. Inst. | 2,516 | 353 | 5 | 273 | 255 | 78.4 |
| Southeastern Corr. Inst. | 1,429 | 331 | 10 | 162 | 160 | 50.5 |
| Southern Ohio Corr. Fac. | 1,310 | 327 | 3 | 109 | 103 | 33.6 |
| **Oklahoma** | | | | | | |
| Dr. Eddie Warrior Corr. Ctr.[f] | 960 | 327 | 21 | 233 | 221 | 76.1% |
| Jess Dunn Corr. Ctr. | 923 | 307 | 9 | 88 | 85 | 29.5 |
| Lawton Corr. Fac.[h] | 2,610 | 354 | 4 | 250 | 238 | 71.4 |
| Mabel Bassett Corr. Ctr.[f] | 1,184 | 322 | 8 | 175 | 160 | 55.7 |

*(Continued on next page)*

**APPENDIX TABLE 1 (continued)**
**National Inmate Survey sample and response information for prison facilities that participated in the survey, by facility, 2023–24**

| Facility name | Number of inmates in custody[a] | Number of inmates sampled | Number of ineligible inmates[b] | Number of interviews conducted[c] | Number of completed sexual victimization surveys[d] | Response rate[e] |
|---|---|---|---|---|---|---|
| **Oregon** | | | | | | |
| Coffee Creek Corr. Fac. - Min. Security Fac.[f] | 374 | 236 | 6 | 126 | 120 | 54.8% |
| Santiam Corr. Inst. | 318 | 221 | 9 | 127 | 112 | 59.9 |
| Snake River Corr. Inst. | 2,824 | 356 | 7 | 194 | 179 | 55.6 |
| **Pennsylvania** | | | | | | |
| SCI Cambridge Springs[f] | 798 | 298 | 5 | 227 | 218 | 77.5% |
| SCI Dallas | 1,963 | 345 | 5 | 172 | 153 | 50.6 |
| SCI Forest | 1,971 | 406 | 1 | 165 | 149 | 40.7 |
| SCI Greene | 1,613 | 337 | 1 | 81 | 78 | 24.1 |
| SCI Mahanoy | 2,061 | 346 | 10 | 178 | 165 | 53.0 |
| SCI Muncy[f] | 1,037 | 361 | 9 | 285 | 265 | 81.0 |
| SCI Smithfield | 1,071 | 422 | 91 | 172 | 162 | 52.0 |
| **Rhode Island** | | | | | | |
| Anthony P. Travisono Intake Service Ctr. | 883 | 324 | 38 | 114 | 108 | 39.9% |
| **South Carolina** | | | | | | |
| Broad River Corr. Inst. | 963 | 310 | 16 | 227 | 216 | 77.2% |
| Lieber Corr. Inst. and Reentry Ctr. | 590 | 275 | 11 | 168 | 157 | 63.6 |
| **South Dakota** | | | | | | |
| South Dakota State Penitentiary | 782 | 296 | 10 | 215 | 199 | 75.2% |
| **Texas** | | | | | | |
| Beauford H. Jester III Unit | 1,049 | 315 | 16 | 122 | 114 | 40.8% |
| Christina Melton Crain Unit[f] | 1,237 | 324 | 11 | 204 | 192 | 65.2 |
| Dr. Lane Murray Unit[f] | 1,205 | 323 | 2 | 191 | 180 | 59.5 |
| Fabian Dale Dominguez State Jail | 2,080 | 366 | 13 | 223 | 210 | 63.2 |
| George Beto Unit | 3,387 | 389 | 36 | 210 | 202 | 59.5 |
| Gregory S. Coleman Unit[f,h] | 969 | 310 | 7 | 207 | 196 | 68.3 |
| Hilltop Unit[f] | 451 | 253 | 1 | 98 | 92 | 38.9 |
| James V. Allred Unit | 3,694 | 363 | 2 | 202 | 194 | 56.0 |
| John M. Wynne Unit | 2,557 | 353 | 1 | 178 | 172 | 50.6 |
| John Montford Unit | 823 | 300 | 42 | 135 | 125 | 52.3 |
| Lucile Plane State Jail[f] | 2,146 | 348 | 37 | 204 | 192 | 65.6 |
| Manuel A. Segovia Unit | 978 | 311 | 16 | 135 | 121 | 45.8 |
| Mark W. Stiles Unit | 2,765 | 356 | 15 | 212 | 201 | 62.2 |
| Marlin Unit[f] | 547 | 269 | 7 | 181 | 169 | 69.1 |
| Memorial Unit | 1,769 | 341 | 31 | 182 | 169 | 58.7 |
| Reverend C.A. Holliday Unit | 2,074 | 434 | 53 | 185 | 173 | 48.6 |
| Sanders "Sandy" Estes Unit[h] | 1,000 | 312 | 8 | 177 | 167 | 58.2 |
| Travis County State Jail | 1,083 | 334 | 18 | 150 | 140 | 47.5 |
| Thomas R. Mechler Unit | 589 | 275 | 2 | 163 | 155 | 59.7 |
| William G. McConnell Unit | 2,939 | 357 | 7 | 196 | 183 | 56.0 |
| William P. Hobby Unit[f] | 1,291 | 326 | 3 | 178 | 167 | 55.1 |
| **Utah** | | | | | | |
| Central Utah Corr. Fac. | 1,744 | 340 | 7 | 216 | 201 | 64.9% |
| **Vermont** | | | | | | |
| Northern State Corr. Fac. | 386 | 252 | 12 | 99 | 90 | 41.3% |

*(Continued on next page)*

**APPENDIX TABLE 1 (continued)**
**National Inmate Survey sample and response information for prison facilities that participated in the survey, by facility, 2023–24**

| Facility name | Number of inmates in custody[a] | Number of inmates sampled | Number of ineligible inmates[b] | Number of interviews conducted[c] | Number of completed sexual victimization surveys[d] | Response rate[e] |
|---|---|---|---|---|---|---|
| **Virginia** | | | | | | |
| Buckingham Corr. Ctr. | 1,086 | 317 | 1 | 183 | 174 | 57.9% |
| Central Virginia Corr. Unit #13[f] | 99 | 99 | 5 | 53 | 48 | 56.4 |
| Coffeewood Corr. Ctr. | 909 | 306 | 9 | 169 | 156 | 56.9 |
| Fluvanna Corr. Ctr. for Women[f] | 754 | 294 | 16 | 142 | 138 | 51.1 |
| Nottoway Corr. Ctr. | 1,160 | 361 | 32 | 197 | 183 | 59.9 |
| **Washington** | | | | | | |
| Airway Heights Corr. Ctr. | 2,001 | 340 | 10 | 189 | 176 | 57.3% |
| Monroe Corr. Complex | 1,452 | 332 | 29 | 132 | 124 | 43.6 |
| **West Virginia** | | | | | | |
| Huttonsville Corr. Ctr. and Jail | 1,145 | 320 | 4 | 140 | 121 | 44.3% |
| **Wisconsin** | | | | | | |
| New Lisbon Corr. Inst. | 1,054 | 315 | 10 | 195 | 172 | 63.9% |
| Racine Corr. Inst. | 1,609 | 337 | 8 | 212 | 200 | 64.4 |
| Taycheedah Corr. Inst.[f] | 832 | 300 | 13 | 212 | 201 | 73.9 |
| Winnebago Corr. Ctr. | 185 | 169 | 5 | 106 | 98 | 64.6 |
| **Wyoming** | | | | | | |
| Wyoming Honor Farm | 259 | 201 | 4 | 96 | 91 | 48.7% |
| Wyoming Women's Ctr.[f] | 134 | 134 | 16 | 105 | 100 | 89.0 |
| **Federal facilities (Federal Bureau of Prisons)** | | | | | | |
| FCI Beaumont Low | 1,625 | 363 | 8 | 163 | 151 | 45.9% |
| FCI Beaumont Low SCP | 392 | 240 | 11 | 163 | 148 | 71.2 |
| FCI Coleman Low | 1,606 | 354 | 6 | 194 | 183 | 55.7 |
| FCI Greenville | 983 | 337 | 4 | 223 | 209 | 67.0 |
| FCI Hazelton[i] | 2,092 | 347 | 19 | 164 | 153 | 50.0 |
| FCI Lewisburg SCP | 295 | 214 | 1 | 137 | 128 | 64.3 |
| FCI Marianna SCP[f] | 227 | 189 | 5 | 161 | 151 | 87.5 |
| FCI Petersburg Med. | 1,683 | 376 | 4 | 183 | 172 | 49.2 |
| FCI Pollock | 1,534 | 380 | 6 | 164 | 156 | 43.9 |
| FCI Sandstone | 1,095 | 317 | 9 | 174 | 164 | 56.5 |
| FCI Talladega | 976 | 339 | 7 | 221 | 210 | 66.6 |
| FCI Terminal Island | 914 | 307 | 5 | 183 | 169 | 60.6 |
| FCI Victorville Med. I | 1,506 | 368 | 5 | 160 | 151 | 44.1 |
| FCI Waseca[f] | 686 | 287 | 2 | 140 | 131 | 49.1 |
| FCI Williamsburg SCP | 86 | 86 | 7 | 49 | 44 | 62.0 |
| FCI Yazoo City Med. | 1,514 | 384 | 7 | 233 | 224 | 61.8 |
| FPC Bryan[f] | 689 | 287 | 6 | 185 | 175 | 65.8 |
| USP Pollock | 892 | 355 | 8 | 165 | 150 | 47.6 |

[a]Number of inmates in the facility on the day of the roster.

[b]Inmates were considered ineligible if they were mentally or physically unable to be interviewed, released or transferred to another facility before interviewing began, on unsupervised work release or only served time on weekends, age 15 or younger or their age could not be obtained, or sampled in error. See *Methodology*.

[c]Number of inmates consenting to participate in the National Inmate Survey. See *Methodology*.

[d]Based on responses to the sexual victimization survey, except where interviews from the survey were excluded because of extreme or inconsistent response patterns. See *Methodology*.

[e]Response rate is equal to the number of interviews conducted divided by the number of eligible inmates sampled times 100.

[f]Female facility.

[g]Includes three 16- to 17-year-olds who completed the sexual victimization survey but are excluded from all analyses in this report.

[h]Privately operated facility.

[i]Facility housed both males and females; both were sampled at this facility.

[j]Includes 11 16- to 17-year-olds who completed the sexual victimization survey but are excluded from all analyses in this report.

Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

**APPENDIX TABLE 2**
**Percent of prison inmates reporting sexual victimization, by type of incident and facility, 2023–24**

| Facility name | Any sexual victimization | | | Inmate-on-inmate | | | Staff-on-inmate[a] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 95% confidence interval | | | 95% confidence interval | | | 95% confidence interval | |
| | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound |
| All facilities | 4.1% | 3.6% | 4.6% | 2.3% | 2.0% | 2.7% | 2.2% | 1.9% | 2.6% |
| **Alabama** | | | | | | | | | |
| William E. Donaldson Corr. Fac. | 13.3% | 8.7% | 19.7% | 9.1% | 5.3% | 15.2% | 5.2% | 2.7% | 9.9% |
| **Alaska** | | | | | | | | | |
| Hiland Mountain Corr. Ctr.[b] | 11.2% | 8.1% | 15.3% | 8.3% | 5.6% | 12.1% | 4.0% | 2.3% | 6.6% |
| Spring Creek Corr. Ctr. | 6.9 | 2.5 | 17.7 | 4.5 | 1.4 | 13.7 | 4.3 | 1.2 | 14.6 |
| **Arizona** | | | | | | | | | |
| ASPC - Eyman | 5.4% | 2.8% | 10.0% | 3.5% | 1.6% | 7.4% | 3.1% | 1.3% | 7.1% |
| ASPC - Lewis | 7.7 | 4.2 | 13.7 | 1.6 | 0.5 | 4.7 | 6.1 | 3.0 | 12.2 |
| ASPC - Perryville[b] | 3.4 | 1.7 | 6.5 | 1.7 | 0.7 | 4.4 | 2.2 | 0.9 | 5.1 |
| Central Arizona Corr. and Rehabilitation Fac.[c] | 0.6 | 0.2 | 2.5 | 0.6 | 0.2 | 2.5 | 0.2 | 0.0 | 1.4 |
| La Palma Corr. Ctr.[c] | 3.4 | 1.3 | 8.7 | 0.0 | 0.0 | 3.9 | 3.4 | 1.3 | 8.7 |
| **Arkansas** | | | | | | | | | |
| Cummins Unit[c] | 5.9% | 2.5% | 13.3% | 2.8% | 0.9% | 8.6% | 4.1% | 1.5% | 10.9% |
| Ouachita River Corr. Unit | 0.6% | 0.1 | 3.5 | 0.0 | 0.0 | 2.8 | 0.6 | 0.1 | 3.5 |
| Pine Bluff Unit | 1.6 | 0.5 | 5.5 | 0.6 | 0.1 | 3.3 | 1.0 | 0.2 | 4.9 |
| **California** | | | | | | | | | |
| California Health Care Fac., Stockton | 7.8% | 4.0% | 14.8% | 5.2% | 2.2% | 11.5% | 3.7% | 1.4% | 9.7% |
| California Inst. For Women[b] | 14.7 | 9.8 | 21.5 | 9.0 | 5.2 | 15.2 | 9.6 | 5.7 | 15.6 |
| Central California Women's Fac.[b] | 14.1 | 9.2 | 21.1 | 11.5 | 7.2 | 17.9 | 4.2 | 1.8 | 9.6 |
| Corr. Training Fac. | 2.6 | 0.6 | 10.3 | 2.6 | 0.6 | 10.3 | 1.0 | 0.2 | 5.6 |
| Wasco State Prison - Reception Ctr. | 0.7 | 0.1 | 4.2 | 0.0 | 0.0 | 4.1 | 0.7 | 0.1 | 4.2 |
| **Colorado** | | | | | | | | | |
| Arkansas Valley Corr. Fac. | 6.2% | 3.1% | 12.0% | 6.2% | 3.1% | 12.0% | 0.6% | 0.1% | 3.3% |
| Denver Women's Corr. Fac.[b] | 13.8 | 8.5 | 21.6 | 7.3 | 3.7 | 14.0 | 7.9 | 4.4 | 13.7 |
| Sterling Corr. Fac. | 7.8 | 4.4 | 13.5 | 5.9 | 3.0 | 11.1 | 2.5 | 0.9 | 6.5 |
| **Connecticut** | | | | | | | | | |
| Osborn Corr. Inst. | 2.4% | 0.9% | 6.0% | 1.0% | 0.3% | 3.4% | 1.9% | 0.6% | 5.4% |
| York Corr. Inst.[b] | 14.0 | 9.4 | 20.5 | 12.6 | 8.1 | 19.0 | 5.2 | 2.4 | 10.7 |
| **Delaware** | | | | | | | | | |
| James T. Vaughn Corr. Ctr. | 1.4% | 0.4% | 5.0% | 0.7% | 0.1% | 3.9% | 1.4% | 0.4% | 5.0% |
| **Florida** | | | | | | | | | |
| Apalachee Corr. Inst., East Unit | 11.3% | 7.2% | 17.5% | 9.6% | 5.7% | 15.8% | 1.7% | 0.6% | 4.8% |
| Dade Corr. Inst. | 11.0 | 7.1 | 16.5 | 8.8 | 5.7 | 13.5 | 2.7 | 1.2 | 5.8 |
| Everglades Re-Entry Ctr. | 0.6 | 0.1 | 3.0 | 0.6 | 0.1 | 3.0 | 0.0 | 0.0 | 2.7 |
| Florida Women's Reception Ctr.[b] | 1.9 | 0.7 | 5.3 | 1.3 | 0.3 | 4.5 | 0.7 | 0.1 | 3.6 |
| Gadsden Corr. Fac.[b,c] | 0.4 | 0.1 | 2.4 | 0.0 | 0.0 | 1.5 | 0.4 | 0.1 | 2.4 |
| Hamilton Corr. Inst. | 0.0 | 0.0 | 3.7 | 0.0 | 0.0 | 3.7 | 0.0 | 0.0 | 3.7 |
| Homestead Corr. Inst.[b] | 1.2 | 0.4 | 3.9 | 1.2 | 0.4 | 3.9 | 0.7 | 0.1 | 3.9 |
| Jefferson Corr. Inst. | 1.0 | 0.3 | 3.2 | 1.0 | 0.3 | 3.2 | 0.0 | 0.0 | 1.9 |
| Lowell Annex[b] | 5.0 | 2.6 | 9.5 | 3.1 | 1.4 | 6.6 | 3.1 | 1.2 | 7.5 |
| Santa Rosa Corr. Inst. | 10.0 | 6.4 | 15.4 | 4.2 | 2.1 | 8.2 | 6.8 | 3.9 | 11.8 |
| Wakulla Corr. Inst. | 0.4 | 0.1 | 2.0 | 0.4 | 0.1 | 2.0 | 0.0 | 0.0 | 1.7 |
| Walton Corr. Inst. | 5.8 | 3.4 | 10.0 | 2.6 | 1.2 | 5.7 | 3.3 | 1.6 | 6.3 |

*(Continued on next page)*

**APPENDIX TABLE 2 (continued)**
**Percent of prison inmates reporting sexual victimization, by type of incident and facility, 2023–24**

| Facility name | Any sexual victimization | | | Inmate-on-inmate | | | Staff-on-inmate[a] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 95% confidence interval | | | 95% confidence interval | | | 95% confidence interval | |
| | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound |
| **Georgia** | | | | | | | | | |
| Arrendale Transitional Ctr.[b] | 7.2% | 4.6% | 11.1% | 6.2% | 3.8% | 9.9% | 1.5% | 0.6% | 4.1% |
| Augusta State Medical Prison | 12.0 | 7.3 | 19.1 | 9.0 | 5.0 | 15.8 | 6.2 | 3.1 | 12.1 |
| Lee State Prison | 1.8 | 0.8 | 4.2 | 1.8 | 0.8 | 4.2 | 0.0 | 0.0 | 1.3 |
| Pulaski State Prison[b] | 7.0 | 4.1 | 11.7 | 6.5 | 3.7 | 11.0 | 0.6 | 0.1 | 3.0 |
| Wilcox State Prison | 4.3 | 1.7 | 10.4 | 1.8 | 0.5 | 6.7 | 2.5 | 0.8 | 7.9 |
| **Hawaii** | | | | | | | | | |
| Saguaro Corr. Ctr.[c] | 2.1% | 0.5% | 8.2% | 0.9% | 0.1% | 4.9% | 1.3% | 0.2% | 7.4% |
| Women's Community Corr. Ctr.[b] | 4.7 | 2.5 | 8.6 | 4.7 | 2.5 | 8.6 | 1.2 | 0.3 | 4.3 |
| **Idaho** | | | | | | | | | |
| South Idaho Corr. Inst.[d] | 1.6% | 0.5% | 5.7% | 1.6% | 0.5% | 5.7% | 0.0% | 0.0% | 2.8% |
| **Illinois** | | | | | | | | | |
| Illinois River Corr. Ctr. | 2.5% | 1.1% | 5.7% | 0.0% | 0.0% | 1.5% | 2.5% | 1.1% | 5.7% |
| Logan Corr. Ctr.[b] | 15.5 | 11.7 | 20.3 | 11.0 | 7.8 | 15.3 | 9.3 | 6.3 | 13.5 |
| Pontiac Corr. Ctr. | 15.9 | 8.0 | 29.2 | 7.9 | 2.7 | 20.9 | 9.9 | 4.7 | 19.7 |
| Shawnee Corr. Ctr. | 4.4 | 2.0 | 9.2 | 1.5 | 0.5 | 4.2 | 3.3 | 1.3 | 8.0 |
| Western Illinois Corr. Ctr. | 4.9 | 2.9 | 8.1 | 2.0 | 0.9 | 4.6 | 3.3 | 1.7 | 6.2 |
| **Indiana** | | | | | | | | | |
| Indiana State Prison | 2.8% | 1.2% | 6.5% | 1.8% | 0.6% | 5.3% | 1.0% | 0.3% | 3.4% |
| Indiana Women's Prison[b] | 4.2 | 2.0 | 8.7 | 4.2 | 2.0 | 8.7 | 0.5 | 0.1 | 2.9 |
| Miami Corr. Fac. | 0.9 | 0.1 | 5.3 | 0.9 | 0.1 | 5.3 | 0.0 | 0.0 | 5.9 |
| New Castle Corr. Fac.[c] | 5.1 | 2.6 | 9.6 | 3.9 | 1.8 | 8.3 | 1.1 | 0.3 | 4.4 |
| Pendleton Corr. Fac. | 6.6 | 3.5 | 12.1 | 3.8 | 1.6 | 8.9 | 3.4 | 1.5 | 7.7 |
| Reception Diagnostic Ctr. | 0.7 | 0.1 | 3.6 | 0.0 | 0.0 | 2.4 | 0.7 | 0.1 | 3.6 |
| Rockville Corr. Fac.[b] | 2.9 | 1.4 | 5.9 | 2.9 | 1.4 | 5.9 | 0.6 | 0.1 | 3.0 |
| **Iowa** | | | | | | | | | |
| Iowa Medical and Classification Ctr. | 1.9% | 0.3% | 10.6% | 1.9% | 0.3% | 10.6% | 1.9% | 0.3% | 10.6% |
| **Kansas** | | | | | | | | | |
| Lansing Corr. Fac. | 6.1% | 3.8% | 9.5% | 5.1% | 3.0% | 8.5% | 2.8% | 1.3% | 5.6% |
| Topeka Corr. Fac.[b] | 2.6 | 1.1 | 5.9 | 0.7 | 0.2 | 2.4 | 2.3 | 0.9 | 5.6 |
| **Kentucky** | | | | | | | | | |
| Roederer Corr. Complex | 2.0% | 0.7% | 5.5% | 2.0% | 0.7% | 5.5% | 0.6% | 0.1% | 3.3% |
| **Louisiana** | | | | | | | | | |
| Elayn Hunt Corr. Ctr. | 4.1% | 2.2% | 7.5% | 2.5% | 1.1% | 5.6% | 2.6% | 1.2% | 5.8% |
| Raymond Laborde Corr. Ctr. | 5.3 | 2.1 | 12.6 | 0.8 | 0.1 | 4.8 | 5.3 | 2.1 | 12.6 |
| **Maine** | | | | | | | | | |
| Maine Corr. Ctr.[d] | 4.6% | 2.0% | 10.1% | 3.1% | 1.1% | 8.4% | 1.5% | 0.4% | 5.0% |
| **Maryland** | | | | | | | | | |
| North Branch Corr. Inst. | 6.6% | 3.4% | 12.2% | 3.1% | 1.2% | 7.6% | 5.7% | 2.8% | 11.0% |
| Roxbury Corr. Inst. | 1.3 | 0.4 | 4.7 | 0.8 | 0.1 | 4.3 | 0.6 | 0.1 | 3.2 |
| **Massachusetts** | | | | | | | | | |
| MCI - Framingham[b] | 5.1% | 2.0% | 12.6% | 5.1% | 2.0% | 12.6% | 1.6% | 0.3% | 8.5% |
| **Michigan** | | | | | | | | | |
| Central Michigan Corr. Fac. | 3.0% | 1.3% | 7.1% | 1.9% | 0.6% | 5.9% | 1.1% | 0.3% | 4.0% |
| Charles E. Egeler Reception & Guidance Ctr. | 2.8 | 1.1 | 6.9 | 1.6 | 0.5 | 5.6 | 1.1 | 0.3 | 4.0 |
| Chippewa Corr. Fac. | 10.0 | 6.4 | 15.3 | 4.4 | 2.0 | 9.2 | 6.8 | 4.1 | 11.0 |
| Cooper Street Corr. Fac. | 3.0 | 1.2 | 7.4 | 1.5 | 0.4 | 5.5 | 1.5 | 0.4 | 5.4 |
| Macomb Corr. Fac. | 6.7 | 3.4 | 12.7 | 5.4 | 2.5 | 11.1 | 1.3 | 0.3 | 4.6 |
| Marquette Branch Prison | 7.2 | 3.2 | 15.6 | 3.0 | 0.8 | 10.9 | 4.2 | 1.6 | 10.4 |
| Women's Huron Valley Corr. Fac.[b] | 13.5 | 9.6 | 18.7 | 10.7 | 7.4 | 15.3 | 4.3 | 2.3 | 7.9 |

*(Continued on next page)*

**APPENDIX TABLE 2 (continued)**
**Percent of prison inmates reporting sexual victimization, by type of incident and facility, 2023–24**

| Facility name | Any sexual victimization | | | Inmate-on-inmate | | | Staff-on-inmate[a] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 95% confidence interval | | | 95% confidence interval | | | 95% confidence interval | |
| | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound |
| **Minnesota** | | | | | | | | | |
| MCF - Faribault | 2.0% | 0.8% | 4.9% | 1.5% | 0.5% | 4.3% | 0.4% | 0.1% | 2.4% |
| **Mississippi** | | | | | | | | | |
| Central Mississippi Corr. Fac.[d] | 7.8% | 4.7% | 12.5% | 5.0% | 2.7% | 9.2% | 3.0% | 1.4% | 6.2% |
| Flowood Community Work Ctr.[b] | 1.8 | 0.6 | 4.9 | 1.8 | 0.6 | 4.9 | 0.0 | 0.0 | 2.0 |
| Mississippi State Penitentiary | 6.7 | 3.8 | 11.8 | 4.7 | 2.2 | 9.6 | 3.0 | 1.5 | 6.2 |
| Noxubee Co. Community Work Ctr. | 0.0 | 0.0 | 7.1 | 0.0 | 0.0 | 7.1 | 0.0 | 0.0 | 7.1 |
| **Missouri** | | | | | | | | | |
| Boonville Corr. Ctr. | 3.8% | 1.7% | 8.3% | 3.3% | 1.3% | 7.8% | 2.2% | 0.7% | 6.6% |
| Chillicothe Corr. Ctr.[b] | 6.0 | 3.6 | 9.9 | 4.7 | 2.7 | 8.2 | 2.0 | 0.9 | 4.4 |
| Moberly Corr. Ctr. | 5.3 | 2.9 | 9.4 | 2.3 | 0.9 | 5.9 | 2.9 | 1.3 | 6.4 |
| Women's Eastern Reception, Diagnostic and Corr. Ctr.[b] | 3.3 | 1.5 | 7.1 | 1.5 | 0.5 | 4.7 | 2.6 | 1.1 | 6.1 |
| **Montana** | | | | | | | | | |
| Montana State Prison | 13.4% | 9.1% | 19.1% | 8.1% | 4.7% | 13.7% | 7.5% | 4.6% | 11.8% |
| **Nebraska** | | | | | | | | | |
| Reception and Treatment Ctr. | 4.3% | 2.0% | 9.1% | 1.2% | 0.3% | 4.5% | 3.2% | 1.3% | 7.8% |
| **Nevada** | | | | | | | | | |
| Florence McClure Women's Corr. Ctr.[b] | 6.8% | 4.1% | 10.9% | 4.4% | 2.4% | 8.1% | 2.3% | 1.0% | 5.4% |
| **New Hampshire** | | | | | | | | | |
| New Hampshire State Prison for Men | 5.5% | 2.8% | 10.4% | 3.9% | 1.8% | 8.1% | 2.2% | 0.7% | 6.2% |
| **New Jersey** | | | | | | | | | |
| South Woods State Prison | 1.0% | 0.2% | 5.9% | 1.0% | 0.2% | 5.9% | 0.0% | 0.0% | 3.7% |
| **New Mexico** | | | | | | | | | |
| Penitentiary of New Mexico | 3.0% | 0.9% | 9.4% | 1.7% | 0.4% | 6.3% | 1.3% | 0.2% | 7.2% |
| **New York** | | | | | | | | | |
| Albion Corr. Fac.[b] | 15.6% | 9.7% | 24.0% | 12.6% | 7.4% | 20.6% | 6.9% | 3.4% | 13.4% |
| Attica Corr. Fac. | 6.1 | 3.2 | 11.5 | 0.0 | 0.0 | 2.5 | 6.1 | 3.2 | 11.5 |
| Bedford Hills Corr. Fac.[b] | 18.6 | 12.6 | 26.6 | 8.4 | 4.6 | 14.9 | 13.5 | 8.0 | 21.8 |
| Cape Vincent Corr. Fac. | 4.8 | 1.9 | 11.5 | 0.0 | 0.0 | 3.5 | 4.8 | 1.9 | 11.5 |
| Elmira Corr. Fac. | 5.0 | 1.5 | 15.1 | 0.7 | 0.1 | 4.5 | 5.0 | 1.5 | 15.1 |
| Gouverneur Corr. Fac. | 7.0 | 3.9 | 12.3 | 0.0 | 0.0 | 2.4 | 7.0 | 3.9 | 12.3 |
| Shawangunk Corr. Fac. | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ |
| **North Carolina** | | | | | | | | | |
| Avery-Mitchell Corr. Inst. | 5.6% | 2.9% | 10.5% | 1.4% | 0.4% | 4.9% | 4.2% | 2.0% | 8.7% |
| Foothills Corr. Inst. | 3.5 | 1.6 | 7.6 | 0.8 | 0.1 | 4.5 | 3.5 | 1.6 | 7.6 |
| Neuse Corr. Inst. | 3.1 | 1.3 | 7.4 | 1.3 | 0.4 | 4.5 | 3.1 | 1.3 | 7.4 |
| North Carolina Corr. Inst. for Women[b] | 7.2 | 4.2 | 12.0 | 3.6 | 1.5 | 8.3 | 4.1 | 2.1 | 8.0 |
| **North Dakota** | | | | | | | | | |
| North Dakota State Penitentiary | 3.6% | 1.9% | 6.6% | 2.1% | 0.9% | 4.7% | 2.1% | 0.9% | 5.0% |
| **Ohio** | | | | | | | | | |
| Belmont Corr. Inst. | 4.6% | 2.1% | 9.8% | 3.6% | 1.5% | 8.4% | 1.5% | 0.4% | 5.8% |
| Lake Erie Corr. Inst.[c] | 2.9 | 0.9 | 8.7 | 2.2 | 0.6 | 7.7 | 0.7 | 0.1 | 4.2 |
| Ohio Reformatory for Women[b] | 4.6 | 2.1 | 10.0 | 4.1 | 1.7 | 9.6 | 0.9 | 0.2 | 3.3 |
| Richland Corr. Inst. | 3.2 | 1.6 | 6.1 | 1.5 | 0.6 | 3.8 | 1.7 | 0.6 | 4.2 |
| Southeastern Corr. Inst. | 2.1 | 0.9 | 4.8 | 0.8 | 0.2 | 2.7 | 1.3 | 0.4 | 3.8 |
| Southern Ohio Corr. Fac. | 5.1 | 1.9 | 12.9 | 0.9 | 0.2 | 3.4 | 4.6 | 1.6 | 12.5 |

*(Continued on next page)*

**APPENDIX TABLE 2 (continued)**
**Percent of prison inmates reporting sexual victimization, by type of incident and facility, 2023–24**

| Facility name | Any sexual victimization | | | Inmate-on-inmate | | | Staff-on-inmate[a] | | |
|---|---|---|---|---|---|---|---|---|---|
| | Percent | 95% confidence interval | | Percent | 95% confidence interval | | Percent | 95% confidence interval | |
| | | Lower bound | Upper bound | | Lower bound | Upper bound | | Lower bound | Upper bound |
| **Oklahoma** | | | | | | | | | |
| Dr. Eddie Warrior Corr. Ctr.[b] | 3.3% | 1.8% | 6.1% | 3.3% | 1.8% | 6.1% | 0.4% | 0.1% | 1.8% |
| Jess Dunn Corr. Ctr. | 1.0 | 0.2 | 5.8 | 1.0 | 0.2 | 5.8 | 0.0 | 0.0 | 4.8 |
| Lawton Corr. Fac.[c] | 10.1 | 6.6 | 15.0 | 7.5 | 4.6 | 12.0 | 2.5 | 1.2 | 5.3 |
| Mabel Bassett Corr. Ctr.[b] | 4.2 | 1.8 | 9.4 | 4.1 | 1.7 | 9.2 | 0.9 | 0.2 | 3.8 |
| **Oregon** | | | | | | | | | |
| Coffee Creek Corr. Fac. - Min. Security Fac.[b] | 0.8% | 0.2% | 3.8% | 0.0% | 0.0% | 2.3% | 0.8% | 0.2% | 3.8% |
| Santiam Corr. Inst. | 2.6 | 0.9 | 7.5 | 1.1 | 0.2 | 4.9 | 2.6 | 0.9 | 7.5 |
| Snake River Corr. Inst. | 4.9 | 2.2 | 10.4 | 3.7 | 1.4 | 9.3 | 1.2 | 0.3 | 4.7 |
| **Pennsylvania** | | | | | | | | | |
| SCI Cambridge Springs[b] | 3.8% | 2.2% | 6.5% | 3.1% | 1.7% | 5.8% | 1.4% | 0.6% | 3.1% |
| SCI Dallas | 0.5 | 0.1 | 2.9 | 0.5 | 0.1 | 2.9 | 0.0 | 0.0 | 2.6 |
| SCI Forest | 2.9 | 1.3 | 6.6 | 1.2 | 0.3 | 4.3 | 1.8 | 0.6 | 4.9 |
| SCI Greene | 7.6 | 3.4 | 15.9 | 3.2 | 1.0 | 9.9 | 5.3 | 2.0 | 13.1 |
| SCI Mahanoy | 0.6 | 0.1 | 3.2 | 0.6 | 0.1 | 3.2 | 0.0 | 0.0 | 2.3 |
| SCI Muncy[b] | 6.4 | 4.1 | 9.9 | 4.6 | 2.8 | 7.5 | 2.1 | 0.9 | 4.7 |
| SCI Smithfield | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 2.1 |
| **Rhode Island** | | | | | | | | | |
| Anthony P. Travisono Intake Service Ctr. | 3.3% | 1.3% | 8.1% | 2.4% | 0.8% | 7.1% | 1.6% | 0.5% | 4.9% |
| **South Carolina** | | | | | | | | | |
| Broad River Corr. Inst. | 4.1% | 2.3% | 7.0% | 2.8% | 1.4% | 5.4% | 1.9% | 0.8% | 4.6% |
| Lieber Corr. Inst. and Reentry Ctr. | 3.0 | 1.4 | 6.5 | 0.0 | 0.0 | 1.9 | 3.0 | 1.4 | 6.5 |
| **South Dakota** | | | | | | | | | |
| South Dakota State Penitentiary | 4.9% | 2.6% | 8.8% | 4.2% | 2.1% | 8.0% | 1.3% | 0.5% | 3.9% |
| **Texas** | | | | | | | | | |
| Beauford H. Jester III Unit | 2.7% | 0.9% | 7.6% | 0.8% | 0.2% | 4.3% | 1.8% | 0.5% | 6.8% |
| Christina Melton Crain Unit[b] | 6.5 | 3.8 | 11.0 | 4.3 | 2.3 | 8.0 | 3.3 | 1.4 | 7.5 |
| Dr. Lane Murray Unit[b] | 5.7 | 3.1 | 10.2 | 4.6 | 2.3 | 9.0 | 1.7 | 0.6 | 4.8 |
| Fabian Dale Dominguez State Jail | 3.9 | 2.0 | 7.5 | 2.3 | 1.0 | 5.4 | 2.6 | 1.1 | 6.0 |
| George Beto Unit | 1.1 | 0.3 | 4.0 | 0.0 | 0.0 | 1.9 | 1.1 | 0.3 | 4.0 |
| Gregory S. Coleman Unit[b,c] | 1.0 | 0.3 | 3.3 | 1.0 | 0.3 | 3.3 | 0.0 | 0.0 | 1.6 |
| Hilltop Unit[b] | 3.2 | 1.1 | 8.7 | 1.0 | 0.2 | 5.0 | 2.2 | 0.6 | 7.6 |
| James V. Allred Unit | 6.9 | 4.1 | 11.6 | 4.7 | 2.6 | 8.2 | 3.2 | 1.4 | 6.9 |
| John M. Wynne Unit | 4.1 | 2.0 | 8.2 | 2.1 | 0.8 | 5.4 | 2.0 | 0.7 | 5.7 |
| John Montford Unit | 6.2 | 3.3 | 11.4 | 3.3 | 1.4 | 7.9 | 5.3 | 2.7 | 9.9 |
| Lucile Plane State Jail[b] | 3.5 | 1.5 | 7.9 | 2.0 | 0.7 | 5.5 | 2.2 | 0.7 | 6.4 |
| Manuel A. Segovia Unit | 1.7 | 0.5 | 6.0 | 1.7 | 0.5 | 6.0 | 0.0 | 0.0 | 2.8 |
| Mark W. Stiles Unit | 4.8 | 2.7 | 8.2 | 2.5 | 1.2 | 5.4 | 2.8 | 1.3 | 5.8 |
| Marlin Unit[b] | 1.2 | 0.4 | 3.8 | 1.2 | 0.4 | 3.8 | 0.0 | 0.0 | 1.6 |
| Memorial Unit | 5.4 | 2.9 | 9.7 | 2.4 | 1.0 | 6.0 | 3.0 | 1.3 | 6.7 |
| Reverend C.A. Holliday Unit | 0.5 | 0.1 | 2.8 | 0.5 | 0.1 | 2.8 | 0.0 | 0.0 | 2.2 |
| Sanders "Sandy" Estes Unit[c] | 1.1 | 0.3 | 4.0 | 1.1 | 0.3 | 4.0 | 0.0 | 0.0 | 2.0 |
| Travis County State Jail | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 2.6 |
| Thomas R. Mechler Unit | 1.9 | 0.7 | 5.0 | 1.2 | 0.4 | 3.8 | 0.7 | 0.1 | 3.4 |
| William G. McConnell Unit | 3.4 | 1.5 | 7.3 | 1.8 | 0.6 | 5.2 | 1.6 | 0.5 | 4.6 |
| William P. Hobby Unit[b] | 5.3 | 2.7 | 10.2 | 1.1 | 0.3 | 3.8 | 4.3 | 1.9 | 9.0 |

*(Continued on next page)*

**APPENDIX TABLE 2 (continued)**
**Percent of prison inmates reporting sexual victimization, by type of incident and facility, 2023–24**

| Facility name | Any sexual victimization | | | Inmate-on-inmate | | | Staff-on-inmate[a] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 95% confidence interval | | | 95% confidence interval | | | 95% confidence interval | |
| | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound | Percent | Lower bound | Upper bound |
| **Utah** | | | | | | | | | |
| Central Utah Corr. Fac. | 7.2% | 4.2% | 12.1% | 6.2% | 3.4% | 11.0% | 1.1% | 0.3% | 3.8% |
| **Vermont** | | | | | | | | | |
| Northern State Corr. Fac. | 6.4% | 3.2% | 12.3% | 3.1% | 1.2% | 7.9% | 5.5% | 2.5% | 11.5% |
| **Virginia** | | | | | | | | | |
| Buckingham Corr. Ctr. | 6.3% | 3.6% | 11.0% | 4.2% | 2.0% | 8.8% | 2.6% | 1.2% | 5.9% |
| Central Virginia Corr. Unit #13[b] | 4.0 | 1.4 | 11.1 | 4.0 | 1.4 | 11.1 | 2.0 | 0.4 | 9.2 |
| Coffeewood Corr. Ctr. | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 2.3 |
| Fluvanna Corr. Ctr. for Women[b] | 10.7 | 6.0 | 18.3 | 8.7 | 5.0 | 14.6 | 3.5 | 1.3 | 9.0 |
| Nottoway Corr. Ctr. | 1.3 | 0.5 | 3.3 | 0.7 | 0.2 | 2.5 | 0.6 | 0.2 | 2.4 |
| **Washington** | | | | | | | | | |
| Airway Heights Corr. Ctr. | 2.6% | 1.1% | 5.9% | 2.1% | 0.8% | 5.2% | 1.5% | 0.5% | 4.4% |
| Monroe Corr. Complex | 4.2 | 1.9 | 9.1 | 4.2 | 1.9 | 9.1 | 0.7 | 0.1 | 4.1 |
| **West Virginia** | | | | | | | | | |
| Huttonsville Corr. Ctr. and Jail | 2.6% | 0.9% | 7.6% | 2.6% | 0.9% | 7.6% | 0.8% | 0.1% | 4.4% |
| **Wisconsin** | | | | | | | | | |
| New Lisbon Corr. Inst. | 0.8% | 0.2% | 3.1% | 0.5% | 0.1% | 2.8% | 0.3% | 0.1% | 1.8% |
| Racine Corr. Inst. | 3.5 | 1.7 | 7.0 | 3.0 | 1.4 | 6.4 | 1.0 | 0.3 | 3.6 |
| Taycheedah Corr. Inst.[b] | 6.1 | 3.5 | 10.2 | 5.5 | 3.1 | 9.7 | 1.1 | 0.4 | 3.6 |
| Winnebago Corr. Ctr. | 1.0 | 0.3 | 4.0 | 1.0 | 0.3 | 4.0 | 0.0 | 0.0 | 2.5 |
| **Wyoming** | | | | | | | | | |
| Wyoming Honor Farm | 0.0% | 0.0% | 2.9% | 0.0% | 0.0% | 2.9% | 0.0% | 0.0% | 2.9% |
| Wyoming Women's Ctr.[b] | 6.1 | 4.0 | 9.2 | 4.0 | 2.3 | 7.0 | 2.1 | 0.8 | 5.0 |
| **Federal facilities (Federal Bureau of Prisons)** | | | | | | | | | |
| FCI Beaumont Low | 2.0% | 0.5% | 7.4% | 2.0% | 0.5% | 7.4% | 0.0% | 0.0% | 2.6% |
| FCI Beaumont Low SCP | 0.9 | 0.2 | 3.9 | 0.9 | 0.2 | 3.9 | 0.0 | 0.0 | 1.8 |
| FCI Coleman Low | 1.9 | 0.7 | 5.3 | 1.5 | 0.4 | 4.8 | 0.5 | 0.1 | 2.6 |
| FCI Greenville | 2.1 | 0.9 | 5.2 | 1.5 | 0.5 | 4.1 | 1.2 | 0.3 | 4.1 |
| FCI Hazelton[d] | 3.0 | 1.0 | 8.6 | 1.7 | 0.3 | 8.4 | 1.3 | 0.4 | 3.9 |
| FCI Lewisburg SCP | 4.3 | 1.9 | 9.5 | 0.0 | 0.0 | 1.8 | 4.3 | 1.9 | 9.5 |
| FCI Marianna SCP[b] | 2.6 | 1.5 | 4.7 | 0.7 | 0.2 | 2.3 | 1.9 | 1.0 | 3.7 |
| FCI Petersburg Med. | 7.0 | 4.2 | 11.7 | 4.9 | 2.8 | 8.5 | 2.8 | 1.3 | 6.1 |
| FCI Pollock | 0.7 | 0.1 | 4.3 | 0.0 | 0.0 | 2.5 | 0.7 | 0.1 | 4.3 |
| FCI Sandstone | 2.4 | 1.1 | 5.1 | 0.8 | 0.2 | 2.9 | 1.6 | 0.6 | 4.4 |
| FCI Talladega | 2.2 | 1.0 | 4.7 | 0.8 | 0.2 | 2.6 | 1.4 | 0.5 | 3.8 |
| FCI Terminal Island | 1.9 | 0.7 | 5.1 | 0.7 | 0.1 | 4.0 | 1.1 | 0.3 | 4.1 |
| FCI Victorville Med. I | 2.2 | 0.7 | 6.2 | 0.5 | 0.1 | 2.9 | 2.2 | 0.7 | 6.2 |
| FCI Waseca[b] | 4.1 | 1.7 | 9.7 | 2.9 | 1.1 | 7.5 | 1.9 | 0.5 | 6.5 |
| FCI Williamsburg SCP | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 5.0 |
| FCI Yazoo City Med. | 0.5 | 0.1 | 2.4 | 0.5 | 0.1 | 2.4 | 0.0 | 0.0 | 1.7 |
| FPC Bryan[b] | 2.1 | 0.9 | 4.8 | 0.9 | 0.3 | 2.9 | 1.2 | 0.3 | 3.9 |
| USP Pollock | 2.3 | 0.8 | 6.4 | 0.9 | 0.2 | 4.9 | 1.4 | 0.4 | 4.9 |

Note: See *Terms and definitions* for information about the type of incident. Details may not sum to totals due to rounding and because inmates could report multiple types of victimization.
^One or more inmates reporting victimization but fewer than two inmates completed alternative questionnaire at facility. Value suppressed to protect confidentiality. Data are included in national-level estimates.
[a]Called "staff sexual misconduct" in prior reports.
[b]Female facility.
[c]Privately operated facility.
[d]Facility housed both males and females; both were sampled at this facility.
Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.

**APPENDIX TABLE 3**
**Standard errors for table 1: Prison inmates reporting sexual victimization, by type of incident, 2007, 2008–09, 2011–12, 2023–24**

| Type of incident | Percent of prison inmates | | | | Number of victims in NIS-4 2023–24 |
| | NIS-1 2007 | NIS-2 2008–09 | NIS-3 2011–12 | NIS-4 2023–24 | |
| --- | --- | --- | --- | --- | --- |
| Total | 0.25% | 0.28% | 0.24% | 0.26% | 3,100 |
| Inmate-on-inmate | 0.14% | 0.20% | 0.14% | 0.17% | 2,100 |
| Forced or coerced sexual acts | 0.10 | 0.10 | 0.08 | 0.12 | 1,500 |
| Other forced or coerced sexual activity | 0.07 | 0.15 | 0.09 | 0.08 | 1,000 |
| Staff-on-inmate | 0.20% | 0.19% | 0.21% | 0.17% | 2,100 |
| Sexual acts | 0.16 | 0.14 | 0.14 | 0.13 | 1,600 |
| Other sexual activity | 0.08 | 0.08 | 0.08 | 0.07 | 900 |

Source: Bureau of Justice Statistics, National Inmate Survey, 2007, 2008–09, 2011–12, and 2023–24.

**APPENDIX TABLE 4**
**Standard errors for table 2: Prison inmates reporting sexual victimization, by type of incident and sex of inmate, 2023–24**

| Type of incident | Percent of prison inmates | | |
| | Total | Male inmates | Female inmates |
| --- | --- | --- | --- |
| Total | 0.26% | 0.28% | 0.42% |
| Inmate-on-inmate | 0.17% | 0.18% | 0.33% |
| Forced or coerced sexual acts | 0.12 | 0.13 | 0.12 |
| Other forced or coerced sexual activity | 0.08 | 0.08 | 0.28 |
| Staff-on-inmate | 0.17% | 0.19% | 0.22% |
| Sexual acts | 0.13 | 0.14 | 0.19 |
| Other sexual activity | 0.07 | 0.08 | 0.07 |

Source: Bureau of Justice Statistics, National Inmate Survey, 2023–24.



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable statistics on crime and justice systems in the United States, supports improvements to state and local criminal justice information systems, and participates with national and international organizations to develop and recommend national standards for justice statistics. Kevin M. Scott, PhD, is the acting director.

This report was written by Michael B. Field, Amy D. Lauger, and Shelby Kottke–Weaver, PhD. Shelby Kottke–Weaver, PhD, and Rachel Seo-Park, PhD, verified the report.

Eric Hendrixson edited the report. Jeffrey Link produced the report.

December 2025, NCJ 310544



NCJ 310544

**Office of Justice Programs**
**Building Solutions • Supporting Communities • Advancing Justice**
**www.ojp.gov**