**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION TO PARTIALLY CLOSE THE COURTROOM ON JUNE 8, 2026, AND SEAL CORRESPONDING SECTIONS OF THE TRANSCRIPT**

Plaintiffs respectfully move, pursuant to the Court's inherent authority to protect sensitive information, for an order partially closing the courtroom to the public during the June 8, 2026, hearing and sealing corresponding sections of the transcript. Plaintiffs have already been authorized to proceed under pseudonyms and, under Protective Orders previously entered in the above-captioned actions, Plaintiffs have been permitted to redact sensitive and identifying information in all public filings. Plaintiffs seek to close the portions of the hearing in which the plaintiff-specific information subject to the Protective Orders are referenced. Plaintiffs respectfully request prompt consideration before June 8, 2026, when the operative preliminary injunctive hearing is scheduled.

As with previously entered Protective Orders, Plaintiffs seek to shield from the public: (i) Plaintiffs' biographical details, including current and former names, dates and places of birth, professions/jobs, current and former residences, identities of family members, BOP Register Numbers, and other identification numbers; (ii) Plaintiffs' criminal history and incarceration records, including the crimes of conviction, the periods and locations of incarceration, disciplinary records, and rehabilitation activities; (iii) Plaintiffs' current and former correctional facility, unit, halfway-house, and transfer locations, including projected release and halfway-house dates; (iv) details of Plaintiffs' medical history, records, specific physical and mental-health diagnoses other than gender dysphoria, and treatments other than hormone therapy for gender dysphoria; (v) BOP medical, psychology, PREA, designation, transfer, and disciplinary records, and specific details related to past experiences of trauma, sexual assault, self-harm, and suicide attempts or ideation that could identify Plaintiffs; and (vi) any other information that could identify Plaintiffs to the public or reveal sensitive private information.

In support of this motion, Plaintiffs rely upon the accompanying memorandum of law, the Declaration of Jennifer Fiorica Delgado, and such other argument and evidence as may be presented to the Court. A proposed order is submitted herewith.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant their motion to partially close the courtroom to the public and to seal corresponding portions of the transcript.

Dated: June 4, 2026

Jennifer L. Levi (Bar. No. MA0056)
Sarah Austin (admitted *pro hac vice*)
**GLBTQ LEGAL ADVOCATES &
DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Christopher F. Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
**NATIONAL CENTER FOR LGBTQ
RIGHTS**
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org

Respectfully submitted,

/s/ *Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado (Bar. No. NY296)
Alexander Shalom (Bar No. 66195)
Natalie J. Kraner (Bar No. 66202)
Wayne Fang (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com

Eve L. Hill (Bar No. 424896)
**BROWN GOLDSTEIN & LEVY, LLP**
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030
(410) 385-0869
ehill@browngold.com

*Pro Bono Counsel for Plaintiffs*