**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

**DECLARATION OF JENNIFER FIORICA DELGADO IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY CLOSE THE COURTROOM ON JUNE 8, 2026, AND SEAL CORRESPONDING SECTIONS OF THE TRANSCRIPT**

I, Jennifer Fiorica Delgado, Esq., of full age, do hereby declare as follows:

1. I am an attorney in good standing with the United States District Court for the District of Columbia Bar and licensed to practice law in this Court, as well as in New York and New Jersey.

2. I make this declaration based on personal knowledge and pursuant to Federal Rule of Civil Procedure 65(b).

3. Plaintiffs are fourteen transgender women who are currently housed in women's prisons or women's halfway houses within the federal Bureau of Prisons (BOP) and who face the risk of imminent transfer to men's facilities and the deprivation of medically necessary treatment for gender dysphoria pursuant to Sections 4(a) and 4(c) of Executive Order 14168 and BOP policies implementing those provisions of the Executive Order.

4. Plaintiffs filed an emergency motion for a temporary restraining order and a preliminary injunction, which seeks to preserve the status quo prior to January 20, 2025, while the parties litigate the constitutionality and lawfulness of Sections 4(a) and 4(c) of Executive Order 14168 as applied to Plaintiffs (the "Emergency Motion") on May 13, 2026.

5. On May 14, 2026, this Court set a hearing on the preliminary injunction for June 8, 2026.

6. Plaintiffs informed Defendants of their intention to file this motion. Defendants represented that they took no position on the motion.

7. Although Plaintiffs will use pseudonyms during the hearing, the materials Plaintiffs intend to discuss at the preliminary injunction hearing contain ages, criminal-history information, incarceration records, current and former correctional facility and halfway-house locations, transfer information, medical and mental-health records and information, and details related to past

experiences of trauma, sexual assault, self-harm, and suicide attempts or ideation that could be identifying.

8.     Because the number of transgender women housed in women's federal prisons and women's halfway houses is extremely small, disclosure of current or former locations, biographical details, correctional information, or medical details could allow Plaintiffs' identities to be inferred with minimal public-records or internet research, or by people familiar with Plaintiffs inside BOP facilities or community placements.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: June 4, 2026                                    Respectfully submitted,

/s/ *Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com