**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

**[PROPOSED] ORDER PARTIALLY CLOSING THE COURTROOM ON JUNE 8, 2026, AND SEALING CORRESPONDING SECTIONS OF THE TRANSCRIPT**

**THIS MATTER** having been opened to the Court by Lowenstein Sandler LLP, GLBTQ Legal Advocates & Defenders, National Center for LGBTQ Rights, and Brown Goldstein & Levy, counsel for Plaintiffs, by way of a motion to partially close the courtroom during the June 8, 2026, hearing and seal corresponding portions of the transcript ("Plaintiffs' Motion"), and the Court having considered the accompanying papers and the record in the above-captioned matters; and

**WHEREAS**, Plaintiffs' counsel intends to reference Plaintiffs' ages, medical conditions, prior housing assignments, history of victimization, and history of self-harm at the June 8, 2026, hearing;

**WHEREAS**, these facts are subject to the Protective Orders issued by this Court; *see Doe v. Bondi*, No. 1:25-cv-00286-RCL, ECF No. 7 (D.D.C. Jan. 31, 2025) (order granting in part motions to seal and proceed under pseudonyms and permitting unredacted complaint and TRO materials to be filed under seal), ECF No. 57 (D.D.C. Feb. 27, 2025) (granting protective order); ECF No. 79 (D.D.C. May 6, 2026) (granting protective order); ECF No. 131 (granting motion to seal); *Jones v. Bondi*, No. 1:25-cv-00401-RCL, ECF No. 14 (D.D.C. Feb. 13, 2025) (order granting motion to proceed under pseudonym, partially seal documents, and for protective order), ECF No. 47 (D.D.C. Mar. 3, 2025) (same for newly added plaintiffs and TRO/PI materials); *Moe v. Trump*, No. 1:25-cv-00653-RCL, ECF No. 7 (D.D.C. Jan. 26, 2025) (order granting motion to seal, motion to proceed under pseudonym, and motion for protective order), ECF No. 67 (D.D.C. Apr. 10, 2025) (amended order requiring pseudonym use, redaction of identifying information, continuing protective order, and continuing sealing of specified docket entries, including ECF Nos. 3–4, 8–11, 17, 21, and 38);

**WHEREAS**, the factors outlined in *Washington Post v. Robinson*, 935 F.2d 282, 287 (D.C. Cir. 1991) all favor allowing partially closing the courtroom to the public during discussion

involving plaintiff-specific circumstances already subject to the protection of the Protective Orders;

IT IS on this _____ day of _____ 2026, ORDERED that:

1.      Plaintiffs' Motion to Partially Close the Courtroom and seal corresponding portions of the transcript is GRANTED;

2.      The courtroom will be closed during the portions of the hearing in which plaintiff-specific facts subject to the Protective Orders are referenced. Only the Court, court staff, and counsel for Plaintiffs and Defendants—including any attorney who assisted on the matter whether or not they have filed a notice of appearance—shall be permitted to remain.

3.      Any portions of the transcript of the hearing that include references to plaintiff-specific facts subject to the Protective Orders will be sealed and/or redacted from public viewing.

ORDERED this _____ day of _____, 2026.

_____
Hon. Royce Lamberth
United States District Judge