**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | |
|       Plaintiffs, | |
|     v. | No. 1:25-cv-00286-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
|       Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|       Proposed Intervenor-Defendants. | |
| JANE JONES, et al., | |
|       Plaintiffs, | |
|     v. | No. 1:25-cv-00401-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
|       Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|       Proposed Intervenor-Defendants. | |
| MARIA MOE, et al., | |
|       Plaintiffs, | |
|     v. | No. 1:25-cv-00653-RCL |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
|       Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|       Proposed Intervenor-Defendants. | |

**MOTION TO INTERVENE**

Proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio

Morais, and Keisha Williams move to intervene as defendants as of right under Federal Rule of

Civil Procedure 24(a)(2), or alternatively by permission under Rule 24(b)(1)(B).[1]

Pursuant to Local Civil Rule 7(m), counsel for Proposed Intervenor-Defendants requested Plaintiffs' and Defendants' position on this motion. Plaintiffs and Defendants oppose this motion.

June 5, 2026

Respectfully submitted,

/s/ Brian J. Field
BRIAN J. FIELD
D.C. Bar No. 985577
JOHN GREIL*
Texas Bar No. 24110856
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
bfield@schaerr-jaffe.com
jgreil@schaerr-jaffe.com

*Pro hac vice forthcoming

Counsel for Proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams

---

[1] The declarations of the plaintiffs and intervenor plaintiffs (proposed Intervenor-Defendants here) that were submitted in *Fleming v. Warden T. Rule*, No. 4:25-cv-00157-D (N.D. Tex.), are collectively attached as Exhibit A. A proposed Answer in Intervention is attached as Exhibit B solely to comply with Fed. R. Civ. P. 24(c). A proposed Opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 117] is attached as Exhibit C.