# EXHIBIT B

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | |
|      Plaintiffs, | |
|      v. | No. 1:25-cv-00286-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
|      Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|      Proposed Intervenor-Defendants. | |
| JANE JONES, et al., | |
|      Plaintiffs, | |
|      v. | No. 1:25-cv-00401-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
|      Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|      Proposed Intervenor-Defendants. | |
| MARIA MOE, et al., | |
|      Plaintiffs, | |
|      v. | No. 1:25-cv-00653-RCL |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
|      Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|      Proposed Intervenor-Defendants. | |

**[PROPOSED] ANSWER OF PROPOSED INTERVENOR-DEFENDANTS**

Proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio

Morais, and Keisha Williams hereby answer the Second Amended Complaint of Plaintiffs.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs fail to state a claim for relief.

### Second Affirmative Defense

Plaintiffs lack standing.

### Third Affirmative Defense

Plaintiffs fail to satisfy the requirements for their requested injunction.

### Fourth Affirmative Defense

Plaintiffs' requested relief would impose cruel and unusual punishment on women.

### Fifth Affirmative Defense

Plaintiffs' requested relief would violate women's right to bodily privacy.

### Sixth Affirmative Defense

Plaintiffs' requested relief is not narrowly tailored under the Prison Litigation Reform Act.

## RESPONSES

1.      This paragraph contains Plaintiffs' characterization of this action, legal conclusions, and characterizations of the cited authorities, to which no answer is required. To the extent a response is required, Intervenor-Defendants deny.

2.      Intervenor-Defendants deny the allegations in the final sentence. For the rest, Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

3.      Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

4. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

5. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

6. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

7. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

8. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

9. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

10. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

11. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

12. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

13. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

14. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

15.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

16.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

17.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

18.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

19.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

20.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

21.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

22.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

23.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

24.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

25.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

26. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

27. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

28. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

29. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

30. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

31. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

32. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

33. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

34. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

35. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

36. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

37.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

38.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

39.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

40.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

41.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

42.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

43.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

44.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

45.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

46.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

47.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

48.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

49.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

50.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

51.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

52.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in the first and last sentences of this paragraph. The remainder of this paragraph contains Plaintiffs' characterization of the cited authority, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Intervenor-Defendants deny.

53.     This paragraph contains Plaintiffs' characterization of this action and legal conclusions, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, Intervenor-Defendants deny.

54.     This paragraph contains legal conclusions, to which no response is required.

55.     This paragraph contains legal conclusions, to which no response is required.

56.     This paragraph contains legal conclusions, to which no response is required.

57.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

58.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

7

59.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

60.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

61.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

62.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

63.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

64.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

65.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

66.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

67.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

68.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

69.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

70. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

71. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

72. The first sentence of this paragraph consists of a legal conclusion, to which no response is required. Intervenor-Defendants admit the remaining allegations in this paragraph.

73. The first sentence of this paragraph consists of a legal conclusion, to which no response is required. Intervenor-Defendants admit the remaining allegations in this paragraph.

74. Intervenor-Defendants deny the first sentence of this paragraph, as BOP currently houses men in women's prisons. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the remaining allegations in this paragraph. To the extent the allegations in this paragraph characterize the cited material, Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

75. This paragraph contains Plaintiffs' characterization of the cited material, and Intervenor-Defendants respectfully refer the Court to that material for a full and accurate statement of its contents.

76. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

77. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

78. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

79.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

80.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

81.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

82.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

83.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

84.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

85.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

86.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

87.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

88.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

89.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

90.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

91.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

92.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

93.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

94.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

95.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

96.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

97.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

98.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

99.     Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

100.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

101.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

102.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

103.    This paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

104.    This paragraph contains Plaintiffs' characterization of the cited authority, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited authority for a full and accurate statement of its contents.

105.    This paragraph contains Plaintiffs' characterization of the cited authority, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited authority for a full and accurate statement of its contents.

106.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

107.    Intervenor-Defendants deny the allegations contained in the first sentence of this paragraph. The remainder of this paragraph contains Plaintiffs' characterization of the cited authority, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

108.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in the first sentence of this paragraph. The remainder of this paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact.

12

Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

109.    Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

110.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

111.    This paragraph contains Plaintiffs' characterization of the cited reports, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited reports for a full and accurate statement of its contents.

112.    This paragraph contains Plaintiffs' characterization of the cited reports, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited reports for a full and accurate statement of its contents.

113.    This paragraph contains Plaintiffs' characterization of the cited reports, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited reports for a full and accurate statement of its contents.

114.    This paragraph contains Plaintiffs' characterization of the cited reports, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited reports for a full and accurate statement of its contents.

115.    This paragraph contains Plaintiffs' characterization of the cited reports, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited reports for a full and accurate statement of its contents.

116. This paragraph contains Plaintiffs' characterization of the cited authority, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited authority for a full and accurate statement of its contents.

117. This paragraph contains Plaintiffs' characterization of the cited reports, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited reports for a full and accurate statement of its contents.

118. Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

119. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

120. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

121. This paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

122. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

123. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

124. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

125. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

14

126. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

127. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

128. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

129. Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

130. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

131. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

132. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

133. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

134. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

135. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

136. Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

137. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

138. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

139. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

140. This paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

141. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

142. Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

143. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

144. Intervenor-Defendants lack sufficient information or knowledge with which to form a belief as to the truth of the allegations in this paragraph.

145. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

146. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

147. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

148.    Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

149.    This paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

150.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

151.    This paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

152.    Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

153.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

154.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

155.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

156.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

157.    This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

158. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

159. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

160. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

161. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

162. Intervenor-Defendants incorporate their responses to the foregoing paragraphs as though fully set forth herein.

163. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

164. This paragraph contains Plaintiffs' characterization of the cited material, not allegations of fact. Intervenor-Defendants respectfully refer the Court to the cited material for a full and accurate statement of its contents.

165. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

166. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

167. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

168. This paragraph contains legal conclusions, not allegations of fact, to which no response is required.

18

The remaining portions of Plaintiffs' Second Amended Complaint contain its request for relief, to which no response is required. To the extent a response is deemed necessary, Intervenor-Defendants deny that Plaintiffs are entitled to any relief whatsoever.

June 5, 2026

Respectfully submitted,

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
JOHN GREIL*
Texas Bar No. 24110856
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
bfield@schaerr-jaffe.com
jgreil@schaerr-jaffe.com

*\*Pro hac vice* forthcoming

*Counsel for Proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams*

19