**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as<br>Acting Attorney General of the United States, et al.,<br><br>      Defendants<br>and<br><br>Brenda Leigh Kirk, Jasmine Meabon,<br>Jessica Clemencio Morais, and Keisha Williams,<br><br>      Proposed Intervenor-Defendants. | No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as<br>Acting Attorney General of the United States, et al.,<br><br>      Defendants<br>and<br><br>Brenda Leigh Kirk, Jasmine Meabon,<br>Jessica Clemencio Morais, and Keisha Williams,<br><br>      Proposed Intervenor-Defendants. | No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as<br>President of the United States, et al.,<br><br>      Defendants<br>and<br><br>Brenda Leigh Kirk, Jasmine Meabon,<br>Jessica Clemencio Morais, and Keisha Williams,<br><br>      Proposed Intervenor-Defendants. | No. 1:25-cv-00653-RCL |

**[PROPOSED] ORDER**

Upon review of the Motion to Intervene, and the entire record herein, it is hereby:

ORDERED that the motion to intervene is GRANTED; and it is

2

FURTHER ORDERED that Proposed Intervenor-Defendants shall be permitted to intervene in this action; and it is

FURTHER ORDERED that the proposed Answer and proposed Opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction shall be placed on the docket of this case.

_____
Date

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

2