**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | Civ. A. No. 25-286 (RCL)<br><br>Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

<u>NOTICE OF ILLUSTRATIVE AID</u>

For the convenience of the Court, Defendants respectfully provide notice of the attached illustrative aid to be used by Defendants at the hearing on June 8, 2026.  All information included in this chart was obtained from the Stover Declaration (ECF No. 130-1), Weidow Declaration (ECF No. 130-3), and Plaintiffs' Declarations (ECF Nos. 130-3–130-17).  Defendants will also distribute hard copies of the aid at the hearing.

Dated: June 5, 2026

Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov