*Doe v. Blanche*, Civ. A. No. 25-286 (RCL)
Defendants' Illustrative Aid: Summary of Plaintiffs' Circumstances*

| Plaintiffs' Pseudonym | Photograph | Vagino-plasty | Breast augmentation surgery | Men's facility: lower/similar assault rate than women's facility | Placed in women's facility for safety reasons | Substantiated assault victim in BOP men's facility since hormones? | Substantial suicidality increase in men's facility since hormones? |
|---|---|---|---|---|---|---|---|
| Emily Doe | | | | | | | |
| Lois Doe | | | | | | | |
| Mary Doe | | | | | | | |
| Olivia Doe | | | | | | | |

\* All information included in this chart was obtained from the Stover Declaration (ECF No. 130-1), Weidow Declaration (ECF No. 130-3), and Plaintiffs' Declarations (ECF Nos. 130-3–130-17).

*Doe v. Blanche*, Civ. A. No. 25-286 (RCL)
Defendants' Illustrative Aid: Summary of Plaintiffs' Circumstances*

| Plaintiffs' Pseudonym | Photograph | Vagino-plasty | Breast augmentation surgery | Men's facility: lower/similar assault rate than women's facility | Placed in women's facility for safety reasons | Substantiated assault victim in BOP men's facility since hormones? | Substantial suicidality increase in men's facility since hormones? |
|---|---|---|---|---|---|---|---|
| Rachel Doe | | | | | | | |
| Sally Doe | | | | | | | |
| Sara Doe | | | | | | | |
| Wendy Doe | | | | | | | |

\* All information included in this chart was obtained from the Stover Declaration (ECF No. 130-1), Weidow Declaration (ECF No. 130-3), and Plaintiffs' Declarations (ECF Nos. 130-3–130-17).

*Doe v. Blanche*, Civ. A. No. 25-286 (RCL)
Defendants' Illustrative Aid: Summary of Plaintiffs' Circumstances*

| Plaintiffs' Pseudonym | Photograph | Vagino-plasty | Breast augmentation surgery | Men's facility: lower/similar assault rate than women's facility | Placed in women's facility for safety reasons | Substantiated assault victim in BOP men's facility since hormones? | Substantial suicidality increase in men's facility since hormones? |
|---|---|---|---|---|---|---|---|
| Zoe Doe (photo > 3 years old) | | | | | | | |
| Amy Jones | | | | | | | |
| Barbara Jones | | | | | | | |
| Carla Jones | | | | | | | |

* All information included in this chart was obtained from the Stover Declaration (ECF No. 130-1), Weidow Declaration (ECF No. 130-3), and Plaintiffs' Declarations (ECF Nos. 130-3–130-17).

*Doe v. Blanche*, Civ. A. No. 25-286 (RCL)
Defendants' Illustrative Aid: Summary of Plaintiffs' Circumstances*

| Plaintiffs' Pseudonym | Photograph | Vagino-plasty | Breast augmentation surgery | Men's facility: lower/similar assault rate than women's facility | Placed in women's facility for safety reasons | Substantiated assault victim in BOP men's facility since hormones? | Substantial suicidality increase in men's facility since hormones? |
|---|---|---|---|---|---|---|---|
| Jane Jones | | | | | | | |
| Maria Moe | | | | | | | |

* All information included in this chart was obtained from the Stover Declaration (ECF No. 130-1), Weidow Declaration (ECF No. 130-3), and Plaintiffs' Declarations (ECF Nos. 130-3–130-17).