# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

# NOTICE OF ILLUSTRATIVE AID

For the convenience of the Court, Plaintiffs respectfully provide notice of the attached illustrative aid to be used by Plaintiffs at the hearing on June 8, 2026. All information included in this aid was obtained from the Gorton Declaration (ECF No. 116-19), Karasic Declaration (ECF No. 116-21), Ettner Declaration (ECF No. 116-26), McLearen Declaration (ECF No. 116-28), Weidow Declaration (ECF No. 130-3), and Plaintiffs' Declarations (ECF Nos. 116-3–116-17). Plaintiffs will also distribute hard copies of the aid at the hearing.

Dated: June 6, 2026

Respectfully submitted,

/s/ *Jennifer Fiorica Delgado*

| | |
|---|---|
| Jennifer L. Levi (Bar. No. MA0056) | Jennifer Fiorica Delgado (Bar. No. NY296) |
| Sarah Austin (admitted *pro hac vice*) | Alexander Shalom (Bar No. 66195) |
| **GLBTQ LEGAL ADVOCATES &** | Natalie J. Kraner (Bar No. 66202) |
| **DEFENDERS** | Wayne Fang (admitted *pro hac vice*) |
| 18 Tremont Street, Suite 950 | **LOWENSTEIN SANDLER LLP** |
| Boston, MA 02108 | 1251 Avenue of the Americas |
| (617) 426-1350 | New York, NY 10020 |
| jlevi@glad.org | (862) 926-2029 |
| saustin@glad.org | (973) 422-6722 |
| | jdelgado@lowenstein.com |
| | ashalom@lowenstein.com |
| Christopher F. Stoll (admitted *pro hac vice*) | nkraner@lowenstein.com |
| Amy Whelan (admitted *pro hac vice*) | wfang@lowenstein.com |
| **NATIONAL CENTER FOR LGBTQ** | |
| **RIGHTS** | |
| 870 Market Street, Suite 370 | Eve L. Hill (Bar No. 424896) |
| San Francisco, CA 94102 | **BROWN GOLDSTEIN & LEVY, LLP** |
| (415) 365-1320 | 120 E. Baltimore St., Suite 2500 |
| cstoll@nclrights.org | Baltimore, MD 21202 |
| awhelan@nclrights.org | (410) 962-1030 |
| | (410) 385-0869 |
| *Pro Bono Counsel for Plaintiffs* | ehill@browngold.com |