**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*, | |
| *Plaintiffs,* | **Case No. 1:25-cv-286-RCL** |
| **v.** | **Case No. 1:25-cv-401-RCL (consolidated)** |
| | **Case No. 1:25-cv-653-RCL (consolidated)** |
| **TODD BLANCHE**, *in his official capacity* as Acting Attorney General of the United States, *et al.*, | |
| *Defendants.* | |

## ORDER

Today, the Court issued an Order granting Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 117] for the reasons set forth in an accompanying sealed Memorandum Opinion. The Court has also docketed a version of its Memorandum Opinion with Part III.C. fully redacted. This order addresses additional pending motions and administrative matters.

Accordingly, it hereby is **ORDERED** as follows:

1.  The parties shall confer and jointly submit any proposed modifications to the redacted version of the Court's Memorandum Opinion that was filed on the public docket. Those proposals shall be filed **on or before June 11, 2026**.

2.  The hearing scheduled to take place on June 8, 2026, is **VACATED**.

3.  Plaintiffs' Unopposed Motion to Seal Filings [ECF No. 138-2] is **GRANTED**.

4.  Plaintiffs' Motion to Partially Close the Courtroom on June 8, 2026, and Seal Corresponding Sections of the Transcript [ECF No. 139] is **DENIED AS MOOT**.

1

5.  The parties shall confer and propose a briefing schedule for responses to the Motion to Intervene [ECF No. 141].  The proposed briefing schedule shall be filed **on or before June 17, 2026**.

6.  The Unopposed Motion for Leave to File Illustrative Aid Under Seal [ECF No. 142] is **GRANTED**.

7.  The Unopposed Motion for Leave to File Illustrative Aid Under Seal [ECF No. 144] is **GRANTED**.

**IT IS SO ORDERED.**

Date: _____6/7/24_____

Royce C. Lamberth
United States District Judge