**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**
**REGARDING MOTION FOR INTERVENTION**

**THIS MATTER** having been opened to the Court by proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams ("Proposed Intervenors' Motion"), and the Court having reviewed the motion; and

**WHEREAS**, both Plaintiffs and Defendants oppose Proposed Intervenors' Motion;

**WHEREAS**, Plaintiffs and Defendants propose filing memoranda of law in opposition to Proposed Intervenors' Motion on or before July 17, 2026;

**WHEREAS,** for good cause shown, it is hereby **ORDERED** that:

Plaintiffs and Defendants shall each file opposition, if any, to the Proposed Intervenor's Motion on or before July 17, 2026.

**ORDERED** this _____ day of _____, 2026.

_____
Hon. Royce Lamberth
United States District Judge