## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL FILINGS

**THIS MATTER** having been opened to the Court by Lowenstein Sandler LLP, GLBTQ Legal Advocates & Defenders, National Center for LGBTQ Rights, and Brown Goldstein & Levy, counsel for Plaintiffs, by way of a motion to seal ("Plaintiffs' Motion"), and the Court having considered the accompanying papers and the record in the above-captioned matters; and

**WHEREAS**, at the request of Plaintiffs' counsel, the Clerk of Court temporarily locked Docket Nos. 141-1 to 141-5 from the public docket;

**WHEREAS**, Defendants take no position on this motion;

**WHEREAS,** upon full consideration of Plaintiffs' Motion to Seal, and for good cause shown, it is hereby **ORDERED** that:

1. Plaintiffs' Motion is **GRANTED**;

2. Proposed Intervenor-Defendants shall comply with the Protective Orders in this litigation (*see e.g.*, *Doe* ECF Nos. 57, 79; *Moe* ECF No. 47; *Jones* ECF No. 67) and previous Orders from this Court granting motions to seal (*see, e.g.*, ECF Nos. 119, 131, 136, 149).

3. The Clerk of Court shall permanently seal Proposed Intervenor-Defendants Motion to Intervene and for Unsealing (ECF Nos. 141-1 to 141-5) as required by the Protective Orders and consistent with prior sealing orders in this case;

4. Proposed Intervenor-Defendants shall file new versions of these documents on the public docket, with redactions consistent with those proposed in **Exhibit 1**, as soon as practicable.

**ORDERED** this _17th_ day of _June_ 2026.

_Royce C. Lamberth_

Hon. Royce Lamberth
United States District Judge