**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, *et al.*, | |
| Plaintiffs, | Civ. A. No. 25-286 (RCL) |
| v. | Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the June 7, 2026 Order granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 147, amended at ECF No. 160), and the accompanying Memorandum Opinion (ECF No. 148, amended at ECF No. 161).

Dated: June 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov

*Counsel for Defendants*