**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | Civ. A. No. 25-286 (RCL)<br><br>Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

NOTICE OF ANTICIPATED TRANSFER OF ADDITIONAL
<u>PLAINTIFFS TO</u> ███████████████████████████████

Defendants previously informed this Court that, while the Federal Bureau of Prisons ("BOP") is defending the instant suit—brought by biologically male inmates who are seeking to enjoin BOP from transferring them to men's facilities—███████████████████████████████ ███████████████████ are seeking to have these males moved elsewhere, arguing that being housed with men violates their bodily integrity and amounts to cruel and unusual punishment, *Fleming v. Rule*, Civ. A. No. 25-157 (N.D. Tex.). *See* Defs.' PI Opp'n, at 34–35, ECF No. 129. Subsequently, Defendants also informed this Court that, on June 2, 2026, the *Fleming* court granted a preliminary injunction of plaintiffs in that case and ordered that BOP "shall house male inmates in a secure, segregated area at ███████████ and shall use such separate movement, routing, scheduling, or other measures as necessary to prevent overlap between male inmates and female inmates in housing and shared spaces." *See* Notice of *Fleming* PI, ECF No. 133. Defendants further informed the Court that four of the biologically male inmates housed at ███████████, who are subject to the *Fleming* preliminary injunction, are Plaintiffs in *Doe v. Blanche*, and, on June 2, 2026, in compliance with

the *Fleming* injunction, these inmates along with others at ███████████ were moved to their own housing unit. *Id.*

On June 7, 2026, this Court preliminarily enjoined Defendants from transferring Plaintiffs to men's facilities. *Doe v. Blanche*, Consol. Civ. A. No. 25-286, 2026 WL 1642068 (D.D.C. June 7, 2026), *appealed* No. 26-5238 (D.C. Cir.). In clarifying that "[n]othing in the preliminary injunction this Court issues today conflicts with the *Fleming* court's June 2 injunction," this Court stated: "Today's injunction merely enjoins the government from transferring Plaintiffs to men's prisons. It does not, at this juncture, require that Plaintiffs be housed alongside cisgender female inmates or share common spaces." *Id.* at *12.

BOP is now providing notice that it will be transferring additional biological males from the female facilities where they are currently housed ███████████████████████████ ███████████ BOP is currently finalizing transportation plans.

Dated: July 15, 2026

Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General

MARIANNE F. KIES
Assistant Branch Director

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov