**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | |
| Plaintiffs, | |
| v. | No. 1:25-cv-00286-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
| Proposed Intervenor-Defendants. | |
| JANE JONES, et al., | |
| Plaintiffs, | |
| v. | No. 1:25-cv-00401-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
| Proposed Intervenor-Defendants. | |
| MARIA MOE, et al., | |
| Plaintiffs, | |
| v. | No. 1:25-cv-00653-RCL |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
| Proposed Intervenor-Defendants. | |

**PROPOSED INTERVENOR-DEFENDANTS' MOTION**
**FOR PARTIAL RECONSIDERATION OF JUNE 18, 2026 SEALING ORDER**

Proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams ("Movants") respectfully move, pursuant to Federal Rule of Civil Procedure 54(b), for partial reconsideration of the Court's June 18, 2026 Order. *See* Order (ECF No. 159). That Order required Movants to heavily redact the memorandum in support of their motion to intervene, as well as several supporting declarations and Movants' proposed opposition to Plaintiffs' emergency motion for temporary restraining order and preliminary injunction. *See* ECF Nos. 167-1, 167-2, 167-4. Reconsideration is necessary because Movants were prevented from responding to Plaintiffs' sealed motion to seal (ECF No. 152), sealing is not supported by the *Hubbard* factors, and Plaintiffs' requested redactions substantially exceeded the terms of the governing Protective Orders. *See* Protective Orders (ECF Nos. 57, 79). Pursuant to Local Civil Rule 7(m), counsel for Movants conferred with counsel for Plaintiffs and Defendants on July 15, 2026. Plaintiffs oppose the motion, and Defendants take no position.

As reflected in the accompanying memorandum, Movants do not entirely oppose the redactions Plaintiffs requested and this Court ordered.[1] Movants do not seek reconsideration with respect to sealing the names of individual inmates or prison locations. Movants instead seek reconsideration with respect to redactions of factual events that are not connected to specific individuals. By redacting the names of individual inmates and prison locations, there is no

---

[1] Movants believe their intervention filing should have remained on the public docket without any redactions. The declarations that Movants attached and quoted are on the public docket in *Fleming v. Rule*, No. 4:25-cv-00157-D (N.D. Tex.). There is no basis for sealing such publicly available information. That said, Movants seek only partial reconsideration, assuming for the sake of this motion that some limited redactions are appropriate. But they reserve their right to seek the full unsealing of their intervention filing.

identifying information tying the factual events to individuals who are protected by the Court's Protective Order.[2]

Reconsideration is thus necessary because the Court's June 18, 2026 Order deprived Movants of their right to respond to Plaintiffs' sealed motion to seal, the governing *Hubbard* factors do not support sealing, and the Court's Order is not supported by the Protective Order.

July 16, 2026

Respectfully submitted,

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
JOHN GREIL*
Texas Bar No. 24110856
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
bfield@schaerr-jaffe.com
jgreil@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Proposed Intervenor-Defendants Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams*

---

[2] For clarity, Movants are filing sealed versions of their memorandum in support of motion to intervene, supporting declarations, and opposition to Plaintiffs' motion for temporary restraining order and preliminary injunction with their proposed revised redactions. *See* Exs. 1–3. In those documents, Movants have highlighted certain text in yellow. That is the currently redacted text for which Movants do not seek reconsideration. Movants have highlighted other text in pink. That is the currently redacted material for which Movants seek reconsideration and which Movants believe should not be redacted.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, the foregoing motion, memorandum in support, and proposed order were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

I further certify that on July 16, 2026, the supporting motion exhibits were electronically filed under seal with the Clerk of the Court using the CM/ECF system and were served on all counsel of record via electronic mail.

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577