**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | |
|        Plaintiffs, | |
|     v. | No. 1:25-cv-00286-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
|        Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|        Proposed Intervenor-Defendants. | |
| JANE JONES, et al., | |
|        Plaintiffs, | |
|     v. | No. 1:25-cv-00401-RCL |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
|        Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|        Proposed Intervenor-Defendants. | |
| MARIA MOE, et al., | |
|        Plaintiffs, | |
|     v. | No. 1:25-cv-00653-RCL |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
|        Defendants | |
| and | |
| Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais, and Keisha Williams, | |
|        Proposed Intervenor-Defendants. | |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS'**
**MOTION FOR PARTIAL RECONSIDERATION OF JUNE 18, 2026 SEALING ORDER**

2

Upon consideration of Proposed Intervenor-Defendants' Motion for Partial Reconsideration of the June 18, 2026 Sealing Order, any opposition and reply, the record in these consolidated actions, and the applicable law, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that paragraph 4 of the Court's June 18, 2026 Order, ECF No. 159, is modified as follows:

1.  Proposed Intervenor-Defendants shall file revised public versions of ECF Nos. 141-1, 141-2, and 141-4 that retain the redactions highlighted in yellow in Exhibits 1–3, while restoring without redactions the pink-highlighted material.

SO ORDERED.

_____
Date

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

2