**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, *in his official capacity* as President of the United States, et al., | |
| Defendants. | |

**NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS'**
**EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION,**
**OR IN THE ALTERNATIVE,**
**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY**
**INJUNCTION**

Plaintiffs Emily Doe, Zoe Doe, Mary Doe, Carla Jones, Sara Doe, Maria Moe, Olivia Doe, and Amy Jones respectfully move, pursuant to the Court's inherent authority to enforce its orders and Federal Rule of Civil Procedure 65(d), for an order enforcing the Court's June 7, 2026, Preliminary Injunction, Dkt. No. 160, or, in the alternative, for a temporary restraining order and preliminary injunction enjoining Defendants from continuing to violate the terms of the June 7th Preliminary Injunction, 28 C.F.R. § 115.42(g), and Plaintiffs' constitutional rights. Plaintiffs respectfully request expedited consideration of this motion in light of the ongoing and irreparable harm caused by Defendants' noncompliance.

Notwithstanding the Court's June 7th Preliminary Injunction's clear and unambiguous requirement that Defendants "maintain and continue" each Plaintiff's "housing status in women's facilities . . . unless or until such time as such Plaintiff is released from the custody of the BOP," ECF No. 160 at 2, and purportedly to comply with a June 2, 2026, preliminary injunction entered in *Fleming v. Rule*, No. 4:25-cv-0157-D (N.D. Tex.), Defendants have confined four plaintiffs, and intend to confine four more, in a segregated, quasi-solitary unit that impedes access to medical and legal visits and strips them of virtually all programming, education, recreation, and meaningful social contact, far exceeding any measure necessary to comply with the *Fleming* order and independently violating the Prison Rape Elimination Act regulation prohibiting categorical segregation of transgender incarcerated people, 28 C.F.R. § 115.42(g), and Plaintiffs' constitutional rights. As set forth in detail in the accompanying memorandum of law and supporting declarations, the Plaintiffs already housed in the segregated unit are suffering severe and escalating harm, including resurgent gender dysphoria, loss of clinical progress achieved over years in general population, deteriorating mental health, and, for at least one Plaintiff, the resurgence of suicidal ideation. Absent immediate intervention by the Court, Plaintiffs will continue to suffer harm that

cannot be remedied through an award of money damages, and Defendants will continue to act in contravention of a binding Order of this Court and other applicable law.

In support of this motion, Plaintiffs rely upon: the accompanying memorandum of law; the declarations of Plaintiffs Emily Doe, Zoe Doe, Mary Doe, and Carla Jones, who have been housed in the segregated unit; the expert declaration of Dr. Randi Ettner and the exhibits submitted herewith; the record in the above-captioned actions, and such other argument and evidence as may be presented to the Court.  A proposed order is submitted herewith.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order enforcing its preliminary injunction or grant new injunctive relief requiring Defendants to: (1) Transfer all Plaintiffs housed in the segregated unit to general population in other women's facilities according to BOP's ordinary individualized designation process and all applicable PREA regulations, or in alternative, restore their access to programming, education, recreation, medical and mental health care, movement, and out-of-unit time comparable to that offered in general population; (2) refrain from transferring additional Plaintiffs to the segregated unit and return any Plaintiffs already so transferred to an appropriate placement in general population of a women's facility consistent with BOP's ordinary individualized designation process and all applicable PREA regulations; (3) refrain from creating dedicated units or facilities for transgender women in violation of 28 C.F.R. § 115.42(g); and (4) comply with any other relief the court deems necessary and appropriate to enforce its orders and aid in its exercise of jurisdiction over this matter.

Dated: July 17, 2026                                    Respectfully submitted,

                                                        /s/ *Jennifer Fiorica Delgado*

Jennifer L. Levi (Bar. No. MA0056)                      Jennifer Fiorica Delgado (Bar. No. NY296)
Sarah Austin (admitted *pro hac vice*)                  Alexander Shalom (Bar No. 66195)
**GLBTQ LEGAL ADVOCATES &**                             Natalie J. Kraner (Bar No. 66202)
**DEFENDERS**                                           Wayne Fang (admitted *pro hac vice*)
18 Tremont Street, Suite 950                            **LOWENSTEIN SANDLER LLP**
Boston, MA 02108                                        1251 Avenue of the Americas
(617) 426-1350                                          New York, NY 10020
jlevi@glad.org                                          (862) 926-2029
saustin@glad.org                                        (973) 422-6722
                                                        jdelgado@lowenstein.com
                                                        ashalom@lowenstein.com
Christopher F. Stoll (admitted *pro hac vice*)          nkraner@lowenstein.com
Amy Whelan (admitted *pro hac vice*)                    wfang@lowenstein.com
**NATIONAL CENTER FOR LGBTQ**
**RIGHTS**
1401 21ˢᵗ Street #11548                                 Eve L. Hill (Bar No. 424896)
Sacramento, CA 95811                                    **BROWN GOLDSTEIN & LEVY, LLP**
(415) 365-1320                                          120 E. Baltimore St., Suite 2500
cstoll@nclrights.org                                    Baltimore, MD 21202
awhelan@nclrights.org                                   (410) 962-1030
                                                        (410) 385-0869
                                                        ehill@browngold.com
*Pro Bono Counsel for Plaintiffs*