**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al., | Case No. 1:25-cv-00286-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| JANE JONES, et al., | Case No. 1:25-cv-00401-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al., | |
| Defendants. | |
| MARIA MOE, et al., | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | **DECLARATION OF EMILY DOE** |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

1

I, Emily Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am using the pseudonym Emily Doe to protect myself. I am submitting this declaration in support of my request to the Court to enforce the preliminary injunction entered on June 7, 2026. I am over the age of 18 and fully competent to make this declaration.

2. Since ▮▮▮, I have been housed in ▮▮▮▮▮▮, a women's facility within the Federal Bureau of Prisons. At ▮▮▮▮▮, my gender dysphoria and mental health improved. I became less depressed and less anxious, and it became much easier to manage thoughts of self-harm. I was comfortable engaging in programing.

3. But, early in June 2026, I was told that I was being transferred to a new unit. I later learned the BOP was transferring me because of the *Fleming* case from Texas. I did not understand anything about that case, but I initially felt okay because I was able to remain at a women's prison.

4. But soon after the Court entered a new preliminary injunction in this case, it became clear that I was being held in these new unfair conditions because I am a transgender woman. My physical and mental health have started to suffer, and my gender dysphoria symptoms are as severe as I can ever remember them being.

5. The unit currently houses six women; all of us are transgender. We are housed in three cells, with two women housed in each cell. We are not allowed to leave the unit unless we are escorted and surrounded by corrections officers. Because of the staffing required to move us, the officers never want to bring us anywhere. Meals are delivered to the unit and we must eat in the unit, or sometimes in our cells. We shower in the unit. We must use the toilet in our cell, in front of our cellmate. This is very different from when I was housed in general population with

privacy doors when we needed to use the toilet. We order commissary from the unit. Other than for recreation, we have no opportunities to leave the unit for any programming in the rest of the prison. We have no opportunities at all to interact with other incarcerated women outside of the unit.

6.     I used to spend a lot of time with other incarcerated women, who I saw as my sisters, in a sense. These women were my support system. We would eat meals together, do craft activities together (I especially liked to knit with them), take walks on the track, help each other with our make-up and hair, and generally enjoy each other's company. Having that community of friends helped reinforce that I am a woman and helped combat the agonizing symptoms of gender dysphoria. But now the BOP is telling me that I am a "biological male" and keeping me away from my sisters.

7.     Living in the unit where they are keeping us is extremely hard. Our access to programing is virtually non-existent. When I was in general population, I was in line to participate in the ▮▮▮▮▮▮▮▮ program (I believe I was 20th on the waiting list) and was planning to apply to participate in a ▮▮▮▮▮ program run by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Because they will not let us leave the unit, all of that programming is now unavailable. On July 15, 2026, BOP staff offered for us to participate in a program of some sort. I am not certain what exactly the program is; they mentioned we would use yoga mats. But I know it was not a program that addressed my specific needs or interests, like the programs that were available when I was in general population.

8.     Recreation has been particularly bad. At first, indoor recreation occurred on our unit and did not include the wide variety of exercise equipment and hobbies and crafts that are available in general population. Since July 14, 2026, we have been using the same indoor

3

recreation space we used to, but we still do not have full access to equipment. For example, I asked to use a guitar and was told that they could not open the room in which it is kept. We also cannot interact with any other women for recreation like we used to do.

9.      In our first weeks in this unit, we were offered outdoor recreation. But that was extremely limited, as we were confined to a small patio without any of the different types of exercise equipment that exist for general population. Before I was on this unit, I used to spend most of my time interacting with my friends and it was the part of the day I most looked forward to. If we weren't crafting, we might walk the track, talk, and look at whatever wildlife came around. The outdoor recreation offered on this unit was on a small, hot, patio that doesn't have any equipment or activities to do. But since July 14th, we have not even been offered an opportunity to go outside.

10.      The conditions remind me of being in the SHU. I call our current situation "SHU-lite." We're allowed out of our cells and we have access to commissary and phones, but otherwise the conditions are very similar. The SHU is used to punish people. But now I'm in these conditions because I am a transgender woman.

11.      I am feeling very anxious and depressed living in this unit. I am experiencing extreme fear and paranoia; I am fearful that I am about to be transferred to a men's prison. When they tried to transfer me to a men's prison in 2025, they first put me in a segregated unit with other transgender women. The psychologist says my fear is a manifestation of my ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. I have not been able to sleep at night; my body only seems to be able to sleep during the day when others are out of their cells in the unit. I cannot see my friends, I have no chance to participate in general educational or work programming, and we are treated like we do not belong. Because we are in a separate unit and cannot leave, we also cannot just go to medical or go see our

4

counselors. When I first asked to speak to someone from psychology, it took weeks before someone came to the unit to speak with me. Since then, I have had other contacts with psychology, but always on the unit.

12.     I was scheduled for  But no one came to get me for and I've been told it was cancelled, although I haven't been given an explanation. I am anxious to get the

13.     When I first got to this unit, I talked to a counselor about transferring to the ▮▮ ▮▮▮▮ , which would allow me to work constructively on some of the trauma I've suffered. I put in a written request to transfer to that program, which is offered in two other women's prisons. It first seemed like staff were prepared to help facilitate my transfer. But recently, it has become clear that BOP is not planning to help me transfer to a prison that has the ▮▮▮▮▮ I feel like this is another way that BOP is targeting me for being a transgender woman.

14.     This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a July 16, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in San Francisco, CA on this 17th day of July, 2026,

/s/Alexander Shalom

Emily Doe c/o Alexander Shalom