# RANDI ETTNER, PHD

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of
     Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Past Secretary, World Professional Association for Transgender Health
     (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee Curriculum Development, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
     Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international
     appearances)
Internationally syndicated columnist on women's health issues
Private practitioner
Adjunct Medical staff; Department of Medicine: Weiss Memorial Hospital,
     Chicago,  IL
Advisory Council, National Center for Gender Spectrum Health
Global Clinical Practice Network; World Health Organization
Harvard Law School LGBTQ Clinic Leadership Council

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

**CLINICAL AND PROFESSIONAL EXPERIENCE**

2017-2026    Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery

Consultant: Walgreens; Tawani Enterprises; Starbucks, Rush University Medical Center

2015-2017    Private practitioner: clinical and forensic practice; Medical staff attending psychologist Advocate Lutheran General Hospital

2013    Instructor, Prescott College: Gender-A multidimensional approach

ICD-11 Member of International Working Group

2011

Consultant to Wisconsin Public Schools

2010

President New Health Foundation Worldwide

2000    Instructor, Illinois School of Professional Psychology

1995-present    Supervision of clinicians in counseling gender non-conforming clients

1993    Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota

1992    Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy

1983-1984    Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois

1981-1984    Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology

1976-1978    Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry

1975-1977    Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry

1971    Research Associate, Department of Psychology, Indiana University

1970-1972    Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University

1969-1971    Experimental Psychology Laboratory Assistant, Department of Psychology, Indiana University

## INVITED PRESENTATIONS AND GRAND ROUNDS

*Evolution of Transgender Prisoners' Access to Health Care Behind Bars: 25 Years of Expert Witness Experience Using the WPATH SOC (Versions5-8).* WPATH 28th Scientific Symposium, Lisbon, Portugal, 2024. Ettner, R. and Brown, G.

*Clinical Perspectives and the Experience of Transgender Prisoners* Federal Death Penalty Strategy Session, 2023

IGEN POLITICS intergenerational politics podcast; July, 12, 2023 Episode 199; Apple Podcast, Spotify, YouTube

*Working with Transgender Clients* National Employment Lawyers Association, St. Louis, MO, 2023

*Shifting Sands: Challenges in Providing Surgical Care* American Society of Reconstructive Microsurgery, Miami, FL 2023

*The Standard of Care for Institutionalized Persons* WPATH 27th Scientific Symposium, Montreal, Canada 2022

*Healthcare for Transgender Prisoners* Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients;* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Development Initiaves, Vietduc University Hospital, Hanoi, Vietnam, 2020

*What Medical Students Need to Know about Transgender Health Care,* American Medical Student Association, webinar presentation, 2019

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries* Schechter, L., White, T., Ritz, N., Ettner, R. Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team*, *pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016

*Tomboys Revisited: Replication and Implication;* Amsterdam, Netherlands, 2016

*Orange Isn't the New Black Yet-* Care for incarcerated transgender persons, WPATH symposium, Amsterdam, Netherlands, 2016

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016

*Foundations in mental health;* WPATH Global Education Initiative, Chicago, IL 2015

*Role of the mental health professional in legal and policy issues,* WPATH Global Education Initiative, Chicago, IL 2015

*Healthcare for transgender inmates;* WPATH Global Education Initiative, Chicago, IL 2015

*Children of transgender parents;* WPATH Global Education Initiative; Atlanta, GA, 2016

*Transfeminine genital surgery assessment:* WPATH Global Education Initiative, Columbia, MO, 2016

*Foundations in Mental Health;* WPATH Global Education Initiative; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018.

*Role of the forensic psychologist in transgender care;* WPATH Global Education Initiative, Minneapolis, MN, 2017; Columbus, Ohio, 2017.

*Pre-operative evaluation in gender affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy;* Fenway Health Clinic, Boston, 2015

*Transgender surgery-* Midwestern Association of Plastic Surgeons, Chicago, 2015

*Assessment and referrals for surgery-Standards of Care-* Fenway Health Clinic, Boston, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*How do patients choose a surgeon?* WPATH Symposium, Bangkok, Thailand 2014

*Healthcare for transgender inmates*- American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success*- American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus*- Prescott College, Prescott, AZ, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender*- Nielsen Corporation, Chicago, 2013

*Grand Rounds: Evidence-based care of transgender patients*- North Shore University Health Systems, University of Chicago, Illinois, 2011

*Care of the aging transgender patient University of California San Francisco, Center for Excellence, 2013*

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies*- Oslo, Norway, 2009

*Children of Transsexual Parents*-International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexual Parents*- Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law*- DePaul University College of Law, Chicago, Illinois, 2003

*Family and Systems Aggression against Providers,* WPATH Symposium, Ghent, Belgium 2003

*Children of Transsexual Parents*-American Bar Association annual meeting, New York, 2000

*Grand Rounds: Gender Incongruence in Adults,* St. Francis Hospital, 1999.

*Gender Identity, Gender Dysphoria and Clinical Issues*:

WPATH Symposium, Bangkok, Thailand, 2014
Argosy College, Chicago, Illinois, 2010
Cultural Impact Conference, Chicago, Illinois, 2005

Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005

Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005

Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009

Rush North Shore Hospital, Skokie, Illinois, 2004

Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003

James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002

Sixth European Federation of Sexology, Cyprus, 2002

Fifteenth World Congress of Sexology, Paris, France, 2001

Illinois School of Professional Psychology, Chicago, Illinois 2001

Lesbian Community Cancer Project, Chicago, Illinois 2000

Emory University Student Residence Hall, Atlanta, Georgia, 1999

Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998;

In the Family: Psychotherapy Network National Convention, San Francisco, California, 1998;

Evanston City Council, Evanston, Illinois 1997;

Howard Brown Community Center, Chicago, Illinois, 1995;

YWCA Women's Shelter, Evanston, Illinois, 1995;

Center for Addictive Problems, Chicago, 1994

Highland Park Early Child Development Program, Highland Park, IL 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984
*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1990

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

## PUBLICATIONS

Hamadian, A., Whitney, N., Reynolds, A., Stoehr, J., Ettner, R. (2024) Improving access to care and consent for transgender and gender diverse youth in the United States. *Georgian Medical News*, 1(346).

Ettner, R., Schechter, L., & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 3rd edition; Routledge, (under contract).

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et. al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23:sup1S1-S259.

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R., Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Genital Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: 2025

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine,*9(7):605.

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Ettner, R.  Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R.  Pre-operative evaluation. In Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017.

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism. Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Principles of Transgender Medicine and Surgery. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in Diseases and Disorders, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in Transgender Subjectives: A Clinician's Guide Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. Encyclopeida of Sex and Gender. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. Gender Loving Care: A Guide to Counseling Gender Variant Clients. WW Norton, 2000.

*Social and Psychological Issues of Aging in Transsexuals*, proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

*The Role of Psychological Tests in Forensic Settings*, *Chicago Daily Law Bulletin,* 1997.

Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender. Chicago Spectrum Press. 1996.

*Post-traumatic Stress Disorder*, *Chicago Daily Law Bulletin*, 1995.

*Compensation for Mental Injury, Chicago Daily Law Bulletin*, 1994.

*Workshop Model for the Inclusion and Treatment of the Families of Transsexuals,* Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

*Transsexualism- The Phenotypic Variable,* Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

*The Work of Worrying: Emotional Preparation for Labor* in Pregnancy as Healing. A Holistic Philosophy for Prenatal Care, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

## PROFESSIONAL AFFILIATIONS

University of Minnesota Institute for Sexual and Gender Health–Leadership Council

American College of Forensic Psychologists

World Professional Association for Transgender Health

WPATH GEI SOC 8 Certified Member

New Health Foundation Worldwide

World Health Organization (WHO) Global Access Practice Network

TransNet national network for transgender research

American Psychological Association

American College of Forensic Examiners

Society for the Scientific Study of Sexuality

Screenwriters and Actors Guild

Phi Beta Kappa


## **AWARDS AND HONORS**

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

Sponsor 2nd International Trans Studies Conference 2025

**LICENSE**

Clinical Psychologist, State of Illinois, 1980