UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JANE DOE**, *et al.*,

    *Plaintiffs,*

**v.**

    Case No. 1:25-cv-286-RCL
    Case No. 1:25-cv-401-RCL (consolidated)
    Case No. 1:25-cv-653-RCL (consolidated)

**TODD BLANCHE**, *in his official capacity
as* Acting Attorney General of the United
States, *et al.*,

    *Defendants.*

## ORDER

On July 29, 2026, the Court held a hearing in open court to entertain oral arguments regarding Plaintiffs' Emergency Motion to Enforce Preliminary Injunction, or in the Alternative, Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 183]. During the hearing, the Court directed the plaintiffs to submit a proposed order along with proposed factual findings, which the plaintiffs did by in camera email on August 3, 2026. Upon review of the plaintiffs' submission, it is

**ORDERED** that the Clerk of Court shall docket under seal the plaintiffs' submission, which is titled "[Proposed] Findings of Fact and Law in Support of Order Granting Plaintiffs' Motion to Enforce the Court's June 7, 2026, Preliminary Injunction or, in the Alternative, Motion for a TRO and Preliminary Injunction"; and it is further

1

ORDERED that the defendants shall file any opposition to the plaintiffs' submission under seal on or before 5:00 p.m. on Friday, August 7, 2026.

SO ORDERED.

Date:   8/4/26

ROYCE C. LAMBERTH
United States District Judge