**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE, et al.,

Plaintiffs,

v.

TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,

Defendants.

Case No. 1:25-cv-00286-RCL

JANE JONES, et al.,

Plaintiffs,

v.

TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,

Defendants.

Case No. 1:25-cv-00401-RCL

MARIA MOE, et al.,

Plaintiffs,

v.

DONALD TRUMP, *in his official capacity* as President of the United States, et al.,

Defendants.

Case No. 1:25-cv-00653-RCL

**PLAINTIFFS' MOTION FOR A NEW PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Emily Doe, Lois Doe, Mary Doe, Olivia Doe, Rachel Doe, Sally Doe, Sara Doe, Wendy Doe, Zoe Doe, Amy Jones, Barbara Jones, Carla Jones, Jane Jones, and Maria Moe respectfully file this motion for entry of a new preliminary injunction as to all Defendants.

Plaintiffs seek an order enjoining Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Sections 4(a) and 4(c) of Executive Order 14168 as to Plaintiffs and further requiring Defendants to maintain Plaintiffs' housing status in women's facilities and medical care consistent with the status quo before January 20, 2025, while this litigation proceeds.

In support of this motion, Plaintiffs rely upon their Memorandum of Law in Support of Plaintiffs' Motion for a New Preliminary Injunction; the Declaration of Jennifer Fiorica Delgado; Plaintiffs' May 13, 2026, Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 117), including the accompanying plaintiff declarations (ECF No.117-3 to -17) and expert declarations (ECF No. 117-18 to -28); and such other argument and evidence as may be presented to the Court. A proposed form of order is submitted herewith.

Pursuant to Local Rule 7(m), Plaintiffs met and conferred with Defendants. Defendants position is as follows: Defendants oppose the relief sought in this motion because the Federal Bureau of Prison's practice of segregating based on sex in prison housing is not prohibited by the Eighth Amendment and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. (*See* ECF No. 132 (Defendants' response to Plaintiffs' preliminary injunction motion).) Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction is not the least intrusive means to correct

the alleged harm, in violation of the Prison Litigation Reform Act. (*See id.*) Defendants do not plan on filing any further opposition.

WHEREFORE, Plaintiffs respectfully request that the Court enter a new preliminary injunction prohibiting Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Sections 4(a) and 4(c) of Executive Order 14168 against any Plaintiff in this action for the period from September 7, 2026 to December 6, 2026; and requiring Defendants to maintain Plaintiffs' housing status in women's facilities and to continue providing Plaintiffs medical treatment for gender dysphoria and any medically necessary post-surgical care consistent with the policies in place immediately before January 20, 2025.

Dated: August 18, 2026

Respectfully submitted,

/s/ *Jennifer Fiorica Delgado*

Jennifer Fiorica Delgado (Bar. No. NY296)
Alexander Shalom (Bar No. 66195)
Natalie J. Kraner (Bar No. 66202)
Wayne Fang (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com

Eve L. Hill (Bar No. 424896)
**BROWN GOLDSTEIN & LEVY, LLP**
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030
(410) 385-0869
ehill@browngold.com

Jennifer L. Levi (Bar. No. MA0056)
Sarah Austin (admitted *pro hac vice*)
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Christopher F. Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
**NATIONAL CENTER FOR LGBTQ RIGHTS**
1401 21st Street #11548
Sacramento, CA 95811
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org

*Pro Bono Counsel for Plaintiffs*