**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Civ. A. No. 25-286 (RCL)<br><br>Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil 7(h)(1), Defendants hereby submit this statement of material facts for which there is no genuine issue.

1. On January 20, 2025, President Trump issued Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025) (EO).

2. This order states that the Administration will "defend women's rights" and promote women's "dignity, safety, and well-being" through "policies that recognize women are biologically female, and men are biologically male." EO § 1.

3. Section 4(a) requires the Attorney General to "ensure that males are not detained in women's prisons or housed in women's detention centers." EO § 4(a).

4. Consistent with the EO and BOP's authority over classification and designation decisions, *see* 18 U.S.C. § 3621(b), BOP has determined that it is the agency's "correctional

judgment that housing inmates according to their biological sex ensures bodily privacy and safety for all inmates[.]" Stover Decl. ¶ 23, ECF No. 130.

5. This is a change from the prior BOP policy, which did not bar male trans-identifying inmates from being housed in women's prison in certain limited circumstances. Stover Decl. ¶ 5; *see also id.* ¶¶ 29, 33, 38, 43, 46, 49, 55, 58, 61, 65-67, 69.

6. The vast majority of male trans-identifying inmates are currently housed in men's facilities. *See* ECF No. 52-1, at 2 (explaining that, as of February 2025, there were "1,488 biological male inmates who identify as female" in BOP custody and only 22 were "living in female institutions").

7. Plaintiffs are biological males. Stover Decl. ¶¶ 8–18.

8. Plaintiffs are currently housed in women's facilities (except one who is on home confinement). *Id.* ¶¶ 14-17; Stover Decl. (July 24, 2026) ¶¶ 13, 16, ECF No. 189-2.

9. BOP has designated placements of Plaintiffs in men's facilities. Stover Decl. ¶¶ 22, 64–68,

10. As a result of the preliminary injunctions in this case, the housing assignments to men's facilities have not been effectuated. *E.g.*, ECF No. 147.

Dated: September 4, 2026

Respectfully submitted,
BRETT A. SHUMATE
Assistant Attorney General

MARIANNE F. KIES
Assistant Branch Director

*/s/ M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov