**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | Civ. A. No. 25-286 (RCL)<br><br>Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment and to Dismiss, and any response thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants as to all claims.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

DATED:__________

______________________
Royce C. Lamberth
United States District Judge