**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *in his official capacity* as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Emily Doe, Mary Doe, Olivia Doe, Sara Doe, Zoe Doe, Amy Jones, Carla Jones, and Maria Moe respectfully file this motion for entry of a preliminary injunction as to all Defendants.

Plaintiffs Emily Doe, Zoe Doe, Mary Doe, Carla Jones, Sara Doe, Maria Moe, Olivia Doe, and Amy Jones seek an order: (1) enjoining Defendants and their officers, employees, servants, agents, appointees, and successors from maintaining a segregated unit for transgender women based solely on their transgender status that was created specifically to separate transgender women in BOP facilities from non-transgender women, and (2) requiring Defendants to restore, maintain, and continue Plaintiffs Emily Doe, Zoe Doe, Mary Doe, Carla Jones, Sara Doe, Maria Moe, Olivia Doe, and Amy Jones's housing in general population in women's facilities, subject to generally applicable disciplinary or administrative rules in those facilities, consistent with the status quo before January 20, 2025.

In support of this motion, Plaintiffs rely upon their Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction; the Declaration of Natalie Kraner; the Declaration of Randi Ettner; the Declaration of Alexander Shalom; the Declarations of Emily Doe, Zoe Doe, Mary Doe, Carla Jones, Sara Doe, Maria Moe, Olivia Doe, and Amy Jones; and such other argument and evidence as may be presented to the Court. A proposed form of order is submitted herewith.

Dated: September 4, 2026

Respectfully submitted,

/s/*Natalie J. Kraner*
Natalie J. Kraner (Bar No. 66202)
Jennifer Fiorica Delgado (Bar No. NY296)
Alexander Shalom (Bar No. 66195)
Wayne Fang (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com

Eve L. Hill (Bar No. 424896)
**BROWN GOLDSTEIN & LEVY, LLP**
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030
(410) 385-0869
ehill@browngold.com

Jennifer L. Levi (Bar. No. MA0056)
Sarah Austin (admitted *pro hac vice*)
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Christopher F. Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
**NATIONAL CENTER FOR LGBTQ RIGHTS**
1401 21st Street #11548
Sacramento, CA 95811
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org

*Pro Bono Counsel for Plaintiffs*