**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *in his official capacity* as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL |

**DECLARATION OF NATALIE KRANER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Natalie Kraner, Esq., of full age, do hereby declare as follows:

1. I am an attorney in good standing with the United States District Court for the District of Columbia Bar and licensed to practice law in this Court, as well as in New York and New Jersey.

2. I make this declaration based on personal knowledge and pursuant to Federal Rule of Civil Procedure 65(b).

3. Plaintiffs are eight transgender women who were removed from general population in women's federal prisons across the country and confined to a single, restrictive unit that Defendants created specifically to separate transgender women in BOP facilities from non-transgender women.

4. Plaintiffs are filing a motion for a preliminary injunction, which seeks an order: (1) enjoining Defendants and their officers, employees, servants, agents, appointees, and successors from maintaining a segregated unit for transgender women based solely on their transgender status that was created specifically to separate transgender women in BOP facilities from non-transgender women, and (2) requiring Defendants to restore, maintain, and continue Plaintiffs Emily Doe, Zoe Doe, Mary Doe, Carla Jones, Sara Doe, Maria Moe, Olivia Doe, and Amy Jones's housing in general population in women's facilities, subject to generally applicable disciplinary or administrative rules in those facilities, consistent with the status quo before January 20, 2025.

5. The Motion is supported by Plaintiffs' memorandum of law, a declaration from Randi Ettner, a declaration from Alexander Shalom, declarations from Plaintiffs, and other materials submitted in the record of these consolidated actions.

6. Copies of all pleadings and papers filed in the above-captioned actions to date have been provided to Defendants via electronic filing. All papers filed concurrently with the Motion,

and all papers to be presented to the Court at any hearing, will be provided to Defendants simultaneously via electronic filing and by email to counsel of record.

7. In conjunction with the Motion, Plaintiffs are also filing a Motion to File Documents Under Seal, based on the specific risks and harms that would follow from revealing Plaintiffs' identities, locations, personal histories, and medical information.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: September 4, 2026

/s/ *Natalie Kraner*

Natalie Kraner
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
nkraner@lowenstein.com