# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE, et al.,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,

Defendants.

Case No. 1:25-cv-00286-RCL

JANE JONES, et al.,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,

Defendants.

Case No. 1:25-cv-00401-RCL

MARIA MOE, et al.,

Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 1:25-cv-00653-RCL

**DECLARATION OF MARY DOE**

I, Mary Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am submitting this declaration in support of my request to the Court to enforce the preliminary injunction entered on June 7, 2026. I am using the pseudonym Mary Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. Since [redacted], I have been housed in BOP facilities for women. Placement in women's facilities has been helpful for my health. My gender dysphoria and [redacted] symptoms improved; I have been less depressed, less anxious, and had fewer thoughts of self-harm.

3. Since [redacted], I have been housed at [redacted]. Other than some periods where I was held in medical isolation, I had been housed in general population at [redacted].

4. In the first days of June, 2026, I was told that, because of a case in Texas to which I am not a party, I was being transferred to a new unit. I was initially confused, but relieved that I was able to remain at a women's prison. That was how I felt when the Court entered a new preliminary injunction on June 7, 2026.

5. But, as the conditions in which I was being held and the way I was being treated became clearer, that relief turned to concern and then despair. My health has started to suffer, and my gender dysphoria symptoms are through the roof. I am so anxious that I am unable to sleep. My mind seems to race all night. Once I am eventually able to fall asleep, I've been sleeping into the daytime. I am also extremely depressed.

6. I am currently being housed in [redacted]. I am one of only six women housed there. All of us are transgender women. We are currently being held in three different rooms, each with two people in it.

7. We spend all of our time in the unit. We shower on the unit. We have toilets in our cells. We have so much less privacy than we've had before. Male staff work in our housing unit and can see us when we are on the toilet and even in the shower. When I was in general population, only female staff could access the bathroom spaces or places where we change clothes. But in [redacted] that limitation is not being honored. We eat all of our meals on the unit, sometimes in our cells and sometimes elsewhere in the unit. The meals are delivered by staff. If we want to order something from commissary, we have to do it from the unit.

8. We have no access to any of the programing we used to because it takes place in parts of the facility that we are no longer allowed to access. I was on the waitlist for [redacted] and had signed up for other classes related to my mental health. I cannot access any of that from [redacted]. We have been told that they will run a class on the unit called something like "Reflections"; it will happen for an hour once per week for six weeks. I will take the class, but when I was in general population, I could choose programing that was appropriate for me. This is now the only option I or any of the other women here have.

9. When we first got to this unit, there was an empty cell that had an exercise bike and some puzzles and board games. This was far less recreation equipment than I had access to before moving here. Before my forced transfer to [redacted], I had access to treadmills, stair steppers, elliptical machines, kettle balls, and a host of hobby crafts. In the last week, we have been allowed to return to the old indoor recreation space, but we do not have access to any of our friends or support network we used to spend time with or any of the exercise classes that we used to participate in.

10. In the first weeks we were in this unit, we were permitted to go outside for recreation once a day, but rather than going to the usual outdoor recreation space that has a track, hula-hoops, volleyballs, basketballs, benches, and my friends, we were only permitted outside on

a small patio that is about 15 feet by 10 feet wide. We were not even allowed to go to the corners of the patio because other incarcerated women might see us. There was no equipment on the patio; it was just an empty concrete space.

11. But in the last week, we have not even been offered outside recreation. My psychiatrist told me that going outside once a day would be helpful for my mental health, but I have not been given the chance.

12. I have not been to medical. A nurse came to our unit for sick call. I have only seen my psychologist twice since I have been on [redacted]. He came to our unit. I don't know what they will do when I need to see a dentist.

13. We have access to television and a computer and can order items from commissary, but otherwise the conditions are similar to the Special Housing Unit.

14. Being held in [redacted] has been very stressful for me. I feel very edgy, trapped, and completely at the mercy of the BOP. Just like when I have been in isolation units at other times in my incarceration, tensions are running high because there is very little to do here and we are being kept away from our friends and regular programming.

15. But, worst of all, it feels like the BOP is trying to convert me to a man. I used to feel like one of the girls. I had friends and they treated me like the woman I am. I don't feel the same right now. The BOP is treating me like I am less of a woman and that is taking a real toll on my health.

16. For years I have had a routine where I do my makeup and tend to my eyebrows every morning. I have stopped doing that daily routine because I just feel anxious and depressed and do not seem to have the energy anymore.

17. When I was first transferred to [redacted], BOP officials spoke to me about the possibility of transferring to another women's facility. I spoke to my counselor and agreed that transferring to [redacted] would be good for me and my mental health. I put in a written request to enter [redacted]. Even though they initially told me that they would expedite my application to the program, they have since told me that they will not. [redacted] would allow me to address the trauma that has defined much of my life. I cannot access [redacted], or any program, in the conditions under which I am being held at [redacted].

18. I have been so relieved that the preliminary injunctions have kept me in a women's prison. Being in a men's facility would deny that I am a woman, and that would cause me tremendous anxiety, debilitating depression, and self-doubt. But that is also what I am experiencing in [redacted]. I know that we can sometimes be sent to segregated units when we do something wrong, but I have not done anything wrong. I'm only being treated this way because I am a transgender woman.

19. This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a July 16, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in San Francisco, CA on this 17th day of July, 2026,

/s/Alexander Shalom
Mary Doe
c/o Alexander Shalom