# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL<br><br>**DECLARATION OF OLIVIA DOE** |

I, Olivia Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons ("BOP"). I am submitting this declaration in support of my request for a Preliminary Injunction regarding the BOP's decision to place me in a restrictive, segregated unit housing only transgender women. I am using the pseudonym Olivia Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. From [redacted] until this [redacted] I was housed in [redacted], a BOP facility for women. I was housed in general population, where I was thriving as best I could. I was able to participate in programs and I had a job. I lived in an [redacted], where I served as a mentor to other women. I was preparing to [redacted]

3. In [redacted] I was told that I was being transferred to [redacted] I was surprised, because I was doing very well at [redacted] and because I had been told by Warden [redacted] that I would be eligible for [redacted] I did not understand why I was being moved from a facility where I had encountered no issues and from which I was [redacted]. I later learned that senior officials at [redacted] reached out to BOP officials multiple times to try to stop my transfer and keep me at [redacted], because they believed that moving me would cause me extreme harm. The BOP transferred me anyway.

4. The last six weeks at [redacted] have been unbearable. I have been suffering and struggling and I feel like I am about to break apart at the seams. The unit I am in—SA-B—is a deeply restrictive environment where my movement and interactions are tightly regulated, and where I do not have meaningful access to programing.

5. My mental health and gender dysphoria have not been this bad since before I was transferred to a women's facility. My [redacted] was increased because I am experiencing severe and worsening symptoms of [redacted]. I have serious trouble sleeping, and when I do manage to sleep, I have repeated nightmares and night terrors from the trauma this has caused me. The coping skills I relied on no longer work. I have asked to be seen by psychology numerous times but have been seen only once. A staff member running an anger management group twice called for my psychologist to come see me, but as of the date of this declaration, I am still waiting.

6. I am locked in the unit for at least twenty-three hours a day. We are generally offered one hour outside the unit for recreation, but I do not usually go because it is limited to segregated recreation, a reminder of how the BOP is refusing to treat me as a woman. Recreation used to mean that we could spend time with other women but now it is isolated and depressing. I have far less time out of my cell and my unit than I had in general population at [redacted]

7. Since my transfer to [redacted] the BOP has changed my classification on the BOP's "inmate locator" website. I am now listed as a "male" being housed at [redacted] I cannot put into words what it does to me to be called and classified as a "male." It is destroying me physically and mentally and making my gender dysphoria worse.

8. I am trying to be strong, but this situation is so terrible. The BOP is keeping us in this segregated and restrictive unit. We cannot walk anywhere in the facility without being surrounded by guards. They are treating us like we are dangerous, even though we have given them no reason to. The message that they are sending—that we are not women—is unmistakable and it is devastating to me.

9. Most days all I do is cry, and every night, I cry myself to sleep, afraid of what tomorrow might hold. I am supposed to get out soon, but these conditions are unbearable. Although I am not currently suicidal, I don't know how much more of this I can take, and I am genuinely afraid that if I do not get relief soon I will not make it home. I am running out of hope.

10. I have also lost the people who supported me. At [redacted] I had a great deal of support from women I lived with and from the women I mentored. The day before I left, the women in my unit cried along with me because they did not want me to go. In SA-B, I cannot see or speak to any woman outside of the small group housed with me.

11. I did nothing to deserve being placed here. I have always stayed out of trouble to avoid being sent to a segregated unit; but here I'm in segregation just because I am a transgender woman.

12. All I am asking for is to be returned to general population at a women's facility or [redacted] where I can live my daily life and participate in programming with other women.

13. This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a September 1, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 1st day of September, 2026,

/s/Alexander Shalom
Olivia Doe c/o Alexander Shalom