# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE, et al.,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,

Defendants.

Case No. 1:25-cv-00286-RCL

JANE JONES, et al.,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,

Defendants.

Case No. 1:25-cv-00401-RCL

MARIA MOE, et al.,

Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 1:25-cv-00653-RCL

**DECLARATION OF SARA DOE**

I, Sara Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons ("BOP"). I am submitting this declaration in support of my request for a Preliminary Injunction regarding the BOP's decision to place me in a restrictive, segregated unit housing only transgender women. I am using the pseudonym Sara Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. Since I began my incarceration, I have been housed only in BOP facilities for women. I have been housed in various women's facilities around the country. I have taken female hormones for [redacted] before I was incarcerated. This means that [redacted] and the same hormones as other women.

3. Most recently, I was housed at [redacted] for over [redacted] where I completed the [redacted] in a cohort of [redacted] women. I was in general population there. That meant that I was housed in a unit with nearly [redacted] women and conducted all my daily activities with them. I earned the respect of both incarcerated individuals and staff at [redacted] I did not have any barriers to my movement or activities, other than those imposed on all incarcerated people.

4. In [redacted] I was shocked to learn that I was being transferred to [redacted] I was frustrated because I was doing very well at [redacted]: I had a strong support system, including visits from family and friends who were able to visit on weekends, about twice a month on an easy flight; my gender dysphoria was well-managed; and I was deeply engaged in programming. I [redacted] in my free time to several incarcerated women there and was getting ready to join the [redacted]. [redacted]

[redacted]

I did not understand why I was being moved from a placement where I had encountered no issues; I never had any disciplinary issues or write-ups since my incarceration.

5. Based on the last month-and-a-half that I have been at [redacted] I now see that my transfer was much worse than simply taking me from a place where I was doing well: the unit I am in—SA-B—is a deeply restrictive environment where my movement and interactions are tightly managed, where I have little to no privacy, and where I do not have meaningful access to programing. My family used to be able to come visit me on weekends; but in this unit at [redacted], where we can only get visitors on weekdays, my family cannot come see me without causing a hardship to them. As a result, I've had no visits.

6. I am one of only ten women housed here. I am being housed in a cell with one other person. She is also a transgender woman. Unlike when I was in general population at [redacted] and able to freely enter and exit my unit, we are now forced to spend all our time in the SA-B unit. We shower, use the toilet, and eat every meal without any access to other parts of the prison, like the library or the dining hall. We cannot even go to commissary ourselves. In fact, whenever we need to leave the unit for something that cannot be brought to us, like if we have a legal visit, all movement in the facility is stopped. We are surrounded by guards to walk us where we need to go, shielding us from other people's views. It makes us feel like our existence is somehow harmful or dangerous. My world went from programming and interacting with hundreds of women to living in a segregated, locked down unit with only nine other people.

7. I am locked in the unit for at least twenty-three hours a day; I feel like a caged animal. We are supposed to get one hour outside the unit for recreation. The time I spend outside my unit is a fraction of what I had at [redacted]

8. I also have much less privacy than I had in general population. Male officers enter the housing unit, where we use the toilet and shower, without announcing themselves. Whereas in women's prisons I had access to a bathroom with a full curtain and officers respected our privacy, here we are constantly watched. Being watched in those moments is humiliating and makes my gender dysphoria worse; men were never allowed to watch us like they are here.

9. On [redacted] I had one especially awful interaction with a staff member. We were being transported from SA-B to recreation and, as always, surrounded by guards. [redacted]

10. I have been cursed out by staff at recreation and called derogatory names. I have received more hate in the last month and a half than I have in my prior [redacted] years of incarceration, because I am stamped with the stigma of being transgender by being placed in this segregated unit and paraded around the compound as if my existence is a crime.

11. My well-being has declined sharply. The [redacted] and [redacted] I feel now are worse than anything I have experienced in a long time. Sleep is difficult, I have little appetite, and my gender dysphoria has intensified to a degree I had not felt in years. I have never been held in a men's unit or one like this where they are telling me that I am not a woman. It is taking a toll on me.

12. We have no access to any of the programing that women in general population have access to. At [redacted] I participated in the [redacted] to incarcerated women in my free time. I cannot access any of those programs from SA-B. They sometimes hand us worksheets to fill out on our own, but doing a packet alone in a cell is nothing like sitting in a classroom with an instructor and other students.

13. I am especially worried about how being segregated in SA-B will interfere with my ability to practice my faith. I am [redacted] In previous institutions, I was able to eat [redacted] Women in general population at [redacted] can do that. But I was told by the [redacted] that because of difficulties in transporting me, I will only be able to eat one meal per day, alone, in the [redacted]

14. The one-hour daily recreation that we are supposed to receive has changed over time. At times we've been allowed outside, at other times we only can use indoor recreation. In both situations, we've had less access to recreation equipment than I had before moving here. I have always taken advantage of recreation opportunities as exercise is important to my physical and mental health. I've even been an [redacted] in prison, including at both [redacted] and [redacted] but there are no opportunities like that in SA-B.

15. Since I was transferred to SA-B, I have not left the unit to go to a medical appointment. A psychologist came to visit us in the unit. My care level was increased to [redacted] I have been struggling with suicidal thoughts and ideation because being in SA-B, and being told that I am here because I am not a woman, is really making my mental health suffer. For the

first time since the Court protected me from transfer to a men's facility, my suicidal thoughts have returned.

16. I have also lost the people who supported me. At [redacted] I built relationships with other women over the [redacted] years I was there, and they were my support system. In SA-B, I cannot see or speak with any woman outside the ten of us. And if another female incarcerated individual is passing by, the officers yell at me to duck and hide to avoid being seen.

17. Since my transfer to [redacted] the BOP has changed my classification on the BOP's "inmate locator" website. I was previously always listed as "female" in the system, but I am now listed as a "male" being housed at [redacted]. Aside from concerns I have about that outing me as a plaintiff in this case, it is unbearable that the BOP is trying to erase who I am. Prior to my incarceration, I completed my transition with hormones [redacted] and now, in the blink of an eye, the BOP is labeling me "male," and hiding me from other women as if I am dangerous and repulsive. The fact that male officers are now able to strip search me is unbelievable.

18. I was not sent here because of anything I did. I have always stayed out of trouble to stay out of a segregated unit, but here I am in a segregated unit, SA-B, only because I am a transgender woman and, as I understand it, only after we won relief in this Court.

19. Living in women's prisons has been a deeply important part of keeping me safe and healthy. But living in segregation with only 9 other transgender women is incredibly hard and demoralizing.

20. I want to go back to general population in a women's facility where I can live and program alongside other women as I have been for the past [redacted] years. I do not think I should be punished indefinitely and with no ability to get out of here just because I am transgender.

21. This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a September 1, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 1st day of September 2026,

/s/Alexander Shalom
Sara Doe c/o Alexander Shalom