# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL<br><br>**DECLARATION OF ZOE DOE** |

I, Zoe Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am using the pseudonym Zoe Doe to protect myself. I am submitting this declaration in support of my request to the Court to enforce the preliminary injunction entered on June 7, 2026. I am over the age of 18 and fully competent to make this declaration.

2. Since [redacted], I have been housed in [redacted], a women's facility within the Federal Bureau of Prisons.

3. As I explained in a prior declaration, my gender dysphoria and mental health improved significantly upon my transfer to [redacted]. I was immediately less depressed, less anxious, and had no more thoughts of self-harm. A big reason for that improvement was that I finally felt like I could live in and be part of a society of women. Most incarcerated individuals here recognize me as a woman and call me by my female name. People I meet typically do not know that I was not born a woman unless someone tells them. I developed deep friendships and a support network among the incarcerated non-transgender women in the facility. For [redacted], I have been able to fully embrace my identity as a woman, and I was treated as a woman by my peers and BOP staff. Up until the issuance of the Executive Order, the BOP recognized and accepted me as a woman: [redacted], most BOP staff at [redacted] referred to me by my chosen name and pronouns, and my BOP records recognized my gender as female.

4. But in early June 2026, staff came to my housing unit and told me, in front of the entire unit, that I needed to pack my belongings because I was being transferred to a new unit. Many of my friends and I cried as I quietly packed my things. Staff did not tell me why I was

being moved; they told me only that I had to go to [redacted]. I later learned that I was moved due to the *Fleming* case from Texas, and that despite my [redacted] of hormone therapy, [redacted], and [redacted], the BOP viewed me as a "biological male" and had created a new unit for transgender individuals incarcerated at the facility.

5. When the Executive Order first was issued in January 2025, I was placed in a segregated unit for transgender individuals incarcerated at [redacted]. Back then, I spent four days in the restricted unit, and in that brief time, a healthcare provider recognized how harmful the placement was for me. The provider noted that I had a diagnosis of [redacted] and recommended that I be taken out of the restricted housing unit and returned to the general population in [redacted] because [redacted] This Court then issued a preliminary injunction that led the BOP to dissolve the segregated transgender unit and return everyone to general population.

6. I have now been held in the restrictive unit the BOP created at [redacted] in response to the *Fleming* injunction for more than five weeks, and my mental health has significantly deteriorated. In general population, I would leave my housing unit about a dozen times a day: to eat meals in the dining hall, to attend programming, and simply to socialize with freedom of movement. Now, aside from limited and tightly escorted trips for medical needs or an hour of recreation, I am confined to a small unit with only five other individuals, twenty-three hours a day. We get in each other's way in the common area and get on each other's nerves because everyone is stressed, and I expect it will only get worse if more transgender women are moved into the unit. The loss of my community and my separation from my peers has been devastating;

I did not fully understand how much daily contact with them meant to me until I had gone so long without seeing them.

7. The [redacted] where I am housed sits inside what is otherwise a medical building that provides medical services. [redacted] functions as a locked confinement unit indistinguishable from a Special Housing Unit ("SHU") with SHU-style locks and food slots on the doors, barred windows, beds with metal restraints, and a stainless-steel toilet/sink inside the cell. The entire unit is roughly 60 to 75 feet long and 50 feet wide, and contains six individual cells with two beds, a small room with an exercise bike, a room with computers, a small dayroom with plastic chairs and televisions where we also eat our meals, an officer's station, and a room used for medical purposes. It is much smaller than a general population housing unit. We are also housed on the same floor as, though not connected to, the facility's suicide-watch unit. I can often hear people on the suicide-watch unit screaming and yelling.

8. Unlike in general population, I now have no privacy when using a restroom or shower. The [redacted] shower area has a large metal door, but the window above it is not fully covered. When entering or exiting the shower, I must step out into an open area that is within view of that window and anyone walking by can observe me. BOP guards and staff (including male guards) are often walking through the unit and can walk by and see me without any clothes on. In general population, we had a shower curtain that provided much more privacy. I feel far more exposed than I did in general population, because previously a male officer could not enter the bathroom area without announcing himself and could not see into the shower through a window; now they can. Each cell also has a combined toilet and sink, which we did not have in general population. Because we are locked in with a cellmate overnight, I must urinate and defecate in front of another

person, with far less privacy than before. There is also a bathroom in the small recreation area within the unit, but it has a large, uncovered window, so I avoid using it.

9. The biggest difference between the [redacted] unit and general population is that we are on lock-down and cannot leave the unit without permission or escorts. I previously was able to enter and exit my unit freely to go to medical appointments, to eat in the dining hall, to visit with friends, to get fresh air, and to go to my assigned programming.

10. Now, when I have to leave the [redacted] unit three times a week in order to use the medical equipment prescribed for me after my [redacted], or for any other purpose such as a legal call, the BOP has to shut down movement across the entire facility, and BOP guards surround and escort me to prevent me from being seen or heard by incarcerated women who do not live on our unit. It is humiliating and dehumanizing. They treat me like I have a contagious disease. Previously, when I had to go to the medical building for [redacted], I would discreetly go to the fourth floor of the medical building, inform a nurse that I was present, proceed to use the prescribed medical equipment, and then leave. Now, I have to announce to the guards that it is time for me to [redacted] and this is announced to all staff and inmates residing in our unit and to those on the fourth floor because the guards need to ensure that all of the inmates are secured in their rooms before they can escort me to the room where the equipment is stored. In addition to my humiliation, this causes significant disruption for the facility, and I sometimes have to wait a long time before the two floors are secured and I am able to access my medical treatment. The fact that I cannot even be seen by or walk by the incarcerated women amongst whom I have lived for more than a decade is very painful to me.

11. As a result of these restrictions, I am confined to [redacted] roughly twenty-three hours a day, apart from the time I go to the fourth floor to use my prescribed medical equipment. We

have recently been permitted about an hour of indoor recreation, but even that requires the BOP to shut down the compound and move us through back corridors. We do not have access to outdoor recreation, whereas before it took place at the visitation area. Some people on our unit opt out of even this minimal time for recreation, because doing so is so disruptive and staff-intensive.

12. The fact that the facility has to be shut down and we need to be surrounded by guards when leaving our unit has interfered with my ability to access my lawyers. Earlier this week, I was scheduled to meet in-person with lawyers at 9:00 a.m. It took BOP staff more than two hours to escort us 50 feet between the medical building where we are housed and the location of the attorney visit. By the time I met with my lawyers, it was nearly noon and they only had half an hour to speak to us because they had to leave for the airport. My legal phone calls have been abruptly cancelled. Non-legal phone calls have also become more difficult, because there are times I cannot get access to a phone.

13. I also recently learned that BOP staff canceled one of my medical appointments, for [redacted], by telling the provider I was unavailable, which was not true. I believe staff said that to avoid the logistical burden of moving me. I did not find out about the cancellation until I later obtained my own medical records. More generally, medical staff come to the unit to distribute medication, and we sign a log to confirm they were there, but there are stretches of several days when we do not see any medical staff at all. Unlike other inmates, we cannot go to see the Health Services Administrator or other BOP staff that we routinely rely on; instead, we must send an electronic message and hope someone responds. Even when they do respond and come to the unit, there is very little privacy during the visit due to the tight quarters. Everyone on the unit is aware of everyone else's medical needs and other requests.

14. Not only am I locked inside the unit and kept from other women who have been my support system for more than a decade, which is causing me significant distress, but my access to programming and educational opportunities is virtually non-existent. Before being placed in [redacted] I was enrolled in a [redacted] program that meets five days a week. Each of its three cohorts has about twenty-six participants, and the cohorts interact with one another, so the program includes roughly seventy-eight women. Sessions lasted at least an hour a day, and we had evening activities together. Full participation in the program requires interacting with my peers and with outside mentors who visited about once a month. The program was meant to [redacted]. Since being moved to [redacted], I cannot attend the class or interact with the mentors at all, and I have not even been permitted to exchange essays with them by mail. The [redacted] who runs the program comes by [redacted] about once a week, when his schedule running three cohorts permits, to drop off a new workbook or assignment. I am technically still enrolled, but I cannot really participate because I cannot be present with the group or talk with the other participants; the worksheets are meaningless outside the group setting, and I have lost the live learning environment and sense of community the program is supposed to provide.

15. I was also part of the [redacted] program, which [redacted]. [redacted]. I had been part of the program for more than a year, and it gave me a sense of purpose and the chance to give something back, as well as the comfort of [redacted]. Before I was moved to [redacted], I spent a large part of every day in the program: I saw [redacted] multiple times a day, covered for other [redacted], and shadowed more experienced participants. [redacted]

[redacted], so I had constant access to them and their companionship. Now I am permitted only about an hour a day, two days a week, and I am not allowed to attend the mandatory monthly meetings with volunteers and [redacted], so I am not able to advance in the program, even though I was about to move up to be a [redacted] Much of my time and daily experience at [redacted] revolved around [redacted], and I have a sense of profound loss being deprived of that connection and purpose.

16. My physical and mental health have suffered significantly since I was placed in [redacted], and my gender dysphoria symptoms are back in full force. I have trouble sleeping and wake up several times a night. I have become depressed and agitated, have a shorter temper than usual, and my thinking feels scattered and muddled. I have had difficulty with my memory and with remembering what I am doing from one moment to the next. A [redacted] condition I already had has gotten worse, and I now [redacted]. I feel isolated and alone.

17. Recognizing that my mental health is suffering and that I am spiraling, I've sought help but access to mental health care in [redacted] is far worse than in general population. In general population, if I was having a crisis, I could go to psychology and be seen by the duty person that same day. In [redacted], no mental health provider comes to the unit on a regular schedule; they come only in response to a specific request, if at all. When I asked to speak with someone from psychology after being moved to [redacted], it took almost three weeks before anyone came to see me, even though I sent electronic requests and spoke with a psychology supervisor. When I was finally seen by a provider, the conversation lasted about thirty minutes. I have been told I will be seen once every two weeks going forward, but that is not sufficiently addressing my increasingly worsening symptoms of gender dysphoria—particularly when the prospect of remaining in this

segregated unit indefinitely is constantly hanging over my head. There is also no privacy in the unit on the occasions when medical or mental health staff do come: everyone can hear what anyone is saying, and because these visits are so infrequent, everyone tries to get in line to speak with the provider whenever one appears, so nothing is really confidential.

18. In the past, when I have been placed in segregation, my mental health declined and suicidal thoughts became more acute and harder to deal with constructively. My mental health is again suffering in that same way. I have gone from living in a community of women where I was well-liked, respected, and treated as a woman, to living in a unit whose very existence tells me, and everyone else, that we are not real women and are instead "biological males." Every time I have to leave the unit and staff put on what feels like a show—restricting everyone else in the prison from even seeing me just so that I can go from one place to another—it tears at my sense of myself as a woman, despite having [redacted] and being legally recognized as female. I feel totally dehumanized, and no one has been able to tell me what I have done to deserve to be treated as anything other than a woman. I have lost everything since being transferred to this unit: my ability to move within the facility and to obtain medical care discreetly and with dignity, recognition and acceptance as a woman, my support network and female friends, the [redacted], and programming that gives me a sense of purpose. Instead, I am on nearly 24-hour lock-down in a tiny unit without any privacy or access to basic services and programming.

19. All of this has thrown my gender dysphoria into overdrive and has made me experience thoughts of self-harm. I have no current plan or intent to harm myself, but I have found myself questioning the value of my life and whether I can keep living this way for any length of time. I have not felt this bad since I was housed in men's prisons over [redacted] ago. I feel completely abandoned by the system that is supposed to protect me.

20. This declaration was prepared by my attorney, Natalie Kraner, based on facts I provided. I reviewed it during a July 16, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 17th day of July, 2026,

/s/Natalie Kraner

Zoe Doe c/o Natalie Kraner