# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL<br><br>**DECLARATION OF AMY JONES** |

I, Amy Jones, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons ("BOP"). I am submitting this declaration in support of my request for a Preliminary Injunction regarding the BOP's decision to place me in a restrictive, segregated unit housing only transgender women. I am using the pseudonym Amy Jones to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I have been incarcerated since [redacted] Since [redacted] when I was transferred to [redacted], I have been housed exclusively in BOP facilities for women. Before that, I was housed in men's facilities, where I was constantly harassed and sexually assaulted.

3. In [redacted], I was transferred to [redacted] and placed in the SA-B unit. I was terrified when I learned I was being sent back to [redacted]. [redacted] Before the transfer, I told BOP staff that returning to [redacted] would put me at risk of self-harm because of what happened to me there. I understand that [redacted] and I do not know whether there is any separation order between us.

4. Most recently, before this transfer, I was housed at [redacted] in general population. I was housed in a unit with about [redacted] women and conducted all my daily activities with them. I did not have any barriers to my movement or activities, other than those imposed on all incarcerated people. I was participating in a [redacted] program for people who [redacted] And I was two weeks out from starting a [redacted] program, referred to as "[redacted]" when the BOP suddenly transferred me to [redacted]

5. Based on the last month-and-a-half that I have been at [redacted] it has become clear that the unit I am in—SA-B—is a severely restricted setting in which every aspect of my daily life is controlled, I have almost no privacy, and am effectively cut off from programming. I am one of only ten women housed here. I am being housed in a cell with one other person. She is also a transgender woman.

6. Everything happens in the unit. We shower here, use the toilets in our cells, and eat every meal here. We are not even permitted to leave the unit to order commissary. In fact, whenever we need to leave the unit for something that cannot be brought to us, like if we have a legal visit, all movement in the facility is stopped. We are surrounded by guards to walk us where we need to go, shielding us from other people's views. It sends the message that just being near us is unsafe.

7. Being back at [redacted], in a unit where I am escorted everywhere by guards, keeps me in constant fear of [redacted]

8. My physical and mental health have deteriorated. I feel more [redacted] and more [redacted] than I have in years. I have trouble sleeping and have lost my appetite. My gender dysphoria and [redacted] symptoms have grown significantly worse. I have a long history of self-harm, including the last time I was housed at [redacted] and being sent back here and held in a unit where staff treat me as though I am not a woman is taking a serious toll on me.

9. I am also worried that this placement is costing me my chance at [redacted]. Because I cannot participate in programming in SA-B, and because of the repeated transfers, I am concerned that my [redacted] will be affected and that my [redacted] I previously lived at [redacted] where I had significant support in the community, and returning there is what I have been working toward.

10. A psychologist assessed me the night I arrived at [redacted] and I am classified as [redacted] which I understand means I am supposed to be seen by psychology at least monthly. Being in SA-B and being told that I am here because I am not a woman, is really making my mental health suffer. I've requested to be seen by psychology dozens of times. I was seen by my psychology provider three or four weeks ago, for just a few minutes, but he told me he did not have time to talk.

11. On the evening of [redacted], I was placed on suicide watch. My psychology provider placed me on suicide watch, where I remained for approximately [redacted] days. I have been on suicide watch many times over the course of my incarceration, including at [redacted] and it is not treatment. I lose what little I have and am watched constantly. Knowing that is what happens makes me careful about what I say to BOP clinicians, which means the unit is making it harder for me to get help at the very moment I need it most.

12. I have also lost the people who supported me. At my prior institution I had support from other women and from staff that I no longer have. In SA-B, I cannot see or speak with any woman outside the ten of us. Our social circle has gotten incredibly small, which feels scary and isolating.

13. Nothing about my conduct put me here. I was not placed in SA-B because of anything I did; I was moved into SA-B only because I am a transgender woman and, as I understand it, only after we won relief in this Court.

14. On [redacted] I had a program review with my unit team. The paperwork I was given said that [redacted]. That is the opposite of what I have told staff, the warden, and what I have said in my grievances. The form

was also dated [redacted]—the day before anyone met with me. After I and others objected, BOP brought replacement copies with different language. I have copies of both versions.

15. I remain thankful that the Court's preliminary injunctions have kept me out of a men's prison. Being housed with men would put my physical safety at serious risk and would be a denial of who I am—something that would cause me devastating [redacted] [redacted] and self-doubt. But what I am going through in SA-B feels like a version of that same harm. The staff here do not treat us like women or even transgender women—they treat us like men who are inherently dangerous to the other women at this prison.

16. I want is to go back to general population in a women's facility—one where I have not [redacted]—where I can live and program alongside other women, and to be considered for [redacted] as I would have been. It is extremely upsetting that the BOP can isolate us like this and keep us away from the communities and programming that women have in other prisons.

17. This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a September 1, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 1st day of September 2026,

/s/Alexander Shalom
Amy Jones c/o Alexander Shalom