# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL<br><br>**DECLARATION OF CARLA JONES** |

I, Carla Jones, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am using the pseudonym Carla Jones to protect myself. I am submitting this declaration in support of my request to the Court to enforce the preliminary injunction entered on June 7, 2026. I am over the age of 18 and fully competent to make this declaration.

2. Since [redacted] I have been housed in [redacted] a women's facility within the Federal Bureau of Prisons.

3. As I explained in a prior declaration, my gender dysphoria and mental health improved significantly after I was transferred from men's prisons to a women's facility. I immediately felt less depressed and less anxious. In general population at [redacted], I felt accepted as a woman and able to live openly as myself. Being recognized and treated as a woman gave me peace and comfort and helped ease the severe gender dysphoria I have long struggled with and continue to experience.

4. Since being transferred to [redacted] transgender-only unit, I feel that I am being stripped of my female identity under the cruelest conditions.

5. The unit where I am now held has six cells, with two individuals per cell. I understand the other cells will likely be filled soon. We are provided with the bare minimum: a single plastic chair in a common area, a bed with a mattress, a toilet/sink in the room where we sleep, and a shower that provides no privacy. There is a small recreation room with a stationary bicycle, which I mostly use just to get away from everyone else as much as I can, because the unit

is so small and crowded that it feels like we are on top of each other. There is also a common room with a TV where we can eat.

6. I have no privacy, and I feel vulnerable and exposed to male officers in a way that never occurred in general population. Both male and female officers are present in our unit, but in general population, I did not have to worry about male officers entering the restroom or showers where they could openly observe my body. The restrooms and showers in the general population units are separate from the sleeping areas, and there are solid doors without windows that prevent people from being able to see inside these rooms. Here, I am forced to expose my naked body to my cellmate if I need to use the toilet. There is another bathroom on the unit, but there is a large window that lets anyone on the unit see inside the room, so I avoid it as much as possible. Recently, I was using the toilet in my cell when the door was suddenly pulled open. A male guard stood there and watched me pull my clothes up. My cellmate watched him watching me. It was very uncomfortable. We reported the incident, but there was no follow-up or resolution of any kind. That would not have happened in general population, where I had access to bathrooms and shower areas that allowed me to use the facilities without fear of others (including male guards) observing me.

7. There is also no privacy in the area where we shower. Although only one person can use the shower at a time, there is a window that allows anyone passing by to look inside that room. A small piece of paper covers a portion of the window that looks into the shower area, but I have seen guards move that paper aside and was told by one guard that they need to be able to see us at all times.

8. Because the unit is so small, there is no privacy throughout the day even in the common areas. We are all on top of each other in a very small space and are unable to leave the

unit. Tensions are very high, and I think it will become even more difficult when they fill this tiny unit with additional people.

9. I am in this unit at least twenty-three hours a day. It was twenty-four hours a day until recently. I started going to recreation for our only allotted hour outside the unit to try to improve my mental state. But there is no outdoor recreation, and one hour outside the unit is not enough. We don't have access to meaningful programming or educational opportunities while on this unit. I had inquired about taking some classes but was told I cannot participate in instructor-based education classes and instead can only do self-study on the unit, which is not an effective way for me to learn.

10. My only exposure to the sun or ability to be outdoors is about five to ten minutes a day when we are escorted and walk to and from the recreation building. Even those brief walks are stressful, as they have to shut down the facility and guards surround us to ensure that none of the other incarcerated women can see us. It is unnecessary and humiliating to be treated this way. They send three guards to escort three people walking to the indoor recreation area to make sure that we cannot cross paths with any other incarcerated women. The only reason we are being treated this way and have lost whatever sense of freedom and humanity we had within prison walls is because we are transgender.

11. When I was in general population, I could freely leave my unit, and I used to spend much of my time outdoors. Being forced to be indoors for nearly twenty-four hours a day has been especially hard for me. I am someone who has always found being outside, in nature, to be my way of feeling alive. People in [redacted] called me "squirrel" because I would bring food, water, and ice out for squirrels, birds, and other animals. Being unable to take walks or feel the sun on my face for more than a few minutes a day has been a real struggle for me.

12. Since being placed in this restricted unit, my mental health has significantly declined.

13. Placement in this segregated unit has taken from me the ordinary daily contact I had with the world and with other women in general population. It feels like what the BOP is really trying to tell me, by isolating me this way, is that I am not, and never will be, a "woman."

14. Being confined in this way is also severely affecting my gender dysphoria. I am deteriorating and going backwards because it feels like the many years I have spent in the BOP fighting for the treatment that I need and to be recognized and accepted as a woman mean nothing now. Being locked down like this makes me feel like I am never going to progress and get my surgery. To be completely static, not moving in any direction or anywhere at all, with everything seeming to have come to a halt, feels unbearable. In the past, when I let those dark thoughts and sense of despair take over, I have harmed myself by cutting.

15. I do not know how much more of this I can take, and I have had thoughts of self-harm, including of cutting myself again, since being transferred to this unit. Because I am [redacted], psychology is required to check in with me every week, and I have let my psychologist know that I feel myself getting worse. I have told the psychologist that while I have no immediate plans of harming myself, at any minute I could give in and give up. My mental state has become as bad or worse than it has ever been.

16. I try to spend my days sleeping as much as I can. Sleep feels like my only escape from these conditions. My appetite has also changed: I eat less food and give a lot of it away. I am also depressed and anxious. My whole life feels like it's upside down right now.

17. I feel like I am no longer being treated as a woman, and like I have lost my identity. It feels like we are being treated like dogs in a kennel, not even as human beings. And honestly, I think animals are often treated better than we are here.

18. This declaration was prepared by my attorney, Natalie Kraner, based on facts I provided. I reviewed it during a July 16, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 17th day of July, 2026,

/s/Natalie Kraner
Carla Jones
c/o Natalie Kraner