# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL<br><br>**DECLARATION OF MARIA MOE** |

I, Maria Moe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons ("BOP"). I am submitting this declaration in support of my request for a Preliminary Injunction regarding the BOP's decision to place me in a restrictive, segregated unit housing only transgender women. I am using the pseudonym Maria Moe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. Since I began my incarceration, I have been housed in BOP facilities for women. I have been housed in various women's facilities around the country.

3. Most recently, I was housed at [redacted] I was in general population there. That meant that I was housed in a unit with over [redacted] women and conducted all my daily activities with them. I did not have any barriers to my movement or activities, other than those imposed on all incarcerated people. At [redacted] I had a [redacted] and was on the waitlist for an [redacted] program.

4. In [redacted] to my surprise, I was told that I was being transferred to [redacted]

5. Based on the last month-and-a-half that I have been at [redacted] I now see that the unit where I am being housed—SA-B—is a deeply restrictive environment where my movement and interactions are tightly regulated, where I have little to no privacy, and where I do not have meaningful access to programing. We are no longer treated the same as other women—instead, SA-B is operated like a male unit inside a women's prison, and no matter what anyone says, that is the truth of how it operates and how we are treated. In our daily interactions and limited movement, staff are constantly communicating to us that we are not real women.

6. We spend all our time in the unit. We have showers in the unit. We use toilets in our cells. We must eat all our meals in the unit and have no access to the general population dining hall. We cannot leave the unit to order commissary. Whenever we need to leave the unit for something that cannot be brought to us, like if we have a legal visit, all movement in the facility is stopped because staff do not even want women outside of our unit to see us, much less interact in any way with us. We are surrounded by guards to walk us where we need to go, shielding us from other people's views. It makes us feel like we are dangerous to other people.

7. I am confined to the unit for no fewer than twenty-three hours each day. We may be offered an hour of recreation outside the unit, but that is also separate from general population and is not even always offered. Compared to what I had at [redacted] my time out of the unit has been drastically reduced

8. I also have much less privacy than I had in general population. At [redacted] we had stalls and showers that were large enough where we could change inside without being seen. They also had doors that could lock and male officers had to announce themselves before they came into areas where we might be naked. Here, officers get upset with us for covering the window for privacy while showering. Recently, when I used a paper to block the window, [redacted] The humiliation of being observed in those private moments deepens my gender dysphoria because male staff members were never allowed to do that before.

9. Our interactions with officers have been particularly unpleasant. Most of the officers are treating us like we're men. I had not been referred to as male since before [redacted], but since arriving in SA-B it has been a daily occurrence. Staff make it known very often that the others and I are seen as males, and that crushes me every time. Some officers have been especially

cruel about it, telling us that we're not real women and saying that is why we are in the unit. Recently, an officer was having a loud conversation with two other male officers, referring to us as "punks" and saying that we "would never see a women's facility ever again."

10. My health is suffering. I am more [redacted] and [redacted] than I have been in a long time. Waking up every day in this unit is extremely difficult, and gathering the motivation to do anything is very hard for me. I wake multiple times through the night in tears. My gender dysphoria has reached an all-time high, and it worsens by the day. It got so bad that I had to ask to be placed back on [redacted] and even getting that done was a long process. I am not sleeping well; I don't have my usual appetite. Nobody here sees me the way that I see myself. Throughout my time in prison, I have never been held in a men's unit or one like this where staff are telling me that I am not a woman. It is taking a toll on me.

11. We have no access to any of the programing that women in general population have access to. I am participating in an anger management program in this unit, but it is restricted only to my segregated transgender peers, some of whom are participating even though they do not have a therapeutic need for anger management, which limits the program's effectiveness. Because there is barely any space in the small unit, the program also takes place in a cramped cell with a toilet in it. I understand that some educational materials can be handed to us to complete on our own, but a packet is not the same as a class with teachers and other students.

12. Our recreation opportunities have shifted from week to week. Sometimes we are taken outside; other times we are limited to an indoor space. Either way, the equipment and resources available to us are far less than what I had at [redacted] And there is no recreation programing like exercise or crafting classes.

13. Since I was transferred to SA-B, I have not left the unit to see a medical provider. A psychologist came to visit us in the unit. Before I was transferred here, my mental health was doing so well that I was on [redacted]. Since I've been here, my care level was raised to [redacted] I have been asking for an [redacted] follow-up [redacted]) for months and have not yet seen a doctor, though they keep telling me that something is scheduled.

14. It is beyond difficult to get anything done from SA-B. In general population, I could simply go to a department open house to speak with staff directly. Here, I struggle to get responses from important departments such as [redacted]. I have reached out to ask them all to come see me, and as of this declaration I am still waiting to hear back from them.

15. Since my transfer to [redacted] the BOP has changed my classification on the BOP's "inmate locator" website. After years of being listed as "female," I am now listed as a "male" being housed at [redacted] Aside from concerns I have about that outing me as a plaintiff in this case, this is demeaning and upsetting. I have taken medication that means I have the same hormones as other women and the BOP recognized that for years. Now the BOP treats me like I am a man, which is taking a toll on me.

16. Being here feels like serious punishment, but my behavior had nothing to do with why I am here. I was moved into SA-B only because I am a transgender woman and, as I understand it, only after we won relief in this Court.

17. The preliminary injunctions that have kept me in a women's facility and continued my medical care mean everything to me. But living in this unit is also incredibly difficult and there is no end in sight. Throughout my incarceration I have tried to avoid trouble to stay out of segregation; now I find myself segregated for no reason other than being a transgender woman.

18. I want to be placed back in general population at a women's facility where I can live and take part in programming alongside other women.

19. This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a September 1, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 1st day of September, 2026,

/s/Alexander Shalom
Maria Moe c/o Alexander Shalom