# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL<br><br>**SUPPLEMENTAL DECLARATION OF MARY DOE** |

I, Mary Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am incarcerated in the Bureau of Prisons. I am submitting this declaration in further support of my request to the Court to enforce the preliminary injunction entered on June 7, 2026. I am using the pseudonym Mary Doe to protect myself. I am over the age of 18 and fully competent to make this declaration.

2. I understand that the Bureau of Prisons is suggesting that I expressed a desire to be in a men's facility. That could not be further from the truth.

3. As I explained in my initial declaration, when I was first transferred to SA-B, BOP officials spoke to me about the possibility of transferring to another women's facility. I spoke to my counselor and agreed that transferring to [redacted] would be good for me and my mental health. I put in a written request to enter [redacted]. That remains the facility and program I think would best address my needs. I have never wavered from my interest in being there.

4. In [redacted] I learned that a false PREA complaint had been lodged against me. It was a preposterous complaint. I was told that someone unknown to me alleged that in [redacted] months earlier—when I was being housed in [redacted], I had [redacted]

5. This was patently false and I told the investigator that. There were a lot of ways they could have known it was not true, including that I was housed at the time [redacted], and no one ever said anything to the [redacted] and they never said anything to me. It simply did not happen.

6. It is frustrating to be wrongfully accused. And I am sick of a small but vocal number of the non-transgender women at [redacted] picking on us and making my life as difficult as

possible. I expressed a desire to not be in general population at [redacted]. But that does not mean that I want to be in SA-B. I do not. And it most definitely does not mean that I want to be in a men's prison. As I have said time and time again, I would not be safe in a men's facility.

7. I never said I wanted to go to a men's facility. I want to have access to the [redacted].

8. On [redacted], a corrections officer named [redacted] told me and the other women on SA-B that we would no longer be allowed to utilize the outdoor recreation space.

9. This declaration was prepared by my attorney, Alexander Shalom, based on facts I provided. I reviewed it during a July 27, 2026, legal call. I approve the contents of this declaration. If given the opportunity, I will add my signature to this declaration.

Executed in Roseland, NJ on this 27th day of July, 2026,

/s/Alexander Shalom
Mary Doe
c/o Alexander Shalom