# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *in his official capacity* as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL |

**DECLARATION OF RANDI ETTNER, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION**

I, Randi Ettner, Ph.D., state as follows;

1. I am a licensed clinical and forensic psychologist with a specialization in the diagnosis, treatment, and management of individuals with gender dysphoria. I have clinical experience evaluating and treating more than 3,000 transgender individuals, including extensive work in correctional settings. I have previously submitted two declarations in this case. ECF Nos. 116-26, 135-1. My initial declaration recounts my qualifications and attaches my *curriculum vitae.* For ease of reference, a copy of my *curriculum vitae* is attached as **Exhibit A**.

2. I submit this declaration to address the serious harms arising from the segregated housing of transgender women at [redacted] based on sex assigned at birth. In preparing this declaration, I reviewed the June 2, 2026, preliminary injunction entered in *Fleming v. Rule* (N.D. Tex., No. 4:25-cv-00157-D, consolidated with No. 4:25-cv-00438-D), and Defendants' June 15, 2026, status report in that case. I also reviewed the declarations of Emily Doe, Zoe Doe, Mary Doe, and Carla Jones, the Plaintiffs in this case who are housed in the segregated unit described in the *Fleming* documents.

3. My opinions are based on my education and training, the recognized standard of care for gender dysphoria, the general correctional mental health literature regarding restrictive housing, the physiological stress literature on chronic isolation and loss of control, my decades of experience treating transgender patients, and my communications and interactions with other clinicians and leading experts on transgender health and medical care.

4. The World Professional Association for Transgender Health's Standards of Care, Version 8 (Coleman et al., 2022), and the Endocrine Society's clinical practice guideline (Hembree et al., 2017), both recognize that treatment for gender dysphoria is not limited to hormonal or surgical intervention. Living in a manner congruent with one's gender identity, including housing,

is itself a recognized element of clinically indicated treatment for many individuals with gender dysphoria.

5. In correctional populations, clinical improvement and medical stability in transgender women is often attributable not to medical interventions alone, but to the combination of medical protocols and the ability to live as and be recognized as a woman. Residence in a female housing environment is one important example of the latter. Where records show that a transgender woman's psychiatric stability developed or improved after transfer to women's housing, that stability reflects the combined effect of medical treatment and social affirmation, not medication alone. Removing the housing component while continuing hormone therapy alone does not preserve that combined and necessary treatment effect.

6. Where clinical improvement had previously been tied to living in general population among women, withdrawal of that environment creates a significant risk that the underlying gender dysphoria symptoms it had relieved will re-emerge, even if hormone therapy continues unchanged.

7. Separate from its effect on gender dysphoria, segregated housing involves confinement to a single unit for meals, hygiene, and recreation, reduced programming and exercise access, and reduced contact with medical and mental health staff. It is well-known and documented in correctional mental health literature that these conditions are closely associated with elevated anxiety, depressive symptoms, and diminished coping capacity, regardless of gender identity (Haney, 2003; Grassian, 2006; Metzner & Fellner, 2010). This is true even where the housing arrangement is not formally classified as disciplinary segregation or solitary confinement.

8. In addition, many incarcerated transgender women have histories of self-harm or suicidality clinically linked to environments where they are not treated as women or, even worse, where they are treated as men. Segregated housing that removes affirming social contact with other

women and staff, and introduces isolation, can reintroduce the conditions associated with that risk, even where the new arrangement is not itself a men's facility. If that segregated housing also removes an established social support network, additional harms occur. Loss of an established social support network is a risk factor for exacerbated symptoms in individuals with a psychiatric history and is especially significant where that network had specifically affirmed the individual's gender identity.

9. Following treatment with hormone medications, transgender women are endocrinologically comparable to non-transgender women: their circulating sex steroid hormone levels fall within the same range as those of non-transgender women, and their secondary sex characteristics, including body composition, breast development, and facial and body hair patterns, reflect that hormonal profile. Clinically, these individuals are women, not men who have been permitted to present as women. For transgender women who have had vaginoplasty surgery, like [redacted], their primary sex characteristics are also consistent with non-transgender women. A housing classification that designates these women as male, when their endocrine status and physical presentation are female, disregards the essential role hormones play in a person's sex and their physical characteristics. Hormones are sex steroids that affect every organ in the body and cross the blood-brain barrier. Hormones affect brain chemistry, bone metabolism, cardiovascular physiology body composition, the endocrine system, and metabolic systems including insulin sensitivity and lipid profiles. From a clinical perspective related to their gender dysphoria, such a placement can also exacerbate their symptoms as described above. As I explained in my prior declaration, a transgender woman is an individual whose birth sex was male but who cannot live and function in her birth sex. ECF No. 116-25 ¶ 11. An environment that focuses on and emphasizes her birth sex would foreseeably lead to serious mental health consequences.

10. The serious harms described above are consistent with Plaintiffs' experiences in this unit. For example, the Plaintiffs housed in [redacted] report that all six residents eat their meals, shower, and toilet entirely within the unit, and that programming and exercise equipment have been sharply curtailed relative to general population. They report that recreation is limited to a single small, enclosed patio with no exercise equipment which is available for only about an hour each day and that indoor activities are extremely limited as well.

11. As Dr. Gorton documented in his expert report, Mary Doe has lived in women's facilities since [redacted] and her "[redacted]." ECF No. 116-19 ¶ 13. Since being moved to the segregated unit, Mary Doe reports that her health is suffering and that her gender dysphoria symptoms are "through the roof." Mary Doe Decl. ¶ 5. She has very little access to programming and as of the date of her declaration, she had only seen a psychologist twice since moving to the unit. *Id.* ¶¶ 8, 12. She feels trapped and isolated, with a subjective sense that the arrangement is intended to reverse her gender presentation and has markedly worsened her gender dysphoria symptoms. *Id.* ¶¶ 14–15. Notably, she reported having stopped a previously consistent daily grooming routine as her mental health has declined. *Id.* ¶ 16. That discontinuation is a meaningful behavioral indicator: the loss of a previously consistent grooming and gender-affirming routine is a recognized correlate of increasing dysphoria-related distress, not merely a change in personal habit.

12. Zoe Doe describes a similarly serious situation. According to Dr. Gorton's report, Zoe Doe has been prescribed hormone medication for nearly [redacted] years and [redacted]. ECF. No. 116-19 ¶ 55. Zoe Doe has lived in women's facilities since [redacted] and "[redacted]

[redacted]" *Id.* ¶ 51. Zoe Doe's treatment was so effective that as of [redacted], BOP clinicians noted she was "[redacted]." *Id.* ¶ 56. Dr. Gorton concluded that her medical treatment, "[redacted]." *Id.* ¶ 64.

13. Zoe Doe's situation has significantly deteriorated since the BOP moved her to the segregated unit. She no longer has meaningful access to programming and describes the unit as a "lock-down" situation. Zoe Doe Decl. ¶¶ 9, 14, 18. After living for [redacted] in the facility, her displacement also means she is isolated from her support network with whom she formed very strong relationships. *Id.* ¶¶ 6, 14, 18. Importantly, her mental health has deteriorated significantly, with her gender dysphoria symptoms now "back in full force." *Id.* ¶ 16. She has become "depressed and agitated," has trouble sleeping, is experiencing cognitive impairment, and reports "questioning the value of my life" and "spiraling" since her placement in the unit roughly a month ago. *Id.* ¶¶ 16–17, 19.

14. Carla Jones is [redacted] years old and, according to Dr. Karasic's review of her medical and psychological files, has been prescribed hormone medication since [redacted] and housed in women's facilities since [redacted]. ECF No. 116-21 ¶¶ 77, 84. Since moving to the segregated unit, she reports "lock-down" like conditions. Carla Jones Decl. ¶¶ 9, 14. She does not have access to programming, cannot participate in "instructor-based" education classes and instead can only do "self-study." *Id.* ¶ 9. She feels that her mental health is deteriorating and that the BOP refuses to accept her as a woman and wants to deprive her of care; experiences that previously led to acute gender dysphoria and self-harming behaviors. *Id.* ¶¶ 4, 12–13, 17. Ms. Jones reports she has

recurring thoughts of self-harm again, including cutting—a method she has resorted to in the past. *Id.* ¶ 14. Her appetite has declined, and she spends most of her days sleeping as an escape from the harmful conditions. *Id.* ¶ 16.

15. As I documented in my first report, Emily Doe is a [redacted]-year-old transgender woman who has been prescribed hormone medication for more than [redacted] and has lived in women's facilities since [redacted]. ECF No. 116-26 ¶¶ 40, 44. Her "[redacted]'" *Id.* ¶ 41. Since moving to the segregated unit, Ms. Doe reports that her physical and mental health are suffering and that her gender dysphoria symptoms "are as severe as I can ever remember them being." Mary Doe Decl. ¶ 4. She describes that none of the women are allowed to leave the unit for programming, that officers do not want to take them out of the unit because of the staffing burden of doing so, and that she has no access to other incarcerated women outside the unit. *Id.* ¶ 5. Recreational opportunities are also severely restricted. *Id.* ¶¶ 8–9. As a result, she no longer has access to her prior support network that helped her feel like other women. *Id.* ¶¶ 6, 8. She feels "very anxious and depressed" living in the unit, which is exacerbated due to her [redacted], and she feels she is being punished for being transgender. *Id.* ¶¶ 10–11.

16. With respect to the segregation-like conditions the women describe, the mental and eventual physical consequences of a segregated environment are well known and documented. Chronic psychosocial stress, including social isolation, loss of perceived control, and unaffirmed gender identity, activates the hypothalamic-pituitary-adrenal axis and produces sustained elevation in cortisol output, distinct from the normal daily rise and fall of the hormone. Sustained rather than transient elevation is the clinically relevant marker, since it reflects a stress response that is not resolving (McEwen, 1998). Over time, sustained physiological stress activation produces allostatic

load: cumulative wear on cardiovascular, metabolic, and immune systems. This is the mechanism by which a housing or isolation stressor transitions into physical health effects (McEwen, 1998).

17. The psychological harm associated with restrictive, isolating housing conditions also intensifies the longer the exposure continues. Early psychological effects, including anxiety, sleep disturbance, and depressive symptoms, can emerge within days of placement in such conditions, but where the environment persists without relief, these effects tend to become more severe, more resistant to treatment, and in some cases longer-lasting even after the person is removed from the restrictive setting (Haney, 2003; Grassian, 2006). This pattern is consistent with the allostatic load model described above: each additional period of unresolved physiological stress activation adds further cumulative wear rather than allowing the body to return to baseline, so the clinical and physiological risk compounds with time rather than remaining constant.

18. These conditions are also closely associated with self-harm. In a study of over 200,000 incarcerations in New York City jails, Kaba et al. (2014) found that inmates placed in solitary confinement had a substantially increased risk of self-harm compared to those never placed in such conditions, and that this risk rose with each additional episode of solitary confinement, a dose-response relationship in which cumulative exposure, not merely the fact of restrictive housing, predicted the severity of harm. Applied here, this supports the clinical expectation that the Plaintiffs' risk of psychiatric and physiological harm will continue to increase for as long as the segregated housing arrangement continues, and that prompt relief from these conditions is clinically significant independent of any other remedy.

19. The correctional segregation literature documents physical symptoms alongside psychiatric ones in restrictive housing, including sleep disruption, appetite change, cardiovascular symptoms such as palpitations and elevated blood pressure, and somatic complaints without other medical explanation (Grassian, 2006). The broader social isolation literature independently links

sustained loneliness and reduced social contact to elevated cortisol, disrupted sleep architecture, and increased cardiovascular risk (Cacioppo & Hawkley, 2003).

20. These physiological effects can have compounding effects when gender dysphoria is active or worsening. Gender dysphoria itself is associated with elevated physiological stress markers when an individual's affirmed gender identity is not socially recognized, so removing an affirming housing environment can compound, rather than simply add to, the physiological stress already associated with gender dysphoria.

21. The BOP's placement of Plaintiffs in segregated and lock-down like conditions compounds two distinct harms. First, it removes a treatment element that has been necessary and effective for each of the four Plaintiffs, and that has contributed to their psychiatric stabilization. Second, it introduces segregation conditions that create independent, recognized psychiatric and physiological risk, as described above. For women who have a documented history of self-harm or suicidality tied to gender dysphoria, such as Mary Doe, Zoe Doe, and Carla Jones, the consequences are likely to be even more dire.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July, 2026.

Randi Ettner PhD

Randi Ettner, PhD

**REFERENCES**

Cacioppo, J. T., & Hawkley, L. C. (2003). Social isolation and health, with an emphasis on underlying mechanisms. *Perspectives in Biology and Medicine*, 46(3 Suppl), S39–S52.

Coleman, E., Radix, A. E., Bouman, W. P., et al. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23(sup1), S1–S259.

Grassian, S. (2006). Psychiatric effects of solitary confinement. *Washington University Journal of Law & Polic*y, 22, 325–383.

Haney, C. (2003). Mental health issues in long-term solitary and "supermax" confinement. *Crime & Delinquency,* 49(1), 124–156.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., et al. (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology & Metabolism,* 102(11), 3869–3903.

Kaba, F., Lewis, A., Glowa-Kollisch, S., et al. (2014). Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *American Journal of Public Health*, 104(3), 442–447.

McEwen, B. S. (1998). Protective and damaging effects of stress mediators. *New England Journal of Medicine*, 338(3), 171–179.

Metzner, J. L., & Fellner, J. (2010). Solitary confinement and mental illness in U.S. prisons: A challenge for medical ethics. *Journal of the American Academy of Psychiatry and the Law*, 38(1), 104–108.

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Past Secretary, World Professional Association for Transgender Health (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee Curriculum Development, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international appearances)
Internationally syndicated columnist on women's health issues
Private practitioner
Adjunct Medical staff; Department of Medicine: Weiss Memorial Hospital, Chicago, IL
Advisory Council, National Center for Gender Spectrum Health
Global Clinical Practice Network; World Health Organization
Harvard Law School LGBTQ Clinic Leadership Council

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2017-2026 | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | Consultant: Walgreens; Tawani Enterprises; Starbucks, Rush University Medical Center |
| 2015-2017 | Private practitioner: clinical and forensic practice; Medical staff attending psychologist Advocate Lutheran General Hospital |
| 2013 | Instructor, Prescott College: Gender-A multidimensional approach |
| | ICD-11 Member of International Working Group |
| 2011 | |
| | Consultant to Wisconsin Public Schools |
| 2010 | |
| | President New Health Foundation Worldwide |
| 2000 | Instructor, Illinois School of Professional Psychology |
| 1995-present | Supervision of clinicians in counseling gender non-conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |

1969-1971 Experimental Psychology Laboratory Assistant, Department of Psychology, Indiana University

**INVITED PRESENTATIONS AND GRAND ROUNDS**

*Evolution of Transgender Prisoners' Access to Health Care Behind Bars: 25 Years of Expert Witness Experience Using the WPATH SOC (Versions5-8).* WPATH 28th Scientific Symposium, Lisbon, Portugal, 2024. Ettner, R. and Brown, G.

*Clinical Perspectives and the Experience of Transgender Prisoners* Federal Death Penalty Strategy Session, 2023

IGEN POLITICS intergenerational politics podcast; July, 12, 2023 Episode 199; Apple Podcast, Spotify, YouTube

*Working with Transgender Clients* National Employment Lawyers Association, St. Louis, MO, 2023

*Shifting Sands: Challenges in Providing Surgical Care* American Society of Reconstructive Microsurgery, Miami, FL 2023

*The Standard of Care for Institutionalized Persons* WPATH 27th Scientific Symposium, Montreal, Canada 2022

*Healthcare for Transgender Prisoners* Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients;* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Development Initiaves, Vietduc University Hospital, Hanoi, Vietnam, 2020

*What Medical Students Need to Know about Transgender Health Care,* American Medical Student Association, webinar presentation, 2019

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries* Schechter, L., White, T., Ritz, N., Ettner, R. Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016

*Tomboys Revisited: Replication and Implication;* Amsterdam, Netherlands, 2016

*Orange Isn't the New Black Yet*- Care for incarcerated transgender persons, WPATH symposium, Amsterdam, Netherlands, 2016

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016

*Foundations in mental health;* WPATH Global Education Initiative, Chicago, IL 2015

*Role of the mental health professional in legal and policy issues,* WPATH Global Education Initiative, Chicago, IL 2015

*Healthcare for transgender inmates;* WPATH Global Education Initiative, Chicago, IL 2015

*Children of transgender parents;* WPATH Global Education Initiative; Atlanta, GA, 2016

*Transfeminine genital surgery assessment:* WPATH Global Education Initiative, Columbia, MO, 2016

*Foundations in Mental Health;* WPATH Global Education Initiative; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018.

*Role of the forensic psychologist in transgender care;* WPATH Global Education Initiative, Minneapolis, MN, 2017; Columbus, Ohio, 2017.

*Pre-operative evaluation in gender affirming surgery*-American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy;* Fenway Health Clinic, Boston, 2015

*Transgender surgery*- Midwestern Association of Plastic Surgeons, Chicago, 2015

*Assessment and referrals for surgery-Standards of Care*- Fenway Health Clinic, Boston, 2015

*Adult development and quality of life in transgender healthcare*- Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*How do patients choose a surgeon?* WPATH Symposium, Bangkok, Thailand 2014

*Healthcare for transgender inmates*- American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success*- American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus*- Prescott College, Prescott, AZ, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender*- Nielsen Corporation, Chicago, 2013

*Grand Rounds: Evidence-based care of transgender patients*- North Shore University Health Systems, University of Chicago, Illinois, 2011

*Care of the aging transgender patient University of California San Francisco, Center for Excellence, 2013*

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies*- Oslo, Norway, 2009

*Children of Transsexual Parents*-International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexual Parents*- Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law*- DePaul University College of Law, Chicago, Illinois, 2003

*Family and Systems Aggression against Providers,* WPATH Symposium, Ghent, Belgium 2003

*Children of Transsexual Parents*-American Bar Association annual meeting, New York, 2000

*Grand Rounds: Gender Incongruence in Adults,* St. Francis Hospital, 1999.

*Gender Identity, Gender Dysphoria and Clinical Issues*:

WPATH Symposium, Bangkok, Thailand, 2014
Argosy College, Chicago, Illinois, 2010
Cultural Impact Conference, Chicago, Illinois, 2005

Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005

Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005

Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009

Rush North Shore Hospital, Skokie, Illinois, 2004

Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003

James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002

Sixth European Federation of Sexology, Cyprus, 2002

Fifteenth World Congress of Sexology, Paris, France, 2001

Illinois School of Professional Psychology, Chicago, Illinois 2001

Lesbian Community Cancer Project, Chicago, Illinois 2000

Emory University Student Residence Hall, Atlanta, Georgia, 1999

Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998;

In the Family: Psychotherapy Network National Convention, San Francisco, California, 1998;

Evanston City Council, Evanston, Illinois 1997;

Howard Brown Community Center, Chicago, Illinois, 1995;

YWCA Women's Shelter, Evanston, Illinois, 1995;

Center for Addictive Problems, Chicago, 1994

Highland Park Early Child Development Program, Highland Park, IL 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984
*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1990

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

**PUBLICATIONS**

Hamadian, A., Whitney, N., Reynolds, A., Stoehr, J., Ettner, R. (2024) Improving access to care and consent for transgender and gender diverse youth in the United States. *Georgian Medical News*, 1(346).

Ettner, R., Schechter, L., & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 3rd edition; Routledge, (under contract).

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et. al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23:sup1S1-S259.

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R., Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Genital Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: 2025

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine,*9(7):605.

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Ettner, R. Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R. Pre-operative evaluation. In Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017.

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism. Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Principles of Transgender Medicine and Surgery. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in Diseases and Disorders, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in Transgender Subjectives: A Clinician's Guide Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. Encyclopeida of Sex and Gender. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. Gender Loving Care: A Guide to Counseling Gender Variant Clients. WW Norton, 2000.

*Social and Psychological Issues of Aging in Transsexuals*, proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

*The Role of Psychological Tests in Forensic Settings*, *Chicago Daily Law Bulletin,* 1997.

Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender. Chicago Spectrum Press. 1996.

*Post-traumatic Stress Disorder*, *Chicago Daily Law Bulletin*, 1995.

*Compensation for Mental Injury, Chicago Daily Law Bulletin*, 1994.

*Workshop Model for the Inclusion and Treatment of the Families of Transsexuals,* Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

*Transsexualism- The Phenotypic Variable,* Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

*The Work of Worrying: Emotional Preparation for Labor* in Pregnancy as Healing. A Holistic Philosophy for Prenatal Care, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

## PROFESSIONAL AFFILIATIONS

University of Minnesota Institute for Sexual and Gender Health–Leadership Council

American College of Forensic Psychologists

World Professional Association for Transgender Health

WPATH GEI SOC 8 Certified Member

New Health Foundation Worldwide

World Health Organization (WHO) Global Access Practice Network

TransNet national network for transgender research

American Psychological Association

American College of Forensic Examiners

Society for the Scientific Study of Sexuality

Screenwriters and Actors Guild

Phi Beta Kappa

**AWARDS AND HONORS**

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

Sponsor 2nd International Trans Studies Conference 2025

**LICENSE**

Clinical Psychologist, State of Illinois, 1980