# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States,<br>et al.,<br><br>Defendants. | Case No. 1:25-cv-00286-RCL |
| JANE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity* as Acting Attorney General of the United States,<br>et al.,<br><br>Defendants. | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *in his official capacity* as President of the United States, et al.,<br><br>Defendants. | Case No. 1:25-cv-00653-RCL |

# DECLARATION OF ALEXANDER SHALOM IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Alexander Shalom, declare:

1. I am an attorney admitted to practice before the courts of the States of New Jersey and New York and admitted in this matter as counsel of record for Plaintiff. I am a Partner at Lowenstein Sandler LLP and Chair of the Lowenstein Center for the Public Interest. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiff's Emergency Motion to Enforce Preliminary Injunction, or in the Alternative, Motion for Temporary Restraining Order and Preliminary Injunction.

2. On July 8, 2026, Plaintiffs' counsel Amy Whelan e-mailed counsel of record for Defendants and counsel of record for Plaintiffs to request that Defendants produce on a rolling basis any additions or modification to our clients' Medical files, Psychiatric files, Grievance files, Sentencing Computation, Discipline records, Housing records, and PSR records.

3. The next morning, Jared Litman, counsel for Defendants, responded "I have conferred with my client. BOP declines."

4. That afternoon, Amy Whelan asked if Defendants could "provide the basis for BOP's refusal to produce these records on a rolling basis."

5. Defendants have not responded.

6. Attached hereto as **Exhibit A** is a true and correct copy of that email exchange between counsel for the parties.

7. On July 22, 2026, I wrote to counsel for Defendants to alert them that Amy Jones had not received her [redacted], which she takes [redacted] times daily to treat [redacted], for the past three days. I asked them to "reach out to facility staff as soon as possible to ensure that Ms. Jones receives her medications."

8. Defendants have not responded.

9. Attached hereto as **Exhibit B** is a true and correct copy of the email sent to defense counsel.

10. On a legal call on July 27, 2026, Ms. Jones explained that she began receiving the medicine soon after my outreach to the Government.

11. On July 26, 2026, my colleague, Kathryn Daniel, received a monitored corrlinks email message from Olivia Doe. Attached hereto as **Exhibit C** is a true and correct copy of the email sent to Ms. Daniel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Roseland, New Jersey this 27th day of July, 2026.

/s/Alexander Shalom
Alexander Shalom
*Attorney for Plaintiff*

# EXHIBIT A

Outlook

## RE: Request for Rolling Productions of Client Files in Doe, et al. v. Blanche

**From** Amy Whelan <AWhelan@nclrights.org>
**Date** Thu 7/9/2026 1:41 PM
**To** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc** Jennifer Levi <jlevi@gladlaw.org>; Sarah Austin <saustin@gladlaw.org>; Eve Hill <ehill@browngold.com>; Shalom, Alexander <AShalom@lowenstein.com>; Kraner, Natalie J. <NKraner@lowenstein.com>; Delgado, Jennifer Fiorica <JDelgado@lowenstein.com>; Quinn, Peter Francis <PQuinn@lowenstein.com>; Hernandez, David <DHernandez@lowenstein.com>; Daniel, Kathryn A. <KDaniel@lowenstein.com>; Friedmann, Jillian <JFriedmann@lowenstein.com>

Thanks Jared—can you provide the basis for BOP's refusal to produce these records on a rolling basis?

**Amy Whelan**, Senior Staff Attorney
she, her, hers
awhelan@nclrights.org | (415) 365-1338 Direct
nclrights.org

*Licensed to practice law in California*

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your sender immediately and delete this message from your computer. Thank you.

---

**From:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Sent:** Thursday, July 9, 2026 8:49 AM
**To:** Amy Whelan <AWhelan@nclrights.org>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc:** Jennifer Levi <jlevi@gladlaw.org>; Sarah Austin <saustin@gladlaw.org>; Eve Hill <ehill@browngold.com>; Shalom, Alexander <ashalom@lowenstein.com>; Kraner, Natalie J. <nkraner@lowenstein.com>; Delgado, Jennifer Fiorica <jdelgado@lowenstein.com>; Quinn, Peter Francis <pquinn@lowenstein.com>; Hernandez, David <dhernandez@lowenstein.com>; Daniel, Kathryn A. <kdaniel@lowenstein.com>; Friedmann, Jillian

<jfriedmann@lowenstein.com>
**Subject:** RE: Request for Rolling Productions of Client Files in Doe, et al. v. Blanche

Hi Amy – Hope that you're having a good day. I have conferred with my client. BOP declines.

Thanks,
Jared

**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 451-7478 (cell)
Jared.Littman2@usdoj.gov

---

**From:** Amy Whelan <AWhelan@nclrights.org>
**Sent:** Wednesday, July 8, 2026 8:06 PM
**To:** Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc:** Jennifer Levi <jlevi@gladlaw.org>; Sarah Austin <saustin@gladlaw.org>; Eve Hill <ehill@browngold.com>; Shalom, Alexander <ashalom@lowenstein.com>; Kraner, Natalie J. <nkraner@lowenstein.com>; Delgado, Jennifer Fiorica <jdelgado@lowenstein.com>; Quinn, Peter Francis <pquinn@lowenstein.com>; Hernandez, David <dhernandez@lowenstein.com>; Daniel, Kathryn A. <kdaniel@lowenstein.com>; Friedmann, Jillian <jfriedmann@lowenstein.com>
**Subject:** [EXTERNAL] Request for Rolling Productions of Client Files in Doe, et al. v. Blanche

Jared, Brooke, and Marianne,

We hope you all had a good July 4th holiday. Considering Plaintiffs' ongoing obligations to support relief in the consolidated BOP cases, we are writing to request that Defendants continue to produce our clients' complete BEMR, SENTRY, and Central Files on the 1st of every month on a rolling basis. These productions would include only documents that have not yet been produced, including but not be limited to our clients' Medical files, Psychiatric files, Grievance files, Sentencing Computation, Discipline records, Housing records, and PSR records. It is our understanding that we currently have these complete records through approximately April of 2026, but please let us know if that is not correct. Back in May of 2026, we also had an email exchange regarding our clients' electronic Central Files (eICFs). More specifically, we requested production of those documents but Brooke responded in a May 19, 2026, email that it is your "understanding from BOP [] that the hard copy files are more complete, and any information or documents contained in an electronic Central File would generally be included in the hard copy files that we produced." If that is no longer the case, or if the eICFs now may have any documents that differ from the hard copy files, we request production of those documents on a rolling basis as well.

Please let us know if Defendants will produce these documents on an ongoing, monthly basis.

Take care,

**Amy Whelan**, Senior Staff Attorney
she, her, hers

awhelan@nclrights.org | (415) 365-1338 Direct
nclrights.org

*Licensed to practice law in California*

---

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your sender immediately and delete this message from your computer. Thank you.

# EXHIBIT B

**Kraner, Natalie J.**

---

**From:** Shalom, Alexander
**Sent:** Wednesday, July 22, 2026 5:05 PM
**To:** Amy Whelan; Layendecker, Elizabeth B (CIV); Littman, Jared (CIV); Kies, Marianne F (CIV)
**Cc:** J Levi Contact; Sarah Austin; Kraner, Natalie J.; Julceus, Markiana J.; Quinn, Peter Francis; Schor, Noemi; Daniel, Kathryn A.; Delgado, Jennifer Fiorica; Eve Hill
**Subject:** Amy Jones Urgent Medication Issue

Brooke,

We are writing because Amy Jones has not received her prescription [redacted] since Sunday. She is supposed to take the medicine [redacted] to help treat her [redacted]. Given the seriousness of the issue, we ask that you reach out to facility staff as soon as possible to ensure that Ms. Jones receives her medications. If any of her prescriptions have been changed or altered in any way, we also ask that you provide us copies of those changed orders. Thank you in advance for any help and information you can provide.

Best,
Alex

**Alexander Shalom**
he, him, his
Partner
Chair, Lowenstein Center for the Public Interest
Lowenstein Sandler LLP

T: (862) 926-2029

Lowenstein Sandler

# EXHIBIT C

## Kathryn Daniel

---

**From:** [redacted]

**Sent Date:** Sunday, July 26, 2026 3:20 PM

**To:** KDaniel@Lowenstein.com

**Subject:** 07/26/26

Kathryn and the Legal Team,

[redacted]