**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,

Defendants.

Civ. A. No. 25-286 (RCL)

Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL)

NOTICE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE
CONSOLIDATED AMENDED COMPLAINT

Plaintiffs have moved for leave to file a supplemental complaint and an amended complaint. *See* Pls. Mot., ECF No. 221. Defendants opposed the request to file the *supplemental* complaint. *See* Defs.' Opp'n, ECF No. 225; ECF No. 221-2. Defendants file this Notice to inform the Court that Defendants consent to Plaintiffs' separate request to *amend* the complaint, *see* ECF No. 221-1, which makes largely superficial changes to the complaint that preceded it. Defendants consent to the filing of the amended complaint based on Plaintiffs' representation that they will not argue that the filing of the amended complaint moots the arguments raised by Defendants in their pending dispositive motion, *see* Defs.' Mot. for Summ. J. and to Dismiss, ECF No. 222.[1] The parties agree that, should the Court grant Plaintiffs leave to file the proposed amended complaint, that amended complaint would serve as the

[1] Plaintiffs have expressly reserved the right to oppose Defendants' motion for summary judgment on grounds other than mootness. Plaintiffs' response is due October 9, 2026. ECF No. 227.

operative complaint in this matter. The parties further agree that Defendants' response to the amended complaint should be stayed pending a decision on Defendants' dispositive motion. The parties have not agreed to stay any other aspects of the litigation.

Dated: September 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MARIANNE F. KIES
Assistant Branch Director

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Jared.littman2@usdoj.gov