IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,

Defendants.

Civ. A. No. 25-286 (RCL)

Consolidated with *Jones v. Blanche*, Civ. A. No. 25-401 (RCL); *Moe v. Trump*, Civ. A. No. 25-653 (RCL)

**ORDER**

Upon consideration of Defendants' Motion for Clarification, it is hereby ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that, should the Court grant Plaintiffs' motion for leave to file their supplement complaint (ECF No. 221), Defendants shall respond to Plaintiffs' motion for preliminary injunction (ECF No. 224) within 7 calendar days after leave is granted.

SO ORDERED.

DATED: 9-18-26

Royce C. Lamberth
United States District Judge