**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JANE DOE**, *et al.*,

*Plaintiffs,*

v.

**TODD BLANCHE**, *in his official capacity* as Acting Attorney General of the United States, *et al.*,

*Defendants.*

**Case No. 1:25-cv-286-RCL**
**Case No. 1:25-cv-401-RCL (consolidated)**
**Case No. 1:25-cv-653-RCL (consolidated)**

**ORDER**

Before the Court are Defendants' motions to stay their deadline to respond to Plaintiffs' pending preliminary injunction motion, ECF No. 247, and for an extension of time to file their reply brief for their prior-filed motion for summary judgment, ECF No. 248. Plaintiffs oppose Defendants' motion to stay, ECF No. 249, but take no position on the latter motion.

In support of their former motion, Defendants argue that they will imminently file a motion for summary judgment (a motion they have now docketed as ECF No. 250), and that they should not be required to simultaneously brief this motion and a request for emergency relief, to avoid a duplication of resources in case the former disposed of the latter. ECF No. 247 at 2. In response, Plaintiffs point out that Defendants themselves proposed this deadline to respond to the motion for preliminary injunction, that Defendants' argument assumes their success on the merits, and that they have now had six weeks to review the preliminary injunction motion in its pendency. ECF No. 249 at 2, 4. Plaintiffs additionally request a Rule 16 conference to "establish deadlines and an orderly process for discovery and dispositive motions." *Id.* at 10-11.

The Court agrees that it is not a clear hardship on Defendants to conform to deadlines that they themselves set, and to simultaneously brief a motion that they themselves chose to file before the Court ruled on their request to stay. As such, the Court finds Defendants' stay unwarranted and will deny it. Given the timing of this order the Court will, however, grant Defendants a brief extension of their October 15 deadline to respond, as an incomplete brief aids neither party.

As for Defendants' motion for an extension of time to file their reply brief, the Court finds that the requested extension will prejudice neither party, and that there is good cause shown in the motion to grant the extension.

Finally, as to Plaintiffs' request for a Rule 16 conference, the Court will defer this request until after briefing has concluded on the pending motions.

Accordingly, it is hereby

**ORDERED** that Defendants' motion to stay, ECF No. 247, is **DENIED**. Defendants will have until October 19, 2026 to file their opposition to Plaintiffs' motion for preliminary injunction. Plaintiffs shall then have the normally allotted time under the local rules to reply. It is further

**ORDERED** that Defendants' motion for an extension, ECF No. 248, is **GRANTED**. Defendants will have an additional 21 days to file their reply in support of their prior-filed motion for summary judgment.

**IT IS SO ORDERED.**

Date: 10-14-26

Royce C. Lamberth
United States District Judge