**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMILY DOE, OLIVIA DOE, SARA DOE, ZOE DOE, LOIS DOE, SALLY DOE, and WENDY DOE, | Case No. 1:25-cv-00286-RCL |
| JANE JONES, AMY JONES, BARBARA JONES, and CARLA JONES, | Case No. 1:25-cv-00401-RCL |
| MARIA MOE, | Case No. 1:25-cv-00653-RCL |
| Plaintiffs, | |
| v. | |
| TODD BLANCHE, *in his official capacity* as Attorney General of the United States, and WILLIAM K. MARSHALL III, *in his official capacity as* Director of the Bureau of Prisons, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR A NEW PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Emily Doe, Olivia Doe, Sally Doe, Sara Doe, Wendy Doe, Zoe Doe, Amy Jones, Barbara Jones, Carla Jones, Jane Jones, and Maria Moe (the "Moving Plaintiffs") respectfully file this motion for entry of a new preliminary injunction as to all Defendants.

Plaintiffs seek an order enjoining Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Section 4(a) of Executive Order 14168 as to the Moving Plaintiffs and further requiring Defendants to maintain Plaintiffs' housing in women's facilities while this litigation proceeds.

In support of this motion, Plaintiffs rely upon their Memorandum of Law in Support of Plaintiffs' Motion for a New Preliminary Injunction; Plaintiffs' May 13, 2026, Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 117), including the accompanying plaintiff declarations (ECF Nos. 117-3 to -17) and expert declarations (ECF Nos. 117-18 to -28); Plaintiffs' August 18, 2026 Motion for Preliminary Injunction and accompanying Memorandum of Law in Support (ECF Nos. 214, 214-1); and such other argument and evidence as may be presented to the Court. A proposed form of order is submitted herewith.

Pursuant to Local Rule 7(m), Plaintiffs met and conferred with Defendants. Defendants' position is as follows:

> Defendants oppose the relief sought in this motion because the Federal Bureau of Prison's practice of segregating based on sex in prison housing is not prohibited by the Eighth Amendment and because the other preliminary injunction factors (irreparable harm and balance of the equities) also weigh in the government's favor. (*See* ECF No. 132 (Defendants' response to Plaintiffs' preliminary injunction motion).) In addition, the District Court's June 7 findings are stale in light of Plaintiffs' transfer to the specialized unit in FMC Carswell. The District Court's findings do not account for any change in Plaintiffs' conditions as a result of their housing in the new Carswell unit or explain why the difference in conditions between that unit and housing in the designated men's facilities

> would amount to an Eighth Amendment violation. Furthermore, Defendants oppose the relief sought in this motion because the preliminary injunction is not the least intrusive means to correct the alleged harm, in violation of the Prison Litigation Reform Act. (*See id.*) Defendants do not plan on filing any further opposition.

WHEREFORE, Plaintiffs respectfully request that the Court enter a new preliminary injunction prohibiting Defendants and their officers, employees, servants, agents, appointees, and successors from enforcing Section 4(a) of Executive Order 14168 against the Moving Plaintiffs in this action for the period from December 6, 2026 to March 6, 2027; and requiring Defendants to maintain and continue Plaintiffs Emily Doe, Olivia Doe, Sally Doe, Sara Doe, Wendy Doe, Zoe Doe, Amy Jones, Barbara Jones, Carla Jones, Jane Jones, and Maria Moe's housing in women's facilities, including women's prisons and women's halfway houses, where applicable, unless or until such time as such Plaintiff is released from the custody of the BOP.

Dated: November 17, 2026

Respectfully submitted,

/s/ *Natalie Kraner*

Jennifer Fiorica Delgado (Bar No. NY296)
Alexander Shalom (Bar No. 66195)
Natalie J. Kraner (Bar No. 66202)
Wayne Fang (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
(973) 422-6722
jdelgado@lowenstein.com
ashalom@lowenstein.com
nkraner@lowenstein.com
wfang@lowenstein.com

Jennifer L. Levi (Bar No. MA0056)
Sarah Austin (admitted *pro hac vice*)
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Christopher F. Stoll (admitted *pro hac vice*)
Amy Whelan (admitted *pro hac vice*)
**NATIONAL CENTER FOR LGBTQ RIGHTS**
1401 21st Street #11548
Sacramento, CA 95811
(415) 365-1320
cstoll@nclrights.org
awhelan@nclrights.org

Eve L. Hill (Bar No. 424896)
**BROWN GOLDSTEIN & LEVY, LLP**
120 E. Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030
(410) 385-0869
ehill@browngold.com
*Of Counsel*

Emily Nash (Bar No. MA0031)
Matthew Miller (*pro hac vice* forthcoming)
Howard Weiss (Bar No. MA0046)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
enash@foleyhoag.com
mmiller@foleyhoag.com
hweiss@foleyhoag.com

*Counsel for Plaintiffs*